EXTREMELY URGENT AND VERY SERIOUS!

FILED
IN CLERKS OFFICE
2012 OCT 26 P 3:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

Joseph and Susan Tropeano & The Tropeano Family
2 Clarkson Lane
Rutland, Vermont 05701
Tel. #: (802) 747-9179

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

RE: VIOLATION NUMBERS H 5115114 and H 5115113

September 24, 2012

ATTENTION: CENTRAL VIOLATIONS BUREAU:

The Tropeano family is traumatized and terrorized due to a myriad of lethal illicit activities executed at the United States District Court, District of Massachusetts. At this present time, all lethal illicit activities cannot be listed due to all communication services outrageously, unconscionably and alarmingly stripped from Susan and Joseph Tropeano as a result of the vile, venomous police who are members of a NAZI cult, Susan and Joseph Tropeano are outrageously and alarmingly entrapped in. These lethal thugs outrageously, unconscionably and alarmingly usurp their powers using The Patriot Act, and thus, BLOCK/BAR all our communication services they need to survive.

Thus Susan and Joseph Tropeano are BLOCKED/BARRED from using their fax machine at home to fax all very serious documents which explain and expose all lethal illicit activities perpetrated at the United States District Court, District of Massachusetts. It is very costly to fax documents and at such, The Tropeanos cannot explain all outrageous, alarming and unconscionable illicit activities perpetrated at this court.

As a result of Joseph and Susan Tropeano entrapped in this lethal cult who bribes non-democratic judges, et. al., in The United States judiciary system, and in return for the bribes accepted; this lethal cult controls the judicial system of The United States of America when it concerns Susan and Joseph Tropeano. At such, their lives are in great danger which will culminate to catastrophic, murderous consequences if these lethal, pre-meditated, out-of-control, interstate R.I.C.O. activities do not cease and desist immediately.

There are many lethal, fraudulent illicit activities committed regarding the "tickets" received by Susan and Joseph Tropeano when they were alarmingly, outrageously and unconscionably held hostage by four so-called police officers and a so-called F.B.I. guard which was explained in detail when Susan and Joseph Tropeano previously faxed to CVB in September 2012 consisting of 43 pages of documents. However, these documents did not explain all the fraudulent iniquities committed to the "tickets" received. CVB need to call The Tropeanos immediately as they are greatly fearing for their safety. At this present time, lethal set-up situations regarding these "tickets" are incessantly schemed by the lethal thugs who are trying their corrupt best to murder The Tropeanos.

The purpose of this profound, grave letter is to alert CVB of just some of the pre-meditated, lethal set-up situations regarding the "tickets" received by Joseph and Susan Tropeano. They are as follows:

- Approximately three weeks ago, Joseph and Susan Tropeano wanted to change the date of their court appearance. They could not inform Central Violations Bureau of this fact because every time they called CVB, there is no live person to speak to. However, according to the clerk at the United States District Court, District of Massachusetts, there is a live person to speak to at CVB.

- At such, when we The Tropeanos met with the clerk at this court, the clerk informed them that she spoke to someone at CVB regarding The Tropeano's "tickets." The Tropeanos requested from the clerk to please let them speak to the person the clerk was speaking via telephone at CVB. The clerk outrageously, alarmingly, and unconscionably responded, "Absolutely not! I will not allow you to speak to someone at CVB." At that atrocious remark stated, Joseph and Susan Tropeano stated, "There is something very phony taking place with our "tickets." The clerk exclaimed, "Are you stating that I am phony??!!" The Tropeanos replied, No. We did not state you are phony, we stated something is phony and not right taking place with our "tickets." The clerk outrageously, alarmingly and unconscionably replied, "I AM CALLING THE U.S. MARSHALLS!"

- Susan and Joseph Tropeano with a family member, Francesco Tropeano, who witnessed these iniquities, immediately left the clerk's office area fearing for their lives. They immediately ran to the court security guards in the lobby area of the court informing them that they were terrorized and traumatized in the court building. At such, they asked to meet with a top court official.

- The security guards informed The Tropeanos to take a seat in the lobby area of the court building. They were informed by the guards that Judge Mark L. Wolf will meet with them. After the guards stated this remark, a few minutes later, a violent, alarming situation occurred. Out-of-the-blue, approximately seven, so-called U.S. Marshalls approached The Tropeanos. These "Marshalls" surrounded the area where The Tropeanos were sitting and most of them stood like pawns with hands on their holsters. The Tropeanos were further traumatized and terrorized by this violent incident occurring on the first floor lobby of the court.

- One of the so-called "Marshalls" exclaimed to The Tropeanos, "Why are you still here??!!" The Tropeanos did not want to answer him as he was grossly violating their privacy rights. However, due to these "marshalls" positioning themselves in the lobby with their hands on their holsters as it appeared they wanted to shoot them; Joseph and Susan Tropeano were forced to answer the "marshall." They informed him, "They are waiting to see Judge Wolf." The "marshall" outrageously, alarmingly and unconscionably exclaimed, "NO YOU WON'T SEE JUDGE WOLF. I HEARD YOU WERE DISORDERLY AT THE CLERK'S OFFICE." These atrocious lies demonstrates full-blown, out-of-control, murderous R.I.C.O. activities which now filtrated in full force at the United States District Court, District of Massachusetts.

- Ms. Eileen Finney who is supposedly the Judicial Assistant to Magistrate Judge Marianne Bowler, continues the R.I.C.O. activities. Every time The Tropeanos try to seek pertinent information regarding their "tickets", this woman talks over them like an auctioneer and abruptly hangs up

the telephone on them. Furthermore, Eileen Finney outrageously, alarmingly, and unconscionably reprimands, mocks, humiliates and bullies The Tropeanos to the extreme, pursuant to U.S. Title 18, Section 2332b.

- Finally, The Tropeanos had to demand from Ms. Finney how to change their court date. Their original court date was scheduled for September 27, 2012 at 10:00 am. It was impossible for The Tropeanos to arrive at that time due to them living in Rutland, Vermont. Furthermore, The Tropeanos explained to Ms. Finney that Susan Tropeano is diabetic which she developed as a result of the lethal corruption they are entrapped in. Therefore Susan Tropeano must eat on time. They had to explain to her that she is insulin dependent. At such, Susan Tropeano must eat on time. Arriving at 10:00 in the morning to appear at the hearing was not conducive. At that said, Eileen Finney stated, "I will check to see if the police officer and THE PROSECUTOR to your case can change the date to another time." Approximately five minutes later, Eileen Finney informs The Tropeanos that the CVB hearing date will be re-scheduled for October 19, 2012.

- The Tropeanos wanted to make sure that their CVB hearing date was changed. Therefore they called the automated number of CVB approximately two and a half weeks later to make sure that the hearing date was changed. The Tropeanos were further traumatized when they found out that the recorded message at CVB still had the original date scheduled which is September 27, 2012. At such, The Tropeanos immediately called Ms. Eileen Finney to find out what was going on. At the onset of this conversation, Ms Finney outrageously, alarmingly and unconscionably reprimands The Tropeanos for calling CVB by repeatedly exclaiming, "YOU ARE NOT SUPPOSE TO CALL CVB! WHY DID YOU CALL THERE??!! I CHANGED THE DATE OF THE HEARING FOR YOU!!" She then, as her usual, customary pattern continues, Eileen Finney abruptly hung up the phone on The Tropeanos.

- Approximately ten days later, The Tropeanos call CVB again as foul play was self-evident. At this present time, September 24, 2012, the CVB automated system still records that The Tropeanos court appearing dated is still scheduled for September 27, 2012. Furthermore, the automated message has changed which will be explained to CVB. It is imperative that CVB contacts The Tropeanos.

- In the interim, The Tropeanos had yet another traumatizing conversation with Brendon Garvin who is the courtroom clerk to Magistrate Judge Marianne Bowler. He exclaimed to The Tropeanos that they are harassing him and are acting in a very ERRATIC MANNER. This outlandish, disrespectful character assassination comment was stated by Brendon Garvin after The Tropeanos called him regarding the scheduling of the hearing which was never changed at CVB and other very serious violations occurring at the court.

- The only pertinent information Brendon Garvin was willing to state to The Tropeanos was when he VERBALLY informed The Tropeanos that their hearing is scheduled for October 19, 2012. However, he wantonly ignored all other very serious concerns The Tropeanos needed to address.

- The Tropeanos tried numerous times to contact Judge Mark Wolf and other court officials. Till this present time, all calls made by The Tropeanos were never returned.

- AT THIS PRESENT TIME, THE TROPEANOS NEVER RECEIVED AN OFFICIAL DOCUMENT FROM CVB OR THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSSETTS REGARDING THE NEW DATE OF THEIR COURT HEARING WHICH IS "SUPPOSE" TO BE ON OCTOBER 19, 2012. ACCORDING TO MS. FINNEY, MR. GARVIN AND SUSAN MOHR WHO IS ANOTHER COURT EMPLOYEE, THEY VERBALLY INFORMED THE TROPEANOS OF THIS NEW DATE.

- THE ONLY OTHER "DOCUMENTATION" RECEIVED REGARDING THE CHANGING OF THE COURT DATED WHICH WAS SUPPOSEDLY CHANGED BY THE COURT, IS A YELLOW POST-IT NOTE SENT VIA MAIL BY MS. EILEEN FINNEY TO THE TROPEANOS. ON THIS UNPROFESSIONAL, IMPROPER POST-IT NOTE IT STATES, "CVB HEARING SCHEDULED FOR OCT. 19, 2012, 2:00." PLEASE SEE EXHIBIT A, A COPY OF THIS POST-IT NOTE. FURTHERMORE, THE TIME OF THE HEARING WAS ORIGINALLY SCHEDULED AT 2:30, NOT 2:00.

- NOT ONLY IS THIS POST-IT NOTE NOT ON OFFICIAL GOVERNMENTAL STATIONERY, THERE IS NO NAME AS TO WHOM WROTE THIS EXTREMELY UNETHICAL, UNPROFESSIONAL NOTE, THERE IS ADDITIONALLY NO DATE AS TO WHEN IT WAS WRITTEN.

- Furthermore, due to the never-ending, unabated MURDEROUS R.I.C.O. ACTIVITIES COMMITTED ON A DAILY BASIS, SUSAN TROPEANO AT THIS PRESENT TIME IS OUTRAGEOUSLY, ALARMINGLY AND UNCONSCIONABLY DENIED HER INSULIN, WHICH IS LEVEMIR. SHE DEVELOPED TYPE 1 DIABETES/INSULIN DEPENDENT AS A RESULT OF LIVING UNDER THIS NAZI/POLICE STATE REGIME.

- DUE TO THE CONSPIRING MEDICAL AND PHARMACEUTICAL FRAUD PERPETRATED BY THE LETHAL THUGS WHO OUTRAGEOUSLY CONTROL AND TOOK CUSTODY OF THE TROPEANOS' LIVES, THEIR POSSESSIONS, THEIR FINANCES AND ALL SERVICES THE TROPEANOS USE AND PAY FOR; THE TROPEANOS ARE FORCED TO LIVE UNDER A NAZI/POLICE STATE REGIME. AS A RESULT OF LIVING WAY TOO LONG UNDER THIS REGIME, THESE LETHAL THUGS ARE TRYING THEIR CORRUPT BEST TO MURDER SUSAN AND JOSEPH TROPEANO. THE PERFECT WAY TO MURDER SUSAN TROPEANO IS TO DENY HER INSULIN WHICH EVERYONE KNOWS INSULIN IS A LIFELINE FOR A DIABETIC INDIVIDUAL. ANOTHER MURDEROUS SCHEME PLOTTED BY THESE LETHAL THUGS IS TO FALSELY ARREST THE TROPEANOS WHEN THEY DO NOT APPEAR AT THE COURT DATE OF SEPTEMBER 27, 2012 WHICH WAS NEVER CHANGED AT THIS PRESENT TIME BY CVB.

- IT IS SELF-EVIDENT THAT CVB DOES NOT AT THIS PRESENT HAVE THE COURT DATE CHANGED TO OCTOBER 19, 2012. AT SUCH, ONCE THE TROPEANOS DO NOT APPEAR AT COURT ON SEPTEMBER 27, 2012, IT IS SCHEMED FOR A U.S. MARSHALL TO ARREST THEM. THE TROPEANOS WILL BE PLACED IN JAIL. ONCE THEY ARE PLACED IN JAIL, THE JAIL GUARDS WILL

VIOLENTLY ASSAULT THE TROPEANOS WHICH WILL RESULT IN THEIR DEATH. THE ALIBY WILL BE THAT THE TROPEANOS WERE ASSAULTING OTHER INMATES AND THE GUARDS, AND THEREFORE, THE GUARDS HAD TO DEFEND THEMSELVES AND THE OTHER INMATES; AND THUS THEY WERE FORCED TO SHOOT THE TROPEANOS.

- THEIR UNLAWFUL ALIBY WOULD BE CONVINCING AS ALL LAW ENFORCEMENT ENTITIES HAVE OUTRAGEOUS, ALARMING, UNCONSCIONABLE INTERNAL REPORTS REGARDING THE TROPEANOS STATING THAT THEY ARE MENTALLY ILL, DANGEROUS CRIMINALS. THE OTHER UNLAWFUL ALIBY WHICH WOULD BE CONVINCING IS THAT THE TROPEANOS MUST BE ESCORTED AND SURROUNDED BY THE U.S. MARSHALLS WHEN THEY ENTER A JUDICIAL SYSTEM. CORRUPT R.I.C.O. PARTIES OUTRAGEOUSLY, ALARMINGLY, AND UNCONSCIONABLY INFORMED THE TROPEANOS THAT THEY FEAR FOR THEIR SAFETY WHEN THE TROPEANOS ARE NEAR THEM.

- THIS NAZI CULT WANTS THE TROPEANOS DEAD IN ORDER TO SMOKESCREEN ALL PRE-MEDITATATED, MURDEROUS, FULL-BLOWN, OUT-OF-CONTROL, INTERSTATE R.I.C.O. ACTIVITIES CONSTANTLY SCHEMED AND EXECUTED PURSUANT TO MANY SECTIONS OF U.S. TITLE 18.

- THE TROPEANOS MUST BE PROTECTED IMMEDIATELY AS THERE IS ENDLESS LIABILITY BARELY SURVIVING UNDER THIS NAZI/ POLICE STATE REGIME. AT THIS PRESENT TIME, SUSAN TROPEANO IS DENIED HER INSULIN. SHE MUST USE ANOTHER INSULIN TO CONTROL HER BLOOD SUGARS WHICH IS NOT EASY TO DO; AS THIS INSULIN IS NOT THE INSULIN SHE IS SUPPOSE TO USE. AT SUCH HER HEALTH IS IN JEOPARDY. THEREFORE, THE TROPEANOS MUST SEARCH FOR HELP SO THAT SUSAN TROPEANO CAN RECEIVE HER INSULIN. THIS IS NOT IN THE LEAST BIT AN EASY TASK TO DO AS THIS LETHAL CULT SYSTEMATICALLY FOLLOWS AND MONITORS THE TROPEANOS ON 24/7 BASIS THUS BLOCKS/BARS THE TROPEANOS FROM RECEIVING HELP.

- THEREFORE, THE TROPEANOS AND THEIR FAMILY MEMBERS ARE URGENTLY REQUESTING THAT CVB CALLS THEM IMMEDIATELY TO REPORT ALL THE LETHAL ILLICIT ACTIVITIES PERPETRATED AND SCHEMED WITH THESE FRAUDULENT "TICKETS" RECEIVED. THIS CVB HEARING SHOULD BE IMMEDIATELY STRICKEN FROM THE COURT CALENDAR AS IT IS SELF-EVIDENT FOUL PLAY REAPS REGARDING THESE "TICKETS" WHICH WILLL ALL BE EXPLAINED IN DETAIL WHEN CVB CALLS THE RESIDENCE OF THE TROPEANO FAMILY.

- IF FOR ANY REASON THE TROPEANOS HAVE TO APPEAR AT THE CVB HEARING, PLEASE SCHEDULE A NEW DATE FOR THE HEARING AT THE BEGINNING OF THE NEW YEAR, AS IT IS VERY DIFFICULT TO FIGHT THIS LETHAL CULT ON THEIR OWN. THE TROPEANOS MUST PREVAIL AND FIND THE RIGHT HELP; OTHERWISE SUSAN TROPEANO IS DESTINED DIE AS THESE LETHAL THUGS ARE CONTROLLING ALL PHARMACISTS AND DOCTORS TO CONSPIRE WITH THEM BY BRIBING THEM AND IN RETURN THESE LETHAL THUGS WITH THE AIDING AND ABETTING OF THE PHARMACISTS AND THE DOCTORS ARE INTENTIONALLY, NEGLIGENTLY AND RECKLESSLY DENYING SUSAN TROPEANO HER INSULIN WHICH WILL LEAD TO HER DEATH.

- THIS HORIFFIC, DEVASTATING PREDICAMENT THE TROPEANOS ARE LIVING UNDER DOES NOT HAPPEN IN MODERN AMERICA. THIS CASE SETS A PRECEDENT IN THE UNITED STATES JUDICIAL SYSTEM. THIS IS AN AMERICAN ATROCITY!

- PLEASE HELP US, SUPPORT US AS THE TROPEANOS MUST BE IMMEDIATELY SPONSORED TO THE UNITED STATES ATTORNEY WHO IS RESPONSIBLE TO IMMEDIATELY ERADICATE THESE HEINOUS R.I.C.O. CRIMES.

- PLEASE SEE ATTACHED AS EXHIBIT B, TWO LETTERS FROM THE UNITED STATES ATTORNEY IN NEW YORK, MAUREEN MAUSKOPF, WHO TWICE REFERRED THE TROPEANOS' CASE TO THE F.B.I. AGENT, PETER GRUPE. PETER GRUPE WAS A SENIOR F.B.I. AGENT. HOWEVER, ONCE THE TROPEANOS' CASE REACHED THE F.B.I. OFFICE, LOWER MANAGEMENT IN THE F.B.I BLOCKED/BARRED THE TROPEANOS FROM MEETING WITH PETER GRUPE. THIS AGAIN WAS DUE TO BRIBES COMMITTED BY THE LETHAL THUGS WHO ENTRAPPED THE TROPEANOS AS THEIR VICTIMS. THIS IS WHY THE TROPEANOS ARE ENTRAPPED IN A MURDEROUS, BRUTAL NAZI/POLICE STATE REGIME. PLEASE HELP US...

Very truly yours,

Susan A. Tropeano
Joseph Tropeano
Francesco Tropeano
Carmela Tropeano

ANDREA K. COPPOLA
Notary Public, State of Vermont
My Commission Expires 2/10/15

* Please note: Addendum and six page letter is notarized above.

Via fax six (6) page letter with two exhibits with a one page letter dated September 19, 2012 requesting our complete statement of charges regarding the violation numbers. The total amount of pages faxed totals nine (9) pages.

*Please note: An Addendum was added consisting of two (2) pages; totaling (12) twelve pages.

Exhibit A

CVB hearing
scheduled for
Oct. 19, 2012
2:00

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

Exhibit B
(2 pages)

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

May 2, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

Your letter to the U.S. Attorney's Office has been referred to me for a reply.

Please be advised that we have reviewed the concerns raised and have referred your letter to the Federal Bureau of Investigation for consideration.

Any further inquiries about this matter may be addressed to:

Peter Grupe
Supervisory Special Agent
Federal Bureau of Investigation
135 Pinelawn Road, Ste. 350S
Melville, NY 11747
(631)501-8660

Sincerely,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: Susan M. Burkhoff
Susan M. Burkhoff
Paralegal Specialist

cc: Peter Grupe, FBI

 Exhibit B

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 1, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

Your letter to the U.S. Attorney's Office has been referred to me for a reply.

Please be advised that we have reviewed the concerns raised and have referred your letter to the Federal Bureau of Investigation for consideration.

Any further inquiries about this matter may be addressed to:

Peter Grupe
Supervisory Special Agent
Federal Bureau of Investigation
135 Pinelawn Road, Ste. 350S
Melville, NY 11747
(631)501-8660

Sincerely,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: Susan M. Burkhoff
Susan M. Burkhoff
Paralegal Specialist

cc: Peter Grupe, FBI

Addendum

September 25, 2012

The Tropeano family need to document further illicit activities regarding the fraudulent "tickets." They are as follows:

* The Tropeanos' CVB hearing is not documented on the reputable website Justia.com. The Tropeanos searched for their case on this website in every conceivable way.
* The Tropeanos' CVB hearing is not documented on the official website of The United States District Court, District of Massachusetts. The Tropeanos searched for their case on this website in every conceivable way.
* The Tropeanos' "tickets" have a large black solid rectangular box and a smaller black solid rectangular box covering up the personal information regarding them. On their "tickets" where these boxes are evident, the black is peeling off in some areas of these boxes; and at such, the yellow part of the ticket can be seen.
* Being unlawfully documented on the CVB computer system for a hearing scheduled for September 27, 2012 is LETHAL. The Tropeanos will be FALSELY ARRESTED which is deliberately and recklessly schemed by all lethal R.I.C.O. parties... Being falsely arrested will lead to The Tropeanos' being violently assaulted in the prison which will lead to their death. At such, all lethal thugs will use their death to smokescreen all

(cont. top of next page →)

hemo... R.I.C. ... Page 2

Addendum

* Additionally, if you hold up the tickets to the light, the Tropeanos' personal information was written. This definitely suggests cut and paste. Please see a copy of these tickets as Exhibit One attached to this addendum. below

* The Tropeanos were never asked by the vile, venomous police to sign their "tickets" acknowledging that they received their "tickets." Please see below Exhibit One ~~attesting~~ to these facts.

**United States District Court**
**Violation Notice**

CVB Location Code

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115113 | [illegible] | 175 |

H 5115113

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| [illegible] | Disorderly |

Place of Offense: [illegible]

Offense Description: Disorderly 102.74-390

DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Tropeano | Susan | A |

[redacted]

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ [illegible] Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ 175 Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| [illegible] | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______________________

ICE Form 78-001 (Rev. 02-06) Defendant Copy For Your Records (Yellow) Previous edition is obsolete

**United States District Court**
**Violation Notice**

CVB Location Code

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115114 | [illegible] | [illegible] |

H 5115114

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| [illegible] | [illegible] |

Place of Offense: [illegible]

Offense Description: [illegible]

DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Tropeano | Joseph | |

[redacted]

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ [illegible] Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| [illegible] | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______________________

ICE Form 78-001 (Rev. 02-06) Defendant Copy For Your Records (Yellow) Previous edition is obsolete

2 Page Addendum

Susan A Tropeano

Joseph Tropeano

Francesco Tropeano

Carmela Tropeano

On this 25th day of September 2012. Susan A Tropeano, Joseph Tropeano, Francesco Tropeano and Carmela Tropeano , presented this original documents to me.
[Addendum to 6 page letter addressed to Central Violations Bureau of San Antonio Texas with exhibits A & B].
In the City of Rutland,
County of Rutland, State of Vermont.

Andrea K Coppola
Notary

ANDREA K. COPPOLA
Notary Public, State of Vermont
My Commission Expires 2/10/15

Susan and Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont
05701
Tel #: (802) 747-9179

Re: Violation Numbers: H 5115113 and
H 5115114

September 19, 2012

Attention: Central Violations Bureau,

Please send us the complete statement of the charge(s) regarding the above violation numbers to the address listed above. The CVB location code is MA 40. The defendants' names are Susan and Joseph Tropeano. Their telephone number is (802) 747-9179.

Truly,
Susan Tropeano and
Joseph Tropeano
Francesca Tropeano
Carmela Tropeano

ANDREA K. COPPOLA
Notary Public, State of Vermont
My Commission Expires 2/10/15

Susan and Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont
05701
Tel #: (802) 747-9179

Re: Violation Numbers: H 5115113 and H 5115114

September 19, 2012

Attention: Central Violations Bureau,

Please send us the complete statement of the charge(s) regarding the above violation numbers to the address listed above. The CVB location code is MA40. The defendants' names are Susan and Joseph Tropeano. Their telephone number is (802) 747-9179.

Truly,
Susan Tropeano and
Joseph Tropeano
Francesca Tropeano
Carmela Tropeano

ANDREA K. COPPOLA
Notary Public, State of Vermont
My Commission Expires 2/10/15

Susan and Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont
05701
Tel#: (802) 747-9179

Re: Violation Numbers: H 5115113 and H 5115114

September 19, 2012

Attention: Central Violations Bureau,

Please send us the complete statement of the charge(s) regarding the above violation numbers to the address listed above. The CVB location code is MA 40. The defendants' names are Susan and Joseph Tropeano. Their telephone number is (802) 747-9179.

Truly,
Susan Tropeano and
Joseph Tropeano
Francesca Tropeano
Carmela Tropeano

ANDREA K. COPPOLA
Notary Public, State of Vermont
My Commission Expires 2/10/15

2 Page Addendum

Susan A Tropeano

Joseph Tropeano

Francesco Tropeano

Carmela Tropeano

On this 25th day of September 2012. Susan A Tropeano, Joseph Tropeano, Francesco Tropeano and Carmela Tropeano , presented this original documents to me. [Addendum to 6 page letter addressed to Central Violations Bureau of San Antonio Texas with exhibits A & B].
In the City of Rutland,
County of Rutland, State of Vermont.

Andrea K Coppola
Notary

ANDREA K. COPPOLA
Notary Public, State of Vermont
My Commission Expires 2/10/15

**HP Officejet 4620 e-All-in-One**

**Fax Log for**
J*S* Tropeano
8027479179
Jan-00-00 00:00AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration<br>Digital Fax | Pages | Result |
|---|---|---|---|---|---|---|
| Jan 00 | 00:00AM | Fax Sent | 16172045830 | 30:49<br>N/A | 43 | OK |

Hudson Farmers Dist of Mass

**HP Officejet 4620 e-All-in-One**

**Fax Log for**
J*S* Tropeano
8027479179
Jan-00-00 00:00AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| | | | | Digital Fax | | |
| Jan 00 | 00:00AM | Fax Sent | 16172045831 | 21:38<br>N/A | 43 | OK |

Ihtaki Customer Service

**HP Officejet 4620 e-All-in-One**

**Fax Log for**
J*S* Tropeano
8027479179
Jan-00-00 00:00AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration<br>Digital Fax | Pages | Result |
|---|---|---|---|---|---|---|
| Jan 00 | 00:00AM | Fax Sent | 16177489096 | 21:42<br>N/A | 43 | OK |

Very Urgent and Serious!

Attention: Intake/Customer Service:

Francis Castilla

Catherine Gawlik

Jeanette Ramos

of U.S. District Court, District of Massachussetts

Re: via fax 39 (thirty-nine) documents

Please forward these 39 pages to * Magistrate Maryanne B. Bowler

AND

* Chief Judge Mark L. Wolf

immediately!

From: The Tropeanos; Susan and Joseph

2 Clarkson Lane

Rutland, Vermont 05701

Tel # (802) 747-9179

Clerks Office
Dist. of Mass.

**HP Officejet 4620 e-All-In-One**

**Fax Log for**
J*S* Tropeano
8027479179
Jan-00-00 00:00AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration<br>Digital Fax | Pages | Result |
|---|---|---|---|---|---|---|
| Jan 00 | 00:00AM | Fax Sent | 16172045830 | 21:40<br>N/A | 43 | OK |

Very Serious + Urgent!

Attention:

Sarah Allison Thornton,
Clerk of Ct.,
U.S. District Ct., District
of Mass.

And

Robert M. Farrell, Chief
Deputy Clerk

Re: 39 (thirty-nine) documents via faxed

From: The Tropeanos, Susan +
Joseph
2 Clarkson Lane
Rutland, Vt. 05701
Tel. # – (802) 747-9179

Very Serious + Urgent!

Attention: Susan Mohr, HR Director
Kristi Allard, HR Specialist
Janele Cole, HR Assistant
Nancy Cashman, HR Coordinator
Robert Silva, H.R Assistant
of U.S. District Court, District of Massachussetts

---

From: The Tropeanos, Susan and Joseph
2 Clarkson Lane
Rutland, Vermont
05701
Tel #: (802) 747-9179

---

Re: 39 (thirty-nine documents via faxed)

Mr. and Mrs. Joseph Tropeano
2 Clarkson Lane
Rutland, Vt. 05701
Tel#: (802) 747-9179

Re: Violation Numbers: H 5115114 and
H 5115113

September 15, 2012

Attn: Central Violations Bureau,

There are many profound illicit activities taking place with our "violation tickets." We sent a packet to CVB regarding all outrageous and alarming R.I.C.O. activities concerning these "violation tickets to San Antonio, Texas. However till this present time District Court, District of Massachusetts never received our lengthy packet of documents with supporting exhibits which explains the R.I.C.O. iniquities committed regarding the alarming, fraudulent violations we received.

Please note all our communication services including but not limited to The United States Postal System are BARRED/Blocked from us due to a NAZI cult and corrupt/brutal police usurping their powers by using the Patriot Act... and thus we are stripped of all means of communication.

Due to this horrific, devastating NAZI Regime/Police State we are barely surviving under, we notified "Eileen Findley" who is suppose to be the judicial assistant in Honorable

Marianne Bowler's Chambers. Eileen Finney changed our court date from September 27, 2012 to October 19, 2012 at 2:30 pm. We have a tape recording of the change that Eileen Finney made with us via telephone.

However, as the never-ending, alarming, outrageous R.I.C.O. activities never cease, Eileen Finney never changed the date. We called the automated number of CVB on September 15, 2012 to check the status of our tickets. We were alarmed that the date was never changed by Eileen Feeney as she informed us she did. We can produce these tape recordings if needed.

Furthermore, Susan Tropiano, never received a "United States District Court - Notice To Appear" When we mentioned this to Ms. Finney she exclaimed, "You don't need to have one, just show up!" This response was unlawful as we need both Notices To Appear as this huge R.I.C.O. interstate scandal will be exposed by the proper, legitimate authorities in the very near future.

Lastly, we tried to request from Eileen Finney our copy of "our charges" we are entitled to have (FOIA). We cannot retain these charges from CVB because there are no live person to speak to. Therefore, we tried our best to receive "our charges" from Ms. Eileen Finney. However as the usual, alarming

R.I.C.O. pattern incessantly continues in our lives; Ms. Eileen Finney incessantly talks over us like a lunatic auctioneer as it is self-evident she recklessly, deliberately and negligently refuses to help us. Instead of helping us, she leaves us helpless and alarmed by abruptly hanging up the phone in the middle of addressing our serious concerns.

At this present time, we have over 100 pages of documents and supporting evidence to submit to Judge Bowler regarding all devastating, murderous R.I.C.O. activities we are entrapped in which led to receiving these unlawful, fraudulent violations.

Due to all communication stripped from us by the NAZI cult and the corrupt brutal police who are members of this lethal cult, we need to personally hand-deliver all our documents to District Court, District of Massachusetts.

Please change our date hopefully to October 19, 2012 at 2:30 pm. Please note: Susan Tropeano developed diabetes/insulin dependent as a result of the lethal corruption we are entrapped in for almost nine years to date. Therefore, she needs to eat on time and have the proper rest. We

live in Rutland, Vermont. There is no way we can travel to Boston, Mass to appear at a court appearance at 10:00 am.

Please note: at our last visit to U.S. District Court, District of Massachusetts at 1 Courthouse Way, Boston. Mass we were almost attacked by the so-called U.S. Marshalls in the lobby of the court building. This pre-meditated assault erupted when we tried to find out information regarding these alarming, unlawful tickets we received on June 28, 2012.

Please change our hearing date. Furthermore, please acknowledge and confirm with us via telephone that you received this four page fax with one exhibit attached which is a copy of Joseph Tropeano's United States District Court - Notice To Appear. We greatly need your help and support. We need Justice to Prevail! We also need to be SAFE when we enter the court building: U.S. District Ct. District of Mass. Very truly yours,

Susan Tropeano

Joseph Tropeano

Via Fax 5 page letter with one exhibit
AND an Addendum with exhibits totaling 39 pages

CC: Sarah Allison Thornton, Clerk of Court

Robert M. Farrell, Chief Deputy Clerk

Susan Mohr, HR Director

Kristi Aland - HR Specialist

Janelle Cole - HR Assistant

Intake Customer Service:

Francis Castilla

Catherine Gawlik

Jeanette Ramos

The Tropeanos do not have the fax numbers for Judge Marianne Bowler and Judge Mark L. Wolf.

These serious, urgent documents must be faxed to them immediately! Please forward our documents to these appropriate judges!

# Addendum - September 16, 2012

The Tropeanos sent a profound 9 page letter with 4 exhibits dated July 16, 2012 to CVB; however till this present time it appears that the court never received these documents. The Nazi cult/police state we are outrageously and alarmingly entrapped in confiscates all our mail concerning our case by usurping their powers using the Patriot Act.

Please see Exhibit A, our document previously sent to CVB. Furthermore, please see Exhibit B which explains our horistic predicament we are entrapped in titled, "A Cry For Help," consisting of eleven (11) pages and Exhibit C consisting of five (5) pages which further explain the Nazi police state we are entrapped in.

These documents were written approximately 7 months ago. This Nazi cult/police state regime has tried in the past couple of months to murder us. It has become so brutal, all levels of law enforcement and impostors pretending to be law enforcement try their corrupt best to assault us, etc... in the court buildings of the United States of America! This must cease and desist immediately!

We are incessantly inundated with out-of-control, full-blown, murderous, interstate R.I.C.O. activities pursuant to many sections of U.S. Title 18! Our case must be immediately referred to the U.S. Attorney. We need the help and support of all the U.S. District Courts to immediately refer our case to all interstate U.S. Attorneys to refer it to Legitimate, senior F.B.I.

agents. Every day that passes by barely surviving under this Nazi/Regime Police state is life-threatening as this Regime in the recent past committed a myriad of incidents of PREMEDITATED ATTEMPTED MURDER to smokescreen all murderous criminal R.I.C.O. activities they perpetrated against us, our dear family members, our possessions, our finances and every conceivable service we use and pay for... In essence we lost our identities, all that we own, our family members; Susan Tropeano's mother was just recently murdered, etc., etc...

The Tropeano case sets a precedent in the judicial system of the United States of America! This is an AMERICAN ATROCITY TAKING PLACE IN MODERN AMERICA 2012!

Due to the never-ending, unabated

daily R.I.C.O. activities taking place in our lives, The Tropeanos have approximately 100 pages of documents to forward to Judge Bowler's Chambers which regards further R.I.C.O. activities taking place at U.S. District Court, District of Massachusetts as well as documents to attest to why these R.I.C.O. activities are taking place in every United States court building The Tropeanos frequent!

The Tropeanos need immediate help from the U.S. Attorney as these Lethal thugs want them DEAD!

Please note: We think we have access to a fax machine and hopefully we can fax all documents to the court in the next couple of days. If the fax fails, we will have to hand-deliver all documents to the court as previously documented. Mr. and Mrs Joseph Tropeano

Exhibit A
(16 pages)

Mr. & Mrs. Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont 05701
Tel. #: (802) 747-9179

CORRESPONDENCE ADDRESS
Central Violations Bureau
P.O. Box 780549
San Antonio, TX78278-0549

RE: VIOLATION NUMBERS: H5115113 AND H5115114

July 16, 2012

To whom it may concern,

We were recently referred by the Brunswick Police located in Brunswick, Maine to report our horrific, devastating, surreal predicament we are living under for over eight, overwhelming, nightmare years to date. At such on June 28, 2012, we went to the main headquarters of the Northeast Division of the F.B.I. located in Boston, Massachusetts.

The Brunswick Police referred us to the F.B.I after we encountered horrific, very alarming, dangerous experiences at the Days Inn located in Brunswick, Maine; and many other R.I.C.O. activities we encountered on a 24/7 basis.

At the Days Inn we were stalked and verbally and physically assaulted. Without elaborating on this alarming, outrageous experiences we encountered at the Days Inn; one of the male suspects who committed these heinous crimes, pretended to be a staff member; however, in actuality; he was one of the thugs who stalked and physically assaulted us.

Furthermore, two other male suspects were guarding the computer at The Days Inn. In order to understand what we mean by guarding the computers, we must give a very brief background of the horrific, nightmare, overwhelming predicament we are barely surviving under for the past eight and half years to date.

We are victims outrageously and alarmingly entrapped in a NAZI Regime. This NAZI Regime demands a police state and therefore we are outrageously and alarmingly victims of police corruption and brutality as well. Without further elaboration, in order to understand and acknowledge the surreal, extremely dangerous, pre-meditated, murderous, full-blown, interstate R.I.C.O. activities we are victims of; please watch our videos on You Tube titled, "A Cry For Help, Susan and Joseph Tropeano."

In our You Tube videos, it explains in detail how the corrupt police and this lethal cult BARRED US FROM ALL MEANS OF COMMUNICATION RANGING FROM HACKING OUR CELL PHONE; OUR PERSONAL PHONES AT HOME; BLOCKING OUR PHONE MESSAGES; LOSING ALL OUR MAIL CONCERNING OUR SERIOUS INFORMATION ABOUT THIS PROFOUND, GRAVE, LETHAL PREDICAMENT WE ARE BARELY SURVIVING UNDER.

ADDITIONALLY, THE LETHAL CULT WITH THE CORRUPT POLICE ALARMINGLY AND OUTRAGEOUSLY TOOK FULL CONTROL OF OUR COMPUTER BY ECRYPTING ALL OUR FILES, MAKING OUR COMPUTER THE TARGET COMPUTER, AND AT SUCH, THEY CONNECTED OUR COMPUTER TO A NETWORK OF COMPUTERS CONTROLLED BY THE LETHAL THUGS...

THE OUTRAGEOUS AND ALARMING CYBER CRIMES CONSIST OF CYBER BULLYING AND CYBER STALKING. THE LIST OF THESE CRIMES GOES ON AND ON INCLUDING BUT NOT LIMITED TO BREAKING INTO OUR YOU TUBE ACCOUNT; CONFISCATING MANY OF OUR VIDEOS AND THEN CONFISCATING OUR VIDEOS FURTHER BY CRASHING INTO THE WONDERFUL, INFORMATIVE, REPUTABLE WEBSITES WHO IMMEDIATELY SPONSORED US.

NOT ONLY DID THESE LETHAL THUGS CRASH INTO THESE WEBISTES, THEY DESTROY NUMEROUS BROWSER PAGES BY MAKING OUR CRY FOR HELP YOU TUBE VIDEOS EXTREMELY LUNATIC. ALL THESE ILLICIT, PROFOUND, LETHAL ACTIVITIES WERE COMMITTED AS THE CORRUPT POLICE AND THE DEMONIC CULT DO NOT WANT TO BE EXPOSED FOR ALL THEIR LETHAL R.I.C.O. CRIMES COMMITTED.

FURTHERMORE. ALL THE ABOVE UNLAWFUL , LETHAL ACTIVITIES WERE ABLE TO OCCUR AS A RESULT OF THE CORRUPT POLICE USURPING THEIR POWERS BY USING THE PATRIOT ACT. THE DEMONIC MISSION OF TH E CORRUPT, BRUTAL, RAGING POLICE IS TO CREATE A LUNATIC, LETHAL PLOY BY MAKING US APPEAR AS THE DANGEROUS, MENTALLY ILL CRIMINALS TO SMOKESCREEN ALL THEIR LETHAL, MURDEROUS, PRE-MEDITATED, DEMENTED, SADISTIC R.I.C.O. CRIMES COMMITED AGAINST US.

As stated previously in this profound, grave letter, we were referred by the Brunswick Police to seek help at the Northeast Division Headquarters of the F.B.I. located in Boston, Massachusetts. However, from the horrific, traumatizing, terrorizing, nefarious, pre-meditated R.I.C.O. activities we experienced at the F.B.I., it is self-evident the Brunswick Police were not at all legitimate and ethical police officers. A lethal set-up situation was schemed and conspired by the police and the lethal thugs who want us dead.

******PLEASE NOTE: DUE TO THESE LETHAL, MURDEROUS R.I.C.O. ACTIVITIES, SUSAN TROPEANO'S MOTHER SUFFERED A BRUTAL, TRAGIC DEATH WHEN SHE RECENTLY DIED FROM THE BRUTAL, BARBARIOUS REPERCUSSION OF BEING BRAINWASHED BY THE LETHAL, DEMONIC CULT. THIS LETHAL, NEFARIOUS BRAINWASHING WAS ORCHESTRATED BY THE INFAMOUS CULT LEADER, PHYLLIS LEINWAND.******

At the onset of entering the lobby of the sixth floor where the F.B.I. is located at I Center Plaza in Boston, Massachusetts, the environment was extremely hostile and threatening. The security officer sitting at the desk by the elevator in the F.B.I. lobby was extremely intimidating. He was wearing a short sleeve button down shirt. He was muscular in nature having tattoos fully covering his entire arms. These tattoos ended at his wrists.

We informed this "security guard" that we need to make an appointment with a senior F.B.I. agent as our lives are in extremely serious danger. The "security guard" started to badger us asking us very personal, confidential questions which is only discussed with an F.B.I. agent.

We were about to leave, as this "security guard" was not behaving professionally. We definitely surmised foul play was taking place. The way the "security guard" kept on looking at us, and his unprofessional dress code which exposed his arms fully tattooed; we knew we should not pursue the F.B.I. at this present time; as the "security guard" was not behaving or appearing to be a professional security guard.

Due to foul play occurring with this security guard, the guard saw us inching to the elevator as we wanted to leave. All of a sudden the "security guard" relented as he appeared to be more civil as he saw we were leaving. At such, he immediately escorted us to the F.B.I. office. Once inside the F.B.I. office, the "security guard" checked our possessions through a scanning machine. He took our audio recorder informing us it will be returned when we leave. We asked the "security guard" for a receipt that he was holding our tape recorder. He stated, "We don't give receipts." Not receiving a receipt for our tape recorder made us further uneasy and nervous.

After taking a seat waiting for a SENIOR F.B.I. AGENT WHICH WE REQUESTED, the "security guard" stated, "Fill out these complaint forms. One is for you and the other is for your husband." It was bizarre that he gave us two complaint forms when we came together. Therefore, we only filled out one complaint form which was done very quickly and not in a neat manner like we are accustomed to be; as we felt quite uneasy and nervous that something lethal was about to erupt. Please see this complaint as EXHIBIT A.

The "security guard" was acting as if he worked in the F.B.I. office as he REMAINED WITH US IN THE F.B.I. OFFICE, NEVER RETURNING TO HIS DESK LOCATED IN THE LOBBY OF THE F.B.I. OFFICE. After giving us the complaint forms, this "security guard" then proceeded to the back office of the F.B.I.

Please note: there was a female employee sitting at a desk in the F.B.I. office who is responsible to handle the complaints of applicants. However, the female employee remained oblivious that we were in the office, as the "security guard" was intently "taking care" of the preliminaries needed in order to meet with an F.B.I. agent.

The "security guard" remained in the back room of the F.B.I. for approximately fifteen minutes. Finally, the "security guard" appears in the office with another white male; late 30's. This white male sat at the desk for approximately ten minutes while the "security guard" is lurking around the same area where this white male was sitting.

After approximately ten minutes, the white male approaches us in the waiting room. This white male did not introduce himself to us. He quickly informed us, "I read your complaint. You have strong allegations. I cannot believe this is true as it is too surreal and bizarre." We responded, "We have volumes of evidence to substantiate every word we wrote on the complaint. Our evidence literally fills up the entire office. You cannot desert us. We will die if the F.B.I. does not immediately come to our aid..."