All that we said fell upon deaf ears as the agent stated, "I cannot investigate this. I cannot help you. Sorry." At that point this so-called F.B.I. agent started walking away from us while the "security guard" is intently listening and lurking where the agent was speaking to us.

Please note: Before the agent walked away, we needed to know his name as he never introduced himself to us. Therefore, Susan Tropeano immediately looked at this agent's badge where his name was noted. The agent's name is Kevin Shaney.

We were terrified and traumatized by the so-called agent's extremely illicit, nefarious comments. Please note: The F.B.I. is noted for investigating interstate, R.I.C.O. activities in which underlying strong allegations are documented. Furthermore, police corruption and brutality is very prevalent in R.I.C.O. activities. Additionally, full-blown, murderous, pre-meditated R.I.C.O. activities are surreal and bizarre and that is why the harshest consequences under the law are applied and triple damages are awarded.

As anyone would surmise from reading our quickly written complaint we wrote in the F.B.I. office; our "strong allegations" must be investigated as our lives and dear family members are at great risk. As mentioned in the complaint to the F.B.I. and in this profound grave letter, Susan Tropeano's mother just recently died from the brutal, barbarous brainwashing committed to her dear mother. See EXHIBIT A.

When this so-called F.B.I. agent informed us of the above outrageous and alarming comments that he will not have any investigations regarding the lethal, pre-meditated, murderous, interstate R.I.C.O. activities we are encountering; we were traumatized, terrorized and bullied on a grand scale pursuant to U.S. Title 18, Section 2332b.

We immediately stated to this agent the following comments, "WE HAVE ALL THE EVIDENCE TO ATTEST TO THESE LETHAL, FULL-BLOWN, INTERSTATE R.I.C.O. ACTIVITIES. WE ARE CRYING AND PLEADING FOR HELP. IF WE DO NOT RECEIVE HELP, OUR LIVES WILL END. EACH DAY THAT WE WAKE UP, WE DO NOT KNOW IF WE WILL REMAIN ALIVE AS WE HAVE MURDEROUS, HEINOUS CRIMES COMMITTED TO US ON A 24/7 BASIS. WE PAY TAXES LIKE EVERY OTHER UNITED STATES CITIZEN DOES; WE PAY TAXES FOR F.B.I. SERVICES IF NEEDED. YOU CANNOT TURN YOUR BACKS ON US..." HOWEVER, ALL THAT WE STATED, FELL UPON DEAF EARS; AS THE AGENT REMAINED SILENT WHILE WALKING AWAY FROM US.

The agent walked back behind the glass partition of the F.B.I. office. The female employee was also sitting behind the glass partition. The "security guard" as well was still lurking in the same room, NEVER RETURNING TO HIS DESK WHICH IS LOCATED IN THE LOBBY OF THIS OFFICE BY THE ELEVATOR ON THE SIXTH FLOOR.

We wanted to leave this office a.s.a.p. We were getting deathly ill from the trauma and terror, realizing that we were destined to die as we were barred from receiving legitimate, ethical F.B.I. investigations. We hurriedly left the office. At the elevator, we remembered that we left our tape recorder with the "security guard" who never returned it back to us. Therefore, we had to go back into the F.B.I. office where the "security guard" still remained in that office, while Kevin Shaney and the female employee were still sitting behind the glass partition.

As one could imagine, any human being would be terrified, traumatized to the extreme if they are entrapped in full-blown, pre-meditated, murderous R.I.C.O. activities compounded by the F.B.I. outrageously, alarmingly, and unconscionably refusing to investigate the heinous, nefarious crimes they are entrapped in for over eight, overwhelming, nightmare years to date. At such, when we went back to retrieve our audio recorder, we exclaimed to Kevin Shaney who was staring at us, "HOW COULD YOU DO THIS TO US??!!  HOW COULD YOU NOT INVESTIGATE??!!  WE WILL DIE IF YOU DON'T INVESTIGATE AND HELP US??!!  YOU WILL DEFINITELY BE CITED IN OUR HUGE R.I.C.O. VENUE AS YOU ARE EXPOSING US TO LETHAL DANGER THAT WILL END OUR LIVES!!  SHAME ON YOU!!"

While we are exclaiming the responsibilities and liability of how this F.B.I. agent is not protecting us, the "security officer" is terrorizing and traumatizing us further by immediately calling the police. In less than a minute, FOUR POLICE OFFICERS ARRIVE ON THE SCENE. THE "SECURITY GUARD" ALARMINGLY AND OUTRAGEOUSLY ESCORTS US TO THE LOBBY WHERE WE WERE MET BY FOUR BRUTAL, RAGING, CORRUPT "POLICE OFFICERS."

PLEASE NOTE: THIS WAS NOT THE FIRST TIME THAT WE WERE ENTRAPPED IN LETHAL, BRUTAL, RAGING POLICE SET-UPS.  FOUR POLICE OFFICERS BRUTALLY ATTACKED US IN RICHMOND, HILL, QUEENS, NEW YORK FOR ABSOLUTELY NO REASON WHATSOEVER.

RICHMOND HILL, QUEENS, NEW YORK IS WHERE PHYLLIS LEINWAND WORKS.  AS PREVIOUSLY MENTIONED, PHYLLIS LEINWAND IS THE CULT LEADER OF THE LETHAL CORRUPTION WE ARE ENTRAPPED IN.  SHE IS ALSO VERY CONNECTED TO THE "BIG SHOTS" IN THE POLICE DEPARTMENT;  AND AT SUCH, THIS IS WHY WE ARE THE SUFFERING VICTIMS OF OUTRAGEOUS AND ALARMINGLY POLICE CORRUPTION AND BRUTALITY.

WITHOUT ELABORATING FURTHER, WE WERE BRUTALLY ATTACKED BY FOUR POLICE OFFICERS IN RICHMOND HILL, QUEENS, NEW YORK AND THEN NEFARIOUSLY AND UNLAWFULLY ARRESTED AND THROWN IN DIRTY CELLS.  SUSAN TROPEANO ALMOST LOST HER LIFE IN JAIL AS SHE DEVELOPED DIABETES IN THE YEAR 2008.  SHE IS INSULIN DEPENDENT.  HER DIABETES DEVELOPED DUE TO THE UNABATED, INCESSANT TRAUMA AND TERROR OF LIVING UNDER A NAZI REGIME/POLICE STATE.

TO CONTINUE, THE EMPLOYEES AND GUARDS AT THE JAIL,  BARRED SUSAN TROPEANO FROM RECEIVING HER INSULIN AND INSTEAD INTENTIONALLY, RECKLESSLY AND SADISTICALLY  KEPT SUSAN TROPEANO DEHYDRATED.  IT IS A MIRACLE THAT WE IS ALIVE TODAY AS GOD WAS PROTECTING HER. IN ORDER TO COMPREHEND ALL THE NEFARIOUS ACTIVITIES COMMITTED IN THE JAIL AND BY THE RICHMOND HILL POLICE IN RICHMOND, HILL, QUEENS, NEW YORK, PLEASE WATCH OUR YOU TUBE VIDEOS WHICH EXPLAINS ALL.

The same threatening, nefarious set-up situation of police brutality was orchestrated once again IN FRONT OF THE F.B.I. AGENT, KEVIN SHANEY AND THE FEMALE EMPLOYEE SITTING IN THE F.B.I. OFFICE WHO WERE WATCHING US INTENTLY;  BEING GREATLY ENTERTAINED SEEING US BEING VICTIMIZED, BULLIED, ABUSED, MOCKED, HUMILIATED, DISRESPECTED TO THE EXTREME. (U.S. TITLE 18, SECTION 2332b)

It was self-evident that The Brunswick Police who originally referred us to the F.B.I. in Boston, Massachusetts were not acting on our behalf. First of all, they never initiated police reports for the heinous crimes committed to us at the Days Inn in Brunswick, Maine.

Furthermore, we are constantly outrageously and alarmingly stalked, monitored and controlled by gang stalkers which follow us 24/7 on a daily basis. At such, the "security guard", the Boston Police and Kevin Shaney were informed by the gang stalkers that we were traveling to the F.B.I. on June 28, 2012.

The Brunswick Police as well were INSTRUCTED by the lethal thugs who entrapped us as victims in their NAZI Regime to refer us to the F.B.I. Living under these lethal R.I.C.O. activities for over eight years, we are very astute to all lethal set-up situations we encounter; however, this murderous, pre-meditated set-up situation at the F.B.I., we were not prepared for; as we NEVER FATHOMED THAT WE WOULD BE HELD HOSTAGE BY FOUR BRUTAL, DEMONIC POLICE OFFICERS AND A "SECURITY GUARD" WHO SUPPOSEDLY WORKS AT THE F.B.I.

TO MAKE A LONG, HORIFFIC, NIGHTMARE STORY SHORT, WE WERE ALMOST BRUTALLY ATTACKED AGAIN BY FOUR POLICE OFFICERS JUST LIKE WE WERE BRUTALLY ATTACKED BY FOUR POLICERS IN RICHMOND HILL, QUEENS, NEW YORK. FROM ALL THAT TRANSPIRED, IT IS NOW SELF-EVIDENT WHY THE "SECURITY GUARD" WAS EXTREMELY HOSTILE AND THREATENING TO US AT THE ONSET OF MEETING HIM.

FURTHERMORE, THE "SECURITY GUARD" GAVE US TWO COMPLAINT FORMS INSTEAD OF ONE AS THIS BOUGHT HIM TIME WHILE UNLAWFULLY REMAINING IN THE BACK OFFICE OF THE F.B.I., SO THAT HE COULD PREPARE AND MAKE HIS PHONE CALLS TO THE POLICE WHO IMMEDIATELY CAME TO THE SCENE IN LESS THAN ONE MINUTE.

ADDITIONALLY, THE "SECURITY GUARD" SCHEMED NOT TO TO GIVE OUR TAPE RECORDER BACK TO US. NOT RETURNING THE TAPE RECORDER BACK TO US, GAVE ANOTHER OPPORTUNITY FOR THE "SECURITY GUARD" TO CALL THE POLICE. AT SUCH, WHEN WE EXCLAIMED TO THE SO-CALLED "AGENT" THAT WE WERE LIVID WITH HIM THAT HE DID NOT WANT TO EXPOSE THE CORRUPTION WE ARE ENTRAPPED IN; AS WE TRY TO EXPOSE THE CORRUPTION, THE USUAL R.I.C.O. PATTERN IS TO CALL, THE POLICE!

The four corrupt, brutal police officers with the "security guard" did everything in their power to make us react to them. In this way, in their corrupt, demented minds, they had an excuse to brutally attack us in front of the F.B.I. agent, Kevin Shaney, and the female F.B.I. employee who were enjoying and watching very intently the horrifying predicament we were entrapped in. Therefore, we knew that we must remain silent as eminent extreme danger was erupting.

It was self-evident the demonic mission of these "law enforcement officers and guard" was to brutally attack us as there was no need for FOUR POLICE OFFICERS AND A SECURITY GUARD TO SURROUND US TERRORIZING AND TRAUMATIZING US TO THE EXTREME. As stated previously, these demonic, brutal police officers and the guard did everything in their power to provoke responses from us so that they could brutally attack us, and then incarcerate us or institutionalize us for life. In this way, this huge, interstate conspiracy and R.I.C.O. scandal will never be exposed.

After the police and the guard tried their corrupt best to provoke us, they decided to issue us violation notices by outrageously, alarmingly and nefariously citing us for DISORDERLY CONDUCT. While concocting these nefarious, fraudulent Disorderly Conduct violation notices, the police were congregating together deciding how to initiate and how to write these violation notices. They finally elected one of the police officers to issue us these fraudulent, outrageous violations. Due to the "police" not knowing how to write violations, it raises red flags as we encounter many impostors pretending to be police officers, doctors, phone installers, etc.

Please note: When the four police officers instantaneously arrived on the scene, one of the police officers did not want to participate in these illicit activities. However, the other three police officers forced him that he must participate. The same illicit activity occurred again, when the four police officers had no idea how to write a violation notice. Finally, they elected police officer Saccardo to issue us these violations; although we must stress again all four police officers were unsure how to issue these violations.

While Saccardo is writing these violations, there were two police officers who were extremely vile and venomous. One was a white male, had dark hair and wore black, shining motor cycle boots. The other police officer was an older white male, reddish brown hair in his late 50's or 60's.

Although we remained silent most of the time we did state, "It is alarming and outrageous that instead of punishing the lethal thugs who entrapped us as victims of their NAZI Regime and destroyed every conceivable part of our lives; you are victimizing, traumatizing and terrorizing us to the extreme." At that said the police officer who wore the motor cycle boots outrageously, alarmingly, unconscionably and nefariously exclaimed to us, "YOU ARE THE THUGS! YOU ARE THE WANTED ONES! THAT'S WHY WE ARE HERE!" Again please note: Kevin Shaney and the female employee were still intently watching this outrageous, lethal and unconscionable demonic show!

Please note: We never received the name of all brutal, corrupt police officers. We need their names to sue them. Furthermore, once we were finally released from this frightening, outrageous police corruption, we immediately pressed for the elevator.

While waiting for the elevator, these vile, venomous officers still continued to instigate us hoping to fulfill their demonic mission of incarcerating us or institutionalizing us. As the elevator opened they nefariously exclaimed to us, "WE SUGGEST YOU PAY FOR THE TICKETS; DO NOT GO TO COURT BECAUSE I AM THE PROSECUTOR AT COURT AND I WILL PROSECUTE YOU! HAVE A NICE DAY! GOOD LUCK!"

PLEASE NOTE: DUE TO ALL OUR POSSESSIONS AND FINANCES UNDER THE CUSTODY AND CONTROL OF THE NAZI REGIME WE ARE OUTRAGEOUSLY AND ALARMINGLY ENTRAPPED IN. WE ARE PRESENTLY SURVIVING BY RECEIVING FOOD STAMPS AND MEDICAID. THESE DEMONIC POLICE ARE VERY WELL AWARE THAT ALL OUR FINANCES AND POSSESSIONS HAVE BEEN OUTRAGEOUSLY AND UNLAWFULLY STRIPPED FROM US.

FURTHERMORE, WE WERE REFERRED TO THE F.B.I. TWICE BY THE U.S. ATTORNEY, MAUREEN MAUSKOPF WHEN THESE R.I.C.O. ACTIVITIES BEGAN IN NEW YORK. WE WERE REFERRED TO SEE F.B.I.

AGENT, PETER GRUPE. HOWEVER, TWICE THE F.B.I. BLOCKED US FROM HAVING INVESTIGATIONS WITH THE F.B.I. AGENT, PETER GRUPE.

WHEN WE TRIED TO CONTACT BY MAIL MAUREEN MAUSKOPF INFORMING HER THAT WE WERE BLOCKED FROM SEEING PETER GRUPE, OUR MAIL WAS CONVENIENTLY LOST. THUS WE CALLED THE LOWER MANAGEMENT OF HER OFFICE WHO OUTRAGEOUSLY AND ALARMINGLY EXCLAIMED TO US, "IF YOU CALL THIS OFFICE AGAIN, WE WILL ARREST YOU." THIS WAS THE VERY BEGINNING OF THESE LETHAL R.I.C.O. ACTIVITIES. PLEASE SEE EXHIBIT B WHICH ATTESTS THAT WE WERE SENT TWICE BY THE U.S. ATTORNEY TO REPORT TO PETER GRUPE.

Lastly, please see a copy of these violations as EXHIBIT C. Upon reading these outrageous, fraudulent and alarming violations at our home, we noticed very serious concerns and contradictions regarding these violations. They are as follows:

- It is self-evident we are not guilty and therefore we checked Box A. However, this violation does not mention where to send this violation if you are not guilty.
- We never signed this violation where it states, "Defendant's signature."
- The payment address and the correspondence address on the violation notices is DIFFERENT THAN THE ADDRESS THE POLICE HANDED US ON THE ENVELOPES WHERE THE VIOLATION IS SENT TO. PLEASE SEE EXHIBIT D WHICH ATTESTS TO THESE SERIOUS FACTS. THE POLICE TOOK TWO WHITE LABELS AND PASTED THEM ON TOP OF THE ORIGINAL ADDRESS STAMPED ON THE ENVELOPES.

    DUE TO ALL ILLICIT ACTIVITIES DOCUMENTED IN THIS PROFOUND, GRAVE LETTER, WE NEED IMMEDIATE HELP HOW TO PROCEED WITH ALL THAT WE OUTRAGEOUSLY AND ALARMINGLY ENCOUNTERED.

    FURTHERMORE, WE WOULD APPRECIATE THESE VIOLATIONS TO BE NULL AND VOID AS NOT ONLY ARE WE NOT GUILTY, WE LIVE FAR AWAY FROM BOSTON, MASSACHUSSETS. THIS PLACES A HUGE FINANCIAL BURDEN ON US AS WE MUST PAY FOR A MOTEL AND GAS TO TRAVEL TO A COURT THAT IS NOT CLOSE TO OUR HOME.

    ADDITIONALLY, THE TRAUMA AND TERROR TO ATTEND A CRIMINAL HEARING IS FULL OF LIABILITY AS WE ARE THE VICTIMS OF R.I.C.O. CRIMES. WE ARE THE ONES THAT ARE PRESENTLY PREPARING A HUGE R.I.C.O. VENUE AT FEDERAL COURT. WE CANNOT WITHSTAND AND FATHOM ANY MORE DANGEROUS, LUNATIC PREDICAMENTS WHERE WE ARE CITED AS THE CRIMINALS. THIS IS CAUSING HUGE LIABILITY AND CONSTANT IRREVERSIBLE AND IRREPARABLE HARM! THIS MUST CEASE AND DESIST IMMEDIATEDLY!

    PLEASE CONTACT US IMMEDIATELY.

- THIS HORIFFIC, DEVASTATING PREDICAMENT THE TROPEANOS ARE LIVING UNDER DOES NOT HAPPEN IN MODERN AMERICA. THIS CASE SETS A PRECEDENT IN THE UNITED STATES JUDICIAL SYSTEM. THIS IS AN AMERICAN ATROCITY!

- PLEASE HELP US, SUPPORT US AS THE TROPEANOS MUST BE IMMEDIATELY SPONSORED TO THE UNITED STATES ATTORNEY WHO IS RESPONSIBLE TO IMMEDIATELY ERADICATE THESE HEINOUS R.I.C.O. CRIMES.

- PLEASE SEE ATTACHED AS EXHIBIT B, TWO LETTERS FROM THE UNITED STATES ATTORNEY IN NEW YORK, MAUREEN MAUSKOPF, WHO TWICE REFERRED THE TROPEANOS' CASE TO THE F.B.I. AGENT, PETER GRUPE. PETER GRUPE WAS A SENIOR F.B.I. AGENT. HOWEVER, ONCE THE TROPEANOS' CASE REACHED THE F.B.I. OFFICE, LOWER MANAGEMENT IN THE F.B.I BLOCKED/BARRED THE TROPEANOS FROM MEETING WITH PETER GRUPE. THIS AGAIN WAS DUE TO BRIBES COMMITTED BY THE LETHAL THUGS WHO ENTRAPPED THE TROPEANOS AS THEIR VICTIMS. THIS IS WHY THE TROPEANOS ARE ENTRAPPED IN A MURDEROUS, BRUTAL NAZI/POLICE STATE REGIME. PLEASE HELP US...

Very truly yours,

Mr. and Mrs. Joseph Tropeano

Pages of

Via fax six (9) page letter with 7 exhibits with a one page letter dated September 19, 2012 requesting our complete statement of charges regarding the violation numbers. The total amount of pages faxed totals nine (17) pages.

(17)



Exhibit A
(2 pages)

# FEDERAL BUREAU OF INVESTIGATION
## COMPLAINT/QUERY FORM

DATE: 6/28/2012
TIME: 13:10 pm

### (Please fill out completely)

NAME: Susan & Joseph Tropeano

ADDRESS: 2 Clarkson Kive

CITY/STATE: Rutland, Vt. 05701     ZIP CODE:

TELEPHONE: (802) 747-9179

DATE OF BIRTH: 4/8/53  4/24/52   SOCIAL SECURITY #

DESCRIPTION OF COMPLAINT/QUERY:

We are victims entrapped in outrageous, alarming police corruption, brutal, rogue police corruption. These brutal, rogue police are connected and members of a satanical cult. The originator, cult leader and handler of this surreal murderous corruption is Phyllis Howard. This lethal corruption monitors and controls every conceivable aspect of our lives making our lives a living hell. We are BARRED from using every conceivable service U.S. citizens use saving but not limited to medical, hospital, insurance, finances, pension, banks, services @ home, hotels/motels, supermarkets, pharmacies, utility services, medical home delivery services, restaurants from ordering. We are the first U.S. citizens to be blacklisted. This lethal, premeditated, murderous corruption

(over)

in a nutshell is about blackmail, bribes, brainwash and murders.

At this present time, we will die from lethal, murderous corruption if the FBI and all responsible governmental parties/entities turn their backs on us. Susan Thopino's, mother, suffered a brutal, tragic death as a result of her mother being brutally, barbarously brainwashed!

Every day, on a 24/7 basis, we suffer from murderous attacks of the cult and the brutal, raging, corrupt police who have BLACKLISTED us at every conceivable place we frequent!

The U.S. Attorney in NY TWICE sent us to the FBI, however we were BARRED from receiving help by a young F.B.I. agent known as Charles Butric by Peter Grupe, a senior FBI agent who Maureen Mauscoff referred us to.

Our lives are in severe danger and we will die from the ripe harassing of the murderous corruption if the FBI turns their backs on us!

WE NEED IMMEDIATE HELP NOW!



**U.S. Department of Justice**

*Exhibit B
(2 pages)*

*United States Attorney*
*Eastern District of New York*

---

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

May 2, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

Your letter to the U.S. Attorney's Office has been referred to me for a reply.

Please be advised that we have reviewed the concerns raised and have referred your letter to the Federal Bureau of Investigation for consideration.

Any further inquiries about this matter may be addressed to:

Peter Grupe
Supervisory Special Agent
Federal Bureau of Investigation
135 Pinelawn Road, Ste. 350S
Melville, NY 11747
(631) 501-8660

Sincerely,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: *Susan M. Burkhoff*

Susan M. Burkhoff
Paralegal Specialist

cc: Peter Grupe, FBI



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 1, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

   Your letter to the U.S. Attorney's Office has been referred to me for a reply.

   Please be advised that we have reviewed the concerns raised and have referred your letter to the Federal Bureau of Investigation for consideration.

   Any further inquiries about this matter may be addressed to:

     Peter Grupe
     Supervisory Special Agent
     Federal Bureau of Investigation
     135 Pinelawn Road, Ste. 350S
     Melville, NY 11747
     (631)501-8660

     Sincerely,

     ROSLYNN R. MAUSKOPF
     UNITED STATES ATTORNEY

By:  *Susan M. Burkhoff*

    Susan M. Burkhoff
    Paralegal Specialist

cc: Peter Grupe, FBI

## United States District Court
### Violation Notice

CVB Location Code
A 470

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115114 | DiCARDO | 773 |

H 5115114

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|
| 06-28-2012 | Disorderly 102-74-390 |

Place of Offense
Center plaza

Offense Description
Disorderly Conduct

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Tropeano | John | |

**A** ☑ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

| | $ 150 | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| PAY THIS AMOUNT → | $ 175 | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 1 Courthouse Way | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

ICE Form 78-001 (Rev. 02-08)   Defendant Copy For Your Records (Yellow)   Previous edition is obsolete.

---

## United States District Court
### Violation Notice

CVB Location Code
MA 470

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115113 | DiCARDO | 773 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|
| 06-28-2012/1500 | Disorderly 102-74-390 |

Place of Offense
1 center plaza

Offense Description
Disorderly  102-74-390

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Tropeano | Susan | A |

**A** ☑ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

| | $ 150 | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| PAY THIS AMOUNT → | $ 175 | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 1 Courthouse Way | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

ICE Form 78-001 (Rev. 02-08)   Defendant Copy For Your Records (Yellow)   Previous edition is obsolete.

---

Exhibit C
(2 pages)

**A.** If BOX A is checked on the face of this Violation Notice, YOU MUST APPEAR IN COURT at the date, time and place shown. If no date, time and place are shown then you will be notified by mail of when and where to appear. You must notify the Central Violations Bureau (CVB) in writing, of any change in the address listed on this Violation Notice. If you have not received a "Notice to Appear" within 45 days, call the CVB at 800-827-2982.

**B.** If BOX B is checked on the face of this Violation Notice, YOU MUST DO ONE OF THE FOLLOWING:

**1.** PAY THE TOTAL COLLATERAL DUE AMOUNT SPECIFIED. If you wish to terminate your case WITHOUT HAVING TO APPEAR IN COURT, mail your personal check, money order, or credit card information in the envelope provided within 30 days for the full amount of the total collateral due specified. Include the perforated stub with your payment. DO NOT MAIL CASH. Write the violation number and location code from the top front portion of the Violation Notice on your check or money order and make it payable to the Central Violations Bureau. In some federal jurisdictions, payment of the total collateral due constitutes a plea of guilty or *nolo contendere*. If you are charged with a motor vehicle violation, a record of your payment may be reported to the Department of Motor Vehicles of your state. You may be required to pay additional processing, certification or other fees to reinstate your vehicle's registration or your driving privileges.

OR

**2.** APPEAR IN COURT. If the officer has written on the face of this Violation Notice a date, time and place for a court appearance, you must appear in court at that time. If no court date, time and place is shown, this information will be provided to you by mail. You must notify CVB in writing, of any change in the address listed on this Violation Notice. If you have not received a "Notice to Appear" within 45 days, call the Central Violations Bureau at 800-827-2982.

**NOTICE**

If you do not pay the total collateral due amount, and you fail to appear in court at the date and time scheduled for you, the United States District Court may issue a summons ordering your appearance or issue a warrant for your arrest. If you are charged with a motor vehicle violation, the court may also report your failure to pay or appear to the Department of Motor Vehicles of your state, which may affect your driving and/or registration privileges. If you plead guilty to a traffic violation, points may be assessed against your driving record. An accumulation of points may result in the suspension of your driving privilege. Furthermore, the court may increase your fine or impose additional penalties. Also, your driving privilege may be suspended if you plead guilty or are found guilty of certain offenses under the vehicle code of your state. A driver's education course may be an option to prevent accumulating points or having your driving privilege suspended. If you are considering this option do not pay the total collateral due amount. Call the Central Violations Bureau at 800-827-2982 for further information.

**Payment address:**
Central Violations Bureau
P.O. Box 740026
Atlanta, GA 30374-0026
Phone Number 800-827-2982

**Correspondence address:**
Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Exhibit C

EXHIBIT D

' U.S. COURTS-CVB JREAU
P.O. Box 71363
Philadelphia, PA 19176-1363

PLACE
STAMP
HERE

' U.S. COURTS-CVB JREAU
P.O. Box 71363
Philadelphia, PA 19176-1363

PLACE
STAMP
HERE

Susan and Joseph Tropeano
2 Jackson [illegible]
Rutland, Vermont
05701
Tel #: (802) 747-9179

Re: Violation Numbers: H 5115113 and
H 5115114

September 19, 2012

Attention: Central Violations Bureau,

Please send us the complete
statement of the charge(s) regarding
the above violation numbers to the
address listed above. The CVB location
code is MA40. The defendants' names
are Susan and Joseph Tropeano. Their
telephone number is (802) 747-9179.

Truly,
Susan Tropeano and
Joseph Tropeano

Very truly yours,

Mr. & Mrs. Joseph Tropeano

**9 PAGES SENT VIA REGULAR MAIL**

\* Please note: If we need to attend these
hearings, please schedule them on the
same date as it is impossible for us
to come to Boston, Ma. on two separate
occasions.

— 9 —

## A CRY FOR HELP!

Our names are Susan and Joe. We are victims entrapped in full-blown lethal corruption for eight, excruciating, nightmare years to date. In February 2004, this deadly corruption erupted in the state of New York where we reside. This inhumane infliction has destroyed every aspect of our lives; and that of our dear family members as well.

From February 2004 to on or about August 2005, we hired attorneys. These attorneys never helped us. Instead they took large sums of legal fees while abandoning our case. To make matters more horrific, many of these corrupt, conspiring attorneys placed huge liens on us, although they were working on a contingency or were pro bono.

The attorneys' conspiring mission was to aid and abet this lethal corruption to filtrate into every conceivable avenue of our lives. The judicial system as well aided and abetted this surreal unlawfulness to continue. Every court in New York we frequented for relief closed the doors of justice on us. Our due process rights are outrageously blocked till this present time. The conspiring judges at these courts abandoned our complaint as well. They recklessly and intentionally did not allow our complaints to be heard.

Furthermore, these conspiring vile attorneys we retained with their office staff usurped their powers by uniting together forming a malicious campaign to destroy us. Each one of them wrote extremely defaming, unlawful, frightening affidavits filled with slanderous psychological terminology regarding my wife. These alarming affidavits were written after my wife and I exposed their conspiring illicit activities committed.

Additionally, the police abandoned their duties to abolish this lethal corruption we are entrapped in till this present time. The police as well defame, mock, abuse, humiliate us to the extreme making us appear as the mentally deranged criminals to smokescreen all their murderous, conspiring illicit activities including bribes and kickbacks accepted from the criminal enterprises. Furthermore, when we try to expose to the police all the murderous on-going illicit activities committed to us, we are informed by corrupt police officers and other corrupt parties that my wife and I are under surveillance.

As time went on, this lethal corruption became more brutal and dangerous . In the year 2010 till this present time, we are living in a brutal, murderous police state. We were assaulted and attacked by the police several times, arrested, given citations; hand-cuffed, placed in ankle shackles, thrown in dirty jails for absolutely no reason whatsoever. We almost lost our lives several times due to the scheming, conspiring iniquities of the police who aid and abet this lethal corruption to continue until we die.

As a result of the conspiring police and the legal and judicial system as well as every governmental agency, entity and individuals abandoning their duties to immediately abolish this murderous corruption we are entrapped in , we are left hopeless and devastated being alarmingly stranded for eight years barely surviving in a world without laws to protect us. This devastating existence we are left to survive in is equated to barbaric times when survival of this fittest reigned; the most powerful survive and the weaker one is destined to die.

Bribes and kickbacks are accepted by all governmental entities, agencies, organizations, etc., etc.; and in return, our lives and our dear family members' lives must be sacrificed. Just recently, my wife's dear mother died as a result of her being barbarously brainwashed. This unlawful brainwashing destroyed her physical health and thus she suffered a brutal, tragic death.

My wife's dear father as well is barbarously brainwashed, and if we do not seek help for my wife's father, he will tragically follow the same devastating footsteps of my wife's mother…We are crying for help! We need support to save my wife's father from dying. This is suppose be Modern America, not some third world country where these demonic practices are prevalent! This is an American Atrocity!

We are the first United States citizens who have been blacklisted. Being blacklisted is like being dead. It is like we do not exist anymore. We do not have any rights or laws to protect us. This lethal blacklist we are

unlawfully, sadistically placed on is recklessly and deliberately intended to kill us. The constant, unabated fear, terror and trauma we are left to endure makes our existence on earth a living nightmare. It is amazing that we are still alive today. Each day of our life is a horrific battle as we must fight on our own this deadly conspiracy!

We are crying for the people of the world to help us. This nightmare existence we are living took an overwhelming toll on us. We cannot battle these nefarious corrupted forces any longer. We need humanity to return to our lives; the laws reinstated in our lives...we need democracy and our American way of life restored back to us ...PLEASE HELP US AS THIS IS OUR CRY FOR HELP!

This horrific predicament that we are entrapped in and are suffering for eight long years was malevolently schemed and orchestrated by Phyllis Leinwand. This individual is a "principal" in name only at P.S. 66, a public school located in Richmond Hill, Queens New York. My wife Susan was a school teacher. She taught in the New York City Department of Education for over twenty-one years. In September 1995, my wife Susan transferred to P.S. 66.

Susan's former principals, other administrators, teachers, parents, and students admired and commended Susan's creative teaching abilities. Susan loved the children and loved to teach. Her creativity of using different puppets to teach the curriculum was highly recognized and praised throughout the school and the school community.

Phyllis Leinwand became principal at P.S. 66 in the school year of 2001. Many disturbing events happened from 2001 to 2004. In the school year of 2003 to 2004, the hostile work environment caused by this principal became so severe, our psychologist, Dr. Victor DeFazio, demanded for Susan not to return to school for fear of suffering physical and mental repercussions due to severe malevolent actions of this principal. Susan tried her best to immerse herself with the children , but the love for the children was no longer helping Susan to overcome the malevolent actions of this principal. Phyllis Leinwand schemed every conceivable way to destroy Susan from pursuing her highly successful teaching career.

In February 2004, Dr. DeFazio submitted all the proper legal medical letters and documents supporting the hostile work environment committed by the principal to the New York City Department of Education Medical Bureau. At the onset of these serious medical letters and documents sent , Phyllis Leinwand went on a rampage committing chaos and havoc with Susan Tropeano's life. She immediately outrageously and unconscionably usurped her powers. She unlawfully wrote a letter to my wife informing her that her direct deposit is suspended at her personal bank account which was linked to her salary received from the New York City Department of Education.

This principal unlawfully directed the New York City Payroll to withdraw Susan's salary from her personal checking account, which was followed by unlawfully suspending all my wife's medical benefits and salary. To continue with the malevolent mission of Phyllis Leinwand, she ignored all medical letters and documents written by our psychologist and other doctors as well who substantiated Dr. DeFazio's orders for my wife Susan not to return to school due to the severe hostile work environment. Upon immediately receiving these medical letters and documents, the principal unlawfully placed my wife on an IMMEDIATE AWOL; from the very first day that my wife was instructed by her doctors not to return to school.

AWOL means that a teacher just left school for no reason. Phyllis Leinwand usurped her powers. The superintendent is the only one who can place a teacher on an AWOL. Furthermore, this principal was very well aware that my wife's doctors submitted medical documentation to substantiate the severe hostile work environment which she caused. All atrocious, serious wrongdoings committed by this power-driven principal was internal. The superintendent was never aware of the illicit activities taking place.

As a result of the severe hostile work environment suffered by my wife, Dr. DeFazio informed us that my wife is entitle to a line of duty injury. Dr. DeFazio filed all the necessary medical documents for the line of duty injury required by The New York City Department of Education. When these documents are filed, it is

the duty of the superintendent of the School to investigate the line of duty injury. However this never occurred. Instead, all the surreal unlawfulness schemed by Phyllis Leinwand remained internal.

The principal investigated her own case as she unlawfully wrote on official Medical Board Department of Education documents stating, "Susan Tropeano did not suffer a line of duty injury." She signed her signature to these documents. Furthermore, the New York City Department of Education medical documents unlawfully submitted and signed by Phyllis Leinwand were outrageously tampered with as The New York City Medical Bureau conspired with the principal to cover-up for her unlawfulness.

Additionally, Phyllis Leinwand BARRED my wife from pursuing her line of duty injury. BARRING is a NAZI tactic which is not used in The United States of America. These BARRING orders filtrated into our personal lives till this present time making our lives a living hell.

In the year 2004, Phyllis Leinwand fraudulently and outrageously arrested me when I went to pick my wife from school. The principal unconscionably stated to the police, "Joseph Tropeano trespassed into the school and threatened to kill me." As a result of these fraudulent remark, the police falsely arrested me. These outrageous trespassing charges and false, unconscionable arrest charges filtrated into our personal lives till this present time; making our lives a living hell. She tried her best to arrest my wife at school as well; however she could not succeed in doing so. My wife was very astute to what she was incessantly scheming to do and thus avoided all the lethal set-up situations.

Further devastating, torturous illicit activities continued as the principal unlawfully placed Susan's pension earnings in a dummy account. As a result of committing this unlawful activity, my wife's pension went in a chaotic, unlawful mess. All interest which was compounded to Susan's pension each year was eradicated. All pension benefits and laws which award my wife's pension further monies were immediately stripped from my wife's pension.

Although we have all the necessary documents to attest to how the principal unlawfully destroyed my wife's pension earnings and retirement earnings, all conspiring responsible parties including but not limited to The United Federation of Teachers, The New York City Teachers' Retirement System and The New York City Comptroller's office who are all responsible to make my wife's pension whole again, unlawfully refuse to see these documents.

In the year of 2010 to 2011, Susan and I made two claims at The New York City Comptroller's office who controls all pensions for New York City teachers. An investigator named Owen Diamond at The New York City's Comptroller's office wrote my wife an outrageous, alarming, lunatic, letter stating, "You are not a member of the Teachers' Retirement System, you are a member of BOERS!"

My wife is a member of the Teachers' Retirement System for over twenty-one years. We sent a myriad of financial documents to this entity attesting to these facts which they absurdly, unconscionably ignored. There is no such pension known as BOERS.

The trauma, terror and fear existing in an Alice in Wonderland world where everything is lunatic and topsy-turvy in your life is recklessly and deliberately intended to torment us to the point we can suffer t a fatal consequence which can lead to death. If we pursue and expose these serious, torturous violations committed by the Comptroller's office, the usual habitual pattern is to threaten us by calling the police.

When the police arrive, we get mocked, abused, bullied and humiliated further. Many times we receive the verbal or written orders that we are BARRED from entering these entities; and if we disobey these BARRING orders or no TRESPASSING orders, we are threatened with arrest charges and or court action.

At this present time in the year of 2011, David Hickey the Manager of The United Federation of Teachers' BARRED my wife and I are from entering the United Federation of Teachers' building in New York City after we made claims at The New York City's Comptroller's office. When my wife and I tried numerous times to communicate with the President of the UFT, Mr. Mulgrew; his secretary Miriam stated he cannot

help us.

Due to the abandonment, abuse and mockery of all governmental agencies, organizations, entities and every responsible party who is suppose to release us from the chains of this lethal corruption, my wife's pension till this present time has been greatly racketeered with; making it impossible for my wife to retire and for us to live comfortably like other retired Americans live!

My wife's pension earnings and medical benefits which covers me as well is in the custody and control of the corrupted source(s) who control and monitor every aspect, possession and financials that are ours only! Due to this horrific, very dangerous NAZI regime we are entrapped in, I had to give up my career and therefore cannot make a living; as we are coerced to survive in a world filled with endless fear, severe danger, trauma and terror due to all laws stripped from our lives; and thus everything we own or pay for is controlled and monitored by "powerful" thugs who are connected to Phyllis Leinwand which will become self-evident as this tragic narrative will reveal. As a result of this horrific predicament of taking away everything that belongs to my wife and me, we will become destitute and homeless in the very near future. We are crying for help...

To understand this case in a nutshell, it is all about ABANDONMENT. While writing this Cry For Help, my wife and I are reminiscing about all the securities we had in life that we both worked so hard for, and how these securities were abruptly taken away from us, first by Phyllis Leinwand, followed by the attorneys who robbed us of all our savings, and who threatened or have tried to place huge fraudulent liens upon us while my wife and I are stripped of everything followed by The United Federation of Teachers, The New York City Teachers' Retirement System and the New York City Comptrollers' Office abandoning us! This pattern of abandonment continues into our personal life for eight long years!

In the year of 2004 when this lethal corruption originated with Phyllis Leinwand, my wife and I will always remember the statements of Marilyn Cooper, The District Representative of the United Federation of Teachers. She informed my wife right before the entire United Federation of Teachers abandoned Susan stating, "Susan, please be careful of Phyllis Leinwand; she makes friction, she's sadistic; she makes teachers sick; I don't want you to get sick from her; she has a history with the Union for ten years; make a harassment log and I will take it directly to the superintendent."

My wife did make a harassment log and after that harassment log; Marilyn Cooper along with the rest of the Union abandoned Susan. Retaliation was in full force by Mrs. Phyllis Leinwand and never ended till this present time.

Our lives are in an overwhelming chaotic, nightmare mess as the principal went on a rampage retaliating and targeting our personal lives, our family members, our friends and everyone our families are connected with till this present time. Again, the words of Marilyn Cooper constantly remain in our minds.

Never in a million years, did my wife and I thought that one person could have so much power to destroy us and our family. Phyllis Leinwand ostracized family members from us either by blackmail or by barbarously brainwashing others, and by additionally committing bribes and kickbacks to other family members. We have a family member that is pronounced dead, but is alive till this present time.

Phylllis Leinwand was able to destroy a once close knit family by brutally brainwashing my wife's mother, father, and daughter. These dear family members alarmingly became clones of the lethal corruption. From speaking to professionals who are knowledgeable about dangerous, lethal cults, they informed my wife and I that many dangerous cults inject chips in their victims, and at such, these chips drastically change a person's thinking processes and their entire belief system. We are heartbroken, devastated and tortured to the extreme that such diabolic activities could occur to our dear family members. My wife's mother just recently died from the side-effects of this brutal brainwashing. This is suppose to be Modern America! This is an American Atrocity!

As a result of all the tragic events schemed by Phyllis Leinwand, we are left stranded without having any

-4-

longer our dear family members to be there for us; to protect and support us. Family is the core of one's identity. It is a given that family members are there in a time of need; and indeed that was true until Phyllis Leinwand maliciously schemed her demonic manipulations; destroying and separating our family from our lives forever. This is the worst kind of feeling for any human being to endure. The torment, terror and trauma associated with losing family members by implementing ritualistic, torturous practices is unconscionable and beyond comprehension.

Furthermore, my wife's daughter married into a "powerful" family. We learned by investigating that this "powerful" family is connected with Phyllis Leinwand. As a result of these torturous connections with the principal, my wife, I, and my entire side of the family were not invited to my wife's daughter wedding; and we had no idea that my wife's daughter was married until approximately a year later.

Through investigation, we found out that my wife's daughter father-in-law who resides in Long Island, New York is just a few minutes away from a Plaza known as Masonic Plaza. On the sign which advertises this plaza, it has the symbols of the sword and compass. The residence where my wife daughter's father-in-law resides is situated on the ocean. The home has a long wooden pier which extends onto the water. The home resembles the mansion/villas located in Richmond Hill, Queens New York where the "higher-ups" of the lethal cult reside; who are directly connected with Phyllis Leinwand. This profound subject will be documented further in detail as this tragic narrative unfolds.

Surrounding the home of my wife's daughter father-in-law, there are many out-of-state cars parked in the area. This is a definite red flag that this area is inhabited by a cult. As this narrative unfolds, it will become apparent that Phyllis Leinwand is directly connected to a lethal, satanical cult. This cult resides in Richmond Hill, Queens New York where P.S. 66 is located. This cult is noted for having cars with interstate license plates.

In the area where my wife's daughter father-in-law resides, there are cars parked having the symbols on their cars known as skull and bones. We learned from speaking to specialists knowledgeable about lethal cults that the symbol, skull and bones, is a Masonic symbol associated with freemasons. Cars parked in Richmond Hill where P.S. 66 is located have as well with interstate license plates; and many of the cars in this area also have skull and bones symbols. It is self-evident, freemasons are involved in our lives. At such, we are living with great fear, trauma and terror as we are very aware that we are alarmingly controlled and monitored by them on a continuous unabated daily basis!

Due to the lethal corruption never ending in the state of New York, my wife and I were forced to leave our coop apartment unattended, as we decided to live with family in Vermont. However, as soon as we set foot into the state of Vermont, this lethal corruption filtrated in full force in this state as well.

As a result of the never-ending fear, trauma and terror we are devastatingly experiencing till this present time, in the year, 2008, my wife Susan developed diabetes. Once my wife developed this condition, both of us were exposed to widespread, interstate medical corruption, scams, fraud and dangerous, lethal medical set-up situations; ranging from dangerous illicit activities committed by conspiring doctors, hospitals, pharmacists, home medical delivery services, drug companies, The F.D.A. All responsible state and federal entities who are accountable to pursue immediate investigations to eradicate all devastating medical illicit activities, instead aided and abetted these medical illicit activities to continue unabated till this present time!

At this present time, due to the constant unabated abandonment of all governmental agencies and the legal and judicial system, many doctors' offices in the state of Vermont wantonly refuse to schedule appointments when they hear our last name, Tropeano. Other doctors we recently frequented commit one alarming illicit activity after another including refusing to write prescriptions for my wife's needed insulin and medical supplies which she needs to maintain her condition which keeps her alive.

At another doctor's office, my wife receives a terrorizing and traumatizing letter from the director of a medical practice. In this letter, he alarmingly and unlawfully blocked/BARRED my wife from using four medical practices in the state of Vermont. Again, we must stress this NAZI tactic of BARRING originated

in the year 2004 with the infamous, Phyllis Leinwand. This is suppose to be Modern America! This is an American Atrocity!

This medical corruption began in the state of New York and filtrated full force into the state of Vermont as well. Every doctor my wife frequented, mocked, bullied and abused both my wife and me to the extreme. I was always present when my wife had an appointment with the doctor due to the habitual, never-ending lethal illicit activities taking place with every doctor.

Almost every doctor in New York and in Vermont released my wife by writing traumatizing and terrorizing release letters. They outrageously and torturously defamed my wife stating identical, alarming, fraudulent comments such as, "She is threatening, she is disturbing the office and that she is not cooperative." These habitual, tormenting statements were cited by the conspiring doctors when we exposed the same alarming habitual illicit activities taking place in every doctor's office. This frightening medical conspiracy can make any human being deathly ill! This is not suppose to happen in Modern America! This is an American Atrocity!

As stated previously, my wife and I moved to Vermont to live with family hoping to escape all the out-of-control, widespread iniquities suffered in New York. However, the medical corruption and all other conspiring, murderous, pre-meditated illicit activities as mentioned previously followed us and filtrated in full force as soon as we set foot into the states of Vermont and New Hampshire as well.

We are also intentionally and recklessly blocked and or BARRED from using medical services ranging from hospitals, hospital pharmacies, other pharmacies as well and emergency room services, home medical delivery services, health insurance, etc., etc. All these medical services conspire together tormenting, traumatizing, terrorizing us to the extreme.

In October 2010, my wife had a medical emergency. We went to the emergency room at a reputable, world renowned hospital known as Dartmouth Hitchcock Hospital. This hospital is located in Lebanon, New Hampshire. The police and hospital security approached us exclaiming, "You are trespassing on private property! You don't belong here! " These habitual, devastating, alarming statements were exclaimed to us while my wife had no insulin to control her blood sugars as a result of receiving counterfeit insulin. At such as it is self-explanatory, she was in dire need to receive legitimate insulin and therefore we went to the emergency room at this hospital.

Once we reached the emergency room waiting to be treated, the police with the armed hospital security alarmingly stampeded toward us waving a document in front of us. The police alarmingly exclaimed to us, 'You don't belong here! You are TRESPASSING on private property! Leave now!"

The police then tossed us this document they were waiving in front of our faces. It was an alarming, terrorizing, traumatizing letter written by Mr. Cleary, a lawyer in Vermont. He outrageously, unlawfully and unconscionably wrote that we are prevented from using this hospital or any doctor's office associated with this hospital.

This hospital has doctors' offices throughout the state of New Hampshire. The doctors at these hospitals are top notch and have an impeccable, excellent reputation for caring for patients who have diabetes. My wife Susan is alarmingly, recklessly and intentionally blocked from receiving ethical, legitimate medical care as the conspiring lethal parties want my wife to die.

We tried numerous times to contact the legal department and other responsible departments at Dartmouth Hitchcock Hospital to expose this alarming lethal medical corruption, but as the usual alarming pattern continues, we were outrageously and unconscionably blocked/BARRED by the Lebanon police in New Hampshire and the armed security at the hospital from communicating with the hospital administration or anyone else associated with the hospital.

This is the usual, terrorizing, traumatizing, habitual pattern which continues unabated at every entity,

service or store we frequent. Frightening, dangerous illicit activities occur, and we are left stranded and hopeless as all responsible parties recklessly and deliberately refuse to investigate these illicit activities. This habitual, tormenting, traumatizing and terrorizing pattern of having no investigations conducted when serious, dangerous wrongdoings take place can definitely cause a catastrophic consequence which can lead to our death.

As the fear, trauma and terror of being blocked/BARRED from using Dartmouth Hitchcock Hospital in New Hampshire continues unabated, a sheriff alarmingly arrives at our home in Vermont delivering another traumatizing and terrorizing letter from yet another lawyer who reinforces Mr. Cleary's outrageous, unconscionable letter. This alarming letter states that if we continue to pursue medical services at Dartmouth Hitchcock Hospital or communicate with anyone associated with the hospital, court action will be taken. Copies of these two traumatizing and terrorizing letters were sent to approximately ten police stations in the state of New Hampshire and to the Rutland City Police in Vermont where we reside with family. This is just one example of a myriad of similar heinous, alarming violations which take place in our lives on a continuous, unabated basis for eight, excruciating, overwhelming nightmare years to date

This habitual, alarming pattern of using the police; sending the police and sheriff to our home to torture, traumatize and terrorize us to the extreme by blocking/BARRING us from using needed medical services, issuing no trespassing orders and blocking and or BARRING us from using all services and governmental agencies which every American is entitled to use, originated with Phyllis Leinwand in the year 2004, and torturously continues in our lives for eight years to date!

At this present time, every conceivable service we use and pay for has been outrageously stripped from us ranging from medical services, to phone services, bank services, pension services, every conceivable insurance service, real estate services, etc., etc. All these services we are entitled to use and pay for, the employees of these services commit continuous dangerous conspiring set-up situations. Furthermore, these employees mock, abuse, bully and humiliate us to the extreme which are all recklessly and deliberately intended to destroy our lives to the point that we suffer a fatal consequence which will lead to our death. These lethal set-up situations and the extreme abuse, mockery, humiliation originated with Phyllis Leinwand in the year 2004, and torturously continues in our lives for eight years to date!

In February of 2011, our personal bank account was robbed. Approximately sixteen thousand dollars was debited from our personal checking account at Chase Bank by an unknown corrupted source(s). This money was finally returned to our account eight days later after we had to battle with a bank manager named John Carlo who absurdly and alarmingly informed us, "Your money is safe. It's in the air! You know what I mean, it's in the air! I don't know where your money is, but it is in the air!" Yet another bank manager named Ori absurdly and alarmingly informed us, "I don't know where you money went, but don't worry it is safe! Let me make some phone calls after the holidays to find out where your money is! Don't worry, I know it's safe! I will try to find out next week where your money is!"

Another two hundred dollars was unlawfully withdrawn from the same bank account as well. The two hundred dollars was unlawfully withdrawn on a fraudulent withdrawal slip. We recognized the handwriting on the two hundred dollar withdrawal slip which is Phyllis Leinwand's. Phyllis Leinwand's husband is a printer and thus it was easy for her to make a fraudulent withdrawal slip.

Chase Bank recklessly and intentionally continued this lethal conspiracy by torturously informing my wife and I that their investigation is internal; meaning we are not to know who confiscated our monies from our personal bank account. Chase Bank intentionally and recklessly refused to produce the cameras of the bank so that we could press charges against the corrupted sources who withdrew our sixteen thousand dollars and kept it in their custody for eight days as well as to identify who withdrew our two hundred dollars from our bank account.

This horrific incident at Chase Bank became more surreal and dangerous as we were held hostage in the bank by the police and the lethal, satanical cult Phyllis Leinwand is connected with. When we tried to pursue and expose our monies which were compromised in our bank, the police arrived. After the police

~7~

arrived, two long haired males wearing huge gold iron crosses around their neck marched into the bank as if they controlled the bank. Many individuals in Richmond Hill walk around with these iron crosses worn around their necks or have large decals of these iron crosses on the back of their jackets.

While these scary individuals with iron crosses stampeded into the bank, someone in the bank screamed, "Shut the doors of the bank!" Police Officer Gammarato and Police Officer Altieri of the Manhasset Precinct in Long Island, New York outrageously and alarmingly held us hostage in the bank. Both police officers searched our backpack and crumbled many of our bank documents we had in the bag. Police officer Gammarato violently exclaimed to my wife, "Shut your mouth! Sit down! If you say one word, I will call the ambulance to take you away!" After exclaiming these alarming, unconscionable statements to my wife, he grabbed my wife from the chair dragging her across the bank floor by yanking and pulling on her arms. My wife was in excruciating pain! Finally he let go of her!

Till this present time, Chase Bank intentionally and recklessly refuses to produce the cameras which would attest to who debited and robbed our personal checking account, identify the cult members in the bank and attest to the horrific incident of us being held hostage by the police officers while my wife is brutally attacked in the bank by Police Officer Gammarato.

This is just the tip of the ice berg. The terrorizing, traumatizing illicit activities continues incessantly till this present time. It would take volumes of pages to write all devastating, conspiring illicit activities due to the reckless and deliberate abandonment of the police, all governmental agencies and the legal and judicial system for eight, excruciating, nightmare, overwhelming years to date.

From documenting just a sample of devastating, torturous illicit activities committed to us on a habitual continuous, never ending basis, it is self-evident Phyllis Leinwand stepped out of the boundaries of the school environment by further usurping her "powers" into our personal lives till this present time. In October of 2011, we had to investigate how one individual could have so much "power" and cause so much havoc, chaos, fear, terror and trauma in our lives. Therefore, we decided to visit the community of Richmond Hill, Queens New York in order to speak to parents and residents of the community regarding Phyllis Leinwand.

When we visited the neighborhood of Richmond Hill, my wife and I noticed that the neighborhood greatly changed. In the year 2004, Richmond Hill was a lower middle class area. The homes were very old remaining in their original state. Homes were not renovated in this area.

When arriving seven years later to this area, many homes were greatly renovated while some of the homes still remained in their original state. Amongst these renovated and the old original homes remaining, there were new huge mansions/villas built. These large, impressive mansions/villas wreak of power and money. As previously mentioned, these homes greatly resemble the home of my wife's daughter father-in-law who lives in Long Island, New York. In front of many of these homes in Richmond Hill, there are huge, brand new vehicles which are covered -up with thick, professional coverings which only suggests Richmond Hill is no longer the lower middle class area that it used to be.

My wife and I spoke to the community. While speaking and walking in the community, we were terrorized and traumatized to find out that a lethal cult was residing in the surrounding areas of Richmond Hill where P.S. 66 is located. By speaking to various people, we were informed that there is a new movement living here known as the Fourth Reich. Some residents were very frightened to speak in the streets; although they were very interested in talking to us. Many residents and teachers that we met, informed us that Phyllis Leinwand is not well-liked. Some of the individuals that my wife and I met with, informed us that the principal has strong influence and connections with a "big shot" of the police department. We were informed that she uses the police for her protection when she commits her unlawfulness.

The community was very interested in talking to us further but warned us that it is dangerous to converse on the streets due to a lethal cult who lives there. Therefore, the community informed us to make flyers. In those flyers, we arranged a meeting at a diner. We started to give out the flyers to the community.

My wife and I knew that our lives were in constant danger being in Richmond Hill. However, due to the abandonment of all governmental and law enforcement agencies, we needed to know how Phyllis Leinwand controls and monitors every aspect of our lives. And indeed, being in Richmond Hill, we found out how! From all that we documented in this tragic narrative, we learned that Phyllis Leinwand is connected to the following criminal enterprises and corrupted entities. They are as follows:

1. She is a member of a lethal, satanical cult. This cult believes in the New World Order. The cult reside in the Richmond Hill area where P.S. 66 is located. Phyllis Leinwand at her capricious whim orders her cult to commit all these devastating illicit activities to us and our family members. We were informed by cult specialists, that the cult in Richmond Hill is associated and connected with freemasons.

2. Phyllis Leinwand is directly connected to the police. She knows a "big shot(s)" in the police department. As a result of her unlawful connections with the police, we are victims entrapped in interstate police corruption and outrageous, murderous, raging police brutality. The lethal, satanical cult Phyllis Leiwnand is a member of demands a police state.

3. This lethal, satanical cult has a division known as Gang Stalkers. These dangerous Gang Stalkers drive with "American" flags attached to their car, while many others drive with interstate license plates, expired registrations, one license plate where the state requires two license plates, whited-out numbers on their license plates, dark plastic covers on their license plates so that their license cannot be detected, or they drive with absolutely no license plates. Many of their cars have skull and bones symbols and other diabolic symbols.

The police receive bribes and kickbacks from this wealthy, demonic thugs, and at such, this cult is thriving and flourishing in the Richmond Hill area and many areas of New York City and the suburbs of Long Island, New York where we have our home. Many of these seedy characters moved into our neighborhood. They incessantly spy on us when we set foot from our home in Long Island, New York.

These Gang Stalkers follow and monitor every move we make when we travel by car. They follow us to every state we frequent. They monitor and control us by following us into banks, doctors' offices, stores, supermarkets, restaurants, real estate agencies, pharmacies, hospitals, all insurance companies, phone companies, internet services, financial services, etc., etc., etc.! They know every aspect of our personal lives making our lives a living hell. They bribe every service we use as previously mentioned including doctors, pharmacists and hospitals we frequent. Thus as this tragic narrative explained previously, my wife is BARRED from receiving medical care!

Additionally, these Gang Stalkers create lethal set-up situations; side-swap us with their cars and commit a myriad of other dangerous illicit activities on a continuous unabated daily basis!

They bribe other people to spy on us and create dangerous set-up situations which can lead to our death. They bribe our lonely neighbors who thrive on making trouble for us while getting paid to do so; park employees; the eccentric superintendent of our coop building, Mario Tuszko, who thrives and enjoys perpetrating lethal set-up situations and line and wait murders orchestrated with the police, and admits to us that he is better than the C.I.A.; Tom Flood at Richland Management of our coop building and every conceivable contact we know and use for services.

As stated previously, this lethal, satanical cult which Phyllis Leinwand is connected with demands a brutal raging police state. At such we were victims of a brutal, murderous, raging police attack on October 14, 2011 when we were walking the streets of Richmond Hill, Queens, New York. My wife, Susan, was thrown and tackled down on the sidewalk by four raging Police Officers by the 102nd Precinct in Richmond Hill, Queens New York. The police threatened to shoot Susan and me if we resisted them.

When this devastating, horrific incident occurred, my wife Susan and I were talking to someone in the streets. All of a sudden a mob of people completely surrounded us, the police decided to make their move

by throwing my wife on the ground while grabbing me! The police exclaimed, "Don't move or you will get shot!" My wife was smashed on the floor of a sidewalk and thrown into a gate with four police officers tumbling on top of her!

My wife was then thrown in a dirty, smelly jail, placed in ankle shackles and hand-cuffs! My wife almost lost her life as she was brutally attacked which resulted in excruciating pain. Susan was shocked, traumatized and terrorized to the extreme and became completely dehydrated as a result of being deprived her insulin due to further murderous illicit activities committed by the corrupt, raging police!

Many other murderous illicit activities occurred including but not limited to extremely unethical medical services rendered to my wife which could had led to her death when she was brutally and falsely arrested and assaulted by the police on October 14, 2011. It is self-evident as the habitual pattern continues, my wife and I were attacked by the 102nd precinct in Richmond Hill, Queens, New York due to us exposing Phyllis Leinwand and her direct connections with the lethal, satanical cult which she is a very active member of!

Police Officer Martinez of the 102nd precinct admitted to my wife and I that Phyllis Leinwand wrote the police complaint and that she ordered and instructed the brutal, raging murderous attack upon Susan. Police Officer Martinez was supposedly assigned to notarize the complaint that he supposedly wrote. Police Officer Martinez never notarized the complaint as he admitted to us stating, "Something is very wrong, you and your wife should had never been arrested."

In the police report which was unlawfully written by Phyllis Leinwand she stated that my wife, "FLAIRED HER ARMS!" This same exact statement was documented by Phyllis Leinwand in the year 2004 when she filed outrageous fraudulent charges against my wife. In that document she also charged Susan as well for "FLAIRING HER ARMS!"

From 2010 to present, there are other murderous, brutal police assaults occurring to my wife and me as a result of Phyllis Leinwand's unlawful connection with the "big shot(s)" of the police department.

As this tragic narrative is nearing an end, Phyllis Leinwand is the terrorist in our lives. For eight years, all governmental agencies, the legal and judicial system has protected this "principal" from being exposed! This is why Phyllis Leinwand commits her never-ending, murderous pre-meditated, demonic schemes against us and our family members. This "principal" has made our lives a living hell! She must be exposed for her "powerful" unlawful connections with the brutal, raging police and the lethal satanical cult who are connected to the freemasons.

My wife and I will sum up this tragic narrative by exposing Phyllis Leinwand for all the torturous, traumatizing, terrorizing illicit activities she orchestrated and committed. to us and especially to our dear family member, Lucille Granett, my wife's loving, dear mother who just recently tragically died from being barbarously brainwashed as the result of the scheming, diabolic mission of Phyllis Leinwand!

Due to the reckless and deliberate abandonment of the legal and judicial system and all responsible governmental agencies turning their backs on my wife and I and family members for the love of filthy, dirty money deals made; a huge, interstate widespread, murderous R.I.C.O conspiracy erupted pursuant to many sections of U.S. Title 18.

Phyllis Leinwand is a pro in issuing barring orders, no trespassing orders and arrest charges as a result of her seedy, demonic connections. Her barring orders, no trespassing orders and arrest charges began in the year 2004, and never ceased in our lives till this present time! Phyllis Leinwand is able with the aiding and abetting of her "powerful" criminal connections to have other corrupt parties, governmental agencies and individuals to continue her malevolent campaign of issuing barring orders, no trespassing orders and arrest charges to my wife and me till this present time. Her demonic, NAZI regime must end immediately.

As this title of this tragic narrative states, this is our "CRY FOR HELP!" This is just the tip of the iceberg.

Please help us...

Please contact JameyCurt.com or JameyCurt@gmail.com




Join Now, Free! (& No Ads!) Forgot Your Password?

Email _____   Password _____   Remember □

Log In

## News

Senate-Passed Bill Would Mandate Black Boxes in Cars, Plus More

Oil Habit Unchanged on Two-Year Anniversary of BP's Gulf of Mexico Spill

New Report Urges Extreme Caution Against Infection When Landing on Alien Worlds

For the First Time, Electrons are Observed Splitting into Smaller Quasi-Particles

New motor can cut space exploration costs

World's First Handmade Cloned Transgenic Sheep Born in China

Melting Glaciers Liberate Ancient Microbes

The Too Big To Fail Banks Are Now Much Bigger And Much More Powerful Than Ever

Boundary Between Electronics and Biology Is Blurring: First Proof of Ferroelectricity in Simplest Amino Acid

Space environmentalist warns we need to better prepare for solar storms

4 Things Grosser Than Pink Slime

Spectacular solar eruption captured by scientists (VIDEO)

'Dinosaur eggs' discovered in Chechnya (PHOTOS)

Terahertz-Band Mobile Phones Could See Through Walls

Supreme Court: Law says organizations

---

Back to Forum   Post New Thread   Reply   View Favorites   Create Chat Room

**Rate this Thread**

Absolute BS   Crap   ◦ Reasonable   ◦ Nice   ◦ Amazing
Vote!

Page 1

Bottom  Search Replies  Previous Page
Next Page

**Message to the Anonymous: Susan & Joseph Tropeano (Chased by the NWO)**

Like  0            0         Tweet  0

### The Tropeano's
Offer Upgrade

User ID: 14302401
⊞ Sweden
04/12/2012 11:20 PM
Report Abusive Post
Report Copyright Violation

**Message to the Anonymous:**
**Susan & Joseph Tropeano (Chased by the NWO)**

We are posting threads regarding our case that we have been working on since Feb 2012. It's about a couple named the Tropeano's who are being victims of a gangstalking cult with connections to the freemasons. We really need help from the public. Read whats below and check out the links. Thank you.

—

**The Tropeano's** are victims of the New World Order and the gangstalking freemasonic cults of Richmond Hill, New York.

From the year 2004 they have been desperate for help, entrapped in an interstate police corruption with outrageous murderous police brutality.

These gangstalkers and police-officers are a part of a wealthy, powerful and dangerous cult, connected to a secret society known as the "Skull & Bones".

The Tropeano's have developed massive panic attacks, and because of all the trauma and terror Mrs. Susan Tropeano also developed diabetes in the last couple of years.

She is now stuck in a system where she can't get any prescriptions or medicine due to the constant blackmailing and money deals perpetrated by a cult-leader named Phyllis Leinwand.

Phyllis Leinwand, has the governmental agencies, the courts,

cannot be sued for torture

Deformities in Gulf Seafood Found After BP Oil Spill

Serious blow to dark matter theories? New study finds mysterious lack of dark matter in Sun's neighborhood

Can Behavior Be Controlled by Genes? The Case of Honeybee Work Assignments

Researcher: Ban Patents on Geoengineering Technology

Brain Scans Can Reliably Predict Future Behavior, Including Eating and Sex

Terahertz-Band Cell Phones Could See Through Walls

Adam's rib, revisited: Evolutionary divergence of mammalian sex chromosomes

Tinted Windows that Generate Electricity

IRS Would Revoke Passports for Alleged Tax Debt Under Bill

Economic Damage to US Economy from Offshoring Jobs May Be Exaggerated

the doctors and pharmacists bribed with endless pockets of money, to keep Mrs. Tropeano in a bad health, which could eventually lead to catastrophic consequenses.

In October 2010, Susan's nephew - a successful celebrity party planner, named 'Bryan' - was tossed out of his apartment building with silver duct-tape across his mouth.

The Tropeano's have the evidence to prove that Bryan is still alive, and that this was a fake suicide connected with Phyllis Leinwand.

On Oct. 13th, 2011. a cult-member named "Morris Katz" approached Susan and Joseph as if he was the Devil, and offered the Tropeano's a solution of two choices.

The first choice was for the Tropeano's to apologize to the cult-leader Phyllis Leinwand, and to go underground and change their names and identities.

The second choise, was to get a copy of the 'Soldier of Fortune' magazine, and to hire a professional hitman to get Leinwand assassinated.

Susan Tropeano told the cult member that she would never do either one of those things, and that she wanted to handle it the legal way and put Leinwand behind bars.

On Oct. 14th, Susan Tropeano was thrown in jail, and this fact proves that Phyllis Leinwand got the message - and that the whole scenario was just another set-up of a lethal game, to get the Tropeano's in jail for life.

This cult is doing everything in their power to destroy the Tropeano's life, they took away all of their family members and friends, and left them stranded in a world desperate for help.

Phyllis Leinwand had Mrs. Susan Tropeano's parents brainwashed, which eventually led to her mothers death. The funeral was under a heavy surveillance of freemasons and other cult-members.

In Feb. 2012, the Tropeano's contacted JarneyCurt.com, to try and get in touch with the Anonymous movement. We are now calling out for your help, so that we can stop this diabolical cult, and get Susan Tropeano the legitimate medical care and medication like every other united states citizen does. Many times when Susan Tropeano does recieve her medication, they are counterfit. The responsible drug companies, the F.D.A and the D.E.A, etc - refuse to test her insulin. These alarming and illicit activities must cease and desist immediately.

Susan Tropeano pays approximately $4.000 a year for medical insurance, however due to all the medical corruption which also encompasses outrageous health insurance fraud, Susan Tropeano can't even use her medical insurance, because nothing in her life is legitimate and ethical.

To make matters more horrific, Susan Tropeano has a high paying pension with excellent medical benefits which cover not only Susan but her husband Joseph as well, this is

cannot be sued for torture

Deformities in Gulf Seafood Found After BP Oil Spill

Serious blow to dark matter theories? New study finds mysterious lack of dark matter in Sun's neighborhood

Can Behavior Be Controlled by Genes? The Case of Honeybee Work Assignments

Researcher: Ban Patents on Geoengineering Technology

Brain Scans Can Reliably Predict Future Behavior, Including Eating and Sex

Terahertz-Band Cell Phones Could See Through Walls

Adam's rib, revisited: Evolutionary divergence of mammalian sex chromosomes

Tinted Windows that Generate Electricity

IRS Would Revoke Passports for Alleged Tax Debt Under Bill

Economic Damage to US Economy from Offshoring Jobs May Be Exaggerated

the doctors and pharmacists bribed with endless pockets of money, to keep Mrs. Tropeano in a bad health, which could eventually lead to catastrophic consequenses.

In October 2010, Susan's nephew - a successful celebrity party planner, named 'Bryan' - was tossed out of his apartment building with silver duct-tape across his mouth.

The Tropeano's have the evidence to prove that Bryan is still alive, and that this was a fake suicide connected with Phyllis Leinwand.

On Oct. 13th, 2011. a cult-member named "Morris Katz" approached Susan and Joseph as if he was the Devil, and offered the Tropeano's a solution of two choices.

The first choice was for the Tropeano's to apologize to the cult-leader Phyllis Leinwand, and to go underground and change their names and identities.

The second choise, was to get a copy of the 'Soldier of Fortune' magazine, and to hire a professional hitman to get Leinwand assassinated.

Susan Tropeano told the cult member that she would never do either one of those things, and that she wanted to handle it the legal way and put Leinwand behind bars.

On Oct. 14th, Susan Tropeano was thrown in jail, and this fact proves that Phyllis Leinwand got the message - and that the whole scenario was just another set-up of a lethal game, to get the Tropeano's in jail for life.

This cult is doing everything in their power to destroy the Tropeano's life, they took away all of their family members and friends, and left them stranded in a world desperate for help.

Phyllis Leinwand had Mrs. Susan Tropeano's parents brainwashed, which eventually led to her mothers death. The funeral was under a heavy surveillance of freemasons and other cult-members.

In Feb. 2012, the Tropeano's contacted JameyCurt.com, to try and get in touch with the Anonymous movement. We are now calling out for your help, so that we can stop this diabolical cult, and get Susan Tropeano the legitimate medical care and medication like every other united states citizen does. Many times when Susan Tropeano does recieve her medication, they are counterfit. The responsible drug companies, the F.D.A and the D.E.A, etc - refuse to test her insulin. These alarming and illicit activities must cease and desist immediately.

Susan Tropeano pays approximately $4.000 a year for medical insurance, however due to all the medical corruption which also encompasses outrageous health insurance fraud, Susan Tropeano can't even use her medical insurance, because nothing in her life is legitimate and ethical.

To make matters more horrific, Susan Tropeano has a high paying pension with excellent medical benefits which cover not only Susan but her husband Joseph as well, this is



placing the Tropeano's in great financial heartships.

The cult took custody and control of the pension, the medical beenfits, their monies were robbed from their personal checking account, the sale of their home and every conceivable, possible service that Susan and Joseph pay for - and are entitled to use - are in custody and control of this freemasonic cult.

--

*Note:*
*We got in touch with Project Camelot, and left them the Tropeano's phonenumber. Two days later, Mrs. Cassidy called Susan & Joseph Tropeano to explain to them how she refuse to be a part of this.*
*All Mrs. Cassidy did was to let the Tropeano's know how often people die from being victims and targets of a cult. What she said to the Tropeano's only made matters worse.*

--

Help us and spread these videos far and wide. We have all the evidence to back this story. Evidence will be shown in the interview that we have together with Susan & Joseph Tropeano. All help and support is appreciated.

A really interesting case for those who follows the NWO and secret societies. Post comments here or on YouTube and watch the videos for more information.

*Links:* www.youtube.com/TropeanoCryForHelp
So far we have 1 video dedicated to the Anonymous movement.

And also 4 parts of Joseph Tropeano talking a little bit about whats going on.

Sorry for long post, but they really need your help.

YouTube.com/TropeanoCryForHelp

| | |
|---|---|
| **Anonymous Coward**<br>User ID: 12478270<br>🔲 New Zealand<br>04/12/2012 11:25 PM<br>Report Abusive Post ·<br>Report Copyright Violation | **Re: Message to the Anonymous: Susan & Joseph Tropeano (Chased by the NWO)**<br><br>This is happening to 100,000's of people globally.<br><br>Gang stalking is very similar to Nazi Germany. |

Disclaimer / Copyright Info  -  Privacy Policy  -  Terms Of Use

Mail Webmaster with questions or comments about this site.

"Godlike Productions" & "GLP" are registered trademarks of Zero Point Ltd.
Website Design Copyright © 1999 - 2011 Godlikeproductions.com
Page generated in 0.106s (13 queries)