FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

2012 OCT 26 ⊃ 3: 49

_____X

UNITED STATES OF AMERICA
                V.
JOSEPH TROPEANO, SUSAN TROPEANO

_____X

U.S. DISTRICT COURT
DISTRICT OF MASS.

VIOLATION NUMBERS: H 5115114 and H 5115113

NOTICE OF MOTION TO DISMISS

"Defendants" JOSEPH TROPEANO and SUSAN TROPEANO, proceeding pro se, STATES as follows:
(emphasis on STATES NOT ALLEGES due to all legitimate, ethical, legal, judicial, penal laws and
procedures which are incessantly grossly, outrageously, alarmingly, unconscionably violated.)

1. At all times hereafter mentioned, "Defendants" JOSEPH TROPEANO AND SUSAN TROPEANO
   were and still residents of Rutland County, State of Vermont.

2. "Defendants" are moral, reputable United States citizens. Susan Tropeano's father is a veteran
   of World War II. He fought for his country, The United States of America; and was awarded the
   Bronze Star. Susan Tropeano is a third generation American which is a rarity in this day and age.
   Her entire background and character was impeccable until a NAZI-TERRORIST CULT/POLICE
   STATE REGIME ENTRAPPED THE TROPEANOS AND THEIR DEAR FAMILY MEMBER AS VICTIMS.

3. As a result of being entrapped in this lethal cult, INTERNAL, UNLAWFUL, FRAUDULENT POLICE
   REPORTS ARE INCESSANTLY FABRICATED BY THESE LETHAL THUGS EXPLOITING THE
   TROPEANOS; COMMITTING OUTRAGEOUS, ALARMING, UNCONSCIONABLE CHARACTER
   ASSASSINATION AGAINST THEM.

4. Joseph Tropeano, like Susan Tropeano, had an impeccable background. Joseph and Susan
   Tropeanos were brought up by loving parents who nurtured them with old fashioned morals.
   Till this present time,The Tropeanos believe and practice these morals.

5. Beginning in the year 2004 till this present time, all accomplishments, securities/finances,
   possessions, property, services The Tropeanos use and worked so hard for were outrageously,
   alarmingly, and unconscionably abruptly stripped from them and or racketeered with. This
   devastating, pre-meditated iniquities committed are due to a lethal cult/police state regime who
   entered and entrapped their lives and their dear family members as well.

6. This lethal cult was able to sever and ostracize dear family members either by blackmail, by bribing and or by brutally and barbarously brainwashing others.

7. Other family members are traumatized and terrorized on a grand scale. They are outraged and alarmed that the legal, judicial system and all levels of law enforcement entities outrageously, alarmingly, unconscionably negate their United States duties by accepting BRIBES from the lethal, wealthy thugs. In return for accepting these bribes, THE TROPEANOS AND SOME DEAR FAMILY MEMBERS LIVES MUST BE SACRIFICED. SUSAN TROPEANO'S DEAR MOTHER RECENTLY PASSED AWAY FROM THE BRUTAL, BABAROUS, BRAINWASHING TACTICS ADMINISTERED TO HER WHICH DESTROYED HER ORGANS!

8. THE TROPEANOS ARE OUTRAGEOUSLY, ALARMINGLY, AND UNCONSCIONABLE ENTRAPPED IN THIS NAZI-TERRORIST/ POLICE STATE REGIME FOR ALMOST NINE EXCRUCIATING, OVERWHELMING, NIGHTMARE YEARS TO DATE.

9. ALL NON-DEMOCRATIC JUDGES AND THEIR COURT STAFF IN THE PAST AND PRESENT ARE TORTOROUSLY, INCESSANTLY AIDING AND ABETTING POLICE CORRUPTION AND BRUTALITY TO CONTINUE UNABATED ON A DAILY BASIS, IN THE TROPEANOS LIVES.

10. THE DELIBERATE, NEGLIGENT, RECKLESS GOAL OF ALL CONSPIRING R.I.C.O. PARTIES IS WANTONLY INTENDED TO DEVASTATE, BULLY, TRAUMATIZE, MOCK, SCORN, RIDICULE, TERRORIZE THE TROPEANOS ON A GRAND SCALE... UNTIL DEATH PREVAILS. THESE PRE-MEDITATATED, OUT-OF-CONTROL, FULL-BLOWN, MURDEROUS R.I.C.O. ACTIVITIES COMMITTED, ARE PURSUANT TO MANY SECTIONS OF U.S. TITLE 18, INCLUDING BUT NOT LIMITED TO SECTION 2332b.

11. The Tropeanos must make it very clear to the court the definition of police corruption and how lethal it is to live under a police state regime. Pursuant to many articles attached to this profound, grave motion, police corruption is defined as "...the misuse of police authority for personal gain,...BRIBERY...accepting money in exchange for NOT ENFORCING THE LAW." SEE MANY OF THESE PROFOUND, GRAVE ARTICLES REGARDING POLICE CORRUPTION AND BRUTALITY AS EXHIBIT ONE.

12. ALMOST EVERY CONCEIVABLE ASPECT REGARDING POLICE CORRUPTION/BRUTALITY AS EXPLAINED IN EXHIBIT ONE, THE TROPEANOS ARE ENCOUNTERING; DUE TO THE WANTON ABANDONMENT OF THE LEGAL AND JUDICIAL SYSTEM AND THE POLICE WHO WANTONLY "CHOSE" NOT TO SERVE AND PROTECT THE TROPEANOS.

13. LIVING WITHOUT LAWS TO PROTECT HUMAN BEINGS IS EQUATED TO LIVING IN PRE-HISTORIC TIMES WHEN THE SURVIVAL OF THE FITTEST REIGNED. IT IS SHAMEFUL AND PATHETIC THAT

ALL LAW ENFORCEMENT ENTITIES PERMIT THIS! THE TROPEANOS WILL INCESSANTLY REPEAT THAT THEIR HORIFFIC, ATROCIOUS PREDICAMENT THEY ARE BARELY SURVIVING UNDER SETS A PRECEDENT IN THE COURT SYSTEMS OF THE UNITED STATES OF AMERICA!

14. THE CODE OF SILENCE ASSOCIATED WITH POLICE IS LETHAL. THE BROTHERHOOD OF CORRUPT POLICE  WHO DEPEND ON THE CRIMINAL ENTERPRISES TO MAKE THEM WEALTHY, IN RETURN, STALK,  CONTROL AND SURVEIL THEIR VICTIMS IN A VERY SYSTEMATIC WAY.  THEIR PRE-MEDITATED WANTON ACTS ARE INTENDED TO TRAUMATIZE AND TERRORIZE THE TROPEANOS TO THE EXTREME WHICH WILL EVENTUALLY LEAD TO A CATASTROPHIC CONSEQUENCE.

15. IT IS SELF-EVIDENT THE CORRUPT POLICE AND THE CRIMINAL ENTERPRISE THEY DO BUSINESS WITH, WANT  THE TROPEANOS TO DIE BECAUSE THEY KNOW TOO MUCH.  THE JUDICIAL SYSTEM IS RESPONSIBLE TO PUT BEHIND BARS ALL CORRUPT POLICE WHO ARE TRYING THEIR CORRUPT BEST WITH THEIR CRIMINAL ENTRERPRISE, THE LETHAL CULT; TO MURDER THE TROPEANOS.

16. THE TROPEANOS' CASE IS NOT A SECRET TO THE JUDICIAL SYSTEM.  THEIR CASE IS ALL INTERNAL; AND GIVEN TO THE CORRUPT GOVERNMENTAL PARTIES WHO CHOSE TO DESTROY THE TROPEANOS FOR THE LOVE AND GREED OF HEAPS OF FILTHY, DIRTY MONEY.

17. THE TROPEANOS ARE IN A VERY PRECARIOUS, LIFE-THREATENING SITUATION BECAUSE TOO MANY ENTITIES ACCEPTED BRIBES ON THEIR LIVES FROM THE LETHAL THUGS WHO CONTROL EVERY ASPECT OF THE TROPEANOS' LIVES.  THIS OUTRAGEOUS, MURDEROUS, WIDESPREAD EXISTENCE OF BLUE CODE OF SILENCE MUST BE ERADICATED IMMEDIATELY AS THE TROPEANOS LIVES DEPEND ON IT!  THE JUDICIAL SYSTEM MUST IMMEDIATELY ERADICATE THE BLUE CODE OF SILENCE REGARDING THE TROPEANOS!  THE TROPEANOS AND THE FAMILY ARE ORDERING AND DEMANDING THE US DISTRICT COURT, DISTRICT OF MASSACHUSSETTS TO IMMEDIATELY PUNISH ALL LETHAL THUGS WHO ARE CONSTANTLY SCHEMING THE TROPEANOS' DEATH.

18. THE TROPEANOS WILL NOT LOSE THEIR LIVES TO A MODERN DAY LYNCHING CONDUCTED BY CONSPIRING POLICE, LETHAL CULT, CORRUPT, VILE, VENOMOUS JUDGES AND THEIR COURT STAFF WHO BELIEVE THEY ARE ABOVE THE LAW.  THE POWER OF MONETARY BRIBES WILL CEASE AND DESIST IMMEDIATELY!

19. Furthermore, pursuant to the articles attached, see exhibit one; one of these article states, "Police corruption carries high costs.  First, a corrupt act is a crime.  Second, police corruption detracts from the integrity of the police and tarnishes the public image of law enforcement. Third, CORRUPTION PROTECTS OTHER CRIMINAL ACTIVITY SUCH AS DRUG DEALING...PROTECTED CRIMINAL ACTIVITIES ARE OFTEN LUCRATIVE SOURCES OF INCOME FOR ORGANIZED CRIME."

20. The Tropeanos are entrapped as victims in this horrific unlawfulness of police corruption. The corrupt, brutal police are members of a NAZi-TERRORIST CULT.  These corrupt, brutal, raging police protect the criminal enterprise which is the NAZI-Terrorist cult for their self-serving needs of receiving "lucrative sources of income for organized crime" perpetrated by this NAZI-Terrorist cult. The police with this lethal cult transport counterfeit drugs, computers, a myriad of other communication electronics, etc., etc. They also transport INTO THE PHARMACIES COUNTERFIT DRUGS, MEDICAL SUPPLIES, ETC., ETC.

21. SUSAN TROPEANO RECEIVED NUMEROUS BOXES OF COUNTERFIT INSULIN AND MEDICAL SUPPLIES. AT THIS PRESENT TIME, DUE TO ALL COUNTERFIT MEDICATIONS AND SUPPLIES RECEIVED, SUSAN TROPEANO IS WITHOUT HER LIFELINE INSULIN WHICH KEEPS HER ALIVE AND IN CONTROL OF HER BLOOD SUGARS. ALL PHARMACISTS IN THE STATE OF VERMONT, NEW HAMPSHIRE AND BORDER LINE OF NEW YORK STATE ARE COMMITTING OUTRAGEOUS PHARMACEUTICAL FRAUD. THEY REFUSE TO DISPENSE LEGITIMATE INSULIN TO SUSAN TROPEANO AS WELL AS REFUSING TO DISPENSE ALL MEDICAL SUPPLIES SHE NEEDS TO MAINTAIN HER HEALTH.

22. Susan Tropeano has excellent insurance which pays for all her long term drugs and medical supplies.  Without elaborating further as it would take a book to document all alarming, outrageous, unconscionable, conspiring illicit activities committed not only by the pharmacists, *doctors,* but by health insurance companies, home delivery medical companies...

23. THIS SAME EXACT SCANDAL; TAKES PLACE AT EVERY ENTITY AND SERVICE THE TROPEANOS ARE ENTITLED TO USE AND PAY FOR.  THIS SAME DEVASTATING, CONSPIRING SCANDAL IS TAKING PLACE AT THE UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSSETTS AS THE JUDICIAL SYSTEM HAS BEEN BRIBED BY THE CRIMINAL ENTERPRISE THE TROPEANOS ARE OUTRAGEOUSLY, ALARMINGLY, UNCONSCIONABLY ENTRAPPED IN.

24. NOTHING IN THE TROPEANOS LIVES ARE LEGITIMATE AND ETHICAL.  THEIR ENTIRE LIFE IS BASED ON FRAUD. THIS INCESSANT, TORTOROUS FRAUD ENCOMPASSES ALMOST EVERY TYPE OF FRAUD CONSISTING OF:

    A)   ACTUAL FRAUD ALSO KNOWN AS FRAUD IN FACT
    B)   CONSTRUCTIVE FRAUD ALSO KNOWN AS LEGAL FRAUD
    C)   EXTRINSIC FRAUD ALSO KNOWN AS COLLATERAL FRAUD
    D)   FRAUD IN LAW ALSO KNOWN AS FRAUD IN EXECUTION
    E)   FRAUD IN THE INDUCEMENT
    F)   FRAUD ON THE COURT ALSO KNOWN AS EXTRINIC FRAUD
    G)   INTRINISIC FRAUD
    H)   BANK FRAUD
    I)   WIRE FRAUD
    J)   MAIL FRAUD
    K)   HIDEOUS ROBOTIC FRAUD (See following page 4A for definition)

25. DUE TO THIS DEVASTATING, NEVER-ENDING, INCESSANT, UNABATED LETHAL FRAUD CONTINUING IN THE TROPEANOS' LIVES FOR ALMOST NINE YEARS TO DATE COMPOUNDED BY LIFE-THREATENING PREDICAMENT OF RECEIVING FRAUDULENT, COUNTERFIT INSULIN AND

Hideous Robotic Lunatic Fraud - Due to the
American Atrocity The Tropeanos are
outrageously, alarmingly and unconscionably
forced to barely survive under, the fraud
committed sets a precedent in the United States of
America.

As a result of the incessant, unabated horror and
wickedness of this fraud, The Tropeanos' fraud
experienced requires a new terminology regarding
the different types of fraud committed in
the United States of America. The term hideous
robotic fraud is defined as dreadful, revolting,
automated, controlled humans who behave
like zombies committing the tortorous,
sadistic patterns of lethal, lunatic criminal
deception and crimes; lethal, insane comments
and deadly dishonest trickery which is
intended to cause a catastrophic consequence
which will lead to death.

-4A-

MEDICAL SUPPLIES, THE TROPEANOS IN THE PAST AND AT THIS PRESENT TIME; DESPERATELY TRIED TO REPORT THIS LETHAL PREDICAMENT TO THE POLICE HOPING THAT AN ETHICAL, LEGITIMATE POLICE OFFICER AND THE DETECTIVE UNIT WOULD IMMEDIATELY HELP THEM.

26. DUE TO THIS HUGE, ENDLESS, INTERSTATE R.I.C.O. CONSPIRACY SCANDAL TAKING PLACE WHICH WAS NEVER CONTROLLED BY THE LEGAL AND JUDICIAL SYSTEM, THE TROPEANOS TRIED ONCE AGAIN TO SEEK IMMEDIATE HELP WITH A POLICE OFFICER IN KEENE, NEW HAMPSHIRE.

27. THE TROPEANOS BESEECHED THIS POLICE OFFICER TO HELP THEM. THEY EXPLAINED TO HIM THAT SUSAN TROPEANO WILL LOSE HER LIFE IF SHE CANNOT RECEIVE HER LIFELINE INSULIN WHICH IS LEVEMIR AND HER LIFE LINE MEDICAL SUPPLIES WHICH KEEPS HER ALIVE AND WELL.

28. AS THE CUSTOMARY, OUTRAGEOUS, ALARMING, UNCONSCIONABLE R.I.C.O. COMMENTS CONTINUE WITH THE CORRUPT POLICE, THEY RUDELY AND ALARMINGLY EXCLAIM, " A PHARMACIST DOES NOT HAVE TO GIVE YOU YOUR INSULIN AND MEDICAL SUPPLIES. IT IS UP TO THE PHARMACIST AT HIS DISCRETION AS TO WHETHER HE CHOOSES TO GIVE YOU WHAT YOU NEED, ALTHOUGH YOU MAY HAVE THE PROPER PRESCRIPTIONS AND INSURANCE TO PURCHASE THESE MEDICATIONS AND SUPPLIES. UNFORTUNATELY, I CAN'T HELP YOU. THERE ARE NO LAWS THAT A PHARMACIST MUST FILL YOUR PRESCRIPTIONS."

29. AT THOSE NAZI, DEVASTATING, SHAMEFUL, PATHETIC COMMENTS STATED, THE TROPEANOS REPLIED, "HOW DARE YOU STATE THIS TO US??!! WHAT IF THIS HAPPENED TO YOU??!! YOU ARE STATING TO US THAT SOMEONE HAS TO DIE BECAUSE THE PHARMACIST AT HIS CAPRICIOUS WHIM DECIDES WHO RECEIVES THEIR MEDICATIONS AND WHO DOES NOT RECEIVE THEIR MEDICATIONS. WE ARE NOT LIVING UNDER A NAZI REGIME! SHAME ON YOU!" AT THOSE COMMENTS STATED BY THE TROPEANOS, THE CORRUPT POLICE OFFICER APPEARS OBLIVIOUS TO ALL THAT WAS SAID AND SADISTICALLY EXCLAIMS. "HAVE A NICE NIGHT!"

30. THE TROPEANOS ARE OUTRAGEOUSLY, ALARMINGLY, ENTRAPPED IN THIS LETHAL CULT/POLICE STATE REGIME AS A RESULT OF THE ORIGINATOR OF THIS LETHAL CORRUPTION; THE INFAMOUS PHYLLIS LEINWAND.

31. PHYLLIS LEINWAND IS A PRINCIPAL IN NAME ONLY AT P.S. 66 IN RICHMOND HILL, QUEENS, NEW YORK. SHE IS THE CULT LEADER AND THE HANDLER OF THE TROPEANOS' LIVES AND DEAR FAMILY MEMBERS AS WELL. BEHIND THE SCHOOL WHERE SHE "WORKS" LIVES A NAZI-TERRORIST CULT KNOWN AS THE FOURTH REICHT. THIS LETHAL CULT HAS HUBS IN EVERY STATE OF THE UNITED STATES OF AMERICA.

32. IT IS ALSO A KNOWN FACT THAT PHYLLIS LEINWAND IS CONNECTED TO THE "BIG SHOTS" OF THE POLICE DEPARTMENT. AT SUCH, THIS VILE, VENOMOUS, SEEDY CHARACTER BELIEVES SHE CAN COMMIT MURDER TO THE TROPEANOS AS SHE ALREADY MURDERED SUSAN TROPEANO'S DEAR MOTHER DUE TO THE BRUTAL, BARBAROUS BRAINWASHING COMMITTED TO HER MOTHER WHICH AFFECTED HER FOOD TUBES. SUSAN'S DEAR MOTHER DIED A BRUTAL,

PAINFUL DEATH DUE TO MEDICAL CORRUPTION ORCHESTRATED AND SCHEMED BY PHYLLIS
LEINWAND.

33. PHYLLIS LEINWAND IS ABLE TO COMMIT MURDER IN THE FIRST DEGREE AS SHE BELIEVES SHE
HAS HER ARMY OF PAWNS TO PROTECT HER. THEREFORE, SHE BELIEVES SHE CAN MURDER
AMERICAN FAMILIES. BY ORCHESTRATING AND SCHEMING HER EVIL DEEDS AT HER CAPRICIOUS
WHIM, ONE WAY TO MURDER SUSAN TROPEANO IS TO DEPRIVE HER OF HER LIFE LINE
LEGITIMATE INSULIN WHICH IS LEVEMIR. AT THIS PRESENT TIME, SUSAN TROPEANO HAS NO
LEVEMIR LEFT TO ADMINISTER TO HERSELF. SHE IS FORCED TO USE A SHORT- ACTING INSULIN
WHICH IS NOT THE INSULIN SHE IS SUPPOSE TO USE. THIS INSULIN DOES NOT CONTROL HER
BLOOD SUGARS LIKE HER LEVEMIR DOES WHICH IS A LONG –ACTING INSULIN.

34. THE TROPEANOS AND THEIR FAMILY ARE LIVID THAT THEY HAVE TO EXPLOIT AND REVEAL
PERSONAL INFORMATION ABOUT THEMSELVES COMPOUNDED BY THE COURT BEHAVING DEAF,
DUMB AND BLIND THAT A LIFE THREATENING PREDICAMENT OF A FAMILY MEMBER NOT ABLE
TO RECEIVE HER INSULIN DUE TO THE CONTROL OF A NAZI-TERRORIST/POLICE STATE REGIME IS
UNHEARD OF IN MODERN AMERICA.

35. IT IS A KNOWN FACT, THIS LETHAL CULT CONTROLS THE LEGAL AND JUDICIAL SYSTEM DUE TO
BRIBES COMMITTED WITH JUDGES, COURT STAFF, COURT SECURITY, ETC., ETC; AND THIS IS
EXACTLY WHY THE COURT ACTS DEAF, DUMB AND BLIND TO ALL HORIFFIC PREDICAMENTS THE
TROPEANOS ARE BARBAROUSLY, OUTRAGEOUSLY ENTRAPPED IN.

36. THIS IS SUPPOSE TO BE MODERN AMERICA! INSTEAD THE TROPEANOS ARE BARELY SURVIVING
DUE TO BRIBES AND KICKBACKS COMMITTED IN THE LEGAL AND JUDICIAL SYSTEMS OF THE
UNITED STATES OF AMERICA! SHAME ON ALL OF YOU WHO PARTICIPATED AND TOOK HUGE,
UNLAWFUL, POCKETS OF DIRTY, FILTHY MONEY FROM THIS LETHAL CULT AND IN RETURN THE
TROPEANOS' LIVES AND THAT OF THEIR DEAR FAMILY MEMBERS MUST BE SACRIFICED!

37. THIS WILL NOT CONTINUE! ALL BRIBES AND KICKBACKS COMMITTED IN THE JUDICIAL SYSTEM
WILL CEASE AND DESIST IMMEDIATELY! IT IS SHAMEFUL AND PATHETIC HOW THE UNITED
STATES DISTRICT COURT, DISTRICT OF MASSACHUSSETTS IS TRYING THEIR CORRUPT BEST TO
MURDER THE TROPEANOS REGARDING AN OUTRAGEOUS, ALARMING, UNCONCIONABLE,
LUNATIC "TICKETS" THEY RECEIVED FROM BRUTAL, RAGING POLICE, OR IN ACTUALITY, THEY
MAY BE IMPOSTORS OF LAW ENFORCEMENT.

38. Certain court staff are committing outrageous, alarming, and unconscionable character
assassination to The Tropeanos by reprimanding and scolding them which is a usual, customary
R.I.C.O. pattern when bribes are accepted. These court employees are desperately trying to
smokescreen all their alarming, outrageous, unconscionable iniquities committed with this
lethal cult; and thus they must make it appear that The Tropeanos are TRASH who have no
rights.

39. IT IS A KNOWN FACT THAT THIS LETHAL CULT HAS BLACKLISTED THE TROPEANOS. THEREFORE ALL CONSPIRING R.I.C.O. PARTIES BELIEVE THEY CAN LITERALLY SPIT AT THE TROPEANOS WITH NO FEAR OF REPERCUSSIONS BY GROSSLY VIOLATING THE AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA!

40. Again, The Tropeanos will inform the court, the cult controls the courts when it concerns them.

41. This LETHAL CULT with their powerful weapon of endless pockets of money INSTRUCTS the non-democratic judges and court staff to destroy The Tropeanos until they literally drop dead. Thus the court systems in the United States of America are beyond kangaroo courts; the courts are lethal for The Tropeanos...Justice does not prevail and instead NAZISM prevails! Again this is shameful and pathetic on behalf of the court!

42. FOR THE PAST NINE YEARS, THE TROPEANOS DUE PROCESS RIGHTS ARE OUTRAGEOUSLY, ALARMINGLY AND UNCONSCIONABLY VIOLATED IN EVERY JUDICIAL SYSTEM OF THE UNITED STATES OF AMERICA REGARDING THEIR LAWSUITS FILED CONCERNING THE LETHAL CORRUPTION THEY ARE ENTRAPPED IN.

43. The Tropeanos lawsuits were wantonly NEVER HEARD in any court of law. This outlandish, devastating barring/blocking The Tropeanos from pursuing their due process rights sets a precedent in the judicial system of The United States of America!

44. The corrupt, vile judges treated their lawsuits like trash just like The Tropeanos are treated like trash by all conspiring R.I.C.O. PARTIES. The courts who participated in these iniquities are as follows:

   A) Queens Supreme Court in NYC
   B) Nassau County Supreme County in Long Island, New York
   C) P.E.R.B. Court in NYC
   D) United States District Court, Eastern District of New York
   E) Family Court in Long Island, New York
   F) District Court in Long island, New York

45. These judicial R.I.C.O. activities filtrated in full force in the states of Vermont and presently in at U.S. District Court the state of Massachusetts as well.

46. In Vermont, The Tropeanos are exposed and subjected to incessant continuous FRAUD BY ATTENDING HEARINGS AND OTHER PERTINENT CONFERENCES WHICH ARE OUTRAGEOUSLY, ALARMINGLY AND UNCONSCIONABLY CONSISTING OF IMPOSTORS. It is shameful and pathetic

-7-

how this CHAIN OF LETHAL CORRUPTION is wantonly intended to destroy The Tropeanos until they suffer tremendous irreversible and irreparable harm which will lead to their death.

47. It is amazing that The Tropeanos are still living due to all pre-meditated, murderous, out-of-control, full-blown, interstate R.I.C.O. activities incessantly perpetrated against them on a never-ending daily basis. Due the constant pre-mediated attempted assaults and lethal set-up situations which did not result in their death, the lethal thugs are incessantly scheming with all health "professionals" BY NOT ALLOWING SUSAN TROPEANO TO RECEIVE HER LIFE LINE INSULIN AND MEDICAL SUPPLIES.

48. While this life-threatening illicit activities are taking place, The Tropeanos are faced with a myriad of other fraudulent illicit activities including the issuing of the outrageous, alarming, unconscionable fraudulent, LUNATIC illicit activities committed with the "tickets" they received when they tried to seek help at the F.B.I. in Boston, Mass.

49. All governmental parties who participated in these iniquities regarding these LUNATIC tickets by choosing to accept bribes from these lethal, wealthy thugs are facing endless liability pursuant to many sections of U.S. Title 18!

50. For the past nine years, The Tropeanos are inundated with endless lethal fraud which surrounds every conceivable aspect of their lives. Their lives are in a devastating shamble. They are living in a NAZI bubble while watching the rest of the world living in democratic society.

51. It is torturous for The Tropeanos to see life the way they use to live. They are no longer part of that life which is the worst imaginable feeling for a human being to endure. All their rights, possessions, finances/pension, property, services including medical care are under the control and custody of the NAZI-Terrorist cult/police state Regime.

52. This is suppose to be Modern America! This cannot continue and will not continue. The Tropeanos will not relent until they salvage their lives back into some kind of normalcy. There is endless liability, huge damages and penalties will be enforced when The Tropeanos expose this lethal corruption!

53. The United States District Court, District of Massachusetts has the judicial obligation pursuant to the constitution of The United States of America to immediately eradicate this lethal cult.

54. The United States District Court,
    District of Massachusetts has the
    judicial obligation pursuant to the
    constitution of the United States of
    America, to immediately punish and
    eradicate this lethal cult from The Tropeanos'
    lives!

55. The United States District Court,
    District of Massachussetts are grossly
    liable as this court wantonly ignores
    all murderous R.I.C.O. activities
    committed by a Nazi cult who is
    controlling the court.

56. As a result of the court behaving
    oblivious and SILENT to all murderous R.I.C.O.
    crimes committed by this NAZI cult
    which the corrupt, brutal, raging
    "police" are members of; and although The
    Tropeanos left lengthy voicemail messages
    to Susan Mohr, HR Director; Magistrate
    Judge Marianne B. Bowler; Brendan
    Garvin, Court Room Clerk to Marianne
    B. Bowler; Chief Judge Wolf, & Eileen
    Finney, Judicial Assistant to Marianne
    B. Bowler; and Michelle Rynne, Operations
    Manager; regarding LIFE-THREATENING

SITUATIONS which must be attended to and rectified immediately; the United States District Court, District of Massachussetts is a KANGAROO COURT.

57. A Kangaroo court is a court that DISREGARDS ALL THE RIGHTS AFFORDED TO PERSONS; ITS CONCLUSIONS ARE NOT LEGALLY BINDING. A Kangaroo court is BIASED against a party and thus renders an UNFAIR VERDICT or judgment.

58. The United States District Court, District of Massachussetts is guilty committing FRAUD ON THE COURT which is fraud involving conduct that UNDERMINES THE INTEGRITY OF THE JUDICIAL PROCESS AS BY IMPROPERLY INFLUENCING A JUDGE OR OTHER COURT PERSONNEL

59. It is self-evident, The United States District Court, District of Massachussetts is not only a Kangaroo court when it concerns The Tropeanos, FRAUD ON THE COURT IS BEING

COMMITTED AS THE NAZI CULT which
the CORRUPT, BRUTAL, RAGING POLICE
ARE MEMBERS OF, ARE IMPROPERLY
INFLUENCING Judge Marianne B.
Bowler, Brendan Jarwin, Eileen
Finney, Chief Judge Mark L. Wolf,
Susan Mohr and Michelle Rynne.

60. It is self-evident all the above
judges and court employees accepted
BRIBES from this WEALTHY NAZI
CULT who outrageously and alarmingly
entrapped The Propermos as their
victims until they DIE !

61. As a result of the filthy, dirty,
unlawful packets of money accepted,
all lengthy phone messages, all
lengthy, legal letter written to the above
judges and court personnel are wantonly
ignored.

62. The United States District Court,
District of Massachusetts is facing
ENDLESS LIABILITY by WANTONLY
ignoring the following LIFE-THREATENING
SITUATIONS THE PROPEANOS ARE
INCURING AS A RESULT OF BEING

OUTRAGEOUSLY AND ALARMINGLY
ENTRAPPED IN A NAZI-TERRORIST, POLICE
STATE REGIME! They are as follows.

A) Susan Tropeano is presently
outrageously, alarmingly and
unconscionably <u>denied</u> <u>her</u> <u>life-line</u>
<u>insulin</u> which is Levemir. She is
wantonly denied her Levemir and
other medications and medical supplies
which keeps her alive and healthy,
due to the huge conspiracy R.I.C.O.
scandal which is full-blown and
out-of-control.

it concerns the Tropeanos. This lethal cult controls all courts. When
^ Not all judges and court personnel
will participate in accepting BRIBES
from these thugs. Many judges and
court personnel abide by the
constitution of the United States of
America, by valuing human lives and
protecting the innocent crime victims.

As a result of controlling all courts,
certain judges and court personnel
who accept <u>bribes</u>, at this present
time Judge Bowler et. al. is

wantonly committing iniquities by
disregarding the insulin scam and
other medications and medical supplies
originated by the lethal cult
^ which is Susan Tropeanos' life-line.

The Tropeanos will STRESS AGAIN
that if the COURT DATE OF OCTOBER
19, 2012 is not immediately changed
to a much later date at the beginning
of the New Year, Judge Bowler et. al;
will be facing endless liability for
SACRIFICING SUSAN TROPEANOS' health
and life ,,. which could lead to her
DEATH!!* (see pages 13 A, next page)  consisting of 2 pages
                            ^
(Then continue reading below +)
proceed to page 14.

Furthermore, Judge Bowler's SILENCE
to this life-threatening situation compounded
by fraud committed in the court and
outrageous, alarming FRAUDLENT "tickets"
received by the lethal "police" thugs
is full of liability pursuant to many
sections of U.S. Title 18 including but
NOT limited to TAMPERING ON OFFICIAL
DOCUMENTS!

B) Another life-threatening situation
The Tropeanos are incurring as a
result of being entrapped and (see cont. page)

of U.S. Title 18. These full-blown, out-of-control, interstate R.I.C.O. activities is reaping of pre-meditated murderous illicit activities which will lead to The Tropeano's death! It is imperative that The Tropeano's R.I.C.O. case which includes these fraudulent "tickets" be immediately referred to the U.S. Attorney.

SEE EXHIBIT TWO. Twice the U.S. Attorney, Rosalyn R. Mauskopp referred The Tropeano's R.I.C.O. case to Peter Grupe, Supervisory Special Agent. Due to the NAZI-Terrorist cult which the corrupt, brutal raging police are members of, this lethal cult BARRED / BLOCKED The Tropeano from being referred to Peter Grupe and thus no F.B.I. investigations were conducted... thus leaving ...... The Tropeano's outrageously, alarmingly and unconscionably entrapped in a NAZI-TERRORIST/Police State Regime for nine, excruciating, overwhelming, nightmare years to date!

—13A—

*TROPEANO'S INSULIN WHICH IS HER LIFELINE MEDICATION WHLH KEEPS HER ALIVE!

B) (Cont.) According to Ms. Finney who met The Tropeano family on September 27, 2012 when legal letters and documents were hand-delivered to the clerks' office, she had the colossal nerve to state, " Your wife's insulin is personal. I don't think Judge Bowler will change the date Because your wife is denied her insulin." Mo. Eileen Finney is committing FRAUD ON THE COURT BY STATING UNCONSCIONABLE BEYOND COMPREHENSION STATEMENTS REGARDING SUSAN * Being denied insulin which is a (see above) life-threatening issue is NOT a personal problem. Being denied insulin is an EMERGENCY! It's meets FEDERAL LEVEL! Any legitimate, ethical, democratic judge would immediately change a court date as a human life is at stake!

Furthermore, any legitimate, ethical, democratic judge would immediately refer The Tropeanos' to the United States Attorney. It is self-evident from all motions and legal letter writing with supporting evidence the Tropeanos' case meets FEDERAL LEVEL Pursuant to many sections.

−14−

controlled by these lethal thugs is
due to the FRAUDULENT "tickets"
issued to them regarding Violation
#p: H 5115114 and # 5115113.

Pursuant to these FRAUDULENT "tickets"
they are titled "United States District
Court Violation Notice." which is a
FEDERAL TICKET. The Tropeanos
will explain all acts of fraud committed
regarding these "tickets" which will result
in a catastrophic "life-threatening" consequence if the "court"
does not immediately eradicate this
lethal fraud which is intended to
INTENTIONALLY, RECKLESSLY AND
NEGLIGENTLY DECEIVE THE TROPEANOS
RESULTING IN INJURY to THEM!

All acts of fraud committed with
these "tickets"          will result in
injury and or death to The Tropeanos
These fraudulent "tickets" are pure
Fraud! This heinous, robotic, lunatic
and outright criminal!
fraud (see definition, page 4A) is
wantonly intended to murder the Tropeanos!

The Tropeanos will list all lethal. fraud
-.    - connected with these "tickets"

and then explain how it will lead to murderous, catastrophic consequences. The lethal fraud committed are as follows:
• Tickets titled "United States District Court, Violation Notice are petty offenses charged on a federal property. According to Brendon Garvin he outrageously informed The Tropeanos that, "petty offenses are NOT criminal." Petty offenses are criminal!

• Making matters more fraudulent and lunatic, CVB states on their automated system, "Violations are open at this present time. Amount owed is $175.00. Hearing was conducted on SEPTEMBER 27, 2012."

• The Tropeanos left lengthy numerous voicemail messages to Susan Mohr, Judge Bowler, Brendon Garvin, Michelle Rynne, Eileen Feeney and Judge Wolf regarding the above fraud stated on the CVB automated system. They pleaded with the above "judicial" parties to rectify the fraud committed on the CVB automated voicemail system. All "judicial" parties remain SHAMEFULLY

$-16-$

SILENT to this present time!
• The fraudulent "tickets" received
by The Tropeanos on June 28, 2012
are not the exact same "tickets"
received sent by Ms. Eileen Finney
when The Tropeanos finally received
these tickets with "statement of charges"
after painstakingly, incessantly requesting
their "statement of charges" from Mrs.
Finney. (Please note: CVB is responsible
to send the "statement of charges" to
The Tropeanos and although The Tropeanos
requested these charges from CVB, till
this present time CVB never sent The
Tropeanos their "statement of charges.)

• See Exhibit Three consisting of five
pages; the original "tickets" The Tropeanos
received on June 28, 2012 and the
"tickets" with statement of charges
sent by Eileen Finney. These "tickets"
were re-written. The following fraud
committed on these "tickets" are as follows:
A) The "tickets" received by Ms. Finney
are enlarged to disguise the fraud
committed.
B) The "tickets" received by The Tropeanos
are cut and paste. See Exhibit Three

✳

page 1. See large, rectangular, solid blackened box with small, rectangular, solid blackened box above the large box on both "tickets" received by The Tropeanos on June 28, 2012. (See Exhibit 3A, which is a sample of a federal ticket issued!) Boxes are ● not blackened! On the "tickets" received by Ms. Finney the rectangular, solid, black boxes are obliterated. Under the cut and paste black, rectangular, solid, black boxes is titled "Defendant Information" and "Phone." This information is clearly evident in the "tickets" sent to The Tropeanos. It is unlawful to issue a "ticket" to someone without their name, address, phone # documented on the "ticket."

Furthermore, ~~all information regarding a venue description was cut and paste/~~ blackened as well.

● Violation # H 511514 is different than the enlarged "ticket" with Violation #H511514 sent by Ms. Finney. They are not identical, although they are suppose to be. "The officer who issues the ticket writes it up in triplicate, keeping one copy. Another is mailed to CVB in San Antonio, Texas; a third is given to the violator in the form of an envelope ready for mailing." See this stated in Exhibit Four, "Central Violations Bureau Helps Collect Millions Each Year for Crime Victims."

-18-

- It is self-evident. the "ticket" sent by Ms. Finney was not written in triplicate by the "officer" as the "ticket" received by The Tropeanos on June 28, 2012 is clearly different than the one sent by Ms. Finney.

- See Violation #H 5115114. The "tickets" issued to Joseph Tropeano have further differences. The differences are:

- See date and time of offense: The numbers 1600 are not written in the same spot

- See offense charged: The "ticket" received by Joseph Tropeano on June 28, 2012, the small square box, "☐ CFR" does not have an "x" in the box. The "x" is written above the box.

- The "ticket" with violation #: H 5115114 sent by Ms. Finney with the offense charged the small square box "☐ CFR" is boldly "xed" in the box overlapping into the letters C and F (☒CFC)

- The "ticket" with violation #: H 5115114 sent by Ms. Finney, the address of place of offense, 1 Center Plaza is not written the same. On the "ticket" Joseph Tropeano received on June 28, 2012, it is self-evident 1 Center Plaza is written

way above the line. The 'enlarged "ticket" sent by Ms. Finney, the address 1 Center Plaza is written on the line.

- Furthermore the offense description on "ticket" received by Joseph Tropeano on June 28, 2012 regarding "Disorderly (Minor" is written directly underneath the words "Offense Description."
- "Ticket" sent by Ms. Finney, "Disorderly (Minor" is not written directly underneath the words, "Offense Description."
- The "y" in disorderly is different; much bolder and written differently than the "y" in the "ticket" received by Joseph Tropeano on June 28, 2012.
- The name Tropeano and Joseph are written on "ticket" received by Joseph Tropeano, his name written overlaps into the "last name" and "first name" written on the "ticket"
- On the enlarged "ticket" sent by Ms. Finney, "Tropeano" and "Joseph" is written directly on the line without overlapping into "last name" and "first name" printed on the "ticket."
- The same scenario applies to the court address of "ticket" which is self-explanatory by viewing the "ticket" received by Joseph Tropeano and the

−20−

enlarged "ticket" sent by Mrs. Finney.
- The CVB Location Code – See the box
  with the letter "M" clearly written
  above and OUTSIDE the box received
  by Joseph Tropeano.
- The enlarged "ticket" sent by Mrs. Finney
  the "M" is clearly written in the box
  titled, "CVB Location Code."
  The endless fraud written on these "tickets"
  goes on and on.

- The fraud continues on the "ticket" with
  violation #; # 511 5113. They are as follows:
- See Date and Time of Offense: "1600"
  overlaps the "12" in "2012" with "ticket"
  received by Susan Tropeano on June 28, 2012.
- The "ticket" mailed by Mrs. Finney the "1600"
  is written directly above the "12" in "2012".
- The "ticket" received by Susan Tropeano
  the box titled "Offense Charged the "□ CFR",
  the square box has a slight line going through.
  This slight line does not overlap into the "c"
  of "CFR"
- On the enlarged "ticket" sent by Mrs.
  Finney, there is a definite, bold
  X placed in the square box which
  overlaps and covers the "C" in "CFR,"
  "□CFR"

- The box titled, "last name", "Tropeano" is written differently. The "ticket" received by Susan Tropeano, the letter "A" is NOT connected to the letter "N"
- The enlarged "ticket" sent by Mrs. Finney, the letter "A" is connected to the letter "N", (An)
- The list of different letters written on the copies of the "tickets" goes on and on.

- The Tropeanos never signed that they received the "tickets." It would be fraud to sign their signature as it is self evident they never received an authentic copy of their "ticket" due to cut and paste clearly evident compounded by further outrageous fraud documented thus far, with yet additional fraud to be documented.

- Thus far, there are many different types of lethal fraud committed on these "tickets." The following fraud committed on these "tickets" are as follows:

    - Actual fraud; Fraud committed with the actual intent to deceive and thereby injure another, also known as fraud

−22−

in fact. It is self-evident this lethal
fraud, was intended to further cause
reaps in every crevice of these + tickets issued to The Tropean
The Tropeanos, irreversible and irreparable
further
harm until they suffer a catastrophic
consequence which will lead to their death.

• Extrinsic Fraud - Fraud (as that involved
in making a false offer of compromise)
that induces one not to present a case
in court or deprives one of the opportunity
to be heard; also: fraud that is not
involved in the actual issues presented
to a court and that prevents a full and
fair hearing.

• It is self-evident this lethal fraud
reaps in every crevice of these "tickets"
issued to The Tropeanos; and not only
is "police officer" Saccardo committing
extrinsic fraud, the "court" is aiding
and abetting this crime to continue.

• In every court The Tropeanos frequented:
Queens Supreme Court in New York City
Perb Court in New York City
Nassau Supreme Court in Long Island, N.Y.
U.S. District Court in Brooklyn, N.Y.

-23-

District Court in Hempstead, Long Island, N.Y.
Family Court in Long Island, N.Y.
All "quasi-legal hearings" in Vermont...

- All the above "judicial systems" of the
United ~~States~~ of America and all "quasi-
legal hearings" conducted in Vermont
committed extrinsic fraud. The Tropeanos'
profound, grave lawsuits filed in the
above referenced "courts" and all quasi-
legal hearings" in Vermont were never
heard when it concerns The Tropeanos.
Their lawsuits were thrown in the garbage
can! Hearings held -in Vermont were a
hoax and were conducted by impostors.

- However, when the corrupt, lethal thugs
who are the corrupt, brutal, raging police
try their corrupt best to commit
outrageous, alarming, unconscionable
CHARACTER ASSASSINATION regarding
The Tropeanos, the corrupt, vile, venomous
judges, stating to The Tropeanos, "In one
minute or less state your evidence,"
while the lethal thugs have ample time
to maliciously character assassinate The
Tropeanos!

- When these iniquities occurred, The Tropeanos

-24-

wrote Recusal Motions, these vile, with audio tapes attached explaining why must be recused! venomous, non-democratic judges. At such, = Judge "Katz and Judge" LINDA LEVITT immediately recused themselves at Chittendon Criminal Court located in Burlington, Vermont. "Judge" LINDA LEVITT, was directly connected to and knew the originator of this lethal corruption; Phyllis Lienward who is the cult leader and handler of the NAZI-TERRORIST/Police State Regime The Tropeanos are entrapped in; due to the judicial system who are aiding and abetting these lethal thugs to destroy The Tropeanos in every conceivable, sadistic way possible!

• A handler of a cult is a cult member who controls someone's life. Phyllis Lienward at her capricious whim works "behind the scenes" orchestrating all murderous, pre-meditated F.I.C.O. crimes committed to The Tropeanos and their dear family members." With her connections with the "big shots" in the police department and her army of demonic, NAZI, Terrorist thugs; she was able to brutally, barbarously brainwash Susan's dear parents who became clones of the lethal corruption →

-25-

• As a result of Phyllis Linwood's unlawful, barbarous scheming to brainwash Susan Tropeano's parents, et.al; Susan Tropeano's mother suffered the consequences of this demonic brainwashing which not only destroyed her cognitive thinking; it destroyed her organs which lead to her BRUTAL, PAINFUL DEATH! This is an AMERICAN ATROCITY!

• To continue with the fraud committed to The Tropeanos' "tickets", it is self-evident INTRINSIC FRAUD was committed

• INTRINSIC FRAUD is fraud as by the used of false or forged documents, false claims, or perjured testimony that deceives the trier of fact and results in a judgment in favor of the party perpetrating the fraud.

• As mentioned above, intrinsic fraud reaps in every crevice of the "tickets" recived by The Tropeanos which attests to FORGED DOCUMENTS, FALSE CLAIMS AND PERJURED TESTIMONY. In The Tropeanos' case the "tickets" are forged documents as these "tickets"

were re-written. The statement of probable cause is . . outrageous, alarming, unconscionable false claim which yet needs to be explained and thus "police officer" J. Sacardo perjured himself.

- As the never-ending lethal fraud continues with these "tickets" and in The Tropeanos' live for NINE, EXCRUCIATING, OVERWHELMING, NIGHTMARE YEARS TO DATE, MAIL FRAUD AND WIRE FRAUD IS COMMITTED BY THE NAZI-TERRORIST/POLICE STATE REGIME THE TROPEANOS ARE ENTRAPPED IN.

- At such, The Tropeanos are barred from using all communication services ranging from computers, telephones and mail services Due to these R.I.C.O. activities committed (U.S. Title 18) The Tropeanos are forced to hand-deliver all motions and legal letter writing to the clerk's office at every "judicial system" they frequent.

- As the never-ending, unabated lethal fraud continues, the clerk's offices in the "judicial system" of the United States

-27-

of America, and other "court" officials
confiscate and or make a disarray of
their documents when received in the
Clerk's office as this LETHAL CULT
CONTROLS THE "COURTS" BY BRIBING
THEM WHEN IT CONCERNS THE TROPEANOS!
AT SUCH, ALL DOCUMENTS AND EXHIBITS ATTACHED
ARE DESTROYED SO THAT THE TRUTH CANNOT BE
EXPOSED!

- FURTHERMORE THIS LETHAL CULT WITH
THE AIDING AND ABETTING OF THE U.S.
DISTRICT COURT, DISTRICT OF MASSACHUSSETTS
COMMITTED WIRE FRAUD.

- THE TROPEANOS WERE BRUTALLY ATTACKED
BY THE MANCHESTER POLICE ON OCTOBER
2, 2012. THIS LETHAL PRE-MEDITATED
R.I.C.O. CRIME WAS REPORTED ON
THE VOICEMAILS OF JUDGE BOWLER,
JUDGE WOLF, EILEEN FINNEY, BRENDON
GARVIN, SUSAN MOHR AND MICHELLE
RYNNE. THE RESPONSE WAS SILENCE;
ALL "JUDICAL" PARTIES MUST ADHERE
AND OBEY TO THE BLUE CODE OF SILENCE!

- WIRE FRAUD WAS COMMITTED TO THE
ABOVE REFERENCED "JUDICIAL" PARTIES
WHEN THE TROPEANOS LEFT THE LIVE
RECORDINGS THEY TAPED WHILE BEING

-28-

VICTIMIZED BY THE MANCHESTER BRUTAL,
RAGING POLICE WHO COMMITTED VIOLENCE
AND PROFANITY WHEN THE TROPEANOS
WERE SITTING IN THEIR CAR IN THE
PARKING LOT, WHEN OUT-OF-THE-BLUE;
FOR NO REASON WHATSOEVER THE
MANCHESTER POLICE CAR AND A VERMONT
STATE TROOPER CAR ARRIVED AT THEIR CAR VIOLENTLY
ATTACKING THEM! THE LETHAL DETAILS
OF THIS LIVE POLICE BRUTANITY IS
ATTACHED TO THIS MOTION AS EXHIBIT
FIVE... EXHIBIT FIVE IS AN AUDIO TAPE
WHICH ATTESTS TO POLICE BRUTANITY
R.I.C.O. CRIMES WHICH WAS AIDED AND
ABETTED BY 911 AS WELL · See EXhibit
FIVE in an envelope attached securely to this motion,

• When The Tropeanos tried to play this
  audio tape to all " judicial parties"
  of U.S. District Court, District of Massachusetts etc
  referenced in this dismissal motion,
  the entire tape was MUFFLED when
  left on their voicemails. At such,
  it was impossible to hear the tape,

• The same MUFFLED sound of this tape
  was heard on another responsible
  party's voicemail as this lethal cult
  is very privy to electronics and thus

-29-

- they have devices and software to corrupt all communication services as they are trying their corrupt best never to be exposed for the police brutality committed against the Tropinos.

- At this present time, this lethal cult committed a myraid of pre-meditated attempted assaults against the Tropinos as they are committing murderous R.I.C.O. crimes against the Tropinos because the Tropinos know too much!

- The Tropinos left messages to all "judicial parties" at U.S. District Court, District of Massachusetts regarding the audio tapes MUFFLED on their voicemails and the continuing police corruption/brutality incessantly continuing in their lives; however as previously mentioned above, all "judicial" parties remain shamefully and pathetically SILENT!

- Thus, it is self-evident all "judicial" parties at U.S. District Court, District of Massachusetts are aiding and abetting police corruption/police brutality to continue in their lives until the Tropinos suffer a brutal death by these demonic thugs!

63. It would take a book to document all lethal fraud committed by the "judicial" parties at U.S. District Court compounded by the lethal fraud committed with the tickets. At such, The Tropeanos will list briefly below just some other examples of lethal fraud committed by the "court" and the "tickets" received.

• See Exhibit Three for Violation Numbers: H5115113 and H5115114. Again intrinsic fraud and actual fraud was committed by "police officer" J. Saccardo. Without further elaboration, the true facts of the horrific incident which occured at The F.B.I. is documented in a letter written to CVB dated July 16, 2012. This profound, grave document consists of a 9 page letter with 8 pages of supporting exhibits attached.

• This document was previously hand-delivered to the "court" and faxed to the "court" as well, however as previously documented in this profound, grave dismissal motion, the clerk's offices in the "judicial system" confiscate and or make a disarray of all The Tropeanos' documents

they file at the clerks' offices. See this
document once again attached to this
dismissal motion as Exhibit Six.

• It is imperative to recognize that The
Tropeanos wrote this legal letter to CVB
on July 16, 2012; see Exhibit Six. The
Tropeanos wrote this profound, grave
document BEFORE they received the
» statement of "probable cause."

• As explained in Exhibit Six, The Tropeanos
were fearing for their lives! They were
held hostage by five so-called law
enforcement "officers" as they arrived
within 45 seconds when the Tropeanos
tried to leave the F.B.I. office, but
instead were outrageously claiming on the sixth floor of the F.B.I. office
held HOSTAGE by the corrupt, brutal
"police" The Tropeanos were lucky to
escape this pre-meditated murderous R.I.C.O.
crime being committed on the sixth
floor of the F.B.I. building.

• Judge Bowler must read Exhibit
Six in its entirety and comprehend,
recognize and acknowledge that

The Tropeanos are suffering victims of full-blown, out-of-control, pre-meditated, murderous R.I.C.O. activities pursuant to many sections of U.S. Title 18!

• Furthermore as the never-ending fraud never ceases, the square boxes "□" on the statement of probable cause, document which is part of the "ticket" (see Exhibit Three, pages 3 and 4) the boxes "□" under the sentence stating," The foregoing statement is based upon! . . . these square boxes that are required to be checked by the "officer" are either deleted; it is NOT visible, to the human eyes, while other boxes are almost deleted with no reference as to why, the "officer" based his "probable cause." Thus, foul play and fraud reaps in every crevice of these "tickets."

• Additionally, page 3 of Exhibit Three which is the "statement of probable cause" for Violation #; # 5115113, it attests to some kind of additional writing and stamps that were erased which begins under the statement," The foregoing statement is based upon;" In the section "Executed on;" this part was

tampered with as well, as it is clearly
obvious, words were deleted above the
"date" and "U.S. Magistrate Judge"

- As this lethal fraud becomes more
alarming, (see Exhibit Three, page 3)
the "statement of probable cause" was
FURTHER TAMPERED WITH, AND CUT
AND PASTE IS OBVIOUS; AS THE
ENTIRE LOWER SECTION OF THE
PROBABLE CAUSE ATTESTS TO ADDED
CROOKED LINES WHICH IS NOT PART
OF THIS OFFICIAL DOCUMENT, SEE EXHIBIT
SEVEN WITH ARROWS (→) WHICH ATTEST
TO ALL OUTRAGEOUS TAMPERING ON
OFFICIAL DOCUMENTS ON THE ENTIRE
PROBABLE CAUSE DOCUMENT! Again TAMPERING
ON OFFICIAL DOCUMENTS IS A R.I.C.O.
CRIME PURSUANT TO U.S. TITLE 18!

- It is self-evident from the alarming,
outrageous, unconscionable fraud committed
on Exhibit Seven, Ms. Finney was conspiring
with these illicit activities as she tried her
best not to mail these fraudulent "tickets"
to The Tropeanos!

- The crime of cut and paste, erasing text

-34-

on the lines executed on: underneath the
"date" and "signature of U.S. Magistrate
Judge" with numerous STAMPS obliterated
is a very serious R.I.C.O. crime which
is punishable under the law!

• Tampering on this official document is
further traumatizing to the entire Tropeano
family as The Tropeanos wrote profound,
grave documents that this would occur as
the Tropeanos fear to this present time
they would be falsely arrested due to
the fraud, alarming committed on these documents.
These documents were sent to the U.S.
District Court, District of Massachusettes,
CUB and the police stations in Manhasset,
N.Y and Rutland, Vermont.

• The Tropeanos documented that once
they would be falsely arrested; they
would be murdered "behind close doors"
by the prison guards and police. This
pre-meditated, murderous R.I.C.O. activity
was cunningly schemed so that the
corrupt, brutal police who are members
of this NAZI cult would never be
exposed for their lucrative business
they have with the NAZI cult. (R.I.C.O.-

−35−

NAZI cult is the criminal enterprise. The corrupt police with this cult commit organized crime)

• The Tropeanos must always be one step ahead of this lethal corruption as the lethal cult is trying to murder The Tropeanos in every conceivable way to SMOKESCREEN ALL MURDEROUS, PRE-MEDITATED R.I.CO. CRIMES COMMITTED TO THE TROPEANOS!

• United States District Court, District of Massachusetts has the "judicial" responsibility to immediately "refer the suffering innocent victims, The Tropeanos, to the U.S. Attorney before they get MURDERED; barely surviving under full-blown, out-of-control, interstate, murderous, full-blown R.I.C.O. activities (U.S. Title 18!)

• To continue with the "tickets" see Exhibit Three, page 5. On this "Statement of Probable Cause" there is no signature of J. Saccardo visible underneath "Officer's Signature.

64. The Tropeanos, as previously mentioned left profound, grave, lengthy voicemails that they will be falsely arrested if the "court" does not eradicate the CVB recording which States, "Violation Numbers H 5115113 and H 5115114 are open. Amount owed $175.00. Hearing was held on September 27, 2012." Till this present time, all "judicial" parties remain silent to The Tropeanos beseeching the court to eradicate this lethal, fraud cited on CVB's automated system.

65. As a result of the lethal SILENCE of the "court," it is self-evident the "court" is aiding and abetting R.I.C.O. activities to continue in The Tropeanos' lives... one way to murder The Tropeanos is to falsely arrest them and "behind close doors" they are murdered by prison guards and the corrupt, brutal police!

66. The Tropeanos and their family are ORDERING AND DEMANDING THE "COURT" TO ERADICATE THE FRAUDULENT INFORMATION RECORDED AT CVB! It's a disgrace and deplorable that a court of law is

practicing NAZISM due to bribes
accepted by these lethal thugs who
want The Properios dead!

• It is shameful and pathetic that
"judicial" parties in the United States
of America accept bribes and in return
sacrifice human lives!

67. As the fraud on the court becomes
more hideous and lunatic, U.S.
Magistrate Judge Bowler @ U.S.
District Court, District of Massachussetts
forgets that the "tickets" were filed at
CVB.

68. See Exhibit Eight, a letter from Judge
Bowler dated September 25, 2012. Her
letter states that the Violation Numbers
H 5115113, H 5115114 are now at Traffic
Court @ The U.S. Courthouse, 7th Floor,
Courtroom # 25.

69. CVB is responsible for "petty offenses" which
occur on federal property. (See Exhibit
NINE, consisting of three pages)

70. If someone is driving under the influence of a DWI or assaulted someone in their car on federal property, a petty violation is issued.

71. However, how could The Tropeanos now be in TRAFFIC COURT in District Court??!! This is lunatic for several reasons.

72. Traffic Court is located in another building in Boston, Mass which is the Municipal Court Building.

73. The Tropeanos were not in their car when the "fraudulent tickets" were issued for a petty offense. They were issued these "tickets" on the sixth floor of the F.B.I.

74. As this lunatic, lethal fraud continues, it now appears that The Tropeanos were issued two "tickets" each, one which is a petty offense and the other is a traffic "ticket."

75. To make matters more lethal and lunatic, The Tropeanos tickets received

at The F.B.I. on June 28, 2012, all
information regarding their vehicle was
blackened out. On the ..... enlarged
"ticket" sent by Mrs. Finney, the
"vehicle description" is not blackened,
but left blank. At such, how are the
petty offense "tickets" traffic violations
at Traffic Court at the U.S. District
Court, District of Massachusetts ??!!

76. The Tropeanos will inform the "court"
again, the petty offense "tickets" at CVB
has a fraudulent recording that their
"tickets are opened. Amount owed is
$175.00. Hearing was held on September
27, 2012! THIS MUST BE
IMMEDIATELY ERADICATED FROM
THE CVB VOICEMAIL IN SAN
ANTONIO TEXAS!

77. The lunacy and THE CLEAR AND PRESENT
DANGER element associated with these FRAUDULENT
"TICKETS" is terrifying and traumatizing
the entire Tropeano family. HAVING
OUTSTANDING FRAUDULENT "TICKETS"
NOT PAID ON THE CVB SYSTEM
CAN LEAD TO THE TROPEANOS
DEATH!

18. The Tropeanos are incessantly informing the "court" to obliterate the fraudulent recordings at CVB which makes the Tropeano vulnerable; being falsely arrested and once they are arrested they will be murdered in the prison behind close doors" to smokescreen all out-of-control, full blown R.I.C.O. activities committed by these lethal thugs! Furthermore, the fines paid at CVB are deposited into the crime Victims Fund. The Tropeanos are VICTIMS OF ORGANIZED CRIME! The lethal, lunatic REVERSALS MAKING THE TROPEANOS THE CRIMINALS MUST CEASE AND DESIST IMMEDIATELY!

19. It is self-evident the "court" is aiding and abetting the murder of The Tropeanos as they wantonly refuse to eradicate this dangerous, murderous fraud. The "court" is committing FRAUD ON THE COURT and thus The Tropeanos are in great danger to be murdered!

80. Susan Tropeano NEVER received her NOTICE TO APPEAR at U.S. District Court, District of Mass. although The Tropeanos requested this notice NUMEROUS TIMES from all judicial parties!

81. Susan Tropeano and Joseph Tropeano were already cited in another court

for DISORDERLY CONDUCT by the corrupt, brutal, raging police. Their case was DISMISSED!

82. Pursuant to AMENDMENT (V) of the constitution of The United States of America no person can be cited for the same offense. This is known as DOUBLE JEOPARDY and thus it is illegal to keep on citing someone for the same offense!

83. Let The Tropeanos make this very clear. They are the innocent victims entrapped in a NAZI-TERRORIST/Police State Regime. They are about to be murdered if the case is not immediately transferred to a legitimate, ethical, democratic judge who will prosecute Saccardo, et. al. Who schemed and fabricated these "tickets."

84. Brendon Garvin as well as Eileen Feeney had the colossal nerve to victimize The Tropeanos by committing alarming character assassination against them! The Tropeanos have tape recordings of all shameful, outrageous statements

uttered by these vile court employees.

85. From all stated in the profound, grave
dismissal motion, it is the duty of the
court to dismiss the outrageous, alarming,
unconscionable court case titled: The
United States of America vs. Susan and
Joseph Tropeano. It is The Tropeanos
who needs The United States of America
vs. all myriads of R.I.C.O. defendants
as The Tropeanos' safety and lives
are in great jeopardy!

86. The Tropeanos' case must be immediately
referred to the U.S. Attorney. It is the
duty of the judicial system to immediately
refer The Tropeanos to the U.S. Attorney
and it is the duty of the judicial
system to prosecute Jaccaldo, et. al; and
all conspiring R.I.C.O. parties who
aided and abetted the tampering of
official documents and other serious, profound
illicit activities pursuant to many
sections of U.S. Title 18!

87. If the statute of limitations for serving
this dismissal motion, a recusal motion
and a motion to change date of hearing

$-43-$

has expired, a legitimate, ethical, democratic judge is able to bend the law due to extenuating circumstances.

88. All motions must be executed at U.S. District Court, District of Massachusetts as The Tropeanos will be murdered if the ethical, legitimate, democratic judicial system does not immediately save The Tropeanos lives!

2 Clarkson Lane
Rutland, Vermont 05701
Tel. #: (802) 747-9179

October 6, 2012



# eHow
*Discover the expert in you.*

Search

Featured: Halloween | Allergies | Back to School

Login    Ideafeed    Get Advice    Spark

| WOULD YOU GET A GRANT IF YOU WENT BACK TO SCHOOL? SEE IF YOU QUALIFY. | | | | | | | SELECT YOUR AGE ▷ |
|---|---|---|---|---|---|---|---|
| Under 18 | 19-25 | 26-35 | 36-45 | 46-55 | 56-65 | 66-75 | Over 75 |

eHow »Culture & Society »Government Laws & Requirements »Laws »What Is Police Misconduct?

# What Is Police Misconduct?

By Alexis Writing, eHow Contributor

*Police officers are a boon to society when they fulfill the duties they have sworn to perform and for which they have been given authority. Foremost among these duties are the maintenance of public order, prevention and detection of crimes, and apprehension of criminals. These responsibilities are broad and extremely challenging. Discretion, moderation and wise judgment need to be exercised by police officers while discharging these duties. However, due in large part to the extensive powers granted to them and the instantaneous judgment calls that often surround the dangerous circumstances they're faced with, officers of the law have in many cases been guilty of breaking the law they have sworn to enforce.*

## Other People Are Reading

 How to File A Complaint Against A Police Officer

 Types of Police Misconduct



AND KOHLER*

START YOUR SEARCH NOW!

KOHLER

### Related Ads

The Police

Police Officer

Police Investigation

Police Warrant

Laws Police

### Type of Abuse

When an officer of the law violates the constitutional rights of a citizen in the performance of his duties, that is police misconduct. Some common examples of abuse include threat and intimidation, excessive force, discrimination and privacy violations.

Police officers sometimes wittingly put a person in fear of imminent bodily harm in order to get the person to do what they want. The threat may be veiled or blatant, but the effect is to put the person in mortal fear.

Use of excessive physical force is also a common form of misconduct. This is often termed police brutality and is a violation of a citizen's civil rights. It occurs when an officer uses more force than is necessary towards a citizen.

Discrimination is also considered misconduct. The Civil Rights Act of 1964 forbids favoritism or prejudice of people on the basis of sex, race, nationality, color or religion.

Finally, when police use their surveillance technology to monitor the activities of an individual or a group in a way that violates their civil rights, this constitutes surveillance abuse.

### Harassment and Coercion

Harassment and coercing confessions are two related types of police misconduct. Police harassment occurs when police use questioning, search and seizure, arrest and accusation methods to bully ordinary citizens without reason. When the harassment is done for the intent of coercing a confession or getting someone to confess to a crime using inappropriate interrogation methods, this is considered



*Get Ideas*

## A Semi-Impromptu Baby Boy's Birthday Party

### You May Like

 Grounds to Sue for Police Misconduct

coercion. To coerce a confession does not necessitate force. Psychological means are often used as much as physical abuse.

Sponsored Links

Public Arrest Records
1) Enter Name - Search Free! 2) Get A Full Arrest Record Now.
www.InstantCheckMate.com

## Fasle Arrest

Intentional false arrest and false imprisonment are two other related forms of police misconduct. A false arrest is an arrest made without legal authority, as when a police officer knowingly detains someone who he knows has not committed a crime.

When a person is illegally deprived of liberty without due process or under bogus authority, and without consideration as to whether a crime has been committed, this is called false imprisonment. It can take the form of being locked in a closet or in a car, being tied to a chair or being driven around without an occasion to get out. False imprisonment usually occurs after a false arrest.

## Intentional Fabrication of Evidence

Intentional fabrication of evidence is the creation or falsification of evidence to either convict an innocent person or to guarantee conviction or a guilty person without actual evidence. Examples of false evidence are the planting of drugs on a person to justify his arrest or the planting of a gun in a crime scene to justify gunfire.

## Sexual Abuse

When an officer uses his authority to subject a person to unwelcome sexual advances or to receive sexual favors from that person, this is sexual abuse. It may include acts of a sexual nature such as touching, feeling and groping, and also inlcudes degrading, sexist remarks.

Sponsored Links

Ask a Lawyer Online Now Law.JustAnswer.com/Slander
24 Lawyers Are Online. Questions Answered Every 9 Seconds.

Police Courses CampusExplorer.com/CriminalJustice
Take Police & Corrections Classes - Find Fall Courses Today!

Chapter 7 Means Test www.Chapter7.com
Determine If Chapter 7 Is An Option For You, Complete A Free Evaluation

Ask an Employment Lawyer Employment-Law.Pearl.com
31 Lawyers are Online Now! Get a 1-on-1 Answer in Minutes.

## Related Searches

Police Evidence

Police Force

Police Report

Police Arrest

Police Training Courses

## More to Explore


How to Report Police Misconduct


How to Identify Police Misconduct


Police Misconduct Law


How to Deal With Police Misconduct


How Is Police Misconduct Addressed?


Ethics & Police Misconduct


What Are the Different Types of Police Corruption?

# PoliceCrimes.com

Police Videos & Forums | Pictures of Police Officers | Your Rights when Dealing with a Police Officer | Filing a Police Complaint | Police Protection - The Myth | Police Videos & Forums

*News and Information on Police Officers, Police Departments and other Law Enforcement Agencies*

Main Menu

## About PoliceCrimes.com

Main Menu

Home

Preventing Police Abuse

Police Officers Code of Ethics

Rights Dealing with a Police Officer

Filing a Police Complaint

Disclaimers

Police Videos & Forums

Police Protection-The Myth

Police Deviance

Jobs More Dangerous Than a Police Officer

Pictures of Police Officers

Links

Contact

It's not the intent of PoliceCrimes.com to misrepresent any information, and corrections to published text is welcomed. This site does not encourage violence. The information contained on these pages is not provided as a tool for harassment. It is provided for informational and educational purposes as a public service.

All information contained within PoliceCrimes.com, its web pages and links are published onto the Internet, and made available on the world wide web (www), under the provision that all information contained therein is based upon news stories with the intent to affect public policy through the sharing of truthful events. All persons mentioned on PoliceCrimes.com, its web pages, and links are presumed innocent until proven guilty in a court of law.

### Balancing Power

Law Enforcement officers are held to a higher standard of character and moral judgment and they should live up to it or get another job. Police officers have more powers than the average citizen, they have the power to arrest, seize property and use deadly force, etc. When they fall short of those standards they should be fired and prosecuted, not suspended or given probation. They should also have their "peace officer license" taken away. Keep in mind it's not hard for a police officer who has a tarnished record to move to another town or even to another state to be a police officer.

### Goals Towards a Better Police Accountability System

We need to restore police accountability, build public trust in law enforcement and promote public safety in communities throughout the U.S.



When a police officer breaks the law the majority of the time they get off easy, usually just getting a small slap on the wrist for such crimes as DWI, child porn, stalking, sexual harassment and spousal abuse, etc. Since Law Enforcement has so much more power over citizens such as yourself, it's only fair to "balance the tables" and deal harshly with police misconduct. No one should be above the law!



* A Federal law is needed making it a crime for police officers who commit acts of brutality and murder.

* Civilian control and oversight of the police. Creating and strengthening civilian review agencies; putting early warning systems into place to identify officers who are the subject of repeated complaints.

* Congressional Public hearings.

* Open police records in all states. This would give the public access to police records of misconduct.

* A system that keeps track of bad cops so that they don't become "gypsy cops."

Gypsy cop is law enforcement slang for a peace officer who floats from department to department regardless of, or because of, misconduct or poor job performance.

\* Cash rewards for the exposure, arrest and conviction of corrupt cops.

\* Efforts should be made to combat the "code of silence."

\* "Zero tolerance" for substance abuse by police officers.

\* Mandatory random drug testing for all police officers. Not just prior to employment, but also random drug testing during employment as a police officer. Police officers who are involved in an accident or shoots someone, would be required to take a drug test and a Breathalyzer.

\* All traffic stops must be recorded.

\* Police officers must have documentation by either written consent or on video before searching a motor vehicle at a traffic stop. This would require police to inform drivers of their fourth amendment rights.

\* Set tougher standards for who can and can't be a police officer.

\* Annual psychological evaluations.

\* Corroboration of testimony by jailhouse informants. One of the leading causes of wrongful convictions in death penalty cases is false testimony by informants.

\* Police would be required to use electronic recording of an entire police interrogation in cases involving homicides and other serious felonies. This measure would help end coerced confessions and protect both defendants and police. "Coerced confessions, false jailhouse informant testimony, and mistaken eyewitness identifications are the leading causes of wrongful convictions."

\* An independent prosecutor is needed for police corruption and police brutality cases. Usually District Attorneys work directly with the police on a daily basis. They rely heavily on one another to indict, prosecute, and try cases. They function as one institution and to have a local DA prosecute a police officer is certainly a conflict of interest.

\* End the 48 hour rule and the option to a trial by judge - Police officers accused of brutality and murder are given 2 days to "get their stories straight" and are not required to give any information about the incident.

\* Police should have more training and assistance in coping with the demands that they face.



Some stories are reprinted by PoliceCrime.com without permission, solely for purposes of criticism, comment, and news reporting, in accordance with the Fair Use Guidelines of copyright material under§ 107 of U.S.C. Title 17:

*Notwithstanding the provisions of sections 106 and 106A, the fair use of a copyrighted work, including such use by reproduction in copies or phono records or by any other means specified by that section, for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research, is not an infringement of copyright. In determining whether the use made of a work in any particular case is a fair use the factors to be considered shall include --*

(1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;

(2) the nature of the copyrighted work;

(3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and

(4) the effect of the use upon the potential market for or value of the copyrighted work.

The fact that a work is unpublished shall not itself bar a finding of fair use if such finding is made upon consideration of all the above factors.

To contact us: **Contact@policecrimes.com**

Disclaimers: **Click Here**

News and Information at:

## PoliceCrimes.com

This Site Has Been Online Since June, 01 2004

03820660

Police officers, police jobs, officer, arrest, police officers, arrest, false report. Officer, crime, Officer Complaint misconduct, drug testing, corruption. police officers, Police record, arrest, excessive force, rights, False arrest, Racial Profiling. Officer, Police brutality, code of silence, discrimination and Brutality, arrest, Officer, excessive force. misconduct, Police abuse, drug testing, Police Brutality, crime, police officers, misconduct, law, jail, arrest, crime, arrest, police corruption, Police brutality, police officers, corruption, crime, drug testing, police officers, cover up. jobs. Officer arrest, police officers - arrest, Police brutality - bad cops, code of silence, law, police officers, arrested jailed. misconduct Police corruption, brutality, police officers, corruption, police officers, officer. arrest, crime, search warrants. Search Seizure, crime, police misconduct, Police Corruption, Police Brutality, police officers.

# Police corruption

From Wikipedia, the free encyclopedia

**Police corruption** is a specific form of police misconduct designed to obtain financial benefits, other personal gain, or career advancement for a police officer or officers in exchange for not pursuing, or selectively pursuing, an investigation or arrest.

One common form of police corruption is soliciting or accepting bribes in exchange for not reporting organized drug or prostitution rings or other illegal activities. Another example is police officers flouting the police code of conduct in order to secure convictions of suspects — for example, through the use of falsified evidence. More rarely, police officers may deliberately and systematically participate in organized crime themselves.

In most major cities there are internal affairs sections to investigate suspected police corruption or misconduct. Similar entities include the British Independent Police Complaints Commission. Police corruption is a significant widespread problem in several countries, such as Brazil,[1] India,[2] Mexico[3] Russia[3] and Ukraine.[3]

## Contents

- 1 Corrupt acts by police officers
- 2 Prevalence of police corruption
- 3 See also
- 4 References
- 5 Further reading
- 6 External links

# Corrupt acts by police officers

Police officers have various opportunities to gain personally from their status and authority as law enforcement officers. The Knapp Commission, which investigated corruption in the New York City Police Department in the early 1970s, divided corrupt officers into two types: *meat-eaters*, who "aggressively misuse their police powers for personal gain," and *grass-eaters*, who "simply accept the payoffs that the happenstances of police work throw their way."[4]

The sort of corrupt acts that have been committed by police officers have been classified as follows:[5]

- **Corruption of authority**: police officers receiving free drinks, meals, and other gratuities.
- **Kickbacks**: receiving payment from referring people to other businesses. This can include, for instance, contractors and tow truck operators.[6]
- **Opportunistic theft** from arrestees and crime victims or their corpses.
- **Shakedowns**: accepting bribes for not pursuing a criminal violation.
- **Protection of illegal activity**: being "on the take", accepting payment from the operators of illegal establishments such as brothels, casinos, or drug dealers to protect them from law enforcement and keep them in operation.
- **"Fixing"**: undermining criminal prosecutions by withholding evidence or failing to appear at judicial hearings, for bribery or as a personal favor.
- **Direct criminal activities** of law enforcement officers themselves.[7]
- **Internal payoffs**: prerogatives and perquisites of law enforcement organizations, such as shifts and holidays, being bought and sold.
- **The "frameup"**: the planting or adding to evidence, especially in drug cases.
- **Police hazing** within law enforcement.

■ **Ticket fixing**: police officers cancelling traffic tickets as a favor to the friends and family of other police officers.

# Prevalence of police corruption

Accurate information about the prevalence of police corruption is hard to come by, since the corrupt activities tend to happen in secret and police organizations have little incentive to publish information about corruption.[8] Police officials and researchers alike have argued that in some countries, large-scale corruption involving the police not only exists but can even become institutionalized.[9] One study of corruption in the Los Angeles Police Department (focusing particularly on the Rampart scandal) proposed that certain forms of police corruption may be the norm, rather than the exception, in American policing.[10]

Where corruption exists, the widespread existence of a Blue Code of Silence among the police can prevent the corruption from coming to light. Officers in these situations commonly fail to report corrupt behavior or provide false testimony to outside investigators to cover up criminal activity by their fellow officers.[11] The well-known case of Frank Serpico, a police officer who spoke out about pervasive corruption in the NYPD despite the open hostility of other members, illustrates how powerful the code of silence can be. In Australia in 1994, by 46 votes to 45, independent politician John Hatton forced the New South Wales state government to override the Independent Commission Against Corruption and the advice of senior police to establish a ground-breaking Royal Commission into Police Corruption[12] However, in a number of countries, such as India, Pakistan, Malaysia, Russia, Ukraine, Brazil or Mexico, police corruption remains to be one of the largest social problems facing their countries.

# See also

Individuals

- Edwin Atherton
- Charles Becker
- Harold Challenor
- Ali Dizaei[7]
- Antoinette Frank
- John Hatton
- Simon Illingworth
- Robert Leuci
- Terry Lewis
- David Mack
- William King and Antonio Murray
- Haji Mammadov
- Frank McKetta
- Eliot Ness
- Rafael Perez
- Roger Rogerson
- Richie Roberts
- Adrian Schoolcraft
- Frank Serpico
- Andre Stander

Topics

- 1992 Los Angeles riots
- Blue Code of Silence
- Copwatch
- False arrest
- Falsification of Evidence
- FBI
- Fitzgerald Inquiry
- Independent Commission Against Corruption
- Intimidation
- Knapp Commission
- Mexican Drug War
- Metropolitan Police
- Operation Countryman
- Organized crime
- Police brutality
- Police misconduct
- Political corruption
- Political machine
- Political repression
- Rampart scandal
- Surveillance abuse
- Wickersham report

# References

1. ^ Brazil | Police Corruption (http://www.globalpost.com/dispatch/brazil/102741/police-corruption)

2. ^ http://ipc498a.files.wordpress.com/2008/03/ti-india-police-corruption-study-2005.pdf

3. ^ ᵃ ᵇ ᶜ Corruption index 2011 from Transparency International: find out how countries compare | News | guardian.co.uk (http://www.guardian.co.uk/news/datablog/2011/dec/01/corruption-index-2011-transparency-international)

4. ^ Thomas C. Mackey, "Meat-eaters and Grass-eaters," *H-Net*, November 1997, available at http://www.h-net.org/reviews/showrev.php?id=1503. Accessed 6 February 2010.

5. ^ Newburn, 1999, p. 4

6. ^ Tim Prenzler, *Police Corruption: Preventing Misconduct and Maintaining Integrity*, ISBN 978-1-4200-7796-4

7. ^ ᵃ ᵇ "Met Commander Ali Dizaei guilty of corruption" (http://news.bbc.co.uk/1/hi/england/london/8504308.stm) . BBC News. 2010-02-08. http://news.bbc.co.uk/1/hi/england/london/8504308.stm. Retrieved 2010-02-08.

8. ^ Sanja Kutnjak Ivkovic, "To Serve and Collect: Measuring Police Corruption," *The Journal of Criminal Law and Criminology* 93, no. 2/3 (2003): 600.

9. ^ Peter Kratcoski, "International Perspectives on Institutional and Police Corruption," *Police Practice and Research* 3, no. 1 (2002): 74.

10. ^ "I am simply saying that the current institution of law enforcement in America does appear to reproduce itself according counter-legal norms, and that attempts to counteract this reproduction via the training one receives in police academies, the imposition of citizen review boards, departments of Internal Affairs, etc. do not appear to mitigate against this structural continuity between law enforcement and crime. Specifically the continuity between the breaking of procedural rules as a matter of routine and the kind of large scale criminal corruption we saw in Rampart bears further investigation." Judith Grant, "Assault Under Color of Authority: Police Corruption as Norm in the LAPD Rampart Scandal and in Popular Film," *New Political Science* 25, no. 3 (2003): 404.

11. ^ Jerome Skolnick, "Corruption and the Blue Code of Silence," *Police Practice and Research* 3, no. 1 (2002): 8.

12. ^ ABC Stateline The Stench Friday, November 6, 2009 http://www.abc.net.au/news/video/2009/11/06/2735960.htm accessed 16 May 2010

# Further reading

- Lawrence W. Sherman, *Scandal and Reform: Controlling Police Corruption* (Univ. Calif. Press, 1974)
- Stanley Einstein, Menachem Amir, *Police corruption: paradigms, models, and concepts : challenges for developing countries* (Office of International Criminal Justice, 2003; ISBN 0-942511-84-0)
- Tim Newburn, "Understanding and preventing police corruption: lessons from the literature (http://www.popcenter.org/problems/street_prostitution/PDFs/Newburn_1999.pdf) ", *Police Research Series*, Paper 110, 1999.
- Colonel Frank McKetta, "Police, Politics, Corruption : the mixture dangerous to freedom and justice"
- Justin Hopson, "Breaking the Blue Wall: One Man's War Against Police Corruption" (2012; ISBN 978-1-4497-0378-3)

# External links

- Michigan State University Library - Criminal Justice Resources - Police Corruption (http://staff.lib.msu.edu/harris23/crimjust/polcorr.htm)
- Police Corruption News & Media - Police Corruption (http://www.police-corruption.com)

Retrieved from "http://en.wikipedia.org/w/index.php?title=Police_corruption&oldid=515070650"
Categories: Corruption | Police misconduct | Criminal justice ethics

- This page was last modified on 28 September 2012 at 22:12.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

**CliffsNotes**

The Criminal
  Justice System
   The Structure of
   Criminal Justice
   The Process of
   Criminal Justice
   The Politics of
   Criminal Justice
   Which Model?
   Crime Control
   or Due Process
Criminal Justice in
   the U.S.
   Citizen
   Participation
   Rights
   Consciousness
   and Civil
   Liberties
   Racial
   Disparities
   Is the Criminal
   Justice System
   Racist?
Crime
   Definitions of
   Crime
   Types of Crime
   Part I Offenses
   Drugs and
   Crime
   Guns and Crime
   Does Gun
   Control Reduce
   Crime?
Criminal Law
   Sources of
   Criminal Law
   The Nature of
   Criminal Law
   Functions of
   Criminal Law

**41**

# Police Corruption

**Police corruption** is the misuse of police authority for personal gain. Examples include **extortion** (for example, demanding money for not writing traffic tickets) and **bribery** (for example, accepting money in exchange for not enforcing the law).

## The costs of police corruption

Police corruption carries high costs. First, a corrupt act is a crime. Second, police corruption detracts from the integrity of the police and tarnishes the public image of law enforcement. Third, corruption protects other criminal activity such as drug dealing and prostitution. Protected criminal activities are often lucrative sources of income for organized crime.

## The causes of police corruption

According to the **rotten apple theory**, corruption is the work of a few, dishonest, immoral police officers. Experts dismiss this theory because it fails to explain why so many corrupt officers become concentrated in some police organizations but not others. Another explanation pinpoints U.S. society's **use of the criminal law to enforce morality**. Unenforceable laws governing moral standards promote corruption because they provide criminal organizations with a financial interest in undermining law enforcement. **Narcotic corruption,** for example, is an inevitable consequence of drug enforcement. Providers of these illegal goods and service use part of their profits to bribe the police in order to ensure the continuation of criminal enterprises.

## Rooting out police corruption

When police controls break down and a scandal occurs, **special investigating commissions** can mobilize public opinion and rally public support for anticorruption and antiviolence reforms. Commissions get information from the police department, pinpoint where the internal controls of the police have failed, and recommend changes in policy. The problem with these commissions is that they usually disappear after finishing their reports. Paul Chevigny asserts that continuing independent **auditors** would be more effective than commissions. He envisions the function of such auditors as investigating a range of police problems, including corruption and brutality.

## Prosecuting corrupt police officers

Since corruption involves criminal behavior, prosecution of corrupt police officers is possible. Since prosecutors depend on the police to gather evidence and develop cases, however, they often don't want to "bite the hand that feeds them."

## Legislative control

Legislators could reevaluate laws that create the potential for corruption. Such a reassessment would be based on the recognition that a major portion of police

ENTER NOW to
**WIN $500**

GO
NOW
CliffsNotes

Case 1:12-cr-10342-NMG   Document 3-2   Filed 10/26/12   Page 56 of 61





# FBI Law Enforcement Bulletin

Home · Stats & Services · Reports and Publications · LEB · May 2011 · Police Corruption

## Police Corruption
### An Analytical Look Into Police Ethics

By RICH MARTIN. M.S.



Although studied and researched, the topic of police corruption, in large part, remains a mystery. Sir Robert Peel was credited with the concept that the police depend on citizen cooperation in providing services in a democratic society. As such, the detrimental aspects of police misconduct cannot be overstated. In terms of public trust for law enforcement, recent polls show that only 56 percent of people rated the police as having a high or very high ethical standard as compared with 84 percent for nurses.[1]

Over the past few decades, great strides have occurred in the law enforcement profession. To begin with, many police agencies have avoided hiring candidates who have low ethical standards and have identified those onboard employees early in their careers who might compromise the department's integrity. In addition, research has discovered new methods of testing candidates for their psychological propensity to act ethically. However, unethical conduct by the nation's police officers continues to occur in departments large and small.

Research into police corruption offers some understanding of the phenomenon in the hope of rooting out this behavior that serves to undermine the overall legitimacy of law enforcement. Theories on the role of society in law enforcement, the negative influence of an officer's department, and a person's own natural tendency to engage in unethical behavior have been offered as explanations of police corruption.[2] So, the author poses the question: Is this noble goal to rid our nation's police organizations of unethical behavior possible and plausible?

### Integrity

First of all, the discussion of ethics as related to law enforcement must begin with a definition of the word integrity. One researcher has said that it is "the sum of the virtues required to bring about the general goals of protections and service to the public."[3] He created a list of characteristics that he feels officers must possess to have integrity.

1. Prudence: the ability to discern between conflicting virtues and decide the best action to take
2. Trust: loyalty and truthfulness in relationships between officers and citizens, fellow officers, and supervisors
3. Effacement of self-interests: without this, officers may exploit their authority to further themselves
4. Courage: the mean between cowardice and foolhardiness

## Table of Contents

Back to the Cover

**Addressing School Violence**
By Brandi Booth, Vincent B. Van Hasselt, and Gregory M. Vecchi
Investigators can make accurate threat assessments in school settings by recognizing the warning signs

**Police Corruption**
By Rich Martin
Policing requires perfection and unyielding ethics and ultimately depends on each employee's own level of knowledge, rationality and devotion to moral excellence

**The Current Status of GSR Examinations**
By Michael Trimpe
Gunshot residue examinations have continued to improve through research, advancements, and communication.

**Bulletin Honors**
Michigan Fallen Heroes Memorial

**Perspective**
Accountability

**Leadership Spotlight**
Seasons

Author Guidelines

The Bulletin Notes

Patch Call

LEB Home



## FBI Law Enforcement Bulletin

Home · Stats & Services · Reports and Publications · LEB · May 2011 · Police Corruption

## Police Corruption
### An Analytical Look into Police Ethics

By RICH MARTIN, M.S.



Although studied and researched, the topic of police corruption, in large part, remains a mystery. Sir Robert Peel was credited with the concept that the police depend on citizen cooperation in providing services in a democratic society. As such, the detrimental aspects of police misconduct cannot be overstated. In terms of public trust for law enforcement, recent polls show that only 56 percent of people rated the police as having a high or very high ethical standard as compared with 84 percent for nurses.[1]

Over the past few decades, great strides have occurred in the law enforcement profession. To begin with, many police agencies have avoided hiring candidates who have low ethical standards and have identified those onboard employees early in their careers who might compromise the department's integrity. In addition, research has discovered new methods of testing candidates for their psychological propensity to act ethically. However, unethical conduct by the nation's police officers continues to occur in departments large and small.

Research into police corruption offers some understanding of the phenomenon in the hope of rooting out this behavior that serves to undermine the overall legitimacy of law enforcement. Theories on the role of society in law enforcement, the negative influence of an officer's department, and a person's own natural tendency to engage in unethical behavior have been offered as explanations of police corruption.[2] So, the author poses the question: Is this noble goal to rid our nation's police organizations of unethical behavior possible and plausible?

### Integrity

First of all, the discussion of ethics as related to law enforcement must begin with a definition of the word integrity. One researcher has said that it is "the sum of the virtues required to bring about the general goals of protections and service to the public."[3] He created a list of characteristics that he feels officers must possess to have integrity.

1. Prudence: the ability to discern between conflicting virtues and decide the best action to take
2. Trust: loyalty and truthfulness in relationships between police officers and citizens, fellow officers, and supervisors
3. Effacement of self-interests: without this, officers may exploit their authority to further themselves
4. Courage: the mean between cowardice and foolhardiness

## Table of Contents

Back to the Cover

**Addressing School Violence**
*By Brandi Booth, Vincent B. Van Hasselt, and Gregory M. Vecchi*
Investigators can make accurate threat assessments in school settings by recognizing the warning signs

**Police Corruption**
*By Rich Martin*
Policing requires perfection and unyielding ethics and ultimately depends on each employee's own level of knowledge, rationality, and devotion to moral excellence.

**The Current Status of GSR Examinations**
*By Michael Trimpe*
Gunshot residue examinations have continued to improve through research, advancements, and communication.

**Bulletin Honors**
Michigan Fallen Heroes Memorial

**Perspective**
Accountability

**Leadership Spotlight**
Seasons

Author Guidelines

The Bulletin Notes

Patch Call

LEB Home



> In working
> toward the goals
> of a department, the
> top executives play a
> primary role in forming
> the organizational
> climate.

*Officer Martin serves with the Rochester, New York, Police Department and is an adjunct instructor of criminal justice at Keuka College and Finger Lakes Community College.*

6. Justice: not in its normal context, but, rather, adjusting what is owed to a particular citizen even when it may contradict what is strictly owed
7. Responsibility: intending to do the right thing, clearly understanding what the right thing is, and being fully aware of other alternatives that may exist; taking responsibility, rather than finding excuses for mistakes or poor judgment

**Leadership**

Leadership constitutes an integral part of police work, and the head of an organization holds the ultimate responsibility for its shortcomings. Conversely, this individual greatly can influence the success of an agency. As such, leaders have a significant impact in preventing corruption.

In working toward the goals of a department, the top executives play a primary role in forming the organizational climate. Those who strive to maintain a high standard of ethical conduct can serve as the key to prevent corruption and maintain the public's trust.[4] As one researcher explained, principled leaders do not act to protect their own egos, try to put on a good appearance without substance in their decisions or efforts, or attempt to intimidate those under them. Instead, principle-based executives who work with their subordinates can take an important step toward creating an ethical climate by developing an agenda that explains the moral purposes of the department.

But, leaders bent on taking on the task of stopping corrupt behavior in their departments must use care. Unless a thorough understanding as to the nature, extent, and organization of corruption exists, efforts to combat it may be counterproductive. Without gaining the necessary understanding of the department's climate, administrators actually may lower morale among members and strengthen the solidarity of those who will start to doubt the ability of these people to effectively lead the agency. Moreover, such actions can waste valuable department resources.

While leaders certainly play an integral part in forming the overall climate of the organization, they alone cannot ensure that high levels of integrity are maintained. During a national symposium on police integrity, one speaker noted that it still is "our sergeants, lieutenants, and captains who have the daily and ongoing responsibility to ensure that the appropriate workplace standards are maintained."[5] But, while ethical supervisors help maintain an ethical workplace, the opposite also remains true: uncaring and incompetent officials actually can promote misconduct.

> First of all, the
> discussion of ethics
> as related to law
> enforcement must
> begin with a definition
> of the word integrity.

The possibility exists that no matter how conscientious they are and how thoroughly they do their jobs, first- and second-level commanders cannot keep an officer inclined to act unethically from doing so.[6] The ratio of officers to supervisors is too high to allow for close enough oversight. However, in police work, leadership is not solely defined by rank. Instead, all officers need to exude some leadership skills because they operate, for the most part, without direct supervision.

Officers receive training and a large quantity of rules and regulations and are entrusted to perform their normal day-to-day duties within those guidelines. Supervisors generally are not involved unless a complaint against an officer or a serious incident requires their response. So, while it is incumbent upon the leaders to create an atmosphere that promotes ethical conduct, it falls to each member of the organization to ensure that this standard of integrity is carried out.

Finally, mentoring younger officers can allow corruption to spread. Once a void is created by the lack of strong or cohesive leadership, it will fill with substandard or unethical officers looking to bolster their ranks. Therefore, it becomes imperative that effective leaders—who share the same goals—be in place to set the standard for subordinates to see and emulate.

**Work Environment**

Law enforcement professionals completely understand that their typical work environment may be less than ideal at best and life threatening at worst. Within minutes, officers must solve problems that have taken days, months, or sometimes years to develop. In this environment, excellence is a necessity. A single incident in law enforcement can have devastating effects felt throughout the country; this serves to illustrate the intolerance of police misconduct in American society.

"The major cause in the lack of integrity in American police officers is mediocrity."[7] Leadership that allows for mediocrity to first exist and then remain, rather than demanding the highest level of conduct within a department, can create a climate ripe for misconduct. However, a high degree of ethics that will prevent leaders from compromising their integrity in lieu of expediency or personal profit can stifle potential misconduct.[8]



In police work, results are measured in such terms as the number of arrests and the amount of weapons and drugs recovered. This being the case, officers will find ways to accomplish these tasks or risk being passed over for promotions or specialized assignments. As a result, some officers may choose to "cut corners" or violate the law and not even consider their conduct unethical. In an interview following his conviction and subsequent incarceration for his activities, one officer explained, "The pressure is to produce, to show activity, to get the collars. It's all about numbers, like the body count in Vietnam. The rest of the system determines if you got the right guy or not."[9]

It is this push for results by administrators that some officers can interpret as their agencies not caring or wanting to know how those results are obtained. These officers may see it as a license to get results at all costs. Because policing often is equated to war (e.g., the "war on drugs"), this war mentality can produce many of today's integrity issues.

Such a work environment causes officers to feel that they are doing what is wanted by their organizations and the public. However, when their conduct becomes illegal or unethical, their departments impose punishment. Then, afterwards, the officers may continue with the behavior because the pressure to produce results is greater than that to follow the rules. Further, the fear of punishment usually is not enough to change unwanted behavior.[10]

So, while no law enforcement agencies should tolerate mediocrity, another aspect of the moral makeup needs to be patience. Those who engage in criminal conduct do so as a matter of business. Rarely are they committing such an act for the first time. It is this notion that needs to be instilled in the psyche of today's police officers. The fact that an offender is known is the key. If officers cannot arrest that subject on one occasion, other opportunities will arise, thereby removing the imperative need to compromise their integrity to get the "bad guy" now.

**Police Subculture**

The profession of policing, as well as many others, has a subculture unto itself. The morbid sense of humor perhaps illustrates one of the most widely known characteristics. In relation to corruption, however, the police subculture either can prevent the existence of it or be a vehicle to spread it throughout a department. This subculture may be the most difficult aspect to address.

A subculture is a group of individuals who generally share attitudes, perceptions, assumptions, values, beliefs, ways of living, and traditions. Because police work entails so many experiences unique to the field, the subculture almost can become stronger than the officer's family ties. Additionally, work schedules outside the normal realm can lead to feelings of isolation that further strengthen the bond of the subculture.

Senior officers may test new members of the law enforcement profession. For example, they may see how amiable recruits are to accepting gratuities. It long has been believed that this practice can be a gateway to more serious corruption as it provides the opportunity for corrupt intent.[11] Accepting the free cup of coffee is the example most often used, and it is held that once officers engage in minor illegal or corrupt behavior, they find it easier to do more.

> *"...while ethical supervisors help maintain an ethical workplace,... uncaring and incompetent officials actually can promote misconduct."*

But, accepting small gratuities is a test of loyalty. In the corrupt subculture, fidelity becomes more important than integrity, and officers learn that their peers frown upon morality and independence.[12] Research into this process of inculcating recruits into the group found that newer officers were more willing to admit to seeing unethical acts (e.g., accepting free food) committed by other officers than were those with more time on the job. One conclusion would be that the length of time an officer is exposed to this socialization process, the greater its impact.

When this loyalty to the subculture becomes too strong, the solidarity that follows can adversely affect the ethical values of the officers. The typical "us versus them" mentality creates an allegiance to the members stronger than that to the mission of the department or even the profession. And, the "them" may include not just nonpolice but also their organization when officers feel a disconnect and animosity between themselves and administrative policies. Thus, conflicts can and will arise when personnel face a choice between what may be ethically right and their devotion to the other members. Such a strong fidelity toward their fellow officers over commitment to do what is right causes members to trade their integrity for that loyalty.

A distinct line exists between constructive dedication that results in team cohesiveness and misguided allegiance that pits a group or an individual against the overall law enforcement mission. It is important that leaders have a means of gauging the atmosphere of their agency. Every police organization will (and probably should) take pride in doing difficult and dangerous tasks. In addition, a certain cohesiveness likely will occur between those who share job experiences. This probably exists more in units considered elite because of the greater dangers and difficulties in those assignments.

In such units, pride can evolve into a general feeling of superiority among its members. This, in turn, can lead to a type of separation from the rest of the agency. When this occurs, these units may develop their

September 2012

Current Issue

Archives Past Issues

Web-Only Articles

About Police Chief

Advertising

Editorial

Subscribe / Renew / Update

Law Enforcement Jobs

Buyers' Guide



Advanced Search

[SEARCH]

**Back to Archives** | **Back to October 2009 Contents**



send to a friend ✉

printer-friendly 🖶

# Dodging the Pitfalls of Noble Cause Corruption and the Intelligence Unit

*By Thomas J. Martinelli, Adjunct Professor, Wayne State University, Detroit, Michigan and member, IACP Police Image and Ethics Committee*

"Experience should teach us to be most on our guard to protect liberty when the Government's purposes are beneficent....The greatest dangers to liberty lurk in the insidious encroachment by men of zeal, well meaning but without understanding.
— U.S. Supreme Court Justice Louis D. Brandeis (1856-1941)"[1]

With today's national emphasis for an Intelligence-Sharing Environment (ISE), there are greater opportunities for noble cause corruption (NCC) in law enforcement's efforts to combat terrorism and fight major crimes. Law enforcement officers vow to protect and serve, and that oath implies strictly adhering to the constitutional guidelines interpreted via our Bill of Rights. Yet, there lies the potential privacy violations that are rationalized by officers in an effort to achieve "the desired ends." Agency administrators and trainers must address intelligence scenarios wherein noble cause corruption may occur in order to better educate their officers in the intelligence unit.

Noble cause corruption in policing occurs when officers circumvent the profession's mandatory constitutional restrictions. The Fourth Amendment protects citizens from "unreasonable" governmental intrusions into their private lives in order to prevent arbitrary and malicious police actions. Noble cause corruption is a felony, not a misdemeanor, because it is an abuse of police powers, "it is the corruption of police power when officers do bad things because they believe that the outcomes will be good."[2] It is not a "bending" of the constitutional rules, as some try to suggest, but rather a breaking of those rules in an effort to get the upper hand on society's terrorist and criminal element: "NCC is intended to cover a certain type of corruption with the mantle of respectability, much as the designation of a lie as white is usually intended to sanitize it."[3] It is not misconduct for personal gain; rather, "it is a misguided rationalization that such behavior is part of the job description, in a utilitarian sense, to get the criminals off the streets no matter what the means."[4]

Such rationalized corruption has been in policing for years and has been an ongoing challenge for police administrators educated in the nuances of this occupational rationalization.

Street-level NCC occurs when officers plant evidence, use their "sixth sense" as opposed to establishing probable cause facts, describe the elements of misdemeanor in such a way that it becomes a felony;[5] and







CA

**Narcotics officers document seized cash in minutes.** Count and store images electronically and affordably.

GET INFO ➊

commit testilying.[6] All of these are police felonies based on the passion to prevent crime, a rationale that is the linchpin of noble cause corruption.

However, each action violates the U.S. Constitution, the officer's oath of office, and the public's trust in the policing profession. One of the most egregious cases in recent times was the Los Angeles Police Department's Ramparts case.[7] This incident cost the city millions of dollars in lawsuits, settlements, investigative hours reviewing previous convictions, and an overall decrease in organizational morale. Further, the agency suffered long-term distrust issues with the media and with the citizens they served.

### Intelligence-Led Policing

The Intelligence-Led Policing (ILP) mission is to gather, analyze, and disseminate intelligence data, in an effort to thwart the next terrorist attack or prevent the commission of a major felony. In applying a utilitarian philosophy to prevention efforts, the "greatest good for the greatest number," is to detect preoperational terrorist acts and prevent another 9/11.

ILP has so many challenges to its implementation that it is vulnerable to noble cause corruption scenarios. In this "war against terrorism," potential Fourth Amendment privacy violations may be rationalized by a few in law enforcement, especially when dealing with preoperational investigations. At this stage, there are very few oversight mechanisms. The moral dilemma for all police administrators involves the issue of where to draw the organization's line of demarcation between legal intelligence gathering and committing noble cause corruption.

> Noble cause corruption is "committed in the name of good ends, corruption that happens when police officers care too much about their work. It is corruption committed in order to get the bad guys off the streets…the corruption of police power, when officers do bad things because they believe that the outcomes will be good."
>
> —John P. Crank and Michael A. Caldero, *Police Ethics: The Corruption of Noble Cause*



**TruNarc:**
**Rapidly identify**
**bath salts**
**and more**

**Thermo**
SCIENTIFIC

### A Willingness to Deceive

Intelligence-Led Policing involves an advanced philosophical appreciation and understanding of legal and illegal law enforcement techniques and a working understanding of the constitutional privacy protections carved out by Supreme Court decisions in case law.

But in ILP, words are the tools of the trade. Intelligence analysts study Suspicious Activity Reports (SARs), tips and leads, arrest reports, and other open source documents to piece together puzzle parts in an effort to thwart serious crime threats. However, these analysts must rely on the puzzle pieces being true, placing greater faith in law enforcement-generated reports than to an anonymous tip or lead. Law enforcement officers who are willing to lie in a written report or omit a pertinent exculpatory fact taint the efforts of those committed toward perfecting the intelligence sharing module.

Testilying is officer perjury in open court, offered under oath and witnessed by judges, prosecutors, and often juries.[8] A very few officers have rationalized such willful deception as an ends-justify-the-means rationale, arguing that their necessary deception results in societal predators being incarcerated for as long as possible.[9] However, our entire criminal justice system is based on the premise that all police officers always tell the truth.

Furthermore, report writing is a gray area. Report writing has fewer supervisory oversight mechanisms, and administrators assume that officers tell the truth in their reports. Academy training sometimes glosses over the critical importance of truthfulness in an officer's initial report and even fails to emphasize the need to establish the elements of the crime in these reports. Several agencies no longer have their street-level officers swear to their reports' accuracy when offering them for supervisory