review. Today's street-level supervisors must emphasize the need to specifically articulate the probable cause facts of arrests so warrants may be issued and convictions successfully obtained.

### Suspicious Activity Reports, Tips, and Leads

Suspicious Activity Reports (SARs) have no mandatory prerequisite to establish probable cause or a criminal predicate nexus to generate reports. Rather, suspicious activity is defined as "observed behavior reasonably indicative of pre-operational planning related to terrorism or other criminal activity."[10] It includes activities such as photographing or videotaping municipal structures with no apparent esthetic value; counting footsteps in an apparent effort to measure distances between security posts; or making suspiciously large purchases of materials such as pool chemicals, fertilizer, and components for explosive devices.[11] Of course, all of these actions are ostensibly legal devoid of any criminal intentions.

ILP training educates officers in how to use their powers of observation and intuitive skills and to draft concise SARs that describe articulable, preoperational activities that cross the constitutional threshold of criminal predicate.[12]

The Intelligence Sharing Environment relies heavily on the individual character of each and every law enforcement officer engaged in the gathering and networking of intelligence data. Police administrators must be ever vigilant in their efforts to supervise their agency's intelligence handling procedures in order to eliminate the potential for noble cause corruption as it pertains to homeland security policies at the local level. Privacy is a sacred right enjoyed by U.S. citizens, but if court-ordered search warrants for telephonic bugs or for the seizure of target citizens' laptops are premised on an officer's willingness to deceive, that right is violated.

Privacy, "refers to individuals' interests in preventing the inappropriate collection, use, and release of personally identifiable information. Privacy interests include personal behavior, privacy of personal communications, and privacy of personal data."[13] Crime due to noble cause corruption in privacy protections is not as explicit as planting tangible evidence. Rather, it is the crime of implication by law enforcement—planting prejudicial ideas, profiling, labeling, using preconceived notions and anti-religious beliefs—to conclude that a certain person or group is (or might be) involved in terrorist activity. Insinuations, implications, assumptions, associations and omissions, and improper procedural intelligence gathering can ruin a citizen's business, reputation in the community, and family name.

Words are intelligence operatives' tools of the trade, and words must be vigilantly edited, challenged, deciphered, and sworn to before they are entered into any intelligence database. Unsubstantiated fishing expeditions by law enforcement agencies violate both the U.S. Constitution and the public's trust.

### Passion and Perspective

Intelligence-Led Policing by its very nature is shrouded in secrecy, requiring privacy guidelines for data collection and networking. Appropriate networking between agencies, in the Intelligence-Sharing Environment, is critical to successfully thwarting terrorist acts and major crime in our cities. ILP is the legal invasion of privacy with vigilant adherence to Fourth Amendment rights, national guidelines for intelligence systems, and zealous supervision.

Addressing noble cause corruption issues in the intelligence field is no different than addressing corruption issues in any other law enforcement specialty. The challenge is always balancing an officer's individual passion for fighting crime and protecting citizens, with the constitutional controls and restraints necessary to protect the target citizens' privacy rights. As stated by William Ker Muir Jr. in his seminal book *Police: Streetcorner Politicians* this police means-ends conflict is one between passionate "enforcers" who lack perspective and "reciprocators" who have perspective.[14] His theory expounded a conundrum for officers: Cops

either fight crime using illegal means, thus breaking the law themselves under the noble cause corruption rationalization, or they might become too obsessed with constitutional restraints and choose to abandon their law enforcement mission to protect and serve. This conundrum poses a moral dilemma for the intelligence officer. The professional law enforcement officer must balance a passion for crime fighting with respect for the constitutionally imposed restraints. It is in the job description and the oath of office.

### Vigilantism in Intelligence

The American Civil Liberties Union (ACLU) continues to correctly argue that ISE lacks nationwide systemic accountability. The ACLU generally recommends more "independent oversight mechanisms and a rigorous set of standards to ensure the use of proper methods" to protect privacy rights and the network sharing system itself.[15] There are as yet no mandatory, national ILP guidelines, nor clear legal recourse for citizens who feel victimized by overt law enforcement tactics in the intelligence field.

The ACLU demands nationwide implementation for the intelligence-sharing environment that offers all citizens security from unreasonable governmental intrusions. Without such guidelines, secrecy and abuses are bound to occur.[16] National efforts and training curriculums are constantly evolving in order to better educate ISE members, and recent transgressions provide lessons learned for police administrators and ILP trainers alike.

In the Los Angeles County Terrorism Early Warning Center case, two military analysts with access to highly sensitive intelligence data pled guilty to myriad charges in a military tribunal, the most serious being "mishandling classified material and stealing government property."[17] These individuals were part of an intelligence ring involving both military and law enforcement personnel. These military analysts admitted they shared these classified materials with local law enforcement personnel to secretly monitor alleged terrorist cells in their own police jurisdictions. (The involved law enforcement officers previously worked at the same military base as these analysts, but have yet to be charged with any crimes.)

This above-the-law mentality is what ILP critics fear the most and for good reason. When ostensibly good cops, frustrated with the lack of intelligence networking in this war against terrorism, create their own intelligence-sharing subculture, it undermines the efforts of legitimate Intel units. The analysts' clandestine actions were unsupervised, lacked systemic accountability, judicial oversight, and media scrutiny.

This is the antithesis of transparency in policing, public service, and the ISE—exactly what the ACLU refers to when they argue that the ILP efforts are reverting back to the days of illegal intelligence collections during Operation Chaos, the NSA's Shamrock, the FBI's COINTELPRO, and the red squads local police agencies used to combat communism in the 1950s.[18]

One of the convicted analysts admitted that he "broke national security protocols out of concern the FBI officials were not sharing anti-terrorism intelligence with local law enforcement or were doing it slowly because of bureaucracy. There was a feeling that lack of cooperation prevented aggressive efforts to prevent future terrorist attacks."[19] He believed that his actions were patriotic, and that violating the law was the greatest good for the greatest number of citizens living in the Southern California region.

### Recommendations—Educate, Educate, and Re-Educate

Intelligence-Led Policing has its own terminology. Qualifying terms such as "need to know," "right to know," "memorandums of understanding and agreement," and "non-disclosure statements" are just a few. Mastering these concepts is part of minimizing an agency's potential liability. Police chiefs and intelligence commanders must commit funding to train their intelligence personnel or to a "train-the-trainer" program so this

policy implementation.

Training educates an agency's sworn personnel in how to identify potential pre-operational warning cues. For example, terrorists have used black market sales proceeds of stolen baby formula to fund their organizations' efforts.20 An officer successfully thwarting such a theft may have more to deal with than just a felony arrest and stolen property recovered. The arrest may be a piece of a larger puzzle that needs further investigation and analysis, so the arresting officer will need to forward the arrest report to a local intelligence analyst or fusion center. But most critical is the need to educate sworn personnel regarding the sensitive nature of the gathering and networking of citizens' personal identifying information in combating terrorism and major crimes.

Admittedly, intelligence units are tasked to secretly investigate and pursue tips and leads that may have a legitimate criminal nexus. Whether the investigation be gang related, organized crime, or threats of terrorist acts, secrecy has always been necessary for success. Clearly without such secrecy, police investigations would fail. But the prerequisite of a legitimate criminal nexus cannot be ascertained without committing time and manpower hours to such an investigation to decipher whether or not there is a potential preoperational threat.

Without a system of accountability, this shroud of secrecy can be the foundation for human error or abuses. Intelligence training focuses on this shroud when discussing the legal and ethical ramifications of failing to acknowledge the potential for noble cause corruption rationalization scenarios. Zealously adhering to the philosophical tenets of policing reinforces subordinates' commitment to the profession; re-educates them as to the sensitive nature of constitutionally restrictive privacy guidelines; and bolsters the commitment to, and demand for, professional policing.

Police integrity is "the normative inclination among police to resist temptation to abuse the rights and privileges of their occupation."[21] Like other law enforcement officers, intelligence officers cannot violate the law in order to enforce the law. They handle sensitive information and must strictly adhere to the constitutional protections afforded all citizens and must respect the privacy issues associated with the handling of citizens' personal identifying information. ILP training focuses on the beneficent purposes of protecting individual liberties with respect and understanding for the law, well meaning and with understanding. ∎

**Thomas J. Martinelli**, J.D., M.S., is an adjunct professor at Wayne State University, Detroit, Michigan. He is a former police officer and a practicing attorney and trains law enforcement officers in the fields of police ethics and liability and intelligence-led policing issues. He is a member of the IACP's Police Image and Ethics Committee.

**Notes:**

[1]The Words of Justice Brandeis, ed. Solomon Goldman (New York: Schuman Publishing, 1953), 89.

[2]John P.Crank and Michael A. Caldero, Police Ethics: The Corruption of the Noble Cause, (Cincinnati: Anderson Publishing Company, 2000). All police administrators should have a working knowledge of this book, or they do a disservice to their rank and file and their citizen clientele.

[3]John Kleinig, "Rethinking Noble Cause Corruption," International Journal of Police Science and Management 4, no. 4 (October 2002): 287.

[4]Joycelyn Pollock, Ethics In Crime and Justice: Dilemmas and Decisions, (Belmont, CA: Wadsworth/Thomson Learning, 2004), 127.

[4]Thomas J. Martinelli, "Unconstitutional Policing: The Ethical Challenges in Dealing with Noble Cause Corruption," *The Police Chief* 73 (October 2006): 148–156.

[5]Alan M. Dershowitz, testimony before the House of Representatives Judiciary Committee, December 1, 1998, 105th Cong., 2nd sess., http://www.constitution.org/irev/dershowitz_test_981201.txt (accessed August 31, 2009).

[7]Bernard C. Parks, *Los Angeles Police Department Board of Inquiry into the Rampart Area Corruption Incident: Public Report*, March 1, 2000, 317, http://www.lapdonline.org/assets/pdf/boi_pub.pdf (accessed August 31, 2009).

[8]See Jeff Noble, "Police Officer Truthfulness and the Brady Decision," *The Police Chief* 70, no. 10 (October 2003): 92–101; Elliot Spector, "Should Police Officers Who Lie Be Terminated as a Matter of Public Policy?" *The Police Chief* 75, no. 4 (April 2008): 10–12; and Lisa A. Judge, "Disclosing Officer Untruthfulness to the Defense: Is a Liars Squad Coming to Your Town?" *The Police Chief* 72, no. 11 (November 2005): 10–11.

[9]Christopher Slobogin, "Testifying: Police Perjury and What to Do about It," *University of Colorado Law Review* 67 (Fall 1996): 1037–1060.

[10]Information Sharing Environment (ISE) Functional Standard (FS) Suspicious Activity Reporting (SAR), Version 1.5 (ISE FS200), 2, http://www.ise.gov/docs/ctiss/ISE-FS-200_ISE-SAR_Functional_Standard_V1_5_Issued_2009.pdf (accessed September 1, 2009).

[11]"Appendix C: Los Angeles Police Department Terrorism-Related CCAD Codes," in *Findings and Recommendations of the Suspicious Activity Report, Support and Implementation Project* (DOJ, June 2008), 43, http://online.wsj.com/public/resources/documents/mccarecommendation-06132008.pdf (accessed September 1, 2009).

[12]See 28 *C.F.R.* 23 for a more concise definition of criminal predicate http://www.it.ojp.gov/documents/28CFR_Part_23.PDF (accessed September 1, 2009).

[13]Department of Homeland Security, Office for Civil Rights and Civil Liberties and Privacy Office and the Department of Justice, Office of Justice Programs, definition of privacy, "Commonly Used Terms," Justice Information Sharing, http://it.ojp.gov/default.aspx?area=privacy&page=1268#top (accessed September 1, 2009).

[14]William Ker Muir Jr., *Police: Streetcorner Politicians*, (Chicago: University of Chicago Press, 1977), 55.

[15]"Protecting National Security and Civil Liberties: Strategies for Terrorism Information Sharing," statement by Caroline Frederickson, Director, American Civil Liberties Union Washington Legislative Office before the Subcommittee on Terrorism and Homeland Security, Senate Committee on the Judiciary, April 21, 2009, 111th Cong., 1st sess., http://www.fas.org/irp/congress/2009_hr/042109fredrickson.pdf (accessed September 1, 2009).

[16]Ibid.

[17]Rick Rogers, "Former Marine Outlines Secret Dossiers: Muslims, Arabs Not Targeted, FBI Says," *The San Diego Union-Tribune*, November 17, 2008, http://www.uniontrib.com/uniontrib/20081117/news_1m17maziarz.html (accessed September 1, 2009).

[18]Caroline Frederickson "Protecting National Security and Civil Liberties," 13.

[19]Rick Rogers, "Former Marine Outlines Secret Dossiers."

[20]Walter E. Palmer and Chris Richardson, *Organized Retail Crime: Assessing the Risk and Developing Effective Strategies*, Crisp Report (Alexandria, Va.: ASIS Foundation, 2009), 14, http://www.popcenter.org/library/crisp/organized-retail-crime.pdf (accessed September 1, 2009).

[21]Carl B. Klockars et al., eds., *The Contours of Police Integrity* (Thousand Oaks, Calif.: Sage, 2003), 268.

Top

From The Police Chief, vol. LXXVI, no. 10, October 2009. Copyright held by the International Association of Chiefs of Police, 515 North Washington Street, Alexandria, VA 22314 USA.





**U.S. Department of Justice**

*Exhibit TWO (2 pages)*

**United States Attorney**
**Eastern District of New York**

United States Attorney's Office
610 Federal Plaza
Central Islip, New York 11722-4454

May 2, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

Your letter to the U.S. Attorney's Office has been referred to me for a reply.

Please be advised that we have reviewed the concerns raised and have referred your letter to the Federal Bureau of Investigation for consideration.

Any further inquiries about this matter may be addressed to:

Peter Grupe
Supervisory Special Agent
Federal Bureau of Investigation
135 Pinelawn Road, Ste. 350S
Melville, NY 11747
(631) 501-8660

Sincerely,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: *Susan M. Burkhoff*
Susan M. Burkhoff
Paralegal Specialist

cc: Peter Grupe, FBI

Exhibit TWO



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 1, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

      Your letter to the U.S. Attorney's Office has been referred to me for a reply.

      Please be advised that we have reviewed the concerns raised and have referred your letter to the Federal Bureau of Investigation for consideration.

      Any further inquiries about this matter may be addressed to:

              Peter Grupe
              Supervisory Special Agent
              Federal Bureau of Investigation
              135 Pinelawn Road, Ste. 350S
              Melville, NY 11747
              (631)501-8660

              Sincerely,

              ROSLYNN R. MAUSKOPF
              UNITED STATES ATTORNEY

By: *Susan M. Burkhoff*
              Susan M. Burkhoff
              Paralegal Specialist

cc: Peter Grupe, FBI

**United States District Court**
**Violation Notice**

CVB Location Code

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115114 | | |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|

Place of Offense

Offense Description

H  5115114

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

| Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|

X Defendant Signature

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

**United States District Court**
**Violation Notice**

CVB Location Code

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115113 | | |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|

Place of Offense

Offense Description

H  5115113

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

| Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|

X Defendant Signature

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

Exhibit Three
(5 pages)

Exhibit Three

# United States District Court
## Violation Notice

CVB Location Code

**MA 40**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115114 | SACCARDO | 173 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 06-28-2012 1600 | Disorderly 102.74.390 |

Place of Offense

1 center plaza

Offense Description

Disorderly (minor

---

### DEFENDANT INFORMATION   Phone: (    )

| Last Name | First Name | M.I. |
|---|---|---|
| Tropeano | Joseph | |

Street Address

2 Clarkson Lan

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Rutland | VT | 05701 | 07-24-1952 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| 9248156 | | |

| ☐ Adult ☑ Juvenile | Sex ☑ Male ☐ Female | Hair | Eyes BRO | Height 76 | Weight |
|---|---|---|---|---|---|

### VEHICLE DESCRIPTION   VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

| A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). | B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). |
|---|---|
| | $ 150   Forfeiture Amount |
| | + $25 Processing Fee |
| PAY THIS AMOUNT → | $ 175   Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 1 Courthouse Way | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

ICE Form 78-801 (Rev. 02-08)        Original - CVB Copy        Previous edition is obsolete.

EXHIBIT Three (3)
Exhibit Three

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on Nov 28, 2012 while exercising my duties as a law enforcement officer in the 1st District of MASS

I WAS called to 1 center plaza, The FBI building. When I arrived on the scene, I notice Mrs Tropeano with the PSO. The PSO states that SUI would not vacate the premises after he told her and her husband what the procedures are were. SUI was acting erratic and I attempted to calm her down. Both SUI and SU2 were queried for wants/warrents with negative results. SUI & SU2 claims there was a big conspiracy to ruin their lives. And it's been going on for 8 years. I explained the procedures to SUI and SU2. After several attempts to try to get them to vacate, I cited / fined both with disorderly conduct.

The foregoing statement is based upon:

☐ my personal observation          my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: Nov 28 2012 _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

EXHIBIT Three

# United States District Court
## Violation Notice

MA 40

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115113 | Saccardo | 173 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy)** 6.28.2012 1600

**Offense Charged** ☑ CFR ☐ USC ☐ State Code  102-74-390

Disorderly

**Place of Offense** 1 center plaza

**Offense Description** Disorderley 102-74-390

### DEFENDANT INFORMATION   Phone: (    )

**Last Name** Tropeano

**First Name** Susan

**M.I.** A

**Street Address** 30 Grace Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Great neck | NY | 11021 | 4/8/53 |

**Drivers License No.** 461 289 323  **D.L. State** NY  **Social Security No.**

☑ Adult ☐ Juvenile  Sex ☐ Male ☑ Female  **Hair** Br  **Eyes** Br  **Height** 5-5  **Weight**

### VEHICLE DESCRIPTION   VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150  Forfeiture Amount

+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 175  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address** 1 courthouse way

**Date (mm/dd/yyyy)**

**Time (hh:mm)**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature** _____

ICE Form 78-001 (Rev. 02-08)   Original - CVB Copy   Previous edition is obsolete.

Exhibit Three (5

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on ___June 28___, 20 12 while exercising my duties as a
law enforcement officer in the ___1st___ District of ___MASS.___

I was called to 1 center plaza, the FBI
office for 2 people refusing to leave.
When I arrived the FBO told me he had
told Joseph Tropeano and his wife the
procedures for wanting to speak with
the FBI. SU1 & SU2 both were
upset with the procedures and refused
to leave. After I stated several
times, 3 to be exact, I site both, SU1
& SU2 with disorderly conduct.

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __6-28-2012__

Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)          U.S. Magistrate Judge

# Central Violations Bureau

Exhibit 3A

This is a sample of a federal ticket. Click <u>here</u> to go back to the CVB home page.



United States District Court
Violation Notice

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

DEFENDANT INFORMATION

VEHICLE DESCRIPTION

PAY THIS AMOUNT →

YOUR COURT DATE

← boxes are not blackened!

← boxes are not blackened!

$Exhibit\ Four$

This article is in the news archives — for current news go to the Third Branch News.

## Central Violations Bureau Helps Collect Millions Each Year for Crime Victims

More than 1,000 times a day, every day, someone gets a ticket for running afoul of the law on federal property—a military base, a national park, a national forest, land supervised by the Bureau of Indian Affairs, or even a U.S. Post Office.

"There are 400,000 to 500,000 violations a year. They generate from $16 million to $18 million in revenue," said Ted Willmann, chief of the Central Violations Bureau (CVB), a little-known entity within the federal Judiciary.

The officer who issues the ticket writes it up in triplicate, keeping one copy. Another is mailed to the CVB in San Antonio, Texas; a third is given to the violator in the form of an envelope ready for mailing.

About two-thirds of those cited for violations opt for forfeiture of collateral—paying without requesting a court date. They mail a check or money order, usually made out to the CVB or a clerk of court, to Atlanta, where the Bank of America serves as a lock-box facility.

"The payments are then deposited into the Treasury and get transferred into the Crime Victims Fund maintained by the Justice Department," Willmann said. "None of the money stays in the Judiciary. It is distributed by Congress to battered women's shelters, places for abused children, or victims' advocacy groups."

Most fines are in the $25-100 range. At one end of the spectrum is a $7 parking ticket issued in Puerto Rico; at the other a $10,000 citation for killing an endangered species.

"Those cited for petty offenses have the option of paying without going to court, but some offenses are serious enough for mandatory court appearances—offenses such as driving under the influence or assault," Willmann said. About 20 percent of all violators are told they must appear in court.

"The officers mail the tickets to us, and the first thing we do after opening the mail each day is to scan them into our computer system," Willmann said. "They go into a queue until our data entry staff (about 30 employees) can bring them up on a screen and enter information—name, address, event, the fine amount—onto our system.

"Then we schedule each one for court. In our database, we have all the magistrate judges and all the available court dates for the year. Each ticket has an indication of where it was issued. Our computer system knows, based on where the ticket was issued, what the next available court date is for that area, and schedules for that next court date. Four weeks prior to that date, we'll send that defendant a notice to appear. It will say you are scheduled to appear in court on this date, at this location, and at this time."

What if an East Coast resident gets cited in a national park somewhere in the West? "The transfer of jurisdiction is possible. The violator would have to call us and begin the process of requesting a transfer. It's up to the magistrate judge to grant such a request," Willmann explained. "In the most serious of cases, a transfer might not get granted."

Data entry staffers at the CVB help the courts keep track of tickets that go unpaid, doing so by matching payments with open citations and archiving that information. "We mail that information to magistrate judges across the country two weeks prior to each scheduled court date," Willmann said. "After the hearing, the entered disposition of each case is returned to us, and we enter it onto our system, where it's kept for the required five years."

The CVB has been based in San Antonio since 1995, when centers there and in Denver, Colorado were combined. The collection and bookkeeping efforts previously had been

EXHIBIT SIX
(17 pages)

Mr. & Mrs. Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont 05701
Tel. #: (802) 747-9179

CORRESPONDENCE ADDRESS
Central Violations Bureau
P.O. Box 780549
San Antonio, TX78278-0549

RE: VIOLATION NUMBERS: H5115113 AND H5115114

July 16, 2012

To whom it may concern,

We were recently referred by the Brunswick Police located in Brunswick, Maine to report our horrific, devastating, surreal predicament we are living under for over eight, overwhelming, nightmare years to date. At such on June 28, 2012, we went to the main headquarters of the Northeast Division of the F.B.I. located in Boston, Massachusetts.

The Brunswick Police referred us to the F.B.I after we encountered horrific, very alarming, dangerous experiences at the Days Inn located in Brunswick, Maine; and many other R.I.C.O. activities we encountered on a 24/7 basis.

At the Days Inn we were stalked and verbally and physically assaulted. Without elaborating on this alarming, outrageous experiences we encountered at the Days Inn; one of the male suspects who committed these heinous crimes, pretended to be a staff member; however, in actuality; he was one of the thugs who stalked and physically assaulted us.

Furthermore, two other male suspects were guarding the computer at The Days Inn. In order to understand what we mean by guarding the computers, we must give a very brief background of the horrific, nightmare, overwhelming predicament we are barely surviving under for the past eight and half years to date.

We are victims outrageously and alarmingly entrapped in a NAZI Regime. This NAZI Regime demands a police state and therefore we are outrageously and alarmingly victims of police corruption and brutality as well. Without further elaboration, in order to understand and acknowledge the surreal, extremely dangerous, pre-meditated, murderous, full-blown, interstate R.I.C.O. activities we are victims of; please watch our videos on You Tube titled, "A Cry For Help, Susan and Joseph Tropeano."

In our You Tube videos, it explains in detail how the corrupt police and this lethal cult BARRED US FROM ALL MEANS OF COMMUNICATION RANGING FROM HACKING OUR CELL PHONE; OUR PERSONAL PHONES AT HOME; BLOCKING OUR PHONE MESSAGES; LOSING ALL OUR MAIL CONCERNING OUR SERIOUS INFORMATION ABOUT THIS PROFOUND, GRAVE, LETHAL PREDICAMENT WE ARE BARELY SURVIVING UNDER.

ADDITIONALLY, THE LETHAL CULT WITH THE CORRUPT POLICE ALARMINGLY AND OUTRAGEOUSLY TOOK FULL CONTROL OF OUR COMPUTER BY ECRYPTING ALL OUR FILES, MAKING OUR COMPUTER THE TARGET COMPUTER, AND AT SUCH, THEY CONNECTED OUR COMPUTER TO A NETWORK OF COMPUTERS CONTROLLED BY THE LETHAL THUGS...

THE OUTRAGEOUS AND ALARMING CYBER CRIMES CONSIST OF CYBER BULLYING AND CYBER STALKING. THE LIST OF THESE CRIMES GOES ON AND ON INCLUDING BUT NOT LIMITED TO  BREAKING INTO OUR YOU TUBE ACCOUNT;  CONFISCATING MANY OF OUR VIDEOS AND THEN CONFISCATING OUR VIDEOS FURTHER BY CRASHING INTO THE WONDERFUL, INFORMATIVE, REPUTABLE WEBSITES  WHO IMMEDIATELY SPONSORED US.

NOT ONLY DID THESE LETHAL THUGS CRASH INTO THESE WEBISTES, THEY DESTROY NUMEROUS BROWSER PAGES BY MAKING OUR CRY FOR HELP YOU TUBE VIDEOS EXTREMELY LUNATIC.  ALL THESE ILLICIT, PROFOUND, LETHAL ACTIVITIES WERE COMMITTED AS THE CORRUPT POLICE AND THE DEMONIC CULT DO NOT WANT TO BE EXPOSED FOR ALL THEIR LETHAL R.I.C.O. CRIMES COMMITTED.

FURTHERMORE. ALL THE ABOVE UNLAWFUL , LETHAL ACTIVITIES WERE ABLE TO OCCUR AS A RESULT OF  THE CORRUPT POLICE  USURPING  THEIR POWERS BY USING THE PATRIOT ACT.  THE DEMONIC MISSION OF TH E CORRUPT, BRUTAL, RAGING POLICE IS TO CREATE A LUNATIC, LETHAL PLOY BY MAKING US APPEAR AS THE DANGEROUS, MENTALLY ILL CRIMINALS TO SMOKESCREEN ALL THEIR LETHAL,  MURDEROUS, PRE-MEDITATED, DEMENTED, SADISTIC  R.I.C.O. CRIMES COMMITED AGAINST US.

As stated previously in this profound, grave letter, we were referred by the Brunswick Police to seek help at the Northeast Division Headquarters of the F.B.I. located in Boston, Massachusetts. However, from the horrific, traumatizing, terrorizing, nefarious, pre-meditated R.I.C.O. activities we experienced at the F.B.I., it is self-evident the Brunswick Police were not at all legitimate and ethical police officers. A lethal set-up situation was schemed and conspired by the police and the lethal thugs who want us dead.

******PLEASE NOTE:  DUE TO THESE LETHAL, MURDEROUS R.I.C.O. ACTIVITIES, SUSAN TROPEANO'S MOTHER SUFFERED A BRUTAL, TRAGIC DEATH WHEN SHE RECENTLY DIED FROM THE BRUTAL, BARBARIOUS REPERCUSSION OF BEING BRAINWASHED BY THE LETHAL, DEMONIC CULT. THIS LETHAL, NEFARIOUS BRAINWASHING WAS ORCHESTRATED BY THE INFAMOUS CULT LEADER, PHYLLIS LEINWAND.******

At the onset of entering the lobby of the sixth floor where the F.B.I. is located at I Center Plaza in Boston, Massachusetts, the environment was extremely hostile and threatening. The security officer sitting at the desk by the elevator in the F.B.I. lobby was extremely intimidating. He was wearing a short sleeve button down shirt. He was muscular in nature having tattoos fully covering his entire arms. These tattoos ended at his wrists.

We informed this "security guard" that we need to make an appointment with a senior F.B.I. agent as our lives are in extremely serious danger. The "security guard" started to badger us asking us very personal, confidential questions which is only discussed with an F.B.I. agent.

We were about to leave, as this "security guard" was not behaving professionally. We definitely surmised foul play was taking place. The way the "security guard" kept on looking at us, and his unprofessional dress code which exposed his arms fully tattooed; we knew we should not pursue the F.B.I. at this present time; as the "security guard" was not behaving or appearing to be a professional security guard.

Due to foul play occurring with this security guard, the guard saw us inching to the elevator as we wanted to leave. All of a sudden the "security guard" relented as he appeared to be more civil as he saw we were leaving. At such, he immediately escorted us to the F.B.I. office. Once inside the F.B.I. office, the "security guard" checked our possessions through a scanning machine. He took our audio recorder informing us it will be returned when we leave. We asked the "security guard" for a receipt that he was holding our tape recorder. He stated, "We don't give receipts." Not receiving a receipt for our tape recorder made us further uneasy and nervous.

After taking a seat waiting for a SENIOR F.B.I. AGENT WHICH WE REQUESTED, the "security guard" stated, "Fill out these complaint forms. One is for you and the other is for your husband." It was bizarre that he gave us two complaint forms when we came together. Therefore, we only filled out one complaint form which was done very quickly and not in a neat manner like we are accustomed to be; as we felt quite uneasy and nervous that something lethal was about to erupt. Please see this complaint as EXHIBIT A.

The "security guard" was acting as if he worked in the F.B.I. office as he REMAINED WITH US IN THE F.B.I. OFFICE, NEVER RETURNING TO HIS DESK LOCATED IN THE LOBBY OF THE F.B.I. OFFICE. After giving us the complaint forms, this "security guard" then proceeded to the back office of the F.B.I.

Please note: there was a female employee sitting at a desk in the F.B.I. office who is responsible to handle the complaints of applicants. However, the female employee remained oblivious that we were in the office, as the "security guard" was intently "taking care" of the preliminaries needed in order to meet with an F.B.I. agent.

The "security guard" remained in the back room of the F.B.I. for approximately fifteen minutes. Finally, the "security guard" appears in the office with another white male; late 30's. This white male sat at the desk for approximately ten minutes while the "security guard" is lurking around the same area where this white male was sitting.

After approximately ten minutes, the white male approaches us in the waiting room. This white male did not introduce himself to us. He quickly informed us, "I read your complaint. You have strong allegations. I cannot believe this is true as it is too surreal and bizarre." We responded, "We have volumes of evidence to substantiate every word we wrote on the complaint. Our evidence literally fills up the entire office. You cannot desert us. We will die if the F.B.I. does not immediately come to our aid..."

All that we said fell upon deaf ears as the agent stated, "I cannot investigate this. I cannot help you. Sorry." At that point this so-called F.B.I. agent started walking away from us while the "security guard" is intently listening and lurking where the agent was speaking to us.

Please note: Before the agent walked away, we needed to know his name as he never introduced himself to us. Therefore, Susan Tropeano immediately looked at this agent's badge where his name was noted. The agent's name is Kevin Shaney.

We were terrified and traumatized by the so-called agent's extremely illicit, nefarious comments. Please note: The F.B.I. is noted for investigating interstate, R.I.C.O. activities in which underlying strong allegations are documented. Furthermore, police corruption and brutality is very prevalent in R.I.C.O. activities. Additionally, full-blown, murderous, pre-meditated R.I.C.O. activities are surreal and bizarre and that is why the harshest consequences under the law are applied and triple damages are awarded.

As anyone would surmise from reading our quickly written complaint we wrote in the F.B.I. office; our "strong allegations" must be investigated as our lives and dear family members are at great risk. As mentioned in the complaint to the F.B.I. and in this profound grave letter, Susan Tropeano's mother just recently died from the brutal, barbarous brainwashing committed to her dear mother. See EXHIBIT A.

When this so-called F.B.I. agent informed us of the above outrageous and alarming comments that he will not have any investigations regarding the lethal, pre-meditated, murderous, interstate R.I.C.O. activities we are encountering; we were traumatized, terrorized and bullied on a grand scale pursuant to U.S. Title 18, Section 2332b.

We immediately stated to this agent the following comments, "WE HAVE ALL THE EVIDENCE TO ATTEST TO THESE LETHAL, FULL-BLOWN, INTERSTATE R.I.C.O. ACTIVITIES. WE ARE CRYING AND PLEADING FOR HELP. IF WE DO NOT RECEIVE HELP, OUR LIVES WILL END. EACH DAY THAT WE WAKE UP, WE DO NOT KNOW IF WE WILL REMAIN ALIVE AS WE HAVE MURDEROUS, HEINOUS CRIMES COMMITTED TO US ON A 24/7 BASIS. WE PAY TAXES LIKE EVERY OTHER UNITED STATES CITIZEN DOES; WE PAY TAXES FOR F.B.I. SERVICES IF NEEDED. YOU CANNOT TURN YOUR BACKS ON US..." HOWEVER, ALL THAT WE STATED, FELL UPON DEAF EARS; AS THE AGENT REMAINED SILENT WHILE WALKING AWAY FROM US.

The agent walked back behind the glass partition of the F.B.I. office. The female employee was also sitting behind the glass partition. The "security guard" as well was still lurking in the same room, NEVER RETURNING TO HIS DESK WHICH IS LOCATED IN THE LOBBY OF THIS OFFICE BY THE ELEVATOR ON THE SIXTH FLOOR.

We wanted to leave this office a.s.a.p. We were getting deathly ill from the trauma and terror, realizing that we were destined to die as we were barred from receiving legitimate, ethical F.B.I. investigations. We hurriedly left the office. At the elevator, we remembered that we left our tape recorder with the "security guard" who never returned it back to us. Therefore, we had to go back into the F.B.I. office where the "security guard" still remained in that office, while Kevin Shaney and the female employee were still sitting behind the glass partition.

As one could imagine, any human being would be terrified, traumatized to the extreme if they are entrapped in full-blown, pre-meditated, murderous R.I.C.O. activities compounded by the F.B.I. outrageously, alarmingly, and unconscionably refusing to investigate the heinous, nefarious crimes they are entrapped in for over eight, overwhelming, nightmare years to date. At such, when we went back to retrieve our audio recorder, we exclaimed to Kevin Shaney who was staring at us, "HOW COULD YOU DO THIS TO US??!! HOW COULD YOU NOT INVESTIGATE??!! WE WILL DIE IF YOU DON'T INVESTIGATE AND HELP US??!! YOU WILL DEFINITELY BE CITED IN OUR HUGE R.I.C.O. VENUE AS YOU ARE EXPOSING US TO LETHAL DANGER THAT WILL END OUR LIVES!! SHAME ON YOU!!"

While we are exclaiming the responsibilities and liability of how this F.B.I. agent is not protecting us, the "security officer" is terrorizing and traumatizing us further by immediately calling the police. In less than a minute, FOUR POLICE OFFICERS ARRIVE ON THE SCENE. THE "SECURITY GUARD" ALARMINGLY AND OUTRAGEOUSLY ESCORTS US TO THE LOBBY WHERE WE WERE MET by FOUR BRUTAL, RAGING, CORRUPT "POLICE OFFICERS."

PLEASE NOTE: THIS WAS NOT THE FIRST TIME THAT WE WERE ENTRAPPED IN LETHAL, BRUTAL, RAGING POLICE SET-UPS. FOUR POLICE OFFICERS BRUTALLY ATTACKED US IN RICHMOND, HILL, QUEENS, NEW YORK FOR ABSOLUTELY NO REASON WHATSOEVER.

RICHMOND HILL, QUEENS, NEW YORK IS WHERE PHYLLIS LEINWAND WORKS. AS PREVIOUSLY MENTIONED, PHYLLIS LEINWAND IS THE CULT LEADER OF THE LETHAL CORRUPTION WE ARE ENTRAPPED IN. SHE IS ALSO VERY CONNECTED TO THE "BIG SHOTS" IN THE POLICE DEPARTMENT; AND AT SUCH, THIS IS WHY WE ARE THE SUFFERING VICTIMS OF OUTRAGEOUS AND ALARMINGLY POLICE CORRUPTION AND BRUTALITY.

WITHOUT ELABORATING FURTHER, WE WERE BRUTALLY ATTACKED BY FOUR POLICE OFFICERS IN RICHMOND HILL, QUEENS, NEW YORK AND THEN NEFARIOUSLY AND UNLAWFULLY ARRESTED AND THROWN IN DIRTY CELLS. SUSAN TROPEANO ALMOST LOST HER LIFE IN JAIL AS SHE DEVELOPED DIABETES IN THE YEAR 2008. SHE IS INSULIN DEPENDENT. HER DIABETES DEVELOPED DUE TO THE UNABATED, INCESSANT TRAUMA AND TERROR OF LIVING UNDER A NAZI REGIME/POLICE STATE.

TO CONTINUE, THE EMPLOYEES AND GUARDS AT THE JAIL, BARRED SUSAN TROPEANO FROM RECEIVING HER INSULIN AND INSTEAD INTENTIONALLY, RECKLESSLY AND SADISTICALLY KEPT SUSAN TROPEANO DEHYDRATED. IT IS A MIRACLE THAT SHE IS ALIVE TODAY AS GOD WAS PROTECTING HER. IN ORDER TO COMPREHEND ALL THE NEFARIOUS ACTIVITIES COMMITTED IN THE JAIL AND BY THE RICHMOND HILL POLICE IN RICHMOND, HILL, QUEENS, NEW YORK, PLEASE WATCH OUR YOU TUBE VIDEOS WHICH EXPLAINS ALL.

The same threatening, nefarious set-up situation of police brutality was orchestrated once again IN FRONT OF THE F.B.I. AGENT, KEVIN SHANEY AND THE FEMALE EMPLOYEE SITTING IN THE F.B.I. OFFICE WHO WERE WATCHING US INTENTLY; BEING GREATLY ENTERTAINED SEEING US BEING VICTIMIZED, BULLIED, ABUSED, MOCKED, HUMILIATED, DISRESPECTED TO THE EXTREME. (U.S. TITLE 18, SECTION 2332b)

It was self-evident that The Brunswick Police who originally referred us to the F.B.I. in Boston, Massachusetts were not acting on our behalf. First of all, they never initiated police reports for the heinous crimes committed to us at the Days Inn in Brunswick, Maine.

Furthermore, we are constantly outrageously and alarmingly stalked, monitored and controlled by gang stalkers which follow us 24/7 on a daily basis. At such, the "security guard", the Boston Police and Kevin Shaney were informed by the gang stalkers that we were traveling to the F.B.I. on June 28, 2012.

The Brunswick Police as well were INSTRUCTED by the lethal thugs who entrapped us as victims in their NAZI Regime to refer us to the F.B.I.   Living under these lethal R.I.C.O. activities for over eight years, we are very astute to all lethal set-up situations we encounter; however, this murderous, pre-meditated set-up situation at the F.B.I.,  we were not prepared for; as we NEVER FATHOMED THAT WE WOULD BE HELD HOSTAGE BY FOUR BRUTAL, DEMONIC POLICE OFFICERS AND A "SECURITY GUARD" WHO SUPPOSEDLY WORKS AT THE F.B.I.

TO MAKE A LONG, HORIFFIC, NIGHTMARE STORY SHORT, WE WERE ALMOST BRUTALLY ATTACKED AGAIN BY FOUR POLICE OFFICERS JUST LIKE WE WERE BRUTALLY ATTACKED BY FOUR POLICERS IN RICHMOND HILL, QUEENS, NEW YORK. FROM ALL THAT TRANSPIRED, IT IS NOW SELF-EVIDENT WHY THE "SECURITY GUARD" WAS EXTREMELY HOSTILE AND THREATENING TO US AT THE ONSET OF MEETING HIM.

FURTHERMORE, THE "SECURITY GUARD" GAVE US TWO COMPLAINT FORMS INSTEAD OF ONE AS THIS BOUGHT HIM TIME WHILE UNLAWFULLY REMAINING IN THE BACK OFFICE OF THE F.B.I., SO THAT HE COULD PREPARE AND MAKE HIS PHONE CALLS TO THE POLICE WHO IMMEDIATELY CAME TO THE SCENE IN LESS THAN ONE MINUTE.

ADDITIONALLY, THE "SECURITY GUARD" SCHEMED NOT TO TO GIVE OUR TAPE RECORDER BACK TO US. NOT RETURNING THE TAPE RECORDER BACK TO US, GAVE ANOTHER OPPORTUNITY FOR THE "SECURITY GUARD" TO CALL THE POLICE.  AT SUCH, WHEN WE EXCLAIMED TO THE SO-CALLED "AGENT" THAT WE WERE LIVID WITH HIM THAT HE DID NOT WANT TO EXPOSE THE CORRUPTION WE ARE ENTRAPPED IN; AS WE TRY TO EXPOSE THE CORRUPTION,  THE USUAL R.I.C.O. PATTERN IS TO CALL, THE POLICE!

The four corrupt, brutal police officers with the "security guard" did everything in their power to make us react to them. In this way, in their corrupt, demented minds,  they had an excuse to brutally attack us in front of the F.B.I. agent, Kevin Shaney, and the female F.B.I. employee who were enjoying and watching very intently the horrifying predicament we were entrapped in. Therefore, we knew that we must remain silent as eminent extreme danger was erupting.

It was self-evident the demonic mission of these "law enforcement officers and guard" was to brutally attack us as there was no need for FOUR POLICE OFFICERS AND A SECURITY GUARD TO SURROUND US TERRORIZING AND TRAUMATIZING US TO THE EXTREME. As stated previously, these demonic, brutal police officers and the guard did everything in their power to provoke responses from us so that they could brutally attack us, and then incarcerate us or institutionalize us for life. In this way, this huge, interstate conspiracy and R.I.C.O. scandal will never be exposed.

After the police and the guard tried their corrupt best to provoke us, they decided to issue us violation notices by outrageously, alarmingly and nefariously citing us for DISORDERLY CONDUCT. While concocting these nefarious, fraudulent Disorderly Conduct violation notices, the police were congregating together deciding how to initiate and how to write these violation notices. They finally elected one of the police officers to issue us these fraudulent, outrageous violations. Due to the "police" not knowing how to write violations, it raises red flags as we encounter many impostors pretending to be police officers, doctors, phone installers, etc.

Please note: When the four police officers instantaneously arrived on the scene, one of the police officers did not want to participate in these illicit activities. However, the other three police officers forced him that he must participate. The same illicit activity occurred again, when the four police officers had no idea how to write a violation notice. Finally, they elected  police officer Saccardo to issue us these violations; although we must stress again all four police officers were unsure how to issue these violations.

While Saccardo is writing these violations, there were two police officers who were extremely vile and venomous. One was a white male, had dark hair and wore black, shining motor cycle boots. The other police officer was an older white male, reddish brown hair in his late 50's or 60's.

 Although we remained silent most of the time we did state, "It is alarming and outrageous that instead of punishing the lethal thugs who entrapped us as victims of their NAZI Regime and destroyed every conceivable part of our lives; you are victimizing, traumatizing and terrorizing us to the extreme." At that said the police officer who wore the motor cycle boots outrageously, alarmingly, unconscionably and nefariously exclaimed to us, "YOU ARE THE THUGS!  YOU ARE THE WANTED ONES!  THAT'S WHY WE ARE HERE!" Again please note:  Kevin Shaney and the female employee were still intently watching this outrageous, lethal and unconscionable demonic show!

Please note: We never received the name of all brutal, corrupt police officers. We need their names to sue them. Furthermore, once we were finally released from this frightening, outrageous police corruption, we immediately pressed for the elevator.

 While waiting for the elevator, these vile, venomous officers still continued to instigate us hoping to fulfill their demonic mission of incarcerating us or institutionalizing us. As the elevator opened they nefariously exclaimed to us, "WE SUGGEST YOU PAY FOR THE TICKETS; DO NOT GO TO COURT BECAUSE I AM THE PROSECUTOR AT COURT AND I WILL PROSECUTE YOU!  HAVE A NICE DAY!  GOOD LUCK!"

PLEASE NOTE:  DUE TO ALL OUR POSSESSIONS AND FINANCES UNDER THE CUSTODY AND CONTROL OF THE NAZI REGIME WE ARE OUTRAGEOUSLY AND ALARMINGLY ENTRAPPED IN. WE ARE PRESENTLY SURVIVING BY RECEIVING FOOD STAMPS AND MEDICAID. THESE DEMONIC POLICE ARE VERY WELL AWARE THAT ALL OUR FINANCES AND POSSESSIONS HAVE BEEN OUTRAGEOUSLY AND UNLAWFULLY STRIPPED FROM US.

FURTHERMORE, WE WERE REFERRED TO THE F.B.I. TWICE BY THE U.S. ATTORNEY, MAUREEN MAUSKOPF WHEN THESE R.I.C.O. ACTIVITIES BEGAN IN NEW YORK.  WE WERE REFERRED TO SEE F.B.I.

AGENT, PETER GRUPE. HOWEVER, TWICE THE F.B.I. BLOCKED US FROM HAVING INVESTIGATIONS WITH THE F.B.I. AGENT, PETER GRUPE.

WHEN WE TRIED TO CONTACT BY MAIL MAUREEN MAUSKOPF INFORMING HER THAT WE WERE BLOCKED FROM SEEING PETER GRUPE, OUR MAIL WAS CONVENIENTLY LOST. THUS WE CALLED THE LOWER MANAGEMENT OF HER OFFICE WHO OUTRAGEOUSLY AND ALARMINGLY EXCLAIMED TO US, "IF YOU CALL THIS OFFICE AGAIN, WE WILL ARREST YOU." THIS WAS THE VERY BEGINNING OF THESE LETHAL R.I.C.O. ACTIVITIES. PLEASE SEE EXHIBIT B WHICH ATTESTS THAT WE WERE SENT TWICE BY THE U.S. ATTORNEY TO REPORT TO PETER GRUPE.

Lastly, please see a copy of these violations as EXHIBIT C. Upon reading these outrageous, fraudulent and alarming violations at our home, we noticed very serious concerns and contradictions regarding these violations. They are as follows:

- It is self-evident we are not guilty and therefore we checked Box A. However, this violation does not mention where to send this violation if you are not guilty.
- We never signed this violation where it states, "Defendant's signature."
- The payment address and the correspondence address on the violation notices is DIFFERENT THAN THE ADDRESS THE POLICE HANDED US ON THE ENVELOPES WHERE THE VIOLATION IS SENT TO. PLEASE SEE EXHIBIT D WHICH ATTESTS TO THESE SERIOUS FACTS. THE POLICE TOOK TWO WHITE LABELS AND PASTED THEM ON TOP OF THE ORIGINAL ADDRESS STAMPED ON THE ENVELOPES.

DUE TO ALL ILLICIT ACTIVITIES DOCUMENTED IN THIS PROFOUND, GRAVE LETTER, WE NEED IMMEDIATE HELP HOW TO PROCEED WITH ALL THAT WE OUTRAGEOUSLY AND ALARMINGLY ENCOUNTERED.

FURTHERMORE, WE WOULD APPRECIATE THESE VIOLATIONS TO BE NULL AND VOID AS NOT ONLY ARE WE NOT GUILTY, WE LIVE FAR AWAY FROM BOSTON, MASSACHUSSETS. THIS PLACES A HUGE FINANCIAL BURDEN ON US AS WE MUST PAY FOR A MOTEL AND GAS TO TRAVEL TO A COURT THAT IS NOT CLOSE TO OUR HOME.

ADDITIONALLY, THE TRAUMA AND TERROR TO ATTEND A CRIMINAL HEARING IS FULL OF LIABILITY AS WE ARE THE VICTIMS OF R.I.C.O. CRIMES. WE ARE THE ONES THAT ARE PRESENTLY PREPARING A HUGE R.I.C.O. VENUE AT FEDERAL COURT. WE CANNOT WITHSTAND AND FATHOM ANY MORE DANGEROUS, LUNATIC PREDICAMENTS WHERE WE ARE CITED AS THE CRIMINALS. THIS IS CAUSING HUGE LIABILITY AND CONSTANT IRREVERSIBLE AND IRREPARABLE HARM! THIS MUST CEASE AND DESIST IMMEDIATELY!

PLEASE CONTACT US IMMEDIATELY.

- THIS HORIFFIC, DEVASTATING PREDICAMENT THE TROPEANOS ARE LIVING UNDER DOES NOT HAPPEN IN MODERN AMERICA. THIS CASE SETS A PRECEDENT IN THE UNITED STATES JUDICIAL SYSTEM. THIS IS AN AMERICAN ATROCITY!

- PLEASE HELP US, SUPPORT US AS THE TROPEANOS MUST BE IMMEDIATELY SPONSORED TO THE UNITED STATES ATTORNEY WHO IS RESPONSIBLE TO IMMEDIATELY ERADICATE THESE HEINOUS R.I.C.O. CRIMES.

- PLEASE SEE ATTACHED AS EXHIBIT B, TWO LETTERS FROM THE UNITED STATES ATTORNEY IN NEW YORK, MAUREEN MAUSKOPF, WHO TWICE REFERRED THE TROPEANOS' CASE TO THE F.B.I. AGENT, PETER GRUPE. PETER GRUPE WAS A SENIOR F.B.I. AGENT. HOWEVER, ONCE THE TROPEANOS' CASE REACHED THE F.B.I. OFFICE, LOWER MANAGEMENT IN THE F.B.I BLOCKED/BARRED THE TROPEANOS FROM MEETING WITH PETER GRUPE. THIS AGAIN WAS DUE TO BRIBES COMMITTED BY THE LETHAL THUGS WHO ENTRAPPED THE TROPEANOS AS THEIR VICTIMS. THIS IS WHY THE TROPEANOS ARE ENTRAPPED IN A MURDEROUS, BRUTAL NAZI/POLICE STATE REGIME. PLEASE HELP US...

Very truly yours,

Mr. and Mrs. Joseph
Tropeano

Pages of
Via fax six (9) page letter with 7 exhibits with a one page letter dated September 19, 2012 requesting our complete statement of charges regarding the violation numbers. The total amount of pages faxed totals nine (17) pages.
(17)

Exhibit A
(2 pages)

## FEDERAL BUREAU OF INVESTIGATION
## COMPLAINT/QUERY FORM

DATE: 6/28/2012
TIME: 6:10 pm

### (Please fill out completely)

NAME: Susan de Joseph Tropeano

ADDRESS: 2 Clarkson Ave

CITY/STATE: Rutland, Vt. 05701   ZIP CODE:

TELEPHONE: (802) 747-9179

DATE OF BIRTH: 4/24/52   SOCIAL SECURITY #: 4/8/53

DESCRIPTION OF COMPLAINT/QUERY:

We are victims entrapped in outrageous, abusing police corruption/brutal, rogue police corruption. These brutal, rogue police are connected and members of a satanical cult. The originator, cult leader and bordler of this surreal murderous corruption is Phyllis Steward. This lethal corruption monitors and controls every conceivable aspect of our lives making our lives a living hell. We are BARRED from using every conceivable service U.S. citizens use ranging but not limited to medical, hospital, insurance, finances, pension, banks, services @ home, hotels/motels, supermarkets, pharmacies, utility services medical home delivery services, restaurants and we are BARRED regarding today NAPA _____ order. We are the U.S. citizens to be blacklisted, prejudicted. This lethal, murderous corruption

(over)

in a nutshell is about blackmail, bribes, brainwash and murders.

At this present time, we will die from his lethal, murderous corruption if the FBI and all responsible government parties justifies turn their backs on us. Susan Thompson's mother suffered a brutal, tragic death as a result of her mother being brutally, barbarously brainwaded.

Every day on a 24/7 basis we suffer from murderous attacks of the cult and the brutal, raging, corrupt police who have BLACKLISTED us at every conceivable place we frequent!

The U.S. Attorney in NY TWICE put us to the FBI, however we will BARRED from receiving help by a young F.B.I. agent known as Charles Buckie by Peter Grupe, a senior FBI agent who Maureen Mauscoff referred us to.

Our lives are in severe danger and we will die from the repercussions of this murderous corruption if the FBI turns their backs on us!

WE NEED IMMEDIATE HELP NOW!



**U.S. Department of Justice**

*Exhibit B*
*(2 pages)*

**United States Attorney**
**Eastern District of New York**

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

May 2, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

Your letter to the U.S. Attorney's Office has been referred to me for a reply.

Please be advised that we have reviewed the concerns raised and have referred your letter to the Federal Bureau of Investigation for consideration.

Any further inquiries about this matter may be addressed to:

Peter Grupe
Supervisory Special Agent
Federal Bureau of Investigation
135 Pinelawn Road, Ste. 350S
Melville, NY 11747
(631) 501-8660

Sincerely,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: *Susan M. Burkhoff*
Susan M. Burkhoff
Paralegal Specialist

cc: Peter Grupe, FBI





**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 1, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

Your letter to the U.S. Attorney's Office has been referred to me for a reply.

Please be advised that we have reviewed the concerns raised and have referred your letter to the Federal Bureau of Investigation for consideration.

Any further inquiries about this matter may be addressed to:

Peter Grupe
Supervisory Special Agent
Federal Bureau of Investigation
135 Pinelawn Road, Ste. 350S
Melville, NY 11747
(631) 501-8660

Sincerely,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: *Susan M. Burkhoff*

Susan M. Burkhoff
Paralegal Specialist

cc: Peter Grupe, FBI

Exhibit D

PLACE
STAMP
HERE

( U.S. COURTS-CVB JREAU

P.O. Box 71363
Philadelphia, PA 19176-1363

PLACE
STAMP
HERE

( U.S. COURTS-CVB JREAU

P.O. Box 71363
Philadelphia, PA 19176-1363

## United States District Court
### Violation Notice

| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
|---|---|---|---|

**H 5115114**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|

Place of Offense

Offense Description

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU
MUST APPEAR IN COURT. SEE
INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST
PAY AMOUNT INDICATED BELOW
OR APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh/mm) |
|---|---|---|

X My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

H 5115114

---

## United States District Court
### Violation Notice

| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
|---|---|---|---|

**H 5115113**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|

Place of Offense

Offense Description

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU
MUST APPEAR IN COURT. SEE
INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST
PAY AMOUNT INDICATED BELOW
OR APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh/mm) |
|---|---|---|

X My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

H 5115113

Exhibit C
(2 copies)

**A.** If BOX A is checked on the face of this Violation Notice, YOU MUST APPEAR IN COURT at the date, time and place shown. If no date, time and place are shown then you will be notified by mail of when and where to appear. You must notify the Central Violations Bureau (CVB) in writing, of any change in the address listed on this Violation Notice. If you have not received a "Notice to Appear" within 45 days, call the CVB at 800-827-2982.

**B.** If BOX B is checked on the face of this Violation Notice, YOU MUST DO ONE OF THE FOLLOWING:

**1.** PAY THE TOTAL COLLATERAL DUE AMOUNT SPECIFIED. If you wish to terminate your case WITHOUT HAVING TO APPEAR IN COURT, mail your personal check, money order, or credit card information in the envelope provided within 30 days for the full amount of the total collateral due specified. Include the perforated stub with your payment. DO NOT MAIL CASH. Write the violation number and location code from the top front portion of the Violation Notice on your check or money order and make it payable to the Central Violations Bureau. In some federal jurisdictions, payment of the total collateral due constitutes a plea of guilty or *nolo contendere*. If you are charged with a motor vehicle violation, a record of your payment may be reported to the Department of Motor Vehicles of your state. You may be required to pay additional processing, certification or other fees to reinstate your vehicle's registration or your driving privileges.

OR

**2.** APPEAR IN COURT. If the officer has written on the face of this Violation Notice a date, time and place for a court appearance, you must appear in court at that time. If no court date, time and place is shown, this information will be provided to you by mail. You must notify CVB in writing, of any change in the address listed on this Violation Notice. If you have not received a "Notice to Appear" within 45 days, call the Central Violations Bureau at 800-827-2982.

NOTICE

If you do not pay the total collateral due amount, and you fail to appear in court at the date and time scheduled for you, the United States District Court may issue a summons ordering your appearance or issue a warrant for your arrest. If you are charged with a motor vehicle violation, the court may also report your failure to pay or appear to the Department of Motor Vehicles of your state, which may affect your driving and/or registration privileges. If you plead guilty to a traffic violation, points may be assessed against your driving record. An accumulation of points may result in the suspension of your driving privilege. Furthermore, the court may increase your fine or impose additional penalties. Also, your driving privilege may be suspended if you plead guilty or are found guilty of certain offenses under the vehicle code of your state. A driver's education course may be an option to prevent accumulating points or having your driving privilege suspended. If you are considering this option do not pay the total collateral due amount. Call the Central Violations Bureau at 800-827-2982 for further information.

| Payment address: | Correspondence address: |
|---|---|
| Central Violations Bureau | Central Violations Bureau |
| P.O. Box 740026 | P.O. Box 780549 |
| Atlanta, GA 30374-0026 | San Antonio, TX 78278-0549 |

Phone Number 800-827-2982

**A.** If BOX A is checked on the face of this Violation Notice, YOU MUST APPEAR IN COURT at the date, time and place shown. If no date, time and place are shown then you will be notified by mail of when and where to appear. You must notify the Central Violations Bureau (CVB) in writing, of any change in the address listed on this Violation Notice. If you have not received a "Notice to Appear" within 45 days, call the CVB at 800-827-2982.

**B.** If BOX B is checked on the face of this Violation Notice, YOU MUST DO ONE OF THE FOLLOWING:

**1.** PAY THE TOTAL COLLATERAL DUE AMOUNT SPECIFIED. If you wish to terminate your case WITHOUT HAVING TO APPEAR IN COURT, mail your personal check, money order, or credit card information in the envelope provided within 30 days for the full amount of the total collateral due specified. Include the perforated stub with your payment. DO NOT MAIL CASH. Write the violation number and location code from the top front portion of the Violation Notice on your check or money order and make it payable to the Central Violations Bureau. In some federal jurisdictions, payment of the total collateral due constitutes a plea of guilty or *nolo contendere*. If you are charged with a motor vehicle violation, a record of your payment may be reported to the Department of Motor Vehicles of your state. You may be required to pay additional processing, certification or other fees to reinstate your vehicle's registration or your driving privileges.

OR

**2.** APPEAR IN COURT. If the officer has written on the face of this Violation Notice a date, time and place for a court appearance, you must appear in court at that time. If no court date, time and place is shown, this information will be provided to you by mail. You must notify CVB in writing, of any change in the address listed on this Violation Notice. If you have not received a "Notice to Appear" within 45 days, call the Central Violations Bureau at 800-827-2982.

NOTICE

If you do not pay the total collateral due amount, and you fail to appear in court at the date and time scheduled for you, the United States District Court may issue a summons ordering your appearance or issue a warrant for your arrest. If you are charged with a motor vehicle violation, the court may also report your failure to pay or appear to the Department of Motor Vehicles of your state, which may affect your driving and/or registration privileges. If you plead guilty to a traffic violation, points may be assessed against your driving record. An accumulation of points may result in the suspension of your driving privilege. Furthermore, the court may increase your fine or impose additional penalties. Also, your driving privilege may be suspended if you plead guilty or are found guilty of certain offenses under the vehicle code of your state. A driver's education course may be an option to prevent accumulating points or having your driving privilege suspended. If you are considering this option do not pay the total collateral due amount. Call the Central Violations Bureau at 800-827-2982 for further information.

| Payment address: | Correspondence address: |
|---|---|
| Central Violations Bureau | Central Violations Bureau |
| P.O. Box 740026 | P.O. Box 780549 |
| Atlanta, GA 30374-0026 | San Antonio, TX 78278-0549 |

Phone Number 800-827-2982

Exhibit C

Susan and Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont
05701
Tel #: (802) 747-9179


Re: Violation Numbers: H 5115113 and
H 5115114

September 19, 2012

Attention: Central Violations Bureau,

Please send us the complete
statement of the charge(s) regarding
the above violation numbers to the
address listed above. The CVB location
code is MA 40. The defendants' names
are Susan and Joseph Tropeano. Their
telephone number is (802) 747-9179.

Truly,
Susan Tropeano and
Joseph Tropeano

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

(stamp)

I state that on **Aug 28**, 20 **12** while exercising my duties as a law enforcement officer in the **1st** District of **MASS**

I was called to 1 center plaza. The FBI building. When I arrived on the scene, I notice Mrs Troperino with the PSO. The PSO states that SU1 would not vacate the premises. After he told her and her husband what the procedures are were. SU1 was acting erratic and I attempted to calm her down. Both SU1 and SU2 were quiered for want/warrand with negative results. SU1 & SU2 claims there was a big conspiracy to ruin their lives. And its been going on for 8 years. I explained the procedures to SU1 and SU2. After several attempts to try to get them to vacate. I cited & held both with disorderly conduct.

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **Aug 28 2012**
Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

*(annotations in margins: (Stamp), (line obliterated/erased), (black thick line), (black thickened lines), (added line), (added crooked line), (words deleted))*

*Exhibit Eight*

# United States District Court

**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY, SUITE 8420**
**BOSTON, MASSACHUSETTS 02210**

**HONORABLE MARIANNE B. BOWLER**
**UNITED STATES MAGISTRATE JUDGE**

TEL: (617) 748-9219
FAX: (617) 204-5833

September 25, 2012

Joseph and Susan Tropeano
2 Clarkson Lane
Rutland, VT 05701

Re:  Violations
     #H 5115113, H 5115114

Dear Mr. and Mrs. Tropeano:

       Traffic Court for the above violation(s)has been
rescheduled for October 19, 2012 @ 2:00 P.M. You are required to
call this office one week before the hearing to confirm your
appearance at (617)748-9219.  Thank you for your cooperation.
Please report to the 7th Floor, Courtroom #25, at:

                    UNITED STATES COURTHOUSE
                    John Joseph Moakley Courthouse
                    One Courthouse Way
                    Boston MA 02210

                         Yours truly,

                         /s/ Marianne B. Bowler
                         MARIANNE B. BOWLER
                         U.S. Magistrate Judge



**CVB**
Central Violations Bureau

- CVB Home
- Pay On-line
- Mail Payment
- FAQ
- Instructions
- Court Links
- Contact CVB

*Exhibit Nine*

# Frequently Asked Questions

### What is the Central Violations Bureau?

The Central Violations Bureau is a national center responsible for processing violation notices (tickets) issued and payments received for petty offenses charged on a federal violation notice. This includes violations that occur on federal property such as federal buildings, national parks, military installations, post offices, Veteran Affairs medical centers, national wildlife refuges, and national forests. The Central Violations Bureau processes violation notices for violations of federal law that occur outside federal property as well. For example, migratory bird offenses that occur on private property.

### How do I know if I received a federal ticket?

This site is designed to allow on-line payments of **FEDERAL TICKETS ONLY!** Click here to see an image of a federal ticket. If the ticket you received does not say "U.S. District Court Violation Notice" across the top, then you did not receive a federal ticket. Federal tickets are issued by law enforcement personnel from agencies such as the U.S. Park Police, U.S. Fish & Wildlife, Department of Defense Police, U.S. Coast Guard, U.S. Provost Marshal, Airforce, Marines & Navy Security Forces, U.S. Postal Police, U.S. Customs, U.S. Border Police, and V.A. Police.

### How can I pay a ticket?

You can pay on-line by clicking here. You may also make a payment by calling the Central Violations Bureau during normal business hours at (800) 827-2982 or mail a check or money order to:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

Make sure to include the location code and violation number on your payment.

### How can I check the status of a ticket?

Contact the Central Violations Bureau by calling 800-827-2982. Use option 4 to hear an automated recording with the status of your ticket.

### I want to contest my ticket in court, but I don't have a court date written on my ticket.

You will be notified by the Central Violations Bureau of your court date by mail. You will receive a Notice to Appear usually within 4 to 8 weeks from issuance of the ticket.

### I received a violation notice, it is marked mandatory, do I have to appear in court?

Yes, appearance is mandatory.

### When is my payment due by?

All payments must be received on or before the scheduled court date.

### What if I pay my ticket the day of court on-line?

The court will be notified of your payment. You will not have to appear in court.

**What happens if I don't pay the ticket or appear in court and I have a Virginia Driver License?**
Failure to pay the collateral amount due or to appear in court on the date and time scheduled for you will result in the suspension of your driving privileges and/or vehicle registration.

**What happens if I don't pay the ticket or appear in court?**
If you fail to pay the amount due or to appear in court on the date and time scheduled, the United States District Court may issue a summons ordering you to appear or issue a warrant for your arrest. If you are charged with a motor-vehicle violation, the court may also report your failure to pay or appear to your state's motor-vehicle or driver-licensing agency, which may affect your driving privileges, or your vehicle registration, or both.

**I received a notice to appear, but I mailed my payment three weeks ago, did you receive my payment?**
Contact the Central Violations Bureau by calling 800-827-2982. Use option 4 to hear an automated recording with the status of your ticket.

**I received a ticket, but I have moved. How can I change my address?**
Address change requests must be submitted in writing to the Central Violations Bureau.  You may send a fax to 210-301-6401, email to info@cvb.uscourts.gov or mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

**Can I take drivers course/traffic school/defensive driving?**
Please appear on your scheduled court date for any special requests.

**Can I request community service, probation, or deferred prosecution?**
Please appear on your scheduled court date for any special requests.

**Where can I find directions to the court?**
Use the Court Links on this website for all court information.

**If I submit correspondence regarding my violation, do I still have to appear in court?**
Yes, unless you receive guidance from the court instructing you otherwise.

**I received a moving violation (i.e. a speeding ticket.) How many points will be assessed against my drivers license?**
You will have to contact your state's Department of Motor Vehicles or Licensing to determine the point value of the offense. The Central Violations Bureau does not maintain this information.

**Where does the money go when I pay a ticket?**
Funds collected from the payment of petty offense cases are deposited into the Crime Victims Fund. The Crime Victims Fund was established by the Victims of Crime Act of 1984 and is a major funding source for victim services throughout the country. For more information about the Crime Victims Fund and how the funds are disbursed, visit the Office for Victims of Crime website at http://www.ojp.usdoj.gov/ovc/. The $25 processing fee is used to offset court costs.

**Will I be charged a fee if my check or electronic payment is returned from my bank for lack of funds?**
Yes, there is a $53 fee for payments returned to the court for non-payment. See the District Court Fee Schedule for a detailed list of fees.

**How do I obtain a release for my driver license or vehicle's registration?**
All releases are processed automatically once a fine is paid in full or the case is dismissed. They are processed in accordance with the policies of the Department of Motor Vehicles of your state and may require several weeks to become effective . There is no additional fee assessed by the Central Violations Bureau to issue a release.

**How may I obtain a copy of the complete statement of the charge(s) against me?**
You may obtain a copy of the statement by calling 800-827-2982 or submitting a written request to the Central Violations Bureau through email, fax or mail. The request must contain the CVB Location Code, Violation Number, defendant name and contact phone number. Any information missing will delay the request. Please

allow 30 days from the date of issuance for the CVB to receive a copy of the ticket
from the law enforcement agency.

| | |
|---|---|
| The email address is: | info@cvb.uscourts.gov |
| The fax number is: | (210) 301-6401 |
| The mailing address is: | Central Violations Bureau<br>P.O. Box 780549<br>San Antonio, TX 78278-0549 |

**How do I get a refund for an over payment?**

Defendants must submit a letter of request along with a Refund Form to receive a
refund for payments made to the Central Violations Bureau. The request can not be
processed without both a letter of request and form. Click here for a copy of the
Refund Form. Please allow 4-6 weeks for payment processing. In most cases
refunds will be issued via electronic funds transfer. The refund will appear as a
credit to your checking or savings account.

NOTE: The document listed above is in Adobe's Portable Document Format (pdf). In
order to view pdf documents, you must have Adobe's Acrobat Reader. This reader is
available free at the Adobe web site.



Hours of Operation: Monday - Friday 8:00am to 6:00pm Central Time
Phone: (800) 827-2982 or (210) 301-6400 Fax: (210) 301-6401
Email: info@cvb.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.
The purpose of this site is to provide information about the U.S. District Court Violation Notice process.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS x
UNITED STATES OF AMERICA
                    v.
JOSEPH TROPEANO, SUSAN TROPEANO
                                                      x

                    Violation Numbers:
                    H5115114 and H5115113

                    Motion to change date
                        of "hearing"

"Defendants" Joseph and Susan
Tropeano, proceeding pro se, hereby
states:

1. Joseph and Susan Tropeano must change the
   date of their "hearing", from October 19, 2012
   to a much later date, at the beginning
   of the New Year, due to an insulin
   scam.

2. Susan Tropeano is outrageously, alarmingly,
   and unconscionably being denied her insulin
   by the NAZI-TERRORIST CULT/POLICE STATE
   REGIME, The Tropeanos are entrapped in.

3. Therefore, The Tropenos must seek immediate help to receive legitimate, ethical insulin so that Susan Tropeno does not die!

4 There is endless liability for all conspiring judicial parties who act deaf, dumb and blind to the insulin scam being perpetrated by the NAU, demonic thugs!

5. Read motion to dismiss which explains the insulin scam in detail.

2 Clarkson Lane
Rutland, Vt. 05701
Tel# (802) 747-9179

October 6, 2012

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS        X

United States of America

v.

JOSEPH TROPEANO, SUSAN TROPEANO   X

Violation Numbers:
H 5115114 and H 5115113

Recusal Motion

Defendants Joseph Tropeano and
Susan Tropeano, proceeding pro se
hereby request:

1. Magistrate Judge Marianne B. Bowler
_____ _____ly.

2. The Tropeanos are pre_____ incurring
_____ to being
_____ in a NAZI terrorist cult/
Police State Regime _____
B. Bowler and her _____ are remaining
SILENT, wanton__, _____ all;
including but not limited to that Susan
_____ly, alarmingly, and
_____ insulin.

3. The profound, grave reasons for Judge Bowler's recusal is explained in detail in the "defendants'" 43 page Notice of Motion to Dismiss.

4. It is self-evident that Judge Bowler and her staff are committing extremely lethal unethical practice against the Tropeanos due to bribes accepted from the lethal thugs.

5. The Tropeanos must be quite frank in this recusal motion as their lives are in great jeopardy. They need the legitimate, ethical, democratic judge who will salvage their lives by immediately sponsoring them to The United States Attorney who is responsible to eradicate heinous, pre-meditated crimes pursuant to many sections of U.S. Title 18!

2 Clarkson Lane
Rutland, Vermont 05701
Tel # (802) 747-9179

October 6, 2012