Please note: Some of these documents
are incomplete due to the lethal cult
barring us from using the copy machines
at establishments that welcomed us.
Therefore motions and legal letter writing
is hand-written which is painstaking to
write.

Our lives are controlled by the lethal
cult and if the judicial system acts
deaf, dumb and blind our lives will be
sacrificed in the very near future. There
is endless liability for aiding and
abetting this lethal cult who want us
dead.🔸

All judicial parties must think again
to the endless liability they are committing,
as they are a day pre-mediated first
degree murder to be committed to The
Tropeanos!        Susan Tropeano
                  Joseph V Zimmo

FILED
IN CLERKS OFFICE
2012 OCT 26  P 3: 49
U.S. DISTRICT COURT
DISTRICT OF MASS.

ADDENDUM TO 43 PAGE LETTER ADDRESSED TO MAGISTRATE JUDGE MARIANNE BOWLER, ET., AL.

September 13, 2012

Due to the outrageous, alarming cyber security crimes committed to The Tropeanos' computer and to all communication services, The Tropeanos were unable as of yet to send this profound document to Magistrate Judge Bowler, et., al. The corrupt, brutal, raging police with their comrades in crime; The NAZI cult, outrageously and alarmingly destroyed every conceivable communication service and communication electronics The Tropeanos own and pay for. As a result of all communication services BARRED/BLOCKED from The Tropeanos, at this point and time, The Tropeanos will probably have to hand deliver these lengthy documents to the court. However, after the court reads all these alarming documents submitted to the court, The Tropeanos are in great fear to enter court buildings due to the outrageous, alarming, violent illicit activities that are pre-mediated by different levels of law enforcement entities; some are possibly impostors, which is aided and abetted by governmental employees AND IMPOSTORS POSING AS GOVERNMENTAL EMPLOYEES. At such, The Tropeanos need to update the court of further alarming, illicit activities violently perpetrated against them.

Before The Tropeanos document further outrageous, alarming illicit activities occurring in the court building of The United States of America, they must additionally document below the illicit activities occurring with the "tickets." They are as follows:

As of September 13, 2012 JUSTIA.COM FOUND NO RECORDS OF JOSEPH TROPEANO FOR PENDING LAWSUITS FILED IN DISTRICT COURT, DISTRICT OF MASSACHUSSETTES WITH MAGISTRATE JUDGE MARIANNE B. BOWLER.

As of September 13, 2012 JUSTIA.COM FOUND NO RECORDS OF SUSAN TROPEANO FOR PENDING LAWSUITS FILED IN DISTRICT COURT, DISTRICT OF MASSACHUSSETTES WITH MAGISTRATE JUDGE MARIANNE B. BOWER.

Furthermore, as of September 13, 2012 JUSTIA.COM FOUND NO RECORDS OF JOSEPH TROPEANO FOR PENDING LAWSUITS FILED IN ANY COURT IN THE STATE OF MASSACHUSSETTS.

As of September 13, 2012 JUSTIA.COM FOUND NO RECORDS OF SUSAN TROPEANOS FOR PENDING LAWSUITS FILED IN ANY COURT IN THE STATE OF MASSACHUSSETTS.

SEE EXHIBIT A-2 WHICH ATTESTS TO THESE ABOVE FACTS.

FURTHERMORE, SUSAN TROPEANO NEVER RECEIVED A NOTICE TO ATTEND A HEARING. ONLY JOSEPH TROPEANO DID. ADDITIONALLY, IT STATES ON JOSEPH TROPEANO'S NOTICE FOR A HEARING THAT HE IS ENTITLED TO A COPY OF HIS "CHARGES." ON THIS NOTICE IT STATES THAT HE CAN OBTAIN A COPY OF HIS "CHARGES" BY CALLING CENTRAL VIOLATIONS BUREAU. HOWEVER, THE TROPEANO CALLED CVB A MYRAID OF TIMES. IT IS JUST AN AUTOMATED RECORDING. YOU CANNOT SPEAK TO A LIVE PERSON AND THEREFORE AT THIS POINT AND TIME, IT IS IMPOSSIBLE TO RECEIVE A COPY OF THE SO-CALLED "CHARGES."

THE TROPEANOS TRIED TO OBTAIN A COPY OF THESE "CHARGES" WHEN THEY SPOKE TO "EILEEN FINNEY." HOWEVER, AS EXPLAINED IN THIS PROFOUND DOCUMENT, SHE SPOKE OVER THE TROPEANOS AS IT WAS SELF-EVIDENT SHE WAS TRYING HER BEST TO UNLAWFULLY PROTECT THE R.I.C.O. PARTIES WHO ARE DESTROYING EVERY CONVEIVABLE ASPECT OF THEIR LIVES. FURTHERMORE, THE TROPEANOS WANTED A COPY OF SUSAN TROPEANO'S "CHARGES" BUT AGAIN EILEEN FINNEY SPOKE OVER THEM.

IT IS SELF-EVIDENT CHAOS, HAVOC AND FRAUD WAS COMMITTED WITH THE CREATION OF THESE "TICKETS" BY THE VILE, VENEMOUS LAW ENFORCEMENT AND OR IMPOSTORS WHO OUTRAGEOUSLY, ALARMINGLY AND UNCONSCIONABLY HELD THE TROPEANOS HOSTAGE ON JUNE 28, 2012 ON THE O

IT IS A KNOWN FACT THAT EVERY ASPECT OF THE TROPEANOS' LIVES IS IN A CHAOTIC, FRAUDULENT, FRIGHTENING DISARRAY DUE TO THEM BEING OUTRAGEOUSLY, ALARMINGLY, UNCONSCIONABLY FORCED TO SURVIVE UNDER A NAZI/POLICE STATE REGIME DUE TO BRIBES ACCEPTED BY ALL LAW ENFORCEMENT ENTITIES, SOME CORRUPT GOVERNMENTAL OFFICIALS INCLUDING BUT NOT LIMITED TO THE JUDICIAL SYSTEM! IT IS A DISGRACE, SHAMEFUL AND PATHETIC THAT HUMAN LIVES MUST BE SACRIFICED FOR THE LOVE AND GREED OF MONEY!!!!

The Tropeanos will address the court with the most recent violent R.I.C.O. activities occurring in the court buildings of The United States of America. They are as follows:

1. On September 11, 2012, The Tropeanos went to The United States District Court in Brattleboro, Vermont to inquire about pertinent information. At such, they arrived at this court building at approximately 2:00 in the afternoon. Upon approaching the court building, The Tropeanos noticed a white, gray hair male wearing a white long sleeve button down shirt with gray pants. This white male was standing by the side of the court building by a large window which was opened. They saw this white male talking to someone from this opened window. As The Tropeanos passed by this male, he immediately follows them to the front entrance of the court building. The Tropeanos surmised that foul play as usual was taking place as The Tropeanos are incessantly, outrageously, alarmingly monitored and "controlled by the demonic members of the NAZI cult they are entrapped in.

2. Against The Troepanos' better judgment, they tried their best to ignore this seedy character, as the cult always tries to destroy The Tropeanos from pursuing what they need to do in order to be released from their regime, and therefore, The Tropeano tried to ignore this cult member as they needed to seek vital information for their case.

3. Upon entering this court building, The Tropeanos noticed that there was not any activity being conducted in the building. The building was extremely quiet. The only activity that was taking place were two so-called security guards who was standing by the open window where the white male suspect was standing. As this alarming incident unfolds, it will become evident that this white male was intently talking to the security guards and was the orchestrator for the frightening illicit activities which took place in the District court building located in Brattleboro, Vermont.

4. The security guards met The Tropeanos and performed the usual routine of scanning them and their belongings. Please note: all court security guards in the past till this present time have incessantly committed a myriad of illicit activities when it concerns The Tropeanos; and as this addendum will unfold, the alarming illicit activities continued.

5. After scanning The Tropeanos and their belongings, the security guards informed them to proceed to the second floor where the CLERK'S OFFICE IS LOCATED. Upon entering the second floor of this court building, it was completely deserted except for an OPENED DOOR WHICH SUPPOSEDLY WAS THE CLERK'S OFFICE. A white female so-called court employee was sitting at a desk. There were no other court employees present in this office. The female employee had short, straight grey hair and was in her mid 60's to 70. She greeted The Troepanos by stating, "Can I help you?"

6. The Tropeanos informed her that they are in an emergency, life-threatening situation. They gave her a brief overview of how they are entrapped in a NAZI/POLICE STATE REGIME. After The Tropeanos poured their heart out to her, this "employee" showed no sympathy or concern to the devastating predicament they are victims of. Instead she outrageously and alarmingly EXCLAIMED, "WHAT WOULD YOU LIKE THE COURT TO DO FOR YOU??!!"

7. As one could imagine, The Tropeanos were further traumatized and shocked that she could ask such a lunatic statement. At such The Tropeanos replied, "IT IS SELF-EVIDENT WHAT A COURT OF LAW WOULD DO. THE COURT NEEDS TO PUNISH THESE LETHAL CRIMINALS BY PLACING THEM BEHIND BARS SO THAT WE CAN LIVE OUR LIVES AGAIN." At that said, the female "employee" absurdly and unconscionably stated, "YOU NEED TO CONTACT THE POLICE. THEY ARE THE ONES WHO ARE SUPPOSE TO HELP YOU." The Tropeanos stated, "WERE YOU LISTENING TO A WORD THAT WE SAID TO YOU??!! We are victims of police corruption and brutality!" At that said, the female "employee" stated again, "YOU NEED TO CONTACT THE POLICE."

8. The Tropeanos were further traumatized and terrorized by her grossly libel comments. The Tropeanos asked this "employee" for her full name and title. The employee informed them that her name is KATHLEEN KORSTANGE AND THAT HER TITLE IS DEPUTY CLERK.

9. DUE TO THE VERY SUSPICIOUS, OUTRAGEOUS AND ALARMING COMMENTS STATED BY THIS EMPLOYEE, THE TROPEANOS INFORMED HER TO WRITE DOWN HER FULL NAME AND TITLE. PLEASE SEE EXHIBIT 1 ATTACHED TO THIS ADDENDUM. EXHIBIT 1 ATTESTS TO A DOCUMENT WRITTEN BY THE SO-CALLED FEMALE "EMPLOYEE" WHO IDENTIFIED HERSELF AS KATHLEEN KORSTANGE, DEPUTY CLERK OF THE COURT.

10. After this so-called Deputy Clerk wrote this document, The Tropeanos exclaimed to her, "HOW COULD YOU SAY TO US AFTER WE INFORMED YOU OF OUR HORIFFIC, DEVASTATING

PREDICAMENT WE ARE ENTRAPPED IN, WHAT IS IT THAT YOU WANT THE COURT TO DO FOR YOU??!! THIS IS THE UNITED STATES OF AMERICA! LOOK AT THE FLAG IN YOU OFFICE! ANYONE WOULD KNOW WHAT THE COURT SHOULD DO! THESE NAZI THUGS MUST BE PUNISHED BY BEING PLACED BEHIND BARS SO THAT WE SALVAGE OUR LIVES! HOW COULD ASK US SUCH A TRAUMATIZING AND TERRORIZING STATEMENT??!! THE FLAG IN YOUR OFFICE REPRESENTS JUSTICE AND FREEDOM FOR ALL! THIS IS NOT NAZI AMERICA AND THE QUESTION YOU ASKED US PROVES THAT YOU ARE AIDING AND ABETTING THESE R.I.C.O. ACTIVITIES TO CONTINUE AND THUS YOU ARE ADDED TO OUR HUMONGOUS LIST OF R.I.C.O. PARTIES!"

Very Serious... Urgent!
Mr. and Mrs. Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont 05701
Tel. # (802) 747-9179

Attention:
* Senior FBI Agents and Director of FBI in Boston, Massachusettes

* Judge Mariana B. Bowler - U.S. Magistrate Judge of U.S. District Court, District of Massachusetts (Please note: Please forward these urgent, profound documents to Judge Bowler as we could not locate her fax number)*

* Chief Judge Mark L. Wolf - U.S. District Court, District of Massachussetts *(Please forward these documents as well to Judge Wolf as we could not locate his fax number)*

* Sarah Allison Thornton, Clerk of Court, U.S. District Court, District of Massachusetts

-1-

* Robert M. Farrell, Chief Deputy Clerk, U.S. District Court, District of Massachusetts

* Susan Mohr, Human Resources Director, U.S. District Court, District of Massachusetts

* Kristi Allard, HR Specialist, U.S. District Court, District of Massachusetts

* Nancy Castman, HR Coordinator, U.S. District Court, District of Massachusetts

* Robert Silva, HR Assistant, U.S. District Court, District of Massachusetts

* Intake Customer Service: Francis Costilla, Catherine Jawik, Jeanette Ramos, U.S. District Court, District of Massachusetts

* Stacie Hylton, Director, U.S. Marshalls
* (Please forward documents to Stacie

-2-

Hy/ton)*

* Chris Dudley, Deputy Director, U.S.
Marshalls * (Please forward documents
to Chris Dudley) *

Legatty
Re: A brief, recent background of The
Tropeanos <s>Devastating</s> Lives they are
barely surviving under. The Tropeanos'
case sets a precedent in the United
States of America judicial system: AN
AMERICAN ATROCITY occuring in MODERN
AMERICA. This American Atrocity is incessantly
by The Nazi cult and the corrupt, brutal
law enforcement entities who are trying
their corrupt best to murder The
Tropeanos; and actually committed a
brutal, tragic murder to Susan Tropeanos'
dear mother who recently passed away
from the brutal, barbarous brainwashing
which destroyed all her dear mother's
food tubes.
   The Brunswick Police in Brunswick
Maine set-up The at The FBI in Boston
                    -3-

Mass. as they informed them to visit the F.B.I. in ~~Boston~~, Mass. ~~Due to the huge~~, intrastate, lethal conspiracy/scandal The Tropeanos are entrapped in, the lethal set-up situation being HELD HOSTAGE at the 6th floor of the FBI, by 4 police "officers" and a "security guard" with TATOOS covering his entire arms was pre-meditated.  The Tropeanos were lucky to leave this horiffic hostage situation without being bratally attacked. For the past, The Tropeanos were brutally attacked by four police officers in Richmond Hill, Queens, N.Y. and other devistating incidents of police brutality occurre. These brutal attacks schemed and perpetrated by the police are also schemed and perpetrated by all law enforcement entities, security and impostors who pretend to be law enforcement and or security officers.                September 7, 2012

This profound, grave letter is to document how The Tropeanos are lunatically outrageously, unconscionably and fraudulently cited for a misdemeanor of "disordly conduct" at U.S. District Court, Department of TRAFFIC. The Tropeanos will list as briefly as possible below the tremendous, endless

- 3A -

liability which occurred at U.S. District Ct, District of Massachussetts as the R.I.C.O. activities filtrated in full force in the Federal court building till this present time; September 7th, 2012. At such, many so-called "employees" working at this federal court building are guilty pursuant to many sections of U.S. Title 18 including but not limited to section 2332b: Bullying victims on a grand scale which could lead to death!

The R.I.C.O. activities occuring at District court, District of Massachussetts are as follows:

* On or about late July 2012 - early August 2012; The Tropeanos were very concerned about their outrageous, lunatic, alarming, fraudulent "tickets" received.

* The Tropeanos could not speak personally to anyone at the Central Violations Bureau. Therefore, The Tropeanos wrote a profound, grave, nine (9) page document with exhibits attached to the

-4-

Patriot Act.
of this NA _____ Patriot Act.
The Patriot Act unlawfully blocks/bars The Tropeanos
from using any means of communication including the U.S.
Postal System. At such the police confiscate all mail sent
by The Tropeanos regarding their case. Thus CVB never receiv
The Tropeanos' mail.

↑
(see below)  Central Violations Bureau located
in San Antonio, Texas. Please see this
profound grave document labelled
Exhibit A which attests to a myriad of
lethal crimes and violations committed to The Tropeanos
 *  Although The Tropeanos sent this
profound, grave document via "mail" June 7
First Class Large Env. 3.40 of The
Tropeanos never received any correspondence
from the Central Violations Bureau.
Please see the receipt of The Tropeanos'
mail sent to Central Violation Bureau
located in San Antonio, Texas labelled
as Exhibit B. ** (see above) ↑
 *  Till this present time, September
1st, 2012; not only did The Tropeanos
never receive any correspondence, Joseph
Tropeano finally received a notice on
September 5th, 2012 to appear at U.S.
District Court. On this violation notice
it states, "A violation issued to you
personally, or placed on your vehicle,
remains unanswered." Furthermore, as
of September 27, 2012 The Tropeanos court case was
NEVER documented on Justia.com. See Exhibit A-1.
 *  The above statement is absurd, lunatic
and beyond comprehension. First of all
The Tropeanos were NOT in their
- 5 -

vehicle when they received their
outrageous, alarming, unconscionable,
fraudulent criminal misdemeanor of
"disorderly conduct." They were at The
F.B.I. office and while leaving the office
they were outrageously alarmingly and
sadistically held hostage on the
sixth floor lobby of The F.B.I. building.
This devastating, frightening incident
occurred when the Tropeanos had to
enter the office again due to the
security guard who took The Tropeanos
tape recorder while waiting to speak
to a SENIOR F.B.I. agent. Instead, Kevin
Sharey, a young F.B.I agent met
The Tropeanos and informed them that
he will not investigate their case as
The Tropeano's case is too surreal and has too
many strong allegations. He stated
these devastating, outrageous remarks
after reading the complaint given to
The Tropeanos to write in the waiting room of
the F.B.I. office. Please see this
* complaint attached to Exhibit A.
At those horrific statements uttered
by "Kevin Shorey" of the F.B.I., the
Tropeanos informed him that they will
hold him liable as they will die from
-6-

the Nazi cult/police state they are

\* entrapped in/

\* Pursuant to the "charge" The Tropeanos received, it refers that The Tropeanos were "disorderly" because they did not follow procedures of how to make a complaint at The FBI. This information was relayed to The Tropeanos by Eileen Feeney.

\# Ms. Eileen Feeney at U.S. District Court, stated via telephone on September 7, 2012, "Didn't you know that you can't just walk into an F.B.I. office??!!" This statement is beyond comprehension.

\* "First of all," when The Tropeanos entered one Centre Plaza where the F.B.I. is located, they asked the security guard what floor The F.B.I. is located on as they need immediate help. The security guard informed The Tropeanos to proceed to the sixth floor.

Outragously According to Eileen Feeney, she reprimanded The Tropeanos via telephone exclaiming, "You just can't enter an F.B.I. office. You must make an appointment!" This customary R.I.C.O. comment is stated to The Tropeanos incessantly when they make a complaint regarding the lethal corruption they are outrageously and alarmingly entrapped

-7-

** Furthermore, as stated previously in documents (see end to Eileen Feeney, The Brunswick Police informed below) Tropeanos to immediately report to the Northeast Headquarters of the FBI located in Boston, Mass.

↓ in! The SAME, RICO COMMENT was recently stated to The Tropeanos
↓ on September 6th, 2012 when they visited Corporate Headquarters of Hartford Insurance. At this establishment, they have customer service representatives and other authorities who handle

crimes committed to the Tropeanos' computer; the above # is out of context

complaints. (* See above... Due to the cult cyber-

The Tropeanos' brake line of their vehicle was recently severed by the lethal thugs they are entrapped in. The Tropeanos have documents attesting to this lethal, life-threatening attempted murder Vandalism claims written by mechanics and tape recordings of other mechanics attesting to vandalism committed to their brake line. To make a long, horistic story short, The Nazi cult BRIBED Hartford; and at such, Hartford outrageously, alarmingly and unconscionably refuse to honor The Tropeanos' Vandalism claim.

* occuring at Hartford Ins
As a result of this lethal predicament The Tropeanos were mocked, abused, humiliated, disrespected by cult members at Hartford pretending to be security and
"Corporate Security" and other so-called

-8-

members of security as well,' The
on-going, lethel, pre-meditated
R.I.C.O. activities pursuant to
many sections of U.S. Title 18
continues incessantly DUE TO THE
RECKLESS, INTENTIONAL, NEGLIGEN
ABANDONMENT OF THE JUDICIAL
SYSTEM WHO CHOSE TO ACCEPT
BRIBES FROM THESE LETHAL,
DEMONIC, WEALTHY THUGS
WHO HAVE ENDLESS POCKETS
OF FILTHY, DIRTY MONEY.
In return for accepting their
money; all ruthless, Non-democratic
judges are PRACTICING NAZISM
when it concerns The Tropeanos; and
at such, The Tropeanos lives must
be sacrificed.

\* The Tropeanos will remind
the court, Susan Tropeano. mother's
life was recently sacrificed by this
Demonic Cult. Shame on the
judicial system!!

\* To continue writing this tortorous
document, What does Traffic Court
have to do with a criminal misdemeanor
of "disorderly conduct??!! This is
LUNATIC! A misdemeanor of disorderly

conduct is filed at CRIMINAL
COURT! When The Tropeanos Stated
this to Eileen Finney, She remained
silent. She then railroaded the
conversation stating, "If the judge
finds you guilty, you must pay an
additional $10.00 and a $15.00 fee
for parking."

* The Tropeanos will inform the
court, they are DESTITUTE DUE
TO THE NAZI CULT WHO TOOK
POSSESSION OF ALL THE
TROPEANOS' FINANCES, PROPERTY
... IN ESSENCE THE TROPEANOS
ARE STRIPPED AND ROBBED OF
ALL THEIR FINANCIAL SECURITIES
THEY WORKED ALL THEIR LIVES
TO HAVE

The Tropeanos are not the
criminals. The outrageous notice
stating, UNITED STATES OF
AMERICA vs JOSEPH TROPEANO
IS ALARMINGLY LUNATIC!

* First of all, it is The Tropeanos
who are barely surviving. They need a
lawsuit immediately enforced by The United of America
vs all myriad of R.I.C.O. defendants.
This is conducted and commenced by The U.S. Attorney

and legitimate and ethical senior
FBI agents!
\* The Tropeanos will absolutely
under no circumstances pay ONE
PENNY when they are the victims
penniless due to the demonic cult
who are practicing <u>Nazism</u> on them!!!

\* Writing this document is causing
further irreparable and irreparable
harm to The Tropeanos as all pre-meditated
set-up situations and murderous R.I.C.O.
crimes are lunatically and tortorously
REVERSED which is deliberately and
recklessly intended to torment The
Tropeanos,... resulting in a catastrophic
consequence which will lead to their
death! The Tropeanos have many
medical documents and letters from
their past, long term psychologist, Dr.
Victor De Fazio, attesting to these
lethal facts!!!

\* To continue with the tortorous,
reprimanding comments of Eileen
Finney she exclaimed to Susan
Tropeano, "YOU DO NOT ASK WHAT
MY TITLE IS WHEN you CALL A
FEDERAL COURT!" Her lunatic, scolding

** Furthermore, Eileen Feeney tried her best to
(all avoid all legitimate concerns and information The
below) Tropeanos needed to address with her. Eileen Feeney
outrageously hung up the phone while The Tropeanos needed
to address vital information.

comments reeps of foul play. After
The Tropeanos informed her of the
devastating, horiffic predicament they
are outrageously and alarmingly
entrapped in.

*    Furthermore, Eileen Feeney outrageously
commented, "I know you came to this
court before." This comment attests to
the huge, R.I.C.O. lethal Conspiracy which filtrated
into The District Court, District of
Massachussettes!. There are myriad of
people who frequent the court each day.
Eileen Feeney's statement of knowing
that we visited the court is deplorable
as she is not privy to know that
The Tropeanos were at court!

*    To continue with Eileen Feeney's
inappropriate behavior and comments, she
constantly interupted the conversation
via telephone. This is yet another,
customary R.I.C.O. pattern which
occurs when the corruption filtrates
in full force in the judicial system (see
of the United States of America! ** above)
*    The   lethal filtration of R.I.C.O.
activities  pursuant to many sections
of U.S. Title 18 began when The Tropeanos

frequented U.S. District Court, District of Massachusetts on or about late July - early August of 2012. The following serious illicit activities occurred:

\* The Tropeanos went to the clerk's office as they had major concerns about the fraudulent, lunatic "tickets" they received. At the very front desk of the clerk's office, The Tropeanos approached a female employee. They informed her that they have serious problems with a ticket they received. Please note; Another clerk of the court in a neighboring courthouse informed The Tropeanos that their legitimate serious concerns must be immediately addressed at the clerk's office at District Court.

\* The female employee immediately and abruptly informed The Tropeanos, "We cannot help you with your tickets! See the U.S. Attorney located in this building!" At that said, The Tropeanos thought that maybe she was "helping them" as The Tropeanos desperately need the U.S. Attorney to save their lives!

\* Please note; The Nazi cult monitors and follows The Tropeanos 24/7

— '14 —

as they stalk them to every establishment
and entity The Tropeanos frequent. At
such, the cult schemed the illicit
activities which occurred at the U.S.
Attorney's office. This malicious scheme
was deliberately intended so that The
Tropeanos would be BARRED/BLOCKED
from receiving legitimate, ethical help
at the clerk's office.

✱      At the onset of arriving at the U.S.
Attorney's office, the lunatic, customary
R.I.C.O. Contradictions were in full
force. The female receptionist at the front
desk stated, "You must make an
appointment to see the U.S Attorney" The
Tropeanos were about to make an
appointment, but instead the female
receptionist changes her mind stating, "Some
one will be here shortly to speak to you."
In a matter of seconds, a white male
in his 40's introduces himself. He claimed
he worked in the administration dept. of
The U.S. Attorney. He immediately handed
The Tropeanos his business card. Please
note: Impostors are very prevalent
and all used incessantly when it
concerns The Tropeanos. All impostors
never wear name tags, have business cards

nor any means of identification to identify themselves. The Tropemos just recently cited many impostors who had no identification who pretend they are governmental representatives, doctors, assistant attorney general, phone installers, etc, etc! These impostors sign their name to official governmental documents committing many types of FRAUD INCLUDING BUT NOT LIMITED TO FRAUD IN FACT!

* As a result of these R.I.C.O. illicit activities, the white male immediately handed The Tropemos his business card. The Tropemos misplaced his business card and forgot his name due to the never-ending R.I.C.O. crimes committed to them on an unabated daily basis! However The Tropemos will locate his name and business card when the proper authorities take over this huge, interstate, murderous R.I.C.O. scandal they are entrapped in! The Tropemos also have tape recordings of this corrupt individual.

* To make a long, horrific story short, this corrupt white male at the U.S Attorney office REASSURED that their serious concerns regarding The Tropemos' lunatic, fraudulent tickets

–16–

will be investigated at the U.S. Attorneys Office. The Tropianos asked for the person's name and title who would address their serious concerns. The white male stated, "You are NOT TO KNOW FOR SECURITY PURPOSES!" Red flags raised when he stated this fact as it is a customary R.I.C.O. pattern NOT TO GIVE NAMES AND TITLES when The Tropianos encounter impostors and or are exposed to full-blown R.I.C.O. activities. As mentioned previously, Eileen Ferrey committed the same at the onset when speaking to The * Tropianos via telephone. At the time the white male at the U.S Attorneys office handed his business card to The Tropianos while he copied the letter addressed to the Central Violations Bureau to be read by an "UNKNOWN PARTY" at the "U.S. Attorneys office", The Tropianos could not find his business card. Therefore, they asked him for another one. The white male replied, "THAT IS MY ONLY BUSINESS CARD! PLEASE LOOK FOR IT. I DON'T HAVE ANYMORE!" Definite red flags of foul play respied in every crevice in the waiting room where The Tropianos

consulted w/ this corrupt individual.
Please note: It is a customary R.I.C.O.
pattern to meet with impostors and
corrupt representatives in a waiting
room or some other area of the
building as these corrupt individuals
do not have an office as they are
pretending to take in the role of
someone else.
* Furthermore, this white male
had his business card with his
cell phone listed. It is not professional
to list a cell phone number when
one claims to be a governmental official
As one could imagine, foul play reaped
at the U.S. Attorneys office in Boston, Mass
* As a result of all the above, the
white male was a hoaxer. No one in
the office of the U.S. Attorney helped
The Tropeanos with their serious
concerns regarding their "tickets."
* The white male was a set-up
pretending to "help" The Tropeanos
so that they could not pursue the
legitimate, ethical help at the
clerks office. Thus, The Tropeanos
paid huge amounts of gas to travel
to Boston, Mass and instead of receiving

**✱✱** The violation tickets were never signed by The Tropeanos
−18−
because the entire ticket is FRAUD. Again a criminal
misdemeanor is heard in criminal court, NOT TRAFFIC court

legitimate and ethical help at the
clerk's office they were deviously
see below referred to the U.S. Attorneys office
where this corrupt individual and
most likely an impostor schemed and played a
**✱** lethal prank against The Tropeanos

**✱** On or about mid August of 2012,
The Tropeanos were getting alarmed
as they were not notified (see above) regarding
their "tickets." The Tropeanos have
legitimate fears as this NAZI cult
tries their corrupt best to murder
The Tropeanos. They incessantly
committed cunningly scheme all illicit
activities, doctor's offices, hospitals, LIPA office,
etc., etc. In order to comprehend
all murderous set-up situations schemed
against The Tropeanos; please see
Exhibit C, consisting of seventy one (71)
pages describing
just a portion of the full-blown, out-of-control, murderous,
recent R.I.C.O. activities The Tropeanos
are victims of!

As a result of constant NAZISM
committed against The Tropeanos for
almost nine excruciating, nightmare
years to date, The Tropeanos are in
a very fragile state suffering complex
PTSD resulting in further incessant
irreparable and irreversible harm.

\* The constant, unabated document writing and constant, unabated R.I.C.O. crimes inflicted upon The Tropeanos will make any human being deathly ill. The Tropeanos have many medical letters attesting to these profound grave facts!

In the year 2008, Susan Tropeano was diagnosed with diabetes which was brought on by the lethal corruption she is incessantly exposed to; and the torturous, incessant work to constantly log and write legal documents which is currently impossible to pursue! The Tropeanos are working over-time trying every conceivable way to save their lives. \* \* Susan Tropeano is INSULIN DEPENDENT! She is nearing the end of her insulin and has no way to receive legitimate insulin due to this NAZI cult who transports counterfit insulins into the pharmacies. This murderous R.I.C.O. activity must cease and desist

\* immediately in order to SAVE SUSAN TROPEANOS LIFE! \* Again, There is as the judicial system egregess liability Tropeanos + "live" under this Nazi Regime / Police State due to the judicial system accepting bribes from these lethal, wealthy thugs!

\* When The Tropeanos frequented U.S. District Court in Boston, Massachussetts for the second time on or about mid August 2012, The Tropeanos spotted

The U.S. Marshall's office which is located on the first floor of the court building. The Tropeanos decided maybe they could find help in that office since The U.S. Marshalls are legally responsible to eradicate NAZI cults. At such, The Tropeanos met with three (3) so-called U.S. Marshalls."

✳   At the onset of meeting these marshalls, they introduced themselves to The Tropeanos stating, "We are U.S. Marshalls, how can we help you?"

✳   Please note: The Tropeanos thought that they would have to make an appointment to see a U.S. Marshall, however, 3 U.S. Marshalls miraculously appeared. At the same token, The Tropeanos thought the same when visiting The F.B.I. office on June 28, 2012. However at both these entities, The Tropeanos met with these "governmental officials" immediately.

✳   Let The Tropeanos make this very clear. At the U.S. Marshall's office, a so-called male employee of that office met and greeted

-21-

The Tropeanos at the front entrance
door of the U.S. Marshall's office.
:    When The Tropeanos went to
The F.B.I. office, located at 1 Centre Plaza,
The Tropeanos were informed by the
security of the lobby of that building
to proceed to the 6th floor to make
a complaint to the F.B.I.
    Once The Tropeanos reached the
sixth floor, a security guard "with
tattoos" covering his entire arm,
pried into their personal business asking
The Tropeanos too many confidential
questions which was not his business to
do so. He then escorted The Tropeanos into
the waiting room of The F.B.I.
office. At that time, the security
guard took The Tropeanos' tape recorder
without giving them a receipt for
the recorder.
*    Mrs. Eileen Feeney outrageously informed
The Tropeanos that they did not
follow procedures at the F.B.I. office
and that they did not want to
leave the office! Ms. Feeney further
stated, "You just can't walk into an
F.B.I. office! You must make an
appointment!"

✳ The Tropeanos did follow all procedures; it was the "security guard" and the corrupt, brutal "police" who committed R.I.C.O. activities on the 6th floor of The F.B.I. building! Please read Exhibit A, a 9 page letter dated July 16, 2012 which attests to all the alarming, outrageous illicit activities conducted at the F.B.I. office.

✳ Furthermore, Eileen Feeney stated to The Tropeanos that they did not want to leave the office" again insinuating that we were disorderly. Let The Tropeanos make this very clear: The Tropeanos WERE HELD HOSTAGE ON THE SIXTH FLOOR OF THE F.B.I. BY FOUR (4) CORRUPT, BRUTAL "POLICE" OFFICERS AND A "SECURITY GUARD." The Tropeanos were TRAUMATIZED and TERRORIZED as these "law enforcement" officers malovolent, demonic mission was to brutally attack The Tropeanos; and when they could not accomplish their murderous mission; they outrageously, demonically and unconscionably

Issued The Tropeanos fraudulent tickets for DISORDERLY CONDUCT! Again Read Exhibit "A" for all alarming illicit activities committed. It is SELF-EVIDENT THE SO-CALLED "POLICE", "SECURITY" AND SO-CALLED "EMPLOYEES AND AGENT OF THE F.B.I WERE NOT FOLLOWING PROCEDURES! Issuing tickets of Disorderly Conduct to The Tropeanos is disgraceful and deplorable! If the police and all law enforcement behaved professionally and abided by the penal codes of the United States of America, The Tropeanos would NOT BE VICTIMS OF A NAZI/ POLICE STATE REGIME FOR ALMOST NINE (9) EXCRUCIATING, OVERWHELMING, NIGHTMARE YEARS TO DATE! It is clearly self-evident, who is committing Disorderly Conduct."

As stated previously, the customary R.I.C.O. pattern is to REVERSE ALL CRIMES COMMITTED BY ALL DEMONIC PARTIES, AND THUS THE TROPEANOS ARE LABELLED THE CRIMINALS WHILE

THESE LETHAL THINGS INCESSANTLY
SCHEME &COMMIT, NEVER-ENDING R.I.C.O.
CRIMES AGAINST THE TROPEANOS
WITH THEIR DEMONIC MISSION:
TO CAUSE DEATH TO THE TROPEANOS!
This must cease and desist
immediately!
* Furthermore, Eileen Feeney
informed The Tropeanos that
police officer, Saccardo, the one
who was "chosen" by the 3 vile, venemous
police to write their tickets, although
they discussed in front of The Tropeanos
that they had no idea how to write
the ticket, works for Homeland
Security.
        The Tropeanos informed Eileen
Feeney that this is the second time
Homeland Security is trying their
corrupt best to assault them. In order
to comprehend the severity of all
corrupt law enforcement entities who
are trying their best to murder
The Tropeanos, watch The Tropeanos
YouTube videos, "A CRY FOR
HELP, Susan and Joseph Tropeano."
In these videos it explains
the alarming, corrupt tactics

of police officer Hamel, another "police officer" of Homeland Security who traumatized and terrorized The Tropeanos on a grand scale pursuant to U.S. Title 18, section 2332b!

It is a disgrace and deplorable that corrupt Homeland Security officers are recklessly, deliberately and negligently trying their best to murder the Tropeanos instead of fulfilling their job duties which is to keep America safe as possible, guarding America from terrorist attacks!

Instead P.O. Hamel and Saccardo in their warped minds are trying their corrupt best to make the Tropeanos the terrorists as they are trying to make the Tropeanos react to all their heinous crimes perpetrated against The Tropeanos and in this way they label The Tropeanos as terrorists!

As explained in Exhibit A, one of the vile, venomous police officers who held The Tropeanos hostage on the 6th floor of the FBI exclaimed, "You are the thugs! You are the wanted

ones! That's why we are here!" Again,
Read Exhibit A in its entirety and
review all exhibits attached including
TWO DOCUMENTS REGARDING THE
U.S. ATTORNEY WHO TWICE
REFERRED THE TROPEANOS TO
CONFER WITH SENIOR F.B.I.
AGENT, PETER GRUPE.

As the customary, R.I.C.O.
pattern continued, The Tropeanos
were BARRED/BLOCKED from
conferring with Peter Grupe,
thus NO FBI investigations were
conducted! This is an American
Atrocity leaving The Tropeanos
helpless in a Nazi/Police State
Regime until they die from all heinous,
murderous crimes perpetrated against
them on a 24/7 basis!!

To continue with The U.S. Marshall's
office, as stated previously, all
three U.S. Marshall's introduced themselves
to The Tropeanos. They informed The
Tropeanos and a relative of The Tropeanos,
who was a witness
to the horiffic events which transpired;
to discuss our horiffic, confidential predicament in an
open public sitting area of the court
building. Please note: The U.S Marshells consisted of a white

males and one white female.

✳ As the customary R.I.Co.O. pattern incessantly continues, all "governmental officials" and non-governmental representatives as well, who meet with The Tropeanos, NEVER MEET THE TROPEANOS IN THEIR OFFICES WHICH THEY SUPPOSEDLY WORK IN. At such, red flags raised once again. Confidential, alarming matters are always discussed in private in someone's office.

Furthermore, meeting in a public place, outside of ones' office, suggests that these "governmental officials" or representatives are NOT who they claim to be. As stated previously, living under this Nazi Regime police state, The Tropeanos encountered a myriad of lethal impostors; and sure enough as this document unfolds The U.S. Marshalls terrorized and traumatized The Tropeanos on a grand scale pursuant to section 2332b of U.S. Title 18!

✳ At the onset of meeting the "U.S. Marshalls" and discussing their case with them, all three U.S. Marshalls pretended like they could not understand why The Tropeanos are in such a horiffic predicament. They started to mock and abuse The Tropeanos as they asked

The Tropeanos lunatic questions. The so-called female "U.S. Marshall" just sat with a smiling grimace plastered on her face followed by the two male "U.S. Marshalls" displaying the same obnoxious, smiling grimace. At that point, red flags raised once more.

☀ The Tropeanos asked for the U.S Marshalls credentials as they never introduced their names to the Tropeanos. One of the male "U.S. Marshall" gave his name; however, the other two remained silent. As anyone could imagine, foul play was self-evident.

✳ After asking about four times for the names of the other two "U.S. Marshalls;" the other male "U.S. Marshall" divulged his name while the female "U.S. Marshall" sat silent, while the Tropeanos are repeatedly asking for her name.
         Finally, after The Tropeanos were exasperated and exhausted asking repeatedly for her name, the female "U.S. Marshall" exclaimed, "I will NOT give you my name!" At that point, one of the male "U.S. Marshall" tries to cover-up for her extremely illicit remark by outrageously exclaiming, "She is not a U.S. Marshall.

She works for me. She is an observer!" At that said, The Tropeans asked for their titles again and to write their names and titles on a sheet of paper The Tropeans had with them. See Exhibit D which shows their names and titles written.

It was NOT an easy task for these so-called "U.S. Marshalls" to write their names down. It was after The Tropeans cited all 3 "U.S. Marshalls" for not wearing any GOVERNMENTAL TAGS or NAME PLATES to identify themselves which is MANDATORY to wear by any employee who works in a governmental building!

As a result of the illicit activities committed, The Tropeans needed to immediately proceed to the clerk's office to inquire about serious concerns regarding their fraudulent tickets received. Living under this Nazi/Police State Regime The Tropeans are always BARRED/ BLOCKED from receiving help; and instead they are severely bullied, mocked and VIOLENTLY victimized to the extreme. (U.S.titles) - As this document unfolds, asking concerned questions at the clerk's office

✱ resulted in the "U.S. Marshalls"
VIOLENTLY VICTIMIZING THE
TROPEANOS AND THE RELATIVE
WHO WAS A WITNESS TO THIS
VIOLENT SCENE !!

✱ The Tropeanos approached a white female
employee of foreign desent who was
working behind the counter of the club's
office. They expressed their serious
concerns regarding the fraudulent "tickets"
recieved

The Tropeanos informed the female
employee that the Central Violation
Bureau number which is (802) 827-
2982 is an automated recording; at
such, there is no one who can answer
their concerns. The Tropeanos informed
this employee of the dwastating existence
they are barely surviving under and
that they are further alarmed that
they may get arrested due to /ethal
pranks committed with their "tickets."
The female employee pretended not
to hear any of the Tropeanos' concerns,
never expressed sympathy to the
Tropeanos regarding their NAZI/Police
State Regime they are barely surviving
under.

* Instead, the matter of factly employee stated, "Take a seat. I'll see what I can find out about your "tickets." The Tropeanos waited for approximately one hour to find out information regarding their fraudulent "tickets."

This one hour waiting period reaped of foul play. The usual customary procedure when one inquires about a "ticket" is that the employee looks up their ticket on the computer. It takes a matter of seconds to relate information to the concerned party. However, when it concerns The Tropeanos, schemes, cover-ups, foul play is incessantly committed and thus The Tropeanos are incessantly exposed to murderous, pre-meditated R.I.C.O. activities pursuant to many sections of U S Title 18!

Please note: Since The Tropeanos were sitting for a length of time, they noticed the beginning of these illicit activities which were about to explode. The Tropeanos noticed a tall, white female with black hair who incessantly walked back and forth by the clerk's office evidently watching The Tropeanos

and the clerk searching for the whereabouts of their "tickets."

At that time, Susan Tropeano needed to stretch out and thus took a walk on the first floor of the court building. The same white female with black hair stalked Susan Tropeano when she was walking on the first floor.

When Susan Tropeano started walking up the stairs to the second floor where the clerk's office is located, this female suspect with black hair ran to the security guards who guard the lobby of the court building. Susan Tropeano immediately went down the steps and overheard this female suspect stating, "Don't help these people..." Joseph Tropeano heard the very same words uttered by the female suspect which will be documented as this profound, grave documents unfolds.

Finally after waiting approximately one hour, the female employee at the clerk's office informed the Tropeanos that "there is no date or judge yet assigned." It is self-evident, it does not take on Lou's time to find out

this information. It takes a click of
the computer to find this information.
Foul play was reaping at the clerk's
Office and by the white female suspect
who was monitoring and controlling the
violent encounter. The Tropeanos and
their relative experienced immediately
after leaving the clerk's office.
After the Tropeanos received the
information from the female employee,
Susan Tropeano asked her "How did
you get this information?" The employee
responded, "I called the Central
Violations Bureau." Susan Tropeano
responded, "We called the same
number numerous times, however
it's an automated number; you
can't speak to a live person." The
employee adamantly responded, "Well, I did!"
At that said Susan Tropeano asked
the employee to please dial that
number again; so that she can further
speak to someone regarding the serious
concerns of their fraudulent tickets."
The employee adamantly stated, "No!
I will NOT do that!" At that said,
Susan Tropeano stated, "Something very
phony is taking place with our tickets."

Joseph Tropeano also stated the same.
With these comments made, the
violent R.I.C.O. explosion was about
to erupt. The female employee
adamently exclaimed, "You calling me a phony??!!"
The Tropeanos stated, "We are not calling
you a phony, we are stating that something
very phony is taking place with our
tickets!"

Please note; Living under
NAZISM, a victim does not have
the right to complain. If they complain
or expose the lethal corruption they
are entrapped in, violence erupts.
An order to understand the most
recent violent attacks perpetrated
against The Tropeanos; read all
profound, grave documents attached
to this very lengthy, profound, grave
document.

* When The Tropeanos stated that
something phony was taking place with
their "tickets" that triggered the
female employee to promote violence
by outrageously and alarmingly
exclaiming "I AM CALLING THE
U.S. MARSHALLS!"

The Tropeanos knew what that
meant. It signaled to them that DANGER

WAS EMINENT!

They quickly grabbed their belongings and immediately spoke to the guards at the front entrance of the court building. Please note: The Tropeanos noticed the some white female suspect whispering to one guard, "Don't help these people..." while The Tropeanos were exclaiming to another guard, "We need help! We were traumatized and terrorized in this court building as a result of illicit activities which occurred. We need to speak to a high official of this court to report what we experienced." The guard responded, "Take a seat here. I will call Judge Wolf to speak to you."

The white female suspect intently listened to all that was said. When The Tropeanos took a seat waiting for Judge Wolf's arrival, the female suspect disappeared from sight. It is self-evident, she ran to the so-called "U.S. Marshalls" as the Tropeanos are BARRED/BLOCKED from exposing the huge, interstate conspiracy scandal they are outrageously, alarmingly surrealistically entrapped in. Instead

The Tropeanos were exposed to a Modern Day Lynching which took place in the lobby of U.S. District Court, District of Massachusetts, Out-of-the-blue, the so called U.S. Marshall who previously met with The Tropeanos an hour earlier that day marched towards The Tropeanos and their relative as if he was the Gestapo; accompanied by his intourage of supposedly "U.S. Marshalls." This typical violent R.I.C.O. pattern incessantly occurs w/other law enforcement entities and impostors who pretend to be members of law enforcement.

Once these corrupt, conspiring thugs start marching towards The Tropeanos, they stop like pawns, taking their positions, ex posing their guns which is wantonly intended to violently intimidate The Tropeanos from pursuing to expose the lethal corruption they are entrapped in.

The so-called "U.S. Marshall" The Tropeanos previously met an hour earlier exclaimed, "Why are you still here?!!!" The Tropeanos did not want to answer his question as he has no right to pry into The

Tropeanos) business However, The Tropeanos feared for their lives as each so-called "U.S. Marshall" stood motionless like pawns having their guns exposed which forewarned The Tropeanos that if they did not answer this vile, venomous so called "U.S. Marshall" they can be shot at any given moment.

At such, The Tropeanos were fearing for their safety, and thus they were forced to listen to him. The security guards stood in the background watching this horrific, murderous incident occuring in the lobby of U.S. District Court, District of Massachusetts.

The Tropeanos stated, "We are waiting to see, Judge Wolf" The "U.S. Marshall" Stated, "Oh! No you are Not Seeing Judge Wolf! I heard You Were Disorderly On The Second Floor!"

At that said The Tropeanos and their relative experienced a Modern Day Lynching... They immediately left the courthouse like two dogs with their tails behind their backs while "U.S. marshalls" were marching behind The Tropeanos who were leering and laughing at The Tropeanos making them the laughing stock for

the public to view!
This same horific murderous scenario which
was prevalent during Medieval/Middle
Ages Era_ occur. - consistently in
The Tropimos' lives entrapped as victims
under this NAZI/Police State Regime.
Without elaborating on all the
numerous devastating occurences such
as what transpired at U.S. District
Court, District of Massachussetts; the
some exact NAZI scenario occured
at Dartmouth Hitchcock Hospital
Emergency Room located in Lebanon,
New Hampshire.
      Susan Tropeano was in dire
need of insulin due to counterfit
insulin received at pharmacies. The
Lebanon police with the hospital
security outrageously, alarmingly,
sarcastically exclaimed to the
Tropenos, "You don't belong here!
You are trespassing on private property!
Leave Now!"
      The Tropemos were again found
to leave like dogs with their tails
behind their back while Susan Tropeano
was left helpless with no insulin to
administer to herself!

This is suppose to be Modern America! The Tropeanos are United States citizens! They have been blacklisted by this demonic cult. The judicial System is facing endless liability for allowing this Nazi cult to control all and rule governmental agencies, Services The Tropeanos are entitled to use and pay for... The judicial system is facing huge liability for allowing this Nazi cult to transport counterfit insulin and medical supplies into the pharmacies when it concerns Susan Tropeano

The judicial system is facing huge liability for allowing this Nazi cult to prevent The Tropeanos from receiving ethical, legitimate medical care; especially Susan Tropeano who is diabetic, insulin dependent. Due to this Nazi cult monitoring and stalking The Tropeanos on a 24/7 basis, Susan Tropeano is without medical care; and the medical care she received in the past was NOT legitimate, ethical medical care as the doctors committed a myriad of illicit activities. The Tropeanos

have a myriad of evidence to
support these profound, grave facts!
    The judicial system is facing
huge liability regarding Susan
Tropeano mother's death. If the
judicial system took an active,
democratic role to eradicate this
demonic cult, Susan Tropeano's
dear mother would be alive today!
    The judicial system is facing
huge liability for incessantly exposing
The Tropeanos to Nazi Barring Orders,
No Trespassing Orders, Disorderly
Conduct Violations, etc., etc.!
    These Nazi Barring Orders,
No Trespassing Orders, Disorderly
Conduct Violations began in the
year 2004 by the originator of this
lethal corruption; The Infamous Phyllis
Leinward! For almost 9 years The
Tropeanos are inundated w/ these Nazi
Orders which is recklessly, intentionally
and negligently intended to cause The
Tropeanos a catastrophic consequence
which will lead to their death!
    Bottom line: How can any
human being live being barred from
using every conceivable service they are

entitled to use and pay for; barred
from using pharmacies, hospitals, doctors,
insurances, governmental agencies, Rutland
City Town Hall, hotels /motels; barred
from receiving one's pension; compounded
by having their personal bank account
robbed w/no investigations conducted;
blocked and barred from owning or
using all communication services and
communication electronics etc., etc, etc! in other
words; The Tropeanos are BARRED
from living as if they were dead. This
is the worst torment for any human
being to endure! The mental anguish
The Tropeanos are sadistically, inhumanly
experiencing is unconscionable and
beyond comprehension!
        Judge Bowler et.al., have
a great deal of reading to do...
Someone must release The Tropeanos
from this demonic cult by immediately
referring this huge, interstate murderous
R.I.C.O. scandal to the U.S. Attorney
so that The Tropeanos can salvage their

lives back; although the lasting
scars, damages and Susan Tropeano's
mother's death will always remain...
    All frances & property The Tropeanos
own. must be immediately restored
back to The Tropeanos!
    Legitimate, ethical medical
care and legitimate insulin must
be IMMEDIATELY supplied to Susan
Tropeano...
        The list goes on and on...
In essence, The Tropeanos must
be removed from the silent, hidden
BLACKLIST this demonic cult
created and enforced; as this
lethal cult uses their wealth of
endless pockets of money BRIBING
every conceivable service and entity
The Tropeanos need to stay alive!

THIS IS AN AMERICAN
        ATROCITY!
The Tropeano family!

Please note: From all documents received
from The Tropeanos, this lunatic, lethal
"ticket" must be immediately stricken

from the calendar! Furthermore,
criminal misdemeanors are heard
in criminal court, not traffic
court! There is huge liability
if these lunatic, lethal, fraudulen
"tickets" move forward !

Via fax 43 page letter with
92 pages of attachments.

Mr. & Mrs. Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont 05701
Tel. #: (802) 747-9179

CORRESPONDENCE ADDRESS
Central Violations Bureau
P.O. Box 780549
San Antonio, TX78278-0549

### RE: VIOLATION NUMBERS: H5115113 AND H5115114

July 16, 2012

To whom it may concern,

We were recently referred by the Brunswick Police located in Brunswick, Maine to report our horrific, devastating, surreal predicament we are living under for over eight, overwhelming, nightmare years to date. At such on June 28, 2012, we went to the main headquarters of the Northeast Division of the F.B.I. located in Boston, Massachusetts.

The Brunswick Police referred us to the F.B.I after we encountered horrific, very alarming, dangerous experiences at the Days Inn located in Brunswick, Maine; and many other R.I.C.O. activities we encountered on a 24/7 basis.

At the Days Inn we were stalked and verbally and physically assaulted. Without elaborating on this alarming, outrageous experiences we encountered at the Days Inn; one of the male suspects who committed these heinous crimes, pretended to be a staff member; however, in actuality; he was one of the thugs who stalked and physically assaulted us.

Furthermore, two other male suspects were guarding the computer at The Days Inn. In order to understand what we mean by guarding the computers, we must give a very brief background of the horrific, nightmare, overwhelming predicament we are barely surviving under for the past eight and half years to date.

We are victims outrageously and alarmingly entrapped in a NAZI Regime. This NAZI Regime demands a police state and therefore we are outrageously and alarmingly victims of police corruption and brutality as well. Without further elaboration, in order to understand and acknowledge the surreal, extremely dangerous, pre-meditated, murderous, full-blown, interstate R.I.C.O. activities we are victims of; please watch our videos on You Tube titled, "A Cry For Help, Susan and Joseph Tropeano."

In our You Tube videos, it explains in detail how the corrupt police and this lethal cult BARRED US FROM ALL MEANS OF COMMUNICATION RANGING FROM HACKING OUR CELL PHONE; OUR PERSONAL PHONES AT HOME; BLOCKING OUR PHONE MESSAGES; LOSING ALL OUR MAIL CONCERNING OUR SERIOUS INFORMATION ABOUT THIS PROFOUND, GRAVE, LETHAL PREDICAMENT WE ARE BARELY SURVIVING UNDER.

ADDITIONALLY, THE LETHAL CULT WITH THE CORRUPT POLICE ALARMINGLY AND OUTRAGEOUSLY TOOK FULL CONTROL OF OUR COMPUTER BY ECRYPTING ALL OUR FILES, MAKING OUR COMPUTER THE TARGET COMPUTER, AND AT SUCH, THEY CONNECTED OUR COMPUTER TO A NETWORK OF COMPUTERS CONTROLLED BY THE LETHAL THUGS...

THE OUTRAGEOUS AND ALARMING CYBER CRIMES CONSIST OF CYBER BULLYING AND CYBER STALKING. THE LIST OF THESE CRIMES GOES ON AND ON INCLUDING BUT NOT LIMITED TO BREAKING INTO OUR YOU TUBE ACCOUNT; CONFISCATING MANY OF OUR VIDEOS AND THEN CONFISCATING OUR VIDEOS FURTHER BY CRASHING INTO THE WONDERFUL, INFORMATIVE, REPUTABLE WEBSITES WHO IMMEDIATELY SPONSORED US.

NOT ONLY DID THESE LETHAL THUGS CRASH INTO THESE WEBISTES, THEY DESTROY NUMEROUS BROWSER PAGES BY MAKING OUR CRY FOR HELP YOU TUBE VIDEOS EXTREMELY LUNATIC. ALL THESE ILLICIT, PROFOUND, LETHAL ACTIVITIES WERE COMMITTED AS THE CORRUPT POLICE AND THE DEMONIC CULT DO NOT WANT TO BE EXPOSED FOR ALL THEIR LETHAL R.I.C.O. CRIMES COMMITTED.

FURTHERMORE. ALL THE ABOVE UNLAWFUL , LETHAL ACTIVITIES WERE ABLE TO OCCUR AS A RESULT OF THE CORRUPT POLICE USURPING THEIR POWERS BY USING THE PATRIOT ACT. THE DEMONIC MISSION OF TH E CORRUPT, BRUTAL, RAGING POLICE IS TO CREATE A LUNATIC, LETHAL PLOY BY MAKING US APPEAR AS THE DANGEROUS, MENTALLY ILL CRIMINALS TO SMOKESCREEN ALL THEIR LETHAL, MURDEROUS, PRE-MEDITATED, DEMENTED, SADISTIC R.I.C.O. CRIMES COMMITED AGAINST US.

As stated previously in this profound, grave letter, we were referred by the Brunswick Police to seek help at the Northeast Division Headquarters of the F.B.I. located in Boston, Massachusetts. However, from the horrific, traumatizing, terrorizing, nefarious, pre-meditated R.I.C.O. activities we experienced at the F.B.I., it is self-evident the Brunswick Police were not at all legitimate and ethical police officers. A lethal set-up situation was schemed and conspired by the police and the lethal thugs who want us dead.

******PLEASE NOTE: DUE TO THESE LETHAL, MURDEROUS R.I.C.O. ACTIVITIES, SUSAN TROPEANO'S MOTHER SUFFERED A BRUTAL, TRAGIC DEATH WHEN SHE RECENTLY DIED FROM THE BRUTAL, BARBARIOUS REPERCUSSION OF BEING BRAINWASHED BY THE LETHAL, DEMONIC CULT. THIS LETHAL, NEFARIOUS BRAINWASHING WAS ORCHESTRATED BY THE INFAMOUS CULT LEADER, PHYLLIS LEINWAND.******

At the onset of entering the lobby of the sixth floor where the F.B.I. is located at I Center Plaza in Boston, Massachusetts, the environment was extremely hostile and threatening. The security officer sitting at the desk by the elevator in the F.B.I. lobby was extremely intimidating. He was wearing a short sleeve button down shirt. He was muscular in nature having tattoos fully covering his entire arms. These tattoos ended at his wrists.

We informed this "security guard" that we need to make an appointment with a senior F.B.I. agent as our lives are in extremely serious danger. The "security guard" started to badger us asking us very personal, confidential questions which is only discussed with an F.B.I. agent.

We were about to leave, as this "security guard" was not behaving professionally. We definitely surmised foul play was taking place. The way the "security guard" kept on looking at us, and his unprofessional dress code which exposed his arms fully tattooed; we knew we should not pursue the F.B.I. at this present time; as the "security guard" was not behaving or appearing to be a professional security guard.

Due to foul play occurring with this security guard, the guard saw us inching to the elevator as we wanted to leave. All of a sudden the "security guard" relented as he appeared to be more civil as he saw we were leaving. At such, he immediately escorted us to the F.B.I. office. Once inside the F.B.I. office, the "security guard" checked our possessions through a scanning machine. He took our audio recorder informing us it will be returned when we leave. We asked the "security guard" for a receipt that he was holding our tape recorder. He stated, "We don't give receipts." Not receiving a receipt for our tape recorder made us further uneasy and nervous.

After taking a seat waiting for a SENIOR F.B.I. AGENT WHICH WE REQUESTED, the "security guard" stated, "Fill out these complaint forms. One is for you and the other is for your husband." It was bizarre that he gave us two complaint forms when we came together. Therefore, we only filled out one complaint form which was done very quickly and not in a neat manner like we are accustomed to be; as we felt quite uneasy and nervous that something lethal was about to erupt. Please see this complaint as EXHIBIT A.

The "security guard" was acting as if he worked in the F.B.I. office as he REMAINED WITH US IN THE F.B.I. OFFICE, NEVER RETURNING TO HIS DESK LOCATED IN THE LOBBY OF THE F.B.I. OFFICE. After giving us the complaint forms, this "security guard" then proceeded to the back office of the F.B.I.

Please note: there was a female employee sitting at a desk in the F.B.I. office who is responsible to handle the complaints of applicants. However, the female employee remained oblivious that we were in the office, as the "security guard" was intently "taking care" of the preliminaries needed in order to meet with an F.B.I. agent.

The "security guard" remained in the back room of the F.B.I. for approximately fifteen minutes. Finally, the "security guard" appears in the office with another white male; late 30's. This white male sat at the desk for approximately ten minutes while the "security guard" is lurking around the same area where this white male was sitting.

After approximately ten minutes, the white male approaches us in the waiting room. This white male did not introduce himself to us. He quickly informed us, "I read your complaint. You have strong allegations. I cannot believe this is true as it is too surreal and bizarre." We responded, "We have volumes of evidence to substantiate every word we wrote on the complaint. Our evidence literally fills up the entire office. You cannot desert us. We will die if the F.B.I. does not immediately come to our aid..."

- 2, -

All that we said fell upon deaf ears as the agent stated, "I cannot investigate this. I cannot help you. Sorry." At that point this so-called F.B.I. agent started walking away from us while the "security guard" is intently listening and lurking where the agent was speaking to us.

Please note: Before the agent walked away, we needed to know his name as he never introduced himself to us. Therefore, Susan Tropeano immediately looked at this agent's badge where his name was noted. The agent's name is Kevin Shaney.

We were terrified and traumatized by the so-called agent's extremely illicit, nefarious comments. Please note: The F.B.I. is noted for investigating interstate, R.I.C.O. activities in which underlying strong allegations are documented. Furthermore, police corruption and brutality is very prevalent in R.I.C.O. activities. Additionally, full-blown, murderous, pre-meditated R.I.C.O. activities are surreal and bizarre and that is why the harshest consequences under the law are applied and triple damages are awarded.

As anyone would surmise from reading our quickly written complaint we wrote in the F.B.I. office; our "strong allegations" must be investigated as our lives and dear family members are at great risk. As mentioned in the complaint to the F.B.I. and in this profound grave letter, Susan Tropeano's mother just recently died from the brutal, barbarous brainwashing committed to her dear mother. See EXHIBIT A.

When this so-called F.B.I. agent informed us of the above outrageous and alarming comments that he will not have any investigations regarding the lethal, pre-meditated, murderous, interstate R.I.C.O. activities we are encountering; we were traumatized, terrorized and bullied on a grand scale pursuant to U.S. Title 18, Section 2332b.

We immediately stated to this agent the following comments, "WE HAVE ALL THE EVIDENCE TO ATTEST TO THESE LETHAL, FULL-BLOWN, INTERSTATE R.I.C.O. ACTIVITIES. WE ARE CRYING AND PLEADING FOR HELP. IF WE DO NOT RECEIVE HELP, OUR LIVES WILL END. EACH DAY THAT WE WAKE UP, WE DO NOT KNOW IF WE WILL REMAIN ALIVE AS WE HAVE MURDEROUS, HEINOUS CRIMES COMMITTED TO US ON A 24/7 BASIS. WE PAY TAXES LIKE EVERY OTHER UNITED STATES CITIZEN DOES; WE PAY TAXES FOR F.B.I. SERVICES IF NEEDED. YOU CANNOT TURN YOUR BACKS ON US..." HOWEVER, ALL THAT WE STATED, FELL UPON DEAF EARS; AS THE AGENT REMAINED SILENT WHILE WALKING AWAY FROM US.

The agent walked back behind the glass partition of the F.B.I. office. The female employee was also sitting behind the glass partition. The "security guard" as well was still lurking in the same room, NEVER RETURNING TO HIS DESK WHICH IS LOCATED IN THE LOBBY OF THIS OFFICE BY THE ELEVATOR ON THE SIXTH FLOOR.

We wanted to leave this office a.s.a.p. We were getting deathly ill from the trauma and terror, realizing that we were destined to die as we were barred from receiving legitimate, ethical F.B.I. investigations. We hurriedly left the office. At the elevator, we remembered that we left our tape recorder with the "security guard" who never returned it back to us. Therefore, we had to go back into the F.B.I. office where the "security guard" still remained in that office, while Kevin Shaney and the female employee were still sitting behind the glass partition.

As one could imagine, any human being would be terrified, traumatized to the extreme if they are entrapped in full-blown, pre-meditated, murderous R.I.C.O. activities compounded by the F.B.I. outrageously, alarmingly, and unconscionably refusing to investigate the heinous, nefarious crimes they are entrapped in for over eight, overwhelming, nightmare years to date. At such, when we went back to retrieve our audio recorder, we exclaimed to Kevin Shaney who was staring at us, "HOW COULD YOU DO THIS TO US??!! HOW COULD YOU NOT INVESTIGATE??!! WE WILL DIE IF YOU DON'T INVESTIGATE AND HELP US??!! YOU WILL DEFINITELY BE CITED IN OUR HUGE R.I.C.O. VENUE AS YOU ARE EXPOSING US TO LETHAL DANGER THAT WILL END OUR LIVES!! SHAME ON YOU!!"

While we are exclaiming the responsibilities and liability of how this F.B.I. agent is not protecting us, the "security officer" is terrorizing and traumatizing us further by immediately calling the police. In less than a minute, FOUR POLICE OFFICERS ARRIVE ON THE SCENE. THE "SECURITY GUARD" ALARMINGLY AND OUTRAGEOUSLY ESCORTS US TO THE LOBBY WHERE WE WERE MET FOUR BRUTAL, RAGING, CORRUPT "POLICE OFFICERS."

PLEASE NOTE: THIS WAS NOT THE FIRST TIME THAT WE WERE ENTRAPPED IN LETHAL, BRUTAL, RAGING POLICE SET-UPS. FOUR POLICE OFFICERS BRUTALLY ATTACKED US IN RICHMOND, HILL, QUEENS, NEW YORK FOR ABSOLUTELY NO REASON WHATSOEVER.

RICHMOND HILL, QUEENS, NEW YORK IS WHERE PHYLLIS LEINWAND WORKS. AS PREVIOUSLY MENTIONED, PHYLLIS LEINWAND IS THE CULT LEADER OF THE LETHAL CORRUPTION WE ARE ENTRAPPED IN. SHE IS ALSO VERY CONNECTED TO THE "BIG SHOTS" IN THE POLICE DEPARTMENT; AND AT SUCH, THIS IS WHY WE ARE THE SUFFERING VICTIMS OF OUTRAGEOUS AND ALARMINGLY POLICE CORRUPTION AND BRUTALITY.

WITHOUT ELABORATING FURTHER, WE WERE BRUTALLY ATTACKED BY FOUR POLICE OFFICERS IN RICHMOND HILL, QUEENS, NEW YORK AND THEN NEFARIOUSLY AND UNLAWFULLY ARRESTED AND THROWN IN DIRTY CELLS. SUSAN TROPEANO ALMOST LOST HER LIFE IN JAIL AS SHE DEVELOPED DIABETES IN THE YEAR 2008. SHE IS INSULIN DEPENDENT. HER DIABETES DEVELOPED DUE TO THE UNABATED, INCESSANT TRAUMA AND TERROR OF LIVING UNDER A NAZI REGIME/POLICE STATE.

TO CONTINUE, THE EMPLOYEES AND GUARDS AT THE JAIL, BARRED SUSAN TROPEANO FROM RECEIVING HER INSULIN AND INSTEAD INTENTIONALLY, RECKLESSLY AND SADISTICALLY KEPT SUSAN TROPEANO DEHYDRATED. IT IS A MIRACLE THAT SHE IS ALIVE TODAY AS GOD WAS PROTECTING HER. IN ORDER TO COMPREHEND ALL THE NEFARIOUS ACTIVITIES COMMITTED IN THE JAIL AND BY THE RICHMOND HILL POLICE IN RICHMOND, HILL, QUEENS, NEW YORK, PLEASE WATCH OUR YOU TUBE VIDEOS WHICH EXPLAINS ALL.

The same threatening, nefarious set-up situation of police brutality was orchestrated once again IN FRONT OF THE F.B.I. AGENT, KEVIN SHANEY AND THE FEMALE EMPLOYEE SITTING IN THE F.B.I. OFFICE WHO WERE WATCHING US INTENTLY; BEING GREATLY ENTERTAINED SEEING US BEING VICTIMIZED, BULLIED, ABUSED, MOCKED, HUMILIATED, DISRESPECTED TO THE EXTREME. (U.S. TITLE 18, SECTION 2332b)

It was self-evident that The Brunswick Police who originally referred us to the F.B.I. in Boston, Massachusetts were not acting on our behalf. First of all, they never initiated police reports for the heinous crimes committed to us at the Days Inn in Brunswick, Maine.

Furthermore, we are constantly outrageously and alarmingly stalked, monitored and controlled by gang stalkers which follow us 24/7 on a daily basis. At such, the "security guard", the Boston Police and Kevin Shaney were informed by the gang stalkers that we were traveling to the F.B.I. on June 28, 2012.

The Brunswick Police as well were INSTRUCTED by the lethal thugs who entrapped us as victims in their NAZI Regime to refer us to the F.B.I. Living under these lethal R.I.C.O. activities for over eight years, we are very astute to all lethal set-up situations we encounter; however, this murderous, pre-meditated set-up situation at the F.B.I., we were not prepared for; as we NEVER FATHOMED THAT WE WOULD BE HELD HOSTAGE BY FOUR BRUTAL, DEMONIC POLICE OFFICERS AND A "SECURITY GUARD" WHO SUPPOSEDLY WORKS AT THE F.B.I.

TO MAKE A LONG, HORIFFIC, NIGHTMARE STORY SHORT, WE WERE ALMOST BRUTALLY ATTACKED AGAIN BY FOUR POLICE OFFICERS JUST LIKE WE WERE BRUTALLY ATTACKED BY FOUR POLICERS IN RICHMOND HILL, QUEENS, NEW YORK. FROM ALL THAT TRANSPIRED, IT IS NOW SELF-EVIDENT WHY THE "SECURITY GUARD" WAS EXTREMELY HOSTILE AND THREATENING TO US AT THE ONSET OF MEETING HIM.

FURTHERMORE, THE "SECURITY GUARD" GAVE US TWO COMPLAINT FORMS INSTEAD OF ONE AS THIS BOUGHT HIM TIME WHILE UNLAWFULLY REMAINING IN THE BACK OFFICE OF THE F.B.I., SO THAT HE COULD PREPARE AND MAKE HIS PHONE CALLS TO THE POLICE WHO IMMEDIATELY CAME TO THE SCENE IN LESS THAN ONE MINUTE.

ADDITIONALLY, THE "SECURITY GUARD" SCHEMED NOT TO TO GIVE OUR TAPE RECORDER BACK TO US. NOT RETURNING THE TAPE RECORDER BACK TO US, GAVE ANOTHER OPPORTUNITY FOR THE "SECURITY GUARD" TO CALL THE POLICE. AT SUCH, WHEN WE EXCLAIMED TO THE SO-CALLED "AGENT" THAT WE WERE LIVID WITH HIM THAT HE DID NOT WANT TO EXPOSE THE CORRUPTION WE ARE ENTRAPPED IN; AS WE TRY TO EXPOSE THE CORRUPTION, THE USUAL R.I.C.O. PATTERN IS TO CALL, THE POLICE!

The four corrupt, brutal police officers with the "security guard" did everything in their power to make us react to them. In this way, in their corrupt, demented minds, they had an excuse to brutally attack us in front of the F.B.I. agent, Kevin Shaney, and the female F.B.I. employee who were enjoying and watching very intently the horrifying predicament we were entrapped in. Therefore, we knew that we must remain silent as eminent extreme danger was erupting.

It was self-evident the demonic mission of these "law enforcement officers and guard" was to brutally attack us as there was no need for FOUR POLICE OFFICERS AND A SECURITY GUARD TO SURROUND US TERRORIZING AND TRAUMATIZING US TO THE EXTREME. As stated previously, these demonic, brutal police officers and the guard did everything in their power to provoke responses from us so that they could brutally attack us, and then incarcerate us or institutionalize us for life. In this way, this huge, interstate conspiracy and R.I.C.O. scandal will never be exposed.

After the police and the guard tried their corrupt best to provoke us, they decided to issue us violation notices by outrageously, alarmingly and nefariously citing us for DISORDERLY CONDUCT. While concocting these nefarious, fraudulent Disorderly Conduct violation notices, the police were congregating together deciding how to initiate and how to write these violation notices. They finally elected one of the police officers to issue us these fraudulent, outrageous violations. Due to the "police" not knowing how to write violations, it raises red flags as we encounter many impostors pretending to be police officers, doctors, phone installers, etc.

Please note: When the four police officers instantaneously arrived on the scene, one of the police officers did not want to participate in these illicit activities. However, the other three police officers forced him that he must participate. The same illicit activity occurred again, when the four police officers had no idea how to write a violation notice. Finally, they elected police officer Saccardo to issue us these violations; although we must stress again all four police officers were unsure how to issue these violations.

While Saccardo is writing these violations, there were two police officers who were extremely vile and venomous. One was a white male, had dark hair and wore black, shining motor cycle boots. The other police officer was an older white male, reddish brown hair in his late 50's or 60's.

Although we remained silent most of the time we did state, "It is alarming and outrageous that instead of punishing the lethal thugs who entrapped us as victims of their NAZI Regime and destroyed every conceivable part of our lives; you are victimizing, traumatizing and terrorizing us to the extreme." At that said the police officer who wore the motor cycle boots outrageously, alarmingly, unconscionably and nefariously exclaimed to us, "YOU ARE THE THUGS! YOU ARE THE WANTED ONES! THAT'S WHY WE ARE HERE!" Again please note: Kevin Shaney and the female employee were still intently watching this outrageous, lethal and unconscionable demonic show!

Please note: We never received the name of all brutal, corrupt police officers. We need their names to sue them. Furthermore, once we were finally released from this frightening, outrageous police corruption, we immediately pressed for the elevator.

While waiting for the elevator, these vile, venomous officers still continued to instigate us hoping to fulfill their demonic mission of incarcerating us or institutionalizing us. As the elevator opened they nefariously exclaimed to us, "WE SUGGEST YOU PAY FOR THE TICKETS; DO NOT GO TO COURT BECAUSE I AM THE PROSECUTOR AT COURT AND I WILL PROSECUTE YOU! HAVE A NICE DAY! GOOD LUCK!"

PLEASE NOTE: DUE TO ALL OUR POSSESSIONS AND FINANCES UNDER THE CUSTODY AND CONTROL OF THE NAZI REGIME WE ARE OUTRAGEOUSLY AND ALARMINGLY ENTRAPPED IN. WE ARE PRESENTLY SURVIVING BY RECEIVING FOOD STAMPS AND MEDICAID. THESE DEMONIC POLICE ARE VERY WELL AWARE THAT ALL OUR FINANCES AND POSSESSIONS HAVE BEEN OUTRAGEOUSLY AND UNLAWFULLY STRIPPED FROM US.

FURTHERMORE, WE WERE REFERRED TO THE F.B.I. TWICE BY THE U.S. ATTORNEY, MAUREEN MAUSKOPF WHEN THESE R.I.C.O. ACTIVITIES BEGAN IN NEW YORK. WE WERE REFERRED TO SEE F.B.I.

AGENT, PETER GRUPE. HOWEVER, TWICE THE F.B.I. BLOCKED US FROM HAVING INVESTIGATIONS WITH THE F.B.I. AGENT, PETER GRUPE.

WHEN WE TRIED TO CONTACT BY MAIL MAUREEN MAUSKOPF INFORMING HER THAT WE WERE BLOCKED FROM SEEING PETER GRUPE, OUR MAIL WAS CONVENIENTLY LOST. THUS WE CALLED THE LOWER MANAGEMENT OF HER OFFICE WHO OUTRAGEOUSLY AND ALARMINGLY EXCLAIMED TO US, "IF YOU CALL THIS OFFICE AGAIN, WE WILL ARREST YOU." THIS WAS THE VERY BEGINNING OF THESE LETHAL R.I.C.O. ACTIVITIES. PLEASE SEE EXHIBIT B WHICH ATTESTS THAT WE WERE SENT TWICE BY THE U.S. ATTORNEY TO REPORT TO PETER GRUPE.

Lastly, please see a copy of these violations as EXHIBIT C. Upon reading these outrageous, fraudulent and alarming violations at our home, we noticed very serious concerns and contradictions regarding these violations. They are as follows:

- It is self-evident we are not guilty and therefore we checked Box A. However, this violation does not mention where to send this violation if you are not guilty.
- We never signed this violation where it states, "Defendant's signature."
- The payment address and the correspondence address on the violation notices is DIFFERENT THAN THE ADDRESS THE POLICE HANDED US ON THE ENVELOPES WHERE THE VIOLATION IS SENT TO. PLEASE SEE EXHIBIT D WHICH ATTESTS TO THESE SERIOUS FACTS. THE POLICE TOOK TWO WHITE LABELS AND PASTED THEM ON TOP OF THE ORIGINAL ADDRESS STAMPED ON THE ENVELOPES.

    DUE TO ALL ILLICIT ACTIVITIES DOCUMENTED IN THIS PROFOUND, GRAVE LETTER, WE NEED IMMEDIATE HELP HOW TO PROCEED WITH ALL THAT WE OUTRAGEOUSLY AND ALARMINGLY ENCOUNTERED.

    FURTHERMORE, WE WOULD APPRECIATE THESE VIOLATIONS TO BE NULL AND VOID AS NOT ONLY ARE WE NOT GUILTY, WE LIVE FAR AWAY FROM BOSTON, MASSACHUSSETS. THIS PLACES A HUGE FINANCIAL BURDEN ON US AS WE MUST PAY FOR A MOTEL AND GAS TO TRAVEL TO A COURT THAT IS NOT CLOSE TO OUR HOME.

    ADDITIONALLY, THE TRAUMA AND TERROR TO ATTEND A CRIMINAL HEARING IS FULL OF LIABILITY AS WE ARE THE VICTIMS OF R.I.C.O. CRIMES. WE ARE THE ONES THAT ARE PRESENTLY PREPARING A HUGE R.I.C.O. VENUE AT FEDERAL COURT. WE CANNOT WITHSTAND AND FATHOM ANY MORE DANGEROUS, LUNATIC PREDICAMENTS WHERE WE ARE CITED AS THE CRIMINALS. THIS IS CAUSING HUGE LIABILITY AND CONSTANT IRREVERSIBLE AND IRREPARABLE HARM! THIS MUST CEASE AND DESIST IMMEDIATEDLY!

    PLEASE CONTACT US IMMEDIATELY.

Very truly yours,

*Mr. and Mrs. Joseph Tropeano*

Mr. & Mrs. Joseph Tropeano

9 PAGES SENT VIA REGULAR MAIL

\* Please note. If we need to attend these hearings, please schedule them on the same date as it is impossible for us to come to Boston, Ma. on two separate occasions.



Exhibit A
(2 pages)

FEDERAL BUREAU OF INVESTIGATION
COMPLAINT/QUERY FORM

DATE: 6/28/2012
TIME: 5:10 pm

(Please fill out completely)

NAME: Susan & Joseph Tropeano

ADDRESS: 2 Clarkson Lane

CITY/STATE: Rutland, Vt. 05701        ZIP
CODE:

TELEPHONE: (802) 747-9179

DATE OF BIRTH: 4/8/53    7/24/52    SOCIAL SECURITY
#

DESCRIPTION OF COMPLAINT/QUERY:

We are victims entrapped in outrageous,
alarming police corruption/brutal, raging
police corruption. These brutal, raging
police are connected and members of
a satanical cult. The originator, cult
leader and handler of this surreal
murderous corruption is Phyllis Kinward.
This lethal corruption monitors and
controls every conceivable aspect of our
lives making our lives a living hell.
We are BARRED from using every
conceivable service U.S. citizens use
varying but not limited to medical, hospital,
insurance, frances: pension, banks, services
@ home, hotels/motels, supermarkets,
pharmacies, utility services medical. We are BARRED
home delivery services, restaurants, from
regarding these NAZI Buying Orders. We are the FIRST
making complaints. We are the FIRST
citizens to be blacklisted. pre-mediated
This lethal, institution murderous corruption

(over)

in a nutshell is about blackmail,
bribes, brainwash and murders.

At this present time, we will die from
if the FBI and all responsible govern
mental parties/entities turn their backs
on us. Susan Thopino's mother suffered a brutal,
tragic death as a result of her mother
being brutally, barbarously brainwashed!
Every day on a 24/7 basis we suffer from murderous
attacks of the cult and the brutal,
raging, corrupt police who have
BLACKLISTED us at every conceivable
place we frequent!

The U.S. Attorney in NY TWICE
sent us to the FBI, however we
were BARRED by a young F.B.I. agent known as
from receiving help Charles Butrie
by Peter Grupe, a senior FBI agent
who Maureen
Mauscoff referred us to.

Our lives are in severe
danger and we will die from the repercussions of this murderous corruptio
FBI turns their backs on us!
WE NEED IMMEDIATE
HELP NOW!



U.S. Department of Justice

*Exhibit B*
*(2 pages)*

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

May 2, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

Your letter to the U.S. Attorney s Office has been referred to me for a reply.

Please be advised that we have reviewed the concerns raised and have referred your letter to the Federal Bureau of Investigation for consideration.

Any further inquiries about this matter may be addressed to:

Peter Grupe
Supervisory Special Agent
Federal Bureau of Investigation
135 Pinelawn Road, Ste 350S
Melville, NY 11747
(631)501-8660

Sincerely,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: Susan M. Burkhoff

Susan M Burkhoff
Paralegal Specialist

cc: Peter Grupe, FBI



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 1, 2006

Mr. & Mrs. Joseph Tropeano
30 Grace Avenue, Apt. 3E
Great Neck, NY 11021

Dear Mr. & Mrs. Tropeano:

Your letter to the U.S. Attorney's Office has been
referred to me for a reply.

Please be advised that we have reviewed the concerns
raised and have referred your letter to the Federal Bureau of
Investigation for consideration.

Any further inquiries about this matter may be
addressed to:

Peter Grupe
Supervisory Special Agent
Federal Bureau of Investigation
135 Pinelawn Road, Ste. 350S
Melville, NY 11747
(631)501-8660

Sincerely,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: *Susan M. Burkhoff*

Susan M. Burkhoff
Paralegal Specialist

cc: Peter Grupe, FBI

# United States District Court
## Violation Notice

| CVB Location Code | | |
|---|---|---|

United States District Court
Violation Notice

**LEFT FORM:**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115114 | | |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| | |

Place of Offense

Offense Description

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $25 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

ICE Form 78-001 (Rev. 02-08)     Defendant Copy For Your Records (Yellow)     Previous edition is obsolete

**RIGHT FORM:**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5115113 | | |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| | |

Place of Offense

Offense Description

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $25 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

ICE Form 78-001 (Rev. 02-08)     Defendant Copy For Your Records (Yellow)     Previous edition is obse

Exhibit C
(2 pages)

A.  If BOX A is checked on the face of this Violation Notice, YOU MUST APPEAR IN COURT at the date, time and place shown. If no date, time and place are shown then you will be notified by mail of when and where to appear. **You must notify the Central Violations Bureau (CVB) in writing, of any change in the address listed on this Violation Notice.** If you have not received a "Notice to Appear" within 45 days, call the CVB at 800-827-2982.

B.  If BOX B is checked on the face of this Violation Notice, YOU MUST DO ONE OF THE FOLLOWING:

1.  PAY THE TOTAL COLLATERAL DUE AMOUNT SPECIFIED. If you wish to terminate your case WITHOUT HAVING TO APPEAR IN COURT, mail your personal check, money order, or credit card information in the envelope provided within 30 days for the full amount of the total collateral due specified. Include the perforated stub with your payment. **DO NOT MAIL CASH.** Write the violation number and location code from the top front portion of the Violation Notice on your check or money order and make it payable to the Central Violations Bureau. In some federal jurisdictions, payment of the total collateral due constitutes a plea of guilty or *nolo contendere*. If you are charged with a motor vehicle violation, a record of your payment may be reported to the Department of Motor Vehicles of your state. You may be required to pay additional processing, certification or other fees to reinstate your vehicle's registration or your driving privileges.

OR

2.  APPEAR IN COURT. If the officer has written on the face of this Violation Notice a date, time and place for a court appearance, you must appear in court at that time. If no court date, time and place is shown, this information will be provided to you by mail. **You must notify CVB in writing, of any change in the address listed on this Violation Notice.** If you have not received a "Notice to Appear" within 45 days, call the Central Violations Bureau at 800-827-2982.

**NOTICE**

If you do not pay the total collateral due amount, and you fail to appear in court at the date and time scheduled for you, the United States District Court may issue a summons ordering your appearance or issue a warrant for your arrest. If you are charged with a motor vehicle violation, the court may also report your failure to pay or appear to the Department of Motor Vehicles of your state, which may affect your driving and/or registration privileges. If you plead guilty to a traffic violation, points may be assessed against your driving record. An accumulation of points may result in the suspension of your driving privilege. Furthermore, the court may increase your fine or impose additional penalties. Also, your driving privilege may be suspended if you plead guilty or are found guilty of certain offenses under the vehicle code of your state. A driver's education course may be an option to prevent accumulating points or having your driving privilege suspended. If you are considering this option **do not pay the total collateral due amount.** Call the Central Violations Bureau at 800-827-2982 for further information.

Payment address:
Central Violations Bureau
P.O. Box 740026
Atlanta, GA 30374-0026

Phone Number 800-827-2982

Correspondence address:
Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

A.  If BOX A is checked on the face of this Violation Notice, YOU MUST APPEAR IN COURT at the date, time and place shown. If no date, time and place are shown then you will be notified by mail of when an where to appear. You must notify the Central Violations Bureau (CVB in writing, of any change in the address listed on this Violation Notic If you have not received a "Notice to Appear" within 45 days, call th CVB at 800-827-2982.

B.  If BOX B is checked on the face of this Violation Notice, YOU MUST DO ONE OF THE FOLLOWING:

1.  PAY THE TOTAL COLLATERAL DUE AMOUNT SPECIFIE If you wish to terminate your case WITHOUT HAVING T APPEAR IN COURT, mail your personal check, money order, credit card information in the envelope provided within 30 da for the full amount of the total collateral due specified. Inclu the perforated stub with your payment. DO NOT MAIL CAS Write the violation number and location code from the top fr portion of the Violation Notice on your check or money order a make it payable to the Central Violations Bureau. In so federal jurisdictions, payment of the total collateral c constitutes a plea of guilty or nolo contendere. If you charged with a motor vehicle violation, a record of your paym may be reported to the Department of Motor Vehicles of y state. You may be required to pay additional processi certification or other fees to reinstate your vehicle's registrat or your driving privileges.

OR

2.  APPEAR IN COURT. If the officer has written on the face of Violation Notice a date, time and place for a court appearar you must appear in court at that time. If no court date, time place is shown, this information will be provided to you by n You must notify CVB in writing, of any change in the addr listed on this Violation Notice. If you have not received a "Nc to Appear" within 45 days, call the Central Violations Burea 800-827-2982.

NOTICE

If you do not pay the total collateral due amount, and you fail to appear in c at the date and time scheduled for you, the United States District Court may i a summons ordering your appearance or issue a warrant for your arrest. T are charged with a motor vehicle violation, the court may also report your fa to pay or appear to the Department of Motor Vehicles of your state, which affect your driving and/or registration privileges. If you plead guilty to a tr violation, points may be assessed against your driving privilege. An accumul of points may result in the suspension of your driving privilege. Furthermore court may increase your fine or impose additional penalties. Also, your dr privilege may be suspended if you plead guilty or are found guilty of ce offenses under the vehicle code of your state. A driver's education course be an option to prevent accumulating points or having your driving priv suspended. If you are considering this option do not pay the total collatera amount. Call the Central Violations Bureau at 800-827-2982 for fu information.

Payment address:
Central Violations Bureau
P.O. Box 740026
Atlanta, GA 30374-0026

Phone Number 800-827-2982

Correspondence address:
Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-054

*Exhibit C*

Exhibit D

PLACE
STAMP
HERE

U.S. COURTS-CVB JREAU

P.O. Box 71363
Philadelphia, PA 19176-1363

PLACE
STAMP
HERE

U.S. COURTS-CVB JREAU

P.O. Box 71363
Philadelphia, PA 19176-1363

Justia.com    Lawyer Directory    Legal Answers    Law Blogs    **Dockets & Filings**    more ▼

Sign In

# Justia Dockets & Filings BETA

Party Name: SUSAN TROPEANO

Filed In: Massachusett...       Judge: Any
Doc Filter: All Case Filings    Filed After: All Date

Justia > Dockets & Filings > First Circuit    Massachusetts > matching "SUSAN TROPEANO"

**NEW - Receive Justia's FREE Daily Newsletters of Opinion Summaries** for the US Supr
Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries New

## Cases filed in Massachusetts matching "SUSAN TROPEANO"

No Results Found                                    **View as Table**

```
              WEST RUTLAND MPO
            WEST RUTLAND, Vermont
                 057779998
              2478230769 -0099
07/19/2012      (802)438-5752      04:21:38 PM

                 Sales Receipt
Product           Sale   Unit        Final
Description       Qty    Price       Price

SAN ANTONIO TX 78278                 $1.50
Zone-7 First-Class
Large Env
3.40 oz.
                                   ========
Issue PVI:                           $1.50


Total:                               $1.50

Paid by:
Cash                                 $2.00
Change Due.                         -$0.50
```

Order stamps at usps.com/shop or call
1-800-Stamp24.  Go to usps.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************


Bill#: 1000100286433
Clerk: 01

     All sales final on stamps and postage
      Refunds for guaranteed services only
          Thank you for your business
*******************************************
*******************************************
          HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

            YOUR OPINION COUNTS
*******************************************
*******************************************


              Customer Copy

Exhibit C
(consisting of 11 pages)

Attention: Rutland City "Police"
          Manhasset "Police"
        ~ "Mayor" Jean Celender of
          Great Neck, N.Y.
        ~ "Mayor" Louras of Rutland
          Vermont

From: The Tropeano Family
      2 Clarkson Lane
      Rutland, Vt. 05701

Correction to 3 page fax, faxed
in the morning of September 7, 2012:
The F.B.I. lobby is located on the
sixth (6th) floor, not on the
seventh (7th) as originally stated
in fax consisting of 3 pages.

*Rutland City Police*
*Community Page*

**HP Officejet 4620 e-All-in-One**

**Fax Log for**
 J*S*Tropeano
8027479179
Sep 07 2012 11:03AM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
|      |      |      |            | Digital Fax | | |
| Sep 7 | 11:02AM | Fax Sent | 7479030 | 0:45 N/A | 1 | OK |

**HP Officejet 4620 e-All-in-One**

**Fax Log for**
J*S*Tropeano
8027479179
Sep 07 2012 11:10AM

<u>Last Transaction</u>

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
|  |  |  |  | Digital Fax |  |  |
| Sep 7 | 11:09AM | Fax Sent | 15164823503 | 0:45<br>N/A | 1 | OK |

**HP Officejet 4620 e-All-in-One**                    Fax Log for
                                                      J*S*Tropeano
                                                      8027479179
                                                      Sep 07 2012 3:16AM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
|      |      |      |           | Digital Fax |    |        |
| Sep 7 | 3:14AM | Fax Sent | 7731827 | 1:35 N/A | 3 | OK |

| HP Officejet 4620 e-All-in-One | | | Fax Log for | | |
| --- | --- | --- | --- | --- | --- |
| | | | J*S*Tropeano | | |
| | | | 8027479179 | | |
| | | | Sep 07 2012 3:13AM | | |

### Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Digital Fax | | |
| Sep 7 | 3:11AM | Fax Sent | 7479030 | 1:31 | 3 | OK |
| | | | | N/A | | |

**HP Officejet 4620 e-All-in-One**

**Fax Log for**
J*S*Tropeano
8027479179
Sep 07 2012 3:06AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
|      |      |      |            | Digital Fax |    |        |
| Sep 7 | 3:04AM | Fax Sent | 15165736622 | 1:35 N/A | 3 | OK |

**HP Officejet 4620 e-All-in-One**

**Fax Log for**
J*S*Tropeano
8027479179
Sep 07 2012 3:03AM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Sep 7 | 3:01AM | Fax Sent | 15164823503 | 1:32 N/A | 3 | OK |

Mr. & Mrs. Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont 05701

ATTENTION: RUTLAND CITY POLICE DEPARTMENT IN RUTLAND, VERMONT
MANHASSET POLICE DEPARTMENT IN MANHASSET, NEW YORK
MAYOR CHRIS LAURUS IN RUTLAND, VERMONT
MAYOR JEAN CELENDER OF GREAT NECK PLAZA IN GREAT NECK, NEW YORK

RE: FRAUDULENT, OUTRAGEOUS, ALARMING TICKETS FOR "DISORDERLY CONDUCT" ISSUED TO JOSEPH
AND SUSAN TROPEANO BY FOUR CORRUPT "POLICE OFFICERS" AND A CORRUPT "SECURITY GUARD"
WHO MAY BE IMPOSTORS AS WELL; WHO HELD THE TROPEANOS AS HOSTAGES AT THE SEVENTH FLOOR
OF THE LOBBY WHICH IS ADJACENT TO THE F.B.I. OFFICE IN BOSTON, MASSACHUSETTES

September 6, 2012

This profound, grave letter is to document to the above parties as all parties are legally responsible to
protect The Tropeanos from the incessant, unabated, lethal, full-blown, out-of-control, interstate R.I.C.O.
activities The Tropeanos are outrageously, alarmingly and unconscionably entrapped in; due to bribes *but are not protecting The*
accepted from the NAZI cult. At such, The Tropeanos lives are in great danger, as this lethal cult who *Tropeanos*
demands a police state is trying every conceivable way to MURDER OR MAKE Susan and Joseph
Tropeano DISAPPEAR FROM THE FACE OF THE EARTH.

The Tropeanos intention in writing this profound, grave letter is not to list all murderous, heinous
R.I.C.O. crimes committed to them on a never-ending, daily basis; as it is self-evident BRIBES WERE
ACCEPTED BY ALL PARTIES ABOVE AND THEREFORE THE TROPEANOS LIVES MUST BE SACRIFICED.
However, The Tropeanos must document to the above R.I.C.O. parties that the purpose of this
profound, grave letter is to EXPOSE THE HORIFFIC PREDICAMENT THEY ARE ENCOUNTERING WITH THE
FRAUDULENT TICKETS THEY WERE ISSUED AT THE F.B.I. OFFICE IN BOSTON, MASSACHUSETTES.

The Tropeanos will not reveal the FRAUD WITH EVIL INTENTIONS UNTIL THE PROPER AUTHORITIES TAKE
OVER THIS HUGE, INTERSTATE, MURDEROUS R.I.C.O. SCANDAL. THE TROPEANOS ALWAYS HAVE TO BE
VERY AWARE OF THE LETHAL SET-UP SITUATIONS THAT ARE CONSTANTLY SCHEMED AGAINST THEM.
THEREFORE, THE TROPEANOS WILL GET TO THE POINT IN THIS PROFOUND, GRAVE LETTER.

JOSEPH TROPEANO RECEIVED A FRAUDULENT COURT DATE OF SEPTEMBER 27TH, 2012 FOR HIS
OUTRAGEOUS, ALARMING, UNCONSCIONABLE, FRAUDULENT "TICKET" FOR "DISORDERLY CONDUCT."
HOWEVER, SUSAN TROPEANO WAS NEVER NOTIFIED OF HER OUTRAGEOUS, ALARMING,
UNCONSCIONABLE, FRAUDULENT TICKET FOR DISORDERLY CONDUCT.  BOTH "TICKETS" WERE ISSUED
TO THE TROPEANOS AT THE SAME TIME, SAME DATE, SAME PLACE WHICH WAS ON THE SEVENTH
FLOOR LOBBY ADJACENT TO THE F.B.I. OFFICE IN BOSTON, MASSACHUSETTES.

THE TROPEANO FAMILY AND SUSAN TROPEANO IS GETTING VERY ILL AND ALARMED THAT SUSAN
TROPEANO WAS NEVER NOTIFIED ABOUT HER "TICKET." THE REASON IS THAT IT APPEARS TO BE A
MURDEROUS SET-UP SITUATION WHICH MAY OCCUR AS THE NAZI CULT/POLICE STATE IS SCHEMING TO
MAKE SUSAN TROPEANO DISAPPEAR.  DISAPPEAR MEANS THAT UNLAWFUL, CORRUPT, VILE, DEMONIC
POLICE OR IMPOSTORS PRETENDING TO BE THE POLICE WILL ARREST SUSAN TROPEANO FOR NOT
ANSWERING AND OR RESPONDING TO HER "TICKET."