ONCE SUSAN TROPEANOS IS OUTRAGEOUSLY, ALARMINGLY AND UNCONSCIONABLY PLACED IN A JAIL, IT WILL BE A DEMONIC, FREE-FOR-ALL FOR ALL SATANICAL LAW ENFORCEMENT TO BRUTALLY BEAT-UP SUSAN TROPEANO TO THE POINT THAT SHE WILL SUFFER A BRUTAL, TRAGIC DEATH. SUSAN TROPEANOS' DEATH WOULD BE A HUGE COVER-UP TO SMOKESCREEN ALL THE DEMONIC ILLICIT ACTIVITES COMMITTED BY THE NAZI CULT/POLICE STATE AND THUS THEIR HEINOUS, MURDEROUS, R.I.C.O. CRIMES WOULD NEVER BE EXPOSED! THE ALIBY AND LETHAL, DEMONIC SET-UP SITUATION FOR THIS NAZI, MURDEROUS, BRUTAL ASSAULT COMMITTED TO SUSAN TROPEANO WOULD BE THAT SHE WAS MENTALLY ILL AND DANGEROUS AND THUS SHE TRIED TO ATTACK THE GUARDS OR ANOTHER IN-MATE.

THIS LETHAL, MURDEROUS ALIBY AND SET-UP SITUATION WAS ALSO SCHEMED AND CONSUMATED TO ANOTHER INNOCENT VICTIM, FABIAN LENIS. FABIAN LENIS WAS HUNG IN HIS GREAT NECK FED EX STORE LOCATED IN GREAT NECK, NEW YORK. MANY PEOPLE IN THE COMMUNITY OF GREAT NECK, NEW YORK KNEW THAT FABIAN LENIS DEATH WAS A LETHAL SET-UP; AND THAT HE NEVER COMMITTED SUICIDE WHICH THE CORRUPT MANHASSET POLICE REPORTED THAT HE DID. FABIAN LENIS WAS HUNG BY THE NAZI CULT WHICH IS CONNECTED TO THE TROPEANOS WHICH WILL BE EXPOSED WHEN THE PROPER AUTHORITIES TAKE OVER THE HUGE, INTERSTATE, R.I.C.O. SCANDAL THE TROPEANOS ARE OUTRAGEOUSLY, UNCONSCIONABLY AND ALARMINGLY ENTRAPPED IN DUE TO THE ABANDONMENT OF ALL LAW ENFORCEMENT AND OTHER GOVERNMENTAL PARTIES WHO CHOSE TO ACCEPT BRIBES FROM THIS NAZI CULT.

FURTHERMORE, OTHER INNOCENT VICTIMS WERE MURDERED AND OR DISAPPEARED AS WELL WHEN THE TROPEANOS EXPOSED THE LETHAL CORRUPTION THEY ARE ENTRAPPED IN. SUSAN TROPEANO'S DEAR MOTHER JUST RECENTLY PASSED AWAY AS A RESULT OF THE NAZI CULT BARBAROUSLY AND BRUTALLY BRAINWASHING HER. THIS BARBARIC, NAZI BRAINWASHING DESTROYED HER MOTHER'S FOOD TUBES; AND THUS, SUSAN TROPEANO'S MOTHER SUFFERED A BRUTAL, EXCRUCIATING, PAINFUL DEATH; WHICH WAS CUNNINGLY, DEMONICALLY SCHEMED BY THE ORIGINATOR AND THE CULT LEADER OF THIS NAZI CULT; PHYLLIS LEINWAND!

PHYLLIS LEINWAND IS THE HANDLER OF THE TROPEANOS' LIVES. AS STATED IN THE BEGINNING OF THIS PROFOUND DOCUMENT, THE TROPEANOS ARE OUTRAGEOUSLY, ALARMINGLY AND UNCONSCIONABLY VICTIMS OF PHYLLIS LEINWAND'S INCESSANT SCHEMING TRYING TO MURDER THE TROPEANOS IN EVERY CONCEIVABLE WAY FROM CUTTING THEIR BRAKE LINES TO THEIR VEHICLES, BRUTAL, RAGING POLICE ASSAULTS AND PRE-MEDITATATED ATTEMPTED ASSAULTS, CONTROLLING AND HAVING CUSTODY OF ALL THEIR POSSESSIONS AND FINANCES, THEIR PROPERTY IN GREAT NECK, NEW YORK, BRIBING ALL DOCTORS, HOSPITALS, PHARMACISTS, EVERY CONCEIVABLE INSURANCE COMPANIES FROM HEALTH TO CAR INSURANCE, ETC., ETC.,...IN ESSENCE PHYLLIS LEINWAND INSTRUCTS HER CULT TO BAR/BLOCK THE TROPEANOS FROM USING EVERY CONCEIVABLE SERVICE THE TROPEANOS ARE ENTITLED TO USE AND OR PAY FOR. THE TROPEANOS CASE SETS A PRECEDENT IN THE UNITED OF AMERICA; IT IS A PRIMA FACIE CASE AND MUST BE EXPOSED IMMEDIATELY SO THAT THE TROPEANOS LIVES WILL BE SAVED! THIS IS AN AMERICAN ATROCITY!!!!

THE TROPEANOS WILL CONCLUDE THIS GRAVE, PROFOUND DOCUMENT BY ADDRESSING AGAIN:

ALL VILE, VENOMOUS, LETHAL NAZI AND LETHAL, CORRUPT, BRUTAL, RAGING LAW ENFORCEMENT ENTITIES WILL CEASE AND DESIST IMMEDIATELY ALL PRE-MEDITATED, ALARMING, UNCONSCIONABLE, LETHAL SET-UP SITUATIONS CONCERNING THE TROPEANOS! THERE IS TREMENDOUS, ENDLESS LIABILITY FOR INCESSANTLY INSTILLING FEAR, TERROR AND TRAUMA COMMITTED TO THE TROPEANOS AND FAMILY MEMBERS ON AN NEVER-ENDING, DAILY BASIS! AT THIS POINT AND TIME, SUSAN TROPEANO NEVER RECEIVED A NOTICE TO APPEAR IN COURT FOR THE SAME FRAUDULENT, OUTRAGEOUS, ALARMING "DISORDERLY CONDUCT" TICKET THAT JOSEPH TROPEANO RECEIVED. AT SUCH, RED FLAGS ARE RAISED AS LETHAL, MURDEROUS, PRE-MEDITATED FOUL PLAY REAPS IN EVERY CREVICE OF THIS NAZI/POLICE STATE REGIME THE TROPEANOS ARE SADISTICALLY ENTRAPPED IN.

THIS NAZI POLICE STATE IS TRYING THEIR CORRUPT BEST TO DESTROY THE TROPEANOS AS THE TROPEANOS ARE TORTOROUSLY SUFFERING FOR THE CRIMES COMMITTED BY THESE LETHAL THUGS! THESE SEEDY, LETHAL CRIMINALS REVERSE THEIR MURDEROUS, HEINOUS CRIMES ON THE TROPEANOS WHICH IS INTENDED TO MAKE THEM DEATHLY ILL TO THE POINT THAT THEY WILL DIE FROM SUCH OUTRAGEOUS, DEMONIC INIQUITIES. ONCE AGAIN THIS IS AN AMERICAN ATROCITY!

THE TROPEANO FAMILY!

VIA FAX 3 PAGES

- 3 -

**HP Officejet 4620 e-All-in-One**

**Fax Log for**
J*S*Tropeano
8027479179
Sep 02 2012 12:51AM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
|      |      |      |            | Digital Fax | | |
| Sep 2 | 12:48AM | Fax Sent | 18668091239 | 2:57 N/A | 4 | OK |

Very Serious

Attention - Sheri Goner
Claims Representative

From - Mr and Mrs. Joseph Tropiano

Re: Faxed 3 page letter with
cover page totaling 4 pages

Mr. and Mrs. Joseph Tropeani
2 Clarkson Lane
Rutland, Vermont 05701

Sheri Goner
Claim Representative
of Hartford Insurance Co.
P.O. Box 14264
Lexington, KY 40512-4264

Re: Claim Number PA0010834254
VIA FAX 3 PAGE LETTER with cover page totaling 4 pages
September 1, 2012

Attention Sheri Goner:

We spoke to you at length regarding our horrific predicament being entrapped in a NAZI Regine/police state and how it affects and filtrates into every conceivable service we use. At such, without elaborating again to you, you were made very aware how these lethal thugs corrupt our past mechanic and insurance company who accepted bribes; and thus our car was further greatly damaged by the mechanic and the insurance company.

As these lethal illicit activities never ceases, this profound, grave letter is to document that you are following the same corrupted, ruthless footsteps of our past long-term insurance company.

It is outrageous, alarming and lethal that you are intentionally, negligently and recklessly not honoring the "mechanics" written Vandalism documents we retained, and a head technician who witnessed and attested to our brake hose being sliced, cut several times due to Vandalism.

Furthermore we witnessed who Vandalized our car and know where he lives. Due to the current police aiding and abetting the NAZI cult we are outrageously, alarmingly and surrealistically victims of, the police wantonly refuse to make police reports for all life-threatening, heinous crimes we are victims of, the latest one being intentional cutting of our brake hose which is known as PRE-MEDITATED ATTEMPTED MURDER!

As a result of you not immediately honoring these Vandalism

documents which could be repaired
in less than an hours time, you
are aiding and abetting these lethal
thugs who are committing the crime
of pre-meditated attempted murder.
The repair to install a new
brake hose is a simple repair which
totals approximately $100.00. It is
outrageous, unconscirable and outright
criminal that you permit our car
to remain in this life-threatening
condition as you are deliberately,
intentionally and recklessly ignoring
our vandalism documents! The repair
to our brake hose is very reasonable,
but losing our lives due to your
extreme unlawful insurance practices
is priceless!

It is self-evident you accepted
bribes from the NAZI cult and
therefore you cannot expose that
our car has been vandalized. Without
elaborating further your extreme
unprofessionalism, you are an
accomplice to pre-meditated, attempted
murder and thus guilty pursuant
to many sections of U.S. Title 18!
Mr and Mrs Joseph Trupiano

R-06/12-360

Mr. Joseph Tropeani

hand delivered

19 pages

for meeting set
on 9/5/12 in
Barre.

Janice L. Huy
admin. assist.

Mr. and Mrs. Joseph Tropeano
2 Ckarkson Lane
Rutland, Vermont 05701

State of Vermont Human Services Board
14-16 Baldwin Street
2nd Floor
Montpelier, Vermont 05633-4302

RE: LETHAL LUNACY COMMENTS/TACTICS EMPLOYED AND LETHAL,
UNCONSCIONABLE ILLICIT ACTIVITIES COMMITTED AT THE HUMAN SERVICES
BOARD PURSUANT TO MANY SECTIONS OF U.S. TITLE 18

August 25, 2012

This profound grave document is to address all conspiring LETHAL R.I.C.O. ACTIVITIES which
occurred at the HOAX OF A FAIR HEARING THE TROPEANOS ATTENDED on July 11, 2012.
After The Tropeanos document all alarming, absurd and outrageous UNJUST PROCESSES they were
exposed to at the "fair hearing," they will conclude this profound document by briefly addressing the
atrocious events which occurred at the Human Services Board in Montpelier, Vermont; The Department
of Children and Families located in Rutland, Vermont; The IBM Building in ( ✳ ) Vermont where
The Department of Children and Families is temporarily located and The Department of Health Access
located in Williston, Vermont. ( ✳ Essex junction )

This profound, grave document is mind-boggling, traumatizing, terrorizing and torturous to write as no
human being is suppose to be subjected to such outrageous, alarming lethal lunacy and lethal,
unconscionable, illicit activities. As a result of all monstrous iniquities committed by all conspiring
entities; there is huge liability regarding the interstate, full-blown, pre-meditated R.I.C.O. scandal
which devastatingly destroyed every conceivable aspect of The Tropeanos lives and some of their dear
family members as well.

The Tropeanos will try their best to write this profound document as brief as possible. Writing
documents regarding lethal lunacy, topsy-turvy Alice in Wonderland occurrences is putrid and
inhumane, and can definitely result in a fatal consequence. NO HUMAN BEING SHOULD BE
SUBJECTED TO DOCUMENT SUCH HEINOUS, LUNATIC, SADISTIC UNLAWFULNESS
OCCURING TO THEM. THE TROPEANOS HAVE MANY MEDICAL LETTERS ATTESTING TO
THESE PROFOUND FACTS.

The following atrocious illicit activities occurred at the so-called "hearing" on July 11, 2012. They
were as follows:

1. The following individuals were present at the "fair hearing":

"Heidi J. Moreau"

"Dan Jarman"

Joseph Tropeano

Susan Tropepeano

2. "Heidi J. Moreau" at the onset of the hearing, stated that she was the "Assistant Attorney General." When The Tropeanos questioned to see her credentials, she changed her title to "Deputy Assistant to the Attorney General."

3. "Heidi J. Moreau" and "Dan Jarman" wore no governmental tags or name tags to identify themselves as governmental employees. At such, The Troepanos asked for their business cards. So-called "Heidi J. Moreau" stated, "I don't have a business card. The Tropeanos asked, "Why don't you have a business card?! Due to the lethal corruption we are entrapped in, we need to know that you are the person that you claim to be. It is common knowledge that governmental officials have business cards and wear governmental tags to identify themselves." At that said, "Heidi J. Moreau" remained silent. The Tropeanos further stated, "You claim to be the Assistant Attorney General, do you have business cards at your office as we need to make sure you are the Assistant Attorney General." "Heidi J. Moreau meekly, nervously and outrageously responded, "NO, I DO NOT HAVE ANY BUSINESS CARDS IN MY OFFICE."

4. At that unconscionable, beyond comprehension statement made, The Tropeanos were alerted that foul play was in full force. It is a known fact that all governmental officials wear governmental tags to identify themselves and have business cards to give when meeting with the public. However, according to so-called "Heidi J. Moreau" she has no way to identify herself that she is the Assistant Attorney General.

5. Furthermore, due to The Tropeanos encountering a myriad of impostors in the professional field; some of them which are very dangerous; RED FLAGS RAISED. While The Tropeanos were posing their legitimate questions and concerns to "Heidi J. Moreau" she took a big gulp as she knew that The Tropeanos were discovering her guise.

6. So-called "Dan Jarman" nervously tried to cover-up "Heidi J. Moreau's true identity. "Dan Jarman" as well wore not governmental tags or name plates. The Tropeanos asked for his business cards as well. He, like "Heidi J. Moreau" outrageously and alarmingly stated, "I DON'T HAVE BUSINESS CARDS. THE STATE OF VERMONT DOES NOT REQUIRE ME TO HAVE A BUSINESS CARD.

7. As one could imagine, The Tropeanos were alarmed by their absurd, lunatic statements. The Tropeanos informed "Heidi J. Moreau" and "Dan Jarman, "That something very illicit is taking place here. Both of you claim you are governmental officials, however you outrageously claim you do not have governmental tags, name plates, business cards or any other means to identify yourselves. We encounter many impostors in our lives; how do we know if you are the people you claim to be??!! This is absurd and outrageous that you have no means to identify yourselves!"

8. "Dan Jarman" appeared very nervous. He tried to appease The Tropeanos by informing them that if they have documents to show regarding the lethal corruption they are entrapped in; he will personally serve those documents to Attorney General, William Sorrell. "Dan Jarman informed The Tropeanos that he sees William Sorrell very often and works very closely with him.

9. At that said, The Tropeanos informed "Dan Jarman" and "Heidi J. Moreau" that they do not

trust this "fair hearing" due to the complete lack of any identification they had to attest to being an Assistant Attorney General or Hearing Officer. The Tropeanos did inform "Dan Jarman" that they will supply him with documents that he will personally serve to Attorney General, William Sorrell.

10. "Dan Jarman" began the "fair hearing" by reciting the procedures of the hearing. After he recited the procedures, "Heidi J. Moreau" never presented her side to the case nor did The Tropeanos present their side of the case. The Tropeanos tried to present their case and wanted to ask    specific questions as to how their food stamps were calculated and other health benefits they were entitled to have; however, "Dan Jarman" ignored all; as he side-tracked the entire hearing process by further addressing the documents The Tropeanos will supply to him and in return he will personally serve those documents to Attorney General William Sorrell.

11. Please note: the "hearing" was never conducted in the AHS office in Montpelier, Vermont according to protocol. Instead it was conducted at the Office for Children of Special Needs which is located in Rutland, Vermont.

12. FURTHERMORE, THE TROPEANOS NEVER SWORE UNDER OATH AT THE ONSET OF THE HEARING NOR WAS A TAPE RECORDER PRESENT TO RECORD THE HEARING. ALL UNJUST PROCESSES REAPED IN EVERY CREVICE OF THIS SO-CALLED "FAIR HEARING."

13. The Tropeanos left the so-called "fair hearing" totally flabbergasted as it was a FARCE OF A "FAIR HEARING" WHERE ABSOLUTELY NOTHING WAS PRESENTED EXCEPT FOR THE DOCUMENTS WHICH WILL BE SUPPLIED TO WILLIAM SORRELL. "HEIDI J. MOREAU" REMAINED MOTIONLESS AND SILENT THROUGH-OUT THE ENTIRE TIME.

14. After the farce of the "fair hearing" was over, The Tropeanos ran back to their home to gather some documents for William Sorrell. However, The Tropeanos surmised that "Dan Jarman" was just appeasing them as he did not want to be discovered that he was an impostor, or, if Dan Jarman is the authentic hearing officer; he did not want to be cited by The Tropeanos that he was a corrupt hearing officer.

15. The Tropeanos met with "Dan Jarman" approximately an hour later to deliver their documents to him. He reassured The Tropeanos that he will personally serve these documents to William Sorrell. He also reassured The Tropeanos that if they need to call him, he can be reached at the AHS office in Montpelier, Vermont.

16. However, all that was promised and reassured by "Dan Jarman" never materialized. AFTER THE HOAX OF THE "FAIR HEARING," THE TROPEANOS RECEIVED DOCUMENTS TO ATTEST TO THE ACCURATE AND TRUE CALCULATIONS OF THEIR FOOD STAMPS. THE MEASLY FORTY-EIGHT DOLLARS IN FOOD STAMPS WAS GROSSLY MISCALCULATED BY DCF, SO-CALLED "DAN JARMAN" AND SO-CALLED "HEIDI J. MOREAU."

17. THE TRUE AND ACCURATE CALCULATIONS FOR FOOD STAMPS PURSUANT TO THE GUIDELINES OF 3SQUARES VERMONT ALLOWS THE FOLLOWING DEDUCTIONS TO BE SUBTRACTED FROM THE GROSS INCOME TO GET YOUR NET

INCOME. THEY ARE AS FOLLOWS:

A) 20% OF WAGES. The Tropeanos unearned income is $1,931.90. 20% of 1,931.90 is $368.38.

B) A standard deduction based on the number of people in your household. In The Tropeano's case, the standard deduction is $147.00 for household of 1-3 members.

C) Elderly and disabled members can deduct $138 if they have medical expenses above $35 a month. SUSAN TROPEANO IS COLLECTING SSD AS A RESULT OF COMPLEX PTSD SUFFERED FROM THIS LETHAL CORRUPTION AND LETHAL LUNACY COMMITTED BY ALL CONSPIRING R.I.C.O. PARTIES. SHE HAS MEDICAL EXPENSES WHICH WAY EXCEEDS OVER $35.00 A MONTH

D) Shelter care deduction is $757.00. The Tropeanos pay for HEAT and have a disabled member. The disabled member is Susan Tropeano who is suffering from complex PTSD due to the lethal corruption she is entrapped in for almost nine, excruciating, overwhelming, nightmare years to date.

The NAZI cult and the police employ every conceivable corrupt tactic to STOP THE TROPEANOS FROM LIVING A NORMAL, DEMOCRATIC LIFE. THE CORRUPT BRUTAL POLICE USURP THEIR POWERS BY UNLAWFULLY USING THE PATRIOT ACT  THUS THE TROPEANOS' LIVES ARE AN OPEN BOOK. OTHER ALARMING, SURREAL, UNLAWFUL TACTICS ARE USED AS WELL WHICH THE TROPEANOS WILL NOT REVEAL UNTIL THE PROPER AUTHORITIES TAKE OVER! THE TROPEANOS' CASE SETS AN AMERICAN PRECEDENT AS THIS IS AN AMERICAN ATROCITY!

**********▼▼▼▼▼**********▼▼▼▼▼▼▼▼**********▼▼▼▼▼▼**********▲▲▲▲▲▲▲▲▲▲▲▲▲▼▼▼▼

PLEASE NOTE: Joseph Tropeano is also disabled suffering from COMPLEX PTSD AS A RESULTY OF THE LETHAL CORRUPTION AND LETHAL LUNACY COMMITTED BY ALL CONSPIRING R.I.C.O. PARTIES. HE IS BARRED FROM RECEIVING SSD AT THE RUTLAND, VERMONT SSD OFFICE WHICH IS CONVENIENTLY LOCATED ON THE SAME FLOOR OF THE DEPARTMENT OF CHILDREN AND FAMILIES. BOTH ENTITIES ARE OUTRAGEOUSLY AND ALARMINGLY CONSPIRING TOGETHER BARRING THE TROPEANOS FROM THEIR FULL BENEFITS THEY ARE ENTITLED TO PURSUANT TO FEDERAL AND STATE LAWS. THE LETHAL PRANKS AND MONSTROUS ILLICIT ACTIVITIES COMMITTED AT BOTH ENTITIES IS OUTRAGEOUSLY AND ALARMINGLY SCHEMED SO THAT THE TROPEANOS BECOME DESTITUTE AND HOMELESS AS A RESULT OF NOT RECEIVING COMPENSATION AND BENEFITS WHICH THEY RIGHTFULLY ARE ENTITLED TO! THERE IS TREMENDOUS LIABILITY FOR RECKLESSLY, NEGLIGENTLY AND INTENTLY TRYING EVERY UNLAWFUL, LUNATIC MEANS TO DESTROY THE TROPEANOS UNTIL THEY DROP DEAD. IT IS SHAMEFUL AND PATHETIC THAT GROWN ADULTS CONSPIRE WITH THIS NAZI CULT THEY ARE ENTRAPPED IN!

BRIBES AND KICKBACKS WERE ACCEPTED TO SACRIFICE THEIR LIVES AND THEIR DEAR FAMILY MEMBERS AS WELL. JUST RECENTLY SUSAN TROPEANO'S DEAR MOTHER DIED A TRAGIC, BRUTAL DEATH FROM THE BARBAROUS, BRUTAL BRAINWASHING ORCHESTRATED AND SCHEMED BY THE CULT LEADER PHYLLIS LEINWAND.  PHYLLIS LEINWAND IS THE HANDLER OF THIS LETHAL CORRUPTION THE TROPEANOS ARE ENTRAPPED IN.

FURTHERMORE, PHYLLIS LEINWAND IS THE ORIGINATOR OF THIS LETHAL CORRUPTION. THE TROPEANOS WILL NOT RELENT UNTIL SHE IS PLACED BEHIND BARS FOR ORCHESTRATING MURDEROUS, PRE-MEDITATED R.I.C.O. CRIMES BY USING HER CONNECTIONS TO FULFILL HER DEMONIC, SADISTIC, DEMENTED WISHES.

PHYLLIS LEINWAND IS ABLE TO ACCOMPLISH HER MURDEROUS MISSIONS AS SHE IS DIRECTLY CONNECTED WITH A DEMONIC/NAZI CULT AND THE DEMONIC/NAZI POLICE WHO ARE PRACTICING NAZISM AND OUR FAMILY! THE TROPEANOS WILL NOT RELENT UNTIL PHYLLIS LEINWAND GOES BEHIND BARS WHERE SHE BELONGS!

 ALL CONSPIRING PARTIES AS WELL ARE RESPONSIBLE FOR ALL TRAGEDIES AND DEATHS PERPETRATED TO THE TROPEANOS AND DEAR FAMILY MEMBERS. ALL CONSPIRING R.I.C.O. PARTIES ARE ACCOMPLICES FOR ALL SACRIFICES COMMITTED TO THEM AND THEIR DEAR FAMILY MEMBERS; AND THE TROPEANOS WILL NOT RELENT UNTIL ALL CONSPIRING PARTIES ARE PLACED BEHIND BARS WHERE THEY BELONG AS WELL!

A REMINDER TO THE HUMAN SERVICES BOARD: LET THE TROPEANOS MAKE THIS VERY CLEAR. THE ILLICIT ACTIVITIES AND LUNATIC TACTICS REGARDING ALL BENEFITS AND THE PROPER AMOUNT OF BENEFITS DUE THE TROPEANOS IS NOT AN ISOLATED ISSUE. HOWEVER DUE TO PHYLLIS LEINWAND ORCHESTRATING AND SCHEMING THE RACKETEERING OF SUSAN TROPEANO'S PENSION AND ROBBING ALL FINANCIAL PROPERTY AND MONIES THE TROPEANOS HAD AND OWNED; THEY ARE OUTRAGEOUSLY AND ALARMINGLY HAVE TO RESORT TO FOOD STAMPS AND BENEFITS PAID BY THE STATE AND FEDERAL GOVERNMENT. HOWEVER, AS THIS GRAVE PROFOUND DOCUMENT EXPLAINS AND OTHER DOCUMENTS WRITTEN PREVIOUSLY; THE TROPEANOS ARE BARRED FROM RECEIVING ALL GOVERNMENTAL BENEFITS AND COMPENSATION THEY ARE RIGHTFULLY ENTITLED TO.

PHYLLIS LEINWAND IS THE ORIGINATOR OF THIS BARRING AND SCHEMING OF HER NEVER-ENDING, CONSTANT NAZI  BARRING ORDERS ; OUTRAGEOUSLY AND ALARMINGLY BARRING THE TROPEANOS FROM USING  MEDICAL CARE, HOSPITAL CARE, MEDICATIONS, ALL INSURANCES,  UTILITY SERVICES, COMMUNICATION SERVICES, FORCING US OUT OF OUR HOME IN NEW YORK AND IN VERMONT AND BARRING FROM USING EVERY CONCEIVABLE  COMMUNICATION SERVICES AND ELECTRONICS USED FOR COMMUNICATION SERVICES, ...IN ESSENCE, THE TROPEANOS ARE BARRED IN ALMOST EVERY CONCEIVABLE WAY DUE TO THE NAZI PRACTICES THEY ARE BARELY SURVIVING UNDER!

THE TROPEANOS WOULD NOT ATTEND THIS MEETING TODAY ON SEPTEMBER 5, 2012 IF PHYLLIS LEINWAND NEVER ENTERED INTO THEIR LIVES. SUSAN TROPEANO HAS A WONDERFUL PENSION WITH FULL HEALTH AND WELFARE BENEFITS WHICH COVERS JOSEPH TROPEANO AS WELL. FURTHERMORE, JOSEPH TROPEANO HAS HIGH PAYING CAREERS.  HOWEVER, DUE TO THE INCESSANT DANGER AND 24/7 STALKING TO EVERY CONCEIVABLE PLACE THEY FREQUENT AND LETHAL SET-UP SITUATIONS WHICH THE TROPEANOS ARE VICTIMS OF; COMPOUNDED BY VIOLENT CRIMES COMMITTED BY CORRUPT, BRUTAL. RAGING LAW ENFORCEMENT AND IMPOSTORS ACTING AS LAW ENFORCEMENT AND OTHER THUGS AS WELL POSING TO BE SOMEONE THEY ARE NOT; THE TROPEANOS LIVES ARE IN CONSTANT JEOPARDY WHERE THEY CAN LOSE THEIR LIVES AT A ANY GIVEN MOMENT!

THE TROPEANOS WILL NOT TOLERATE ANY MORE COVER-UPS BY SMOKESCREENING ALL ILLICIT ACTIVITIES COMMITTED BY ALL CONSPIRING R.I.C.O. PARTIES INCLUDING BUT NOT LIMITEDED TO  THE DEPARTMENT OF CHILDREN AND FAMILIES SERVICES, THE HUMAN SERVICES BOARD, THE ATTORNEY

GENERAL'S OFFICE AND THE DEPARTMENT OF HEALTH ACCESS WHO ARE ALL CONNECTED AND WORK TOGETHER AS ONE UNIT; BUT UNFORTUNATELY IN THE TROPEANOS' CASE, ALL GOVERNMENTAL ENTITIES ARE BEHAVING IN AN EXTREMELY SURREAL, INAPPROPRIATE , UNETHICAL, PERILOUS MANNER WHICH CAN MAKE ANY HUMAN BEING DEATHLY ILL.
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

To continue with the true and accurate deductions for food stamps pursuant to 3 Squares Vermont, they are as follows:

- E) MINUS ALLOWED MEDICAL EXPENSES PAID MONTHLY:

  1. Over the counter drugs for Susan Tropeano paid monthly is $175.00. VITAMINS ARE INCLUDED IN THIS AMOUNT.
  2. Over the counter drugs for Joseph Tropeano paid monthly is $115.00. VITAMINS ARE INCLUDED IN THIS AMOUNT.
  3. MEDICARE FOR SUSAN TROPEANO IS $99.00.
  4. SUSAN SUPPLEMENTARY INSURANCE IS $126.20
  5. VPHARM IS $20.00
  6. CO-PAYS ARE $4.00

- F) The Net Income is calculated by minusing all deductions from the gross income which results in the net income. In The Tropeano's case, their GROSS INCOME IS $1931.90. THEIR DEDUCTIONS TOTAL 1,949.58. (SEE ALL DEDUCTIONS CALCULATED ABOVE AND ON PREVIOUS PAGES)

- G) THE TROPEANOS' NET INCOME TOTALS -$17.68. THE TROPEANOS NET INCOME IS IN THE MINUS COLUMN WHICH IS WAY BELOW POVERTY LEVEL! THE AMOUNT OF FOOD STAMPS OF $48.00 AWARDED TO THE TROPEANOS IS BEYOND A SCAM. IT IS BEYOND COMPREHENSION AND UNCONSCIONABLE THAT THE HUMAN SERVICES BOARD AND DEPARTMENT OF CHILDREN AND FAMILIES IN VERMONT ALLOW THESE LETHAL NAZI THUGS TO FILTRATE INTO THEIR OFFICES BY BRIBING AND COMMITTING KICKBACKS TO ALL RESPONSIBLE GOVERNMENTAL PARTIES WHO CHOSE TO BECOME WEALTHY ON THE EXPENSE OF THE TROPEANOS' LIVES!

- H) THE MONSTROUS CRIMES COMMITTED BY THIS NAZI CULT AND THE CORRUPT, BRUTAL, RAGING POLICE WHO INSTUCT GOVERNMENTAL INDIVIDUALS TO COMMIT THESE PUTRID, VILE, VEMEMOUS CRIMES AGAINST THE TROPEANOS MUST CEASE AND DESIST IMMEDIATELY! IT IS AS IF THE TROPEANOS NO LONGER EXIST; AS IF THEY ARE PRONOUNCED DEAD.

- I) AS A RESULT OF THE TROPEANOS BEING PRONOUNCED DEAD; THE TROPEANOS ARE EXPERIENCING A FRIGHTENING, ALARMING TWILIGHT ZONE LIFE. THE TROPEANOS ARE IN REALITY LIVING IN NAZI AMERICA; WHILE OTHERS ALL AROUND THEM ARE LIVING IN DEMOCRATIC AMERICA WHERE LIBERTY AND JUSTICE FOR ALL REIGNS. THE TROPEANOS ARE SURREALISTICALLY ENTRAPPED IN A NAZI/POLICE STATE BUBBLE WHILE EXPERIENCING ALL OTHER AMERICAN CITIZENS LIVING THE WAY THEY USE TO LIVE. THIS TORTOROUS, MIND-

BOGGLING, SADISTIC, SURREAL, NIGHTMARE EXISTENCE THE TROPEANOS ARE BARELY SURVIVING UNDER SETS AN AMERICAN PRECEDENT; AND IT IS AN AMERICAN ATROCITY!

J)  THIS HORIFFIC OCCURENCE OF THE TROPEANOS ENTRAPPED IN A NAZI/POLICE STATE DUE TO GOVERNMENTAL INDIVIDUALS WHO ACCEPTED BRIBES AND KICKBACKS AND IN RETURN THE TROPEANOS MUST DIE; WARRANTS THE ELECTRIC CHAIR. THE LAW DOES NOT TAKE LIGHTLY CONSPIRING R.I.C.O. PARTIES WHO ARE COMMITTING AND INCESSANTLY SCHEMING MURDER IN THE FIRST DEGREE TO THE TROPEANOS AND THEIR DEAR FAMILY MEMBERS!

K)  IT IS OUTRAGEOUS, ALARMING AND LUNATIC THAT THE DEPARTMENT OF CHILDREN AND FAMILIES AND THE HUMAN SERVICES BOARD COULD CALCULATE EXTRMELY ERRONEOUS, DECEITFUL CALCULATIONS. IT IS A DISGRACE WHAT IS TRANSPIRING!

L)  IT IS EXTRMELY ALARMING FOR THE TROPEANOS TO FATHOM HOW MANY INDIVIDUALS WANT THE TROPEANOS DEAD DUE TO THE HUGE, INTERSTATE, OUT-OF-CONTROL, FULL BLOWN R.I.C.O. SCANDAL COMMITTED. THIS IS EXACTLY WHY THE TROPEANOS' CALCULATIONS FOR ALL BENEFITS DUE THEM IS IN A COMPLETE LUÑATIC HAVOC AS ALL R.I.C.O. PARTIES ARE HOPING THE TROPEANOS' WILL LOSE THEIR LIVES AS THEY DO NOT WANT TO SIT BEHIND BARS FOR ALL ATROCIOUS, HEINOUS, CONSPIRING CRIMES COMMITTED.

M) So-called "Heidi J. Moreau" who poses as an Assistant Attorney General and a few minutes later claims she is the Deputy to the Assistant Attorney General is a customary R.I.C.O. pattern orchestrated and schemed by Phyllis Leinwand.

N) In the year 2004, Phyllis Leinwand outrageously and alarmingly changed all school administrative titles and changed the locations where they work. The Tropeanos can attest to these facts as their federal lawsuit explains in detail how she commits these malfeasance.

O) As all conspiring R.I.C.O. parties are very well aware of, The Tropeanos' FEDERAL LAWSUIT FILED IN 2005 IN BROOKLYN, NEW YORK WAS NEVER HEARD IN COURT. INSTEAD, VILE, VENEMOUS, CORRUPT JUDGE SANDRA TOWNES THREW THEIR LAWSUIT LITERALLY IN THE GARBAGE CAN. HER CRIMINAL ACT OF NOT ALLOWING THE TROPEANOS' CASE TO BE HEARD IN A COURT OF LAW IS WHY THEY ARE ENTRAPPED IN THIS NAZI/POLICE STATE REGIME. SANDRA TOWNES CHOSE TO TAKE BRIBES AND THEREFORE THE TROPEANOS AND THEIR DEAR FAMILY MEMBERS LIVES HAD TO BE SACRIFICED!

P) To continue with the lunatic, frightening calculations committed by the impostor, "Heidi J. Moreau" and the so-called "hearing officer" Dan Jerman who is also either an impostor or a corrupt "hearing officer" who accepted bribes, The Tropeanos will address all the alarming fraudulent statements and lunatic calculations committed by these two, corrupt individuals. They are as follows:

1.  The Tropeanos must emphasize that they were never assigned a caseworker to review the accurate and true calculations of the food stamps The Tropeanos are entitled to, and to review all healthcare benefits they are rightfully entitled to, pursuant to Vermont healthcare laws and 3Squares laws.

2.  To make matters more horrific and violating, "Dan Jerman" and so-called "Heidi J. Moreau" NEVER explained to The Tropeanos the calculations of the food stamps not did they explain to them all the health benefits that Susan and Joseph Tropeano are entitled to.

3.  As explained previously, so-called "Heidi J. Moreau" remained motionless and did not utter a word regarding the calculations and benefits The Tropeanos are entitled to. To make matters more lunatic, "Dan Jerman" did not explain as well how the measly amount of food stamps of $48 was calculated nor did he address the benefits Susan and Joseph Tropeano are entitled to. Instead, as explained previously, he side-tracked all serious issues which are suppose to be explained and calculated in the fair hearing by speaking briefly how he will submit The Tropeano's documents to attorney general, William Sorrell. The only people who presented the case was Susan and Joseph Tropeano. However all that was stated fell upon deaf ears as there was no conversation regarding the calculation and health benefits due The Tropeanos. The Tropeanos left the the "fair hearing" with absolutely no remedies or explanations given to them; and at such it was an outrageous farce of a fair hearing.

4.  In the document dated July 12, 2012 written by so-called "Heidi J. Moreau" addressed to Dan Jerman, so-called "Heidi J. Moreau" submits the same figures as DCF did. Her explanations cited in her document was never explained to The Tropeanos. The Tropeanos have a document from Vermont Law Help. On page 5 and page 6 of this document, it clearly states, "What expenses can you deduct from income? You can deduct the following from your gross income to get your net income."
    *20% of wages;
    *A standard deduction based on the number of people in your household
    *Elderly and disabled members can deduct $138 if they have medical expenses above $35 a month
    *Shelter cost deduction: Shelter cost deductions: households that pay heat or air-conditioning $757
    The above explanations are self-explanatory. The Tropeanos followed the explanations and calculated their deductions as seen on the previous pages of this document.

5.  According to so-called "Heidi J. Moreau" she references to terms such as 50 percent, she excludes the amount of $138.00 awarded to disabled members who have medical expenses above $35 a month and instead "Moreau" minuses $35 off Susan Tropeano's medical expense which is LUNATIC. This under-handed tactic committed is deplorable and is full of liability.

6.  So-called "Moreau" never calculated 20% of wages

7.  The Tropeanos rent is $475.00 not $450.00 pursuant to "Moreau's" calculations.

8. Susan Tropeano's VPharm premium is $20.00 not $50.00 as so-called "Moreau stated." Although she stated a higher premium for VPharm, the total deduction amount she figured is $271.58 which is grossly lower than the legitimate amount The Tropeanos are entitled to which totals $539.20. See previous pages of this document which attest to The Tropeanos' excess medical deduction.

Please note when The Tropeanos filed their application for 3Squares Vermont, they made an error in their over the counter medications. The Tropeanos purchase many vitamins monthly. They did not know at that time that they could claim vitamins; thus therefore their monthly over-the-counter medications are higher. IF THE TROPEANOS WERE ASSIGNED A CASEWORKER PURSUANT TO THE LEGITIMATE AND ETHICAL PROCEDURES OF VERMONT LAWS, THE TROPEANOS WOULD HAD BEEN INFORMED TO INCLUDE VITAMINS WHEN CALCULATIN OVER-THE-COUNTER MEDICATIONS. Furthermore, over-the-counter medications were never documented as $8.00 monthly as per "Moreau" stated. This is yet another "error" made by so-called "Moreau."

9.   The Tropeanos received VPharm-2 way before they had the so-called "fair hearing." So-called "Moreau" pretends like she is the responsible party who awarded Susan Tropeano VPharm-2. Susan Tropeano was awarded VPharm-2 after meeting with a corrupt supervisor of DCF, or possibly another impostor by the name of Robert Foster. The horrific incident of The Tropeanos meeting with Robert Foster will be addressed later in this document.

10. So-called "Moreau" addressed Federal Poverty Level, however, The Tropeanos are left in the dark regarding the poverty level as no one explained anything to them due to all UNJUST PROCESSES COMMITTED AT THE FARCE OF A FAIR HEARING. AGAIN THE TROPEANOS WILL EMPHASIZE THAT IF THEY WERE ASSIGNED A CASEWORKER, AND ALL CALCULATIONS AND BENEFITS WOULD BE EXPLAINED, CALCULATED  AND WOULD BE LEGITIMATELY GRANTED TO THE TROPEANOS; THERE WOULD BE NO NEED TO HAVE A FARCE OF A FAIR HEARING. HOWEVER, SINCE THE TROPEANOS ARE EXPLOITED, ABUSED, DISRESPECTED AND BULLIED TO THE EXTREME; U.S. TITLE 18, SECTION 2332b, THE GOAL OF ALL CONSPIRING R.I.C.O. PARTIES IS TO COMMIT UNABATED, INCESSANT ALICE IN WONDERLAND, TOPSY TURVY, LUNATIC, TORTOROUS UNJUST PROCESSES  UNTIL THE TROPEANOS BECOME DEATHLY ILL.

THE TROPEANOS WILL NOT TOLERATE THIS ANY LONGER!  ALL LETHAL, LANATIC CALCULATIONS AND NOT RECEIVING THE LEGITIMATE AND ETHICAL HEALTH BENEFITS DUE US WILL CEASE AND DESIST IMMEDIATELY!

11. THERE IS NO CHART TO SHOW THE AMOUNT OF DEDUCTIONS WHICH EQUALS THE AMOUNT OF FOOD STAMPS RECEIVED.  ACCORDING TO HOWARD BERLIN ANOTHER IMPOSTOR OR CORRUPT SUPERVISOR AT DCF, HE LUNATICALLY STATED TO THE TROPEANOS, "I DON'T KNOW HOW TO CALCULATE THE AMOUNT OF FOOD STAMPS YOU ARE ELIGIBLE FOR.  THE COMPUTER DOES IT ALL. MAYBE I HAVE A BOOKLET SOMEWHERE WHICH WILL SHOW YOU THE CHART, BUT I CAN'T SEEM TO FIND IT.  NO ONE EVER QUESTIONED THE AMOUNT OF FOOD STAMPS THEY ARE RECEIVING.  YOU ARE THE ONLY PEOPLE WHO ARE QUESTIONING THE AMOUNT RECEIVED."  ACCORDING TO "HOWARD BERLIN'S" ALICE IN WONDERLAND STATEMENT, MAYBE THAT'S WHY THE TROPEANOS HAD A FARCE OF

A FAIR HEARING BECAUSE NO ONE CARE TO KNOW HOW THEIR FOOD STAMPS ARE CALCULATED; PUN INTENDED!

12. When The Tropeanos tried to locate a chart on the internet showing household incomes and the amount of food stamps received, it stated "The Requested Site Could Not Be Loaded." It is a customary R.I.C.O. pattern that all pertinent and vital information that The Tropeanos need are DELETED FROM THE INTERNET. THE LETHAL CULT THE TROPEANOS ARE OUTRAGEOUSLY AND ALARMINGLY ENTRAPPED IN, ARE PROFESSIONAL HACKERS. THEY COMMITTED A MYRIAD OF OUTRAGEOUS AND ALARMING CYBERCRIMES. THEY HAVE DESTROYED MANY WEBSITES ON THE INTERNET AND DELETE ALL VITAL INFORMATION WHICH THE TROPEANOS NEED; AND AT SUCH, MANY WEBSITES ON THE INTERNET HAVE BEEN HACKED INCLUDING INFORMATION REGARDING HOUSEHOLD INCOMES FOR HEALTH BENEFITS AND 3SQUARES VERMONT.

13. So-called "Heidi J. Moreau" fraudulently signs her name to her grossly inaccurate calculations affirming that she is the Assistant Attorney General.

14. The maximum amount of food stamps awarded for a household of 2 is $367.00. The Tropeanos have very high deductions leaving then in the MINUS COLUMN, however they only receive a MEASLY $48.00 A MONTH...FOUL PLAY REAPS IN EVERY CREVICE OF THE DEPARTMENT OF CHILDREN AND FAMILIES, THE HUMAN SERVICES BOARD, VERMONT HEALTH ACCESS, ET., AL.

15. Susan Tropeano is entitled to have her Medicare premiums pay for and to have help paying for her coinsurance pursuant to the Medicare Savings Program. When The Tropeanos questioned these benefits at the "fair hearing" to "Moreau" and "Jerman", "Moreau" remained motionless and silent while "Jerman" quickly side-tracked the issue by informing The Tropeanos that he will personally serve their document Attorney General, William Sorrell. When The Tropeanos asked "Moreau" why can't she give the documents to Sorrell since she works with him, she remained silent and oblivious to the Tropeanos' question.

16. Joseph Tropeano is entitled to free medical insurance. Heather from The Rutland Free Clinic informed The Tropeanos of this fact. Joseph Tropeano filed for health insurance several times at DCF. However, he was only awarded health insurance where a premium of approximately $125 monthly must be paid. Heather informed Joseph Tropeano to file another application for health insurance as he is entitled to VHAP. She told The Tropeanos that according to The Tropeanos' income, the insurance is free. Heather was about to give Joseph's application to a contact she had at DCF. However, all havoc began once Heather was instructed by DCF employees, et. al. that THE TROPEANOS ARE BARRED FROM RECEIVING THEIR LEGITIMATE AND ETHICAL BENEFITS DUE THEM!

17. The deductible for VHAP is approximately $916.00. The Tropeanos are in the minus column and are therefore Joseph Tropeano is entitled to VHAP insurance. AGAIN IF THE TROPEANOS WERE ASSIGNED A CASEWORKER, ALL LEGITIMATE BENEFITS WOULD BE AWARDED TO THE TROPEANOS!

18. Other benefits are due The Tropeanos such as help with their phone bill. Under the Phone Assistance Program, The Tropeanos would be receiving approximately ten dollars off of their phone bill.

19. Due to The Tropeanos left in the dark regarding all their benefits due them, there may be other benefits they are entitled to that they are not aware of. THE LEGITIMATE AND ETHICAL JUST PROCESS IS TO ASSIGN THE TROPEANOS A LEGITIMATE AND ETHICAL CASEWORKER WHO WILL REVIEW AND CALCULATE ALL THEIR BENEFITS DUE THEM!

20. THESE UNJUST PROCESSES COMMITTED BY DCF, THE HUMAN SERVICES BOARD AND HEALTH ACCESS IS NOT AN ISOLATED INCIDENT. THE SAME LUNATIC, TOPSY TURVY HAVOC OCCURRED WITH SUSAN TROPEANO'S PENSION. HER PENSION HAS BEEN OUTRAGEOUSLY, ALARMINGLY AND UNCONSCIONABLY RACKETEERED WITH. AT SUCH, SUSAN TROPEANO CANNOT RETIRE. NOT ONLY HAS SUSAN TROPEANO'S PENSION BEEN GREATLY COMPROMISED, ALL THE TROPEANO'S FINANCES, POSSESSIONS, SERVICES, AND EVERY CONCEIVABLE ASPECT OF THE TROPEANO'S LIVES IS A CHAOTIC, LUNATIC, NIGHTMARE MESS DUE TO THE OUTRAGEOUS, ALARMING NAZI/REGIME POLICE STATE THEY ARE ENTRAPPED IN FOR OVER EIGHT HORIFFIC, OVERWHELMING, EXCRUCIATING YEARS TO DATE!

21. Pursuant to Dan Jerman's document dated July 20, 2012, he continues the alarming, torturous lunatic lunacy comments and illicit activities by stating:..."THE FOLLOWING FACTS ARE NOT IN DISPUTE, AND ARE BASED ON THE REPRESENTATIONS OF THE PARTIES HELD ON JULY 11, 2012." THIS OUTRAGEOUS STATEMENT REFERS TO THE AMOUNT OF FOOD STAMPS OF $48.00 AWARDED TO THE TROPEANOS AND VPHARM 2 WHICH WAS ALREADY AWARDED TO THE TROPEANOS WHEN THE TROPEANOS MET WITH SO-CALLED SUPERVISOR OF DCF, "ROBERT FOSTER"

22. THE DISPUTE OF THE MEASLY $48.00 IS DEFINITELY IN DISPUTE TILL THIS PRESENT TIME AS THIS AMOUNT IS GROSSLY INACCURATE. THE TROPEANOS' CALCULATIONS ARE SHOWN ON THE PREVIOUS PAGES OF THIS PROFOUND DOCUMENT. FURTHERMORE, LIKE "MOREAU", "JERMAN" NOW TAKES THE CREDIT THAT HE WAS THE ONE WHO CHANGED SUSAN TROPEANO'S V-PHARM PREMIUM FROM FIFTY DOLLARS TO $20.00.

23. FURTHERMORE, THE CHART MUST BE PRODUCED FOR THE HOUSEHOLD INCOMES FOR V-PHARM PREMIUMS. AGAIN THESE CHARTS ARE CONCEALED FROM THE TROPEANOS BY THE LETHAL THUGS WHO OUTRAGEOUSLY, ALARMINGLY TOOK CONTROL AND CUSTODY OF EVERY PART OF OUR LIVES! THIS MUST CEASE AND DESIST IMMEDIATELY! ALL GOVERNMENTAL PARTIES WHO ARE AIDING AND ABETTING THESE LETHAL THUGS WILL FACE THE HARSHEST CONSEQUENCES UNDER THE LAW PURSUANT TO NUMEROUS SECTIONS OF U.S. TITLE 18!

24. On page 2 of "Jerman's Findings of Facts, "Jerman" fraudulently and outrageously stated THAT HER HUSBAND PAYS "FOR SUPPLEMENTAL HEALTH INSURANCE AND OTHER MEDICAL EXPENSES TOTALING 306.58." SUSAN TROPEANO NEVER STATED THESE STATEMENTS!

24. Furthermore, "Jerman" fraudulently stated, "BASED ON THESE INCOMES THE DEPARTMENT DETERMINED THAT THE PETITIONER HAS $1,062.00 PER MONTH IN COUNTABLE INCOME FOR 3SQUARES VT." AGAIN THIS IS AN OUTRAGEOUS, COLOSSAL LIE AS THE TROPEANOS' COUNTABLE INCOME IS IN THE MINUS COLUMN. SEE THE CALCULATIONS ON THE PREVIOUS PAGES WHICH ATTESTS TO THESE FACTS.

25. On page 3 of the same document, "Jerman" fraudulently states that he "AGREED TO (AND DID) FORWARD A PACKET OF WRITTEN MATERIALS BY THE PETITIONER AT THE HEARING TO THE VERMONT ATTORNEY GENERAL FOR HIS CONSIDERATION." THE TROPEANOS DID NOT ASK "JERMAN" TO GIVE ANY DOCUMENTS TO THE ATTORNEY GENERAL. IT WAS "JERMAN" WHO SUGGESTEDTO GIVE THE TROPEANOS' DOCUMENTS TO THE ATTORNEY GENERAL. THIS UNDER-HANDED HOAX OF GIVING THE TROPEANOS' DOCUMENTS TO THE ATTORNEY GENERAL WAS SCHEMED BY "JERMAN" IN ORDER TO SIDE-TRACK THE TROPEANOS FROM DISCOVERING ALL THE LUNATIC, FRAUDULENT ILLICIT ACTIVITIES PERPETRATED BY SO-CALLED "MOREAU" AND "JERMAN."

26. On page 3 of the same document, "Jerman" outrageously , unconscionably, incessantly continues to FRAUDULENTLY STATE, "THERE IS NO INDICATION THAT THE PETIONER DISAGREES WITH ANY OF THE DEPARTMENT'S SPECIFIC DETERMINATIONS OF HER INCOME AND EXPENSES OR PURPOSES OF ELIGIBILITY FOR 3SQUARESVT AND VPHARM." THIS IS A COLOSSAL LIE! IT IS BEYOND COMPREHENSION AND UNCONSCIONABLE THAT A "HEARING OFFICER" WOULD COULD STATE SUCH ALARMING LIES!

IT IS SELF-EVIDENT "JERMAN" BY NO MEANS WAS BEHAVING LIKE A LEGITIMATE HEARING OFFICER! INSTEAD, DUE TO HIS EXTREMELY FRAUDULENT COMMENTS STATED HE WAS INSTRUCTED TO COMMIT THESE LUNACTIC FRAUDULENT STATEMENT BY THE NAZI CULT THE TROPEANOS ARE VICTIMS OF.

27. On page 3 of the same document, "JERMAN'S RECOMMENDATION THAT THE DEPARTMENT'S DECISIONS SHOULD BE AFFIRMED" IS OUTRIGHT TORTUROUS! "JERMAN" IS TRYING HIS CORRUPT BEST TO SADISTICALLY TORMENT THE TROPEANOS BY HIS OUTRAGEOUSLY FRAUDULENT STATEMENTS AS IF THE TROPEANOS AGREED TO ALL.

28. LET THE TROPEANOS' ONCE AGAIN EMPHASIZE THAT THE "FAIR HEARING" WAS A FARCE OF A "FAIR HEARING!" THERE WERE ABSOLUTELY NO CONVERSATIONS REGARDING THE CALCULATIONS OF THE 3SQUAREVT! "MOREAU" REMAINED MOTIONLESS AND SILENT THROUGH-OUT THIS UNJUST PROCESS WHILE "JERMAN" SIDE-TRACKED THE ENTIRE JUST PROCESSES OF THE "FAIR HEARING" BY INFORMING THE TROPEANOS THAT HE WILL PERSONALLY SERVE ALL THE DOCUMENTS TO SORRELL. THIS WAS THE EXTENT OF THE "FAIR HEARING" WHILE "MOREAU" IS TAKING DEEP GULPS WHEN THE TROPEANOS ARE ASKING FOR HER CREDENTIALS.

29. On page 4 of the same document, "Jerman" continues to outrageously and alarmingly lie stating, "INCOME FROM SOCIAL SECURITY IS DETERMINED BY THE GROSS AMOUNT OF MONTHLY BENEFITS AND IS NOT SUBJECT TO ANY DEDUCTIONS. THE PETITIONER'S INCOME FOR SOCIAL SECURITY IS UNDER 175 PERCENT PPL FOR A TWO-PERSON HOUSEHOLD (2,207), AND, THUS, MAKES HER ELIGIBLE FOR VPHARM 2 BENEFITS W.A.M. S 5450 AND PROCEDURES MANUAL S P-2420B."

HOW LUNATIC CAN JERMAN BE??!! ALL THE DEDUCTIONS ON THE PREVIOUS PAGES ARE SUBTRACTED FROM SUSAN TROPEANO'S SOCIAL SECURITY INCOME. AGAIN, THE TROPEANOS' NEED TO SEE THE HOUSEHOLD INCOME FOR VPHARM 2. THE TROPEANOS NEED TO VIEW W.A.M. SECTION 5450 AND PROCEDURES MANUAL SECTION P-2420B. ALL CHARTS RELATED TO HOUSEHOLD INCOMES RELATED TO V-PHARM ELIGIBILITY IS DELETED FROM THE INTERNET BY THE LETHAL CULT THE TROPEANOS' ARE ENTRAPPED IN!

30. AGAIN "JERMAN" LUNATICALLY, UNCONSCIONABLY AND SADISTICALLY STATES. "INASMUCH AS THERE IS NO DISPUTE THAT THE DEPARTMENT DETERMINED THE PETITIONER'S INCOME, AND THAT ITS DECISIONS REGARDING HER ELIGIBILITY FOR VPHARM AND 3 SQUARES VT WERE IN ACCORD WITH THE ABOVE REGULATIONS THE BOARD IS BOUND TO AFFIRM THOSE DECISIONS."

"JERMAN'S" STATEMENTS ARE EXTREMELY FRAUDULENT, EVIL, LUNATIC AND OUTRAGEOUS! WHEN THE PROPER AUTHORITIES INVESTIGATE THIS HUGE R.I.C.O. SCANDAL, "JERMAN" WILL BE PUNISHED FOR COMMITTING UNJUST PROCESSES RESULTING IN DESTROYING AND BARRING THE TROPEANOS FROM RECEIVING THEIR LEGITIMATE BENEFITS DUE THEM PURSUANT TO THE STATE LAWS OF VERMONT. "JERMAN" IS INDEED COMMITTING FRAUD IN FACT CAUSING AND EXCERBATING FURTHER INJURIES TO THE TROPEANOS RESULTING IN FURTHER IRREVERSIBLE AND IRREPARABLE HARM!

"JERMAN'S" INCESSANT ABUSE AND COMPLETE DISREGARD OF THE GOVERNING LAWS OF VERMONT REGARDING THE LEGITIMATE AND ETHICAL CALCULATIONS OF 3 SQUARES VT, VHAP, VPHARM, MEDICARE SAVINGS PROGRAM PURUSANT TO THE NET INCOME OF A HOUSEHOLD FOR 2 WHEN IT REGARDS THE TROPEANOS' RIGHTFUL ENTITLEMENT TO THESE BENEFITS; IS SHAMEFUL AND WICKED!

31. So-called "Heidi J. Moreau" and "Dan Jerman" schemed and committed additional alarming trickery and outrageous scams which will not be revealed to The Human Services Board, et., al as it is self-evident that The Human Services Board is part of the conspiring parties who accepted bribes from the NAZI cult The Tropeanos are outrageoulsy and alarmingly victims of.

The Services Board is suppose to represent humanity, caring for human beings; but instead the LOVE AND GREED OF MONEY IS THE ROOT OF ALL EVIL. AT SUCH, THE HUMAN SERVICES BOARD OF VERMONT CHOSE TO SACRIFCE THE TROPEANOS' LIVES BY INHERITING DIRTY, FILTHY MONEY FROM THE LETHAL, WEALTHY THUGS WHO THROW THEIR UNLWAFUL, ENDLESS POCKETS OF MONEY TO ALL CONSPIRING PARTIES WHO AID AND ABET THEIR LETHAL CORRUPTION!

THE HUMAN SERVICES BOARD IS GUILTY FOR AIDING AND ABETTING THESE LETHAL THUGS AND ACCEPTING BRIBES FROM THEM PURSUANT TO MANY SECTIONS OF U.S. TITLE 18, INCLUDING MOCKING, BULLYING, HUMILIATING, DISRESPECTING, ABUSING THE TROPEANOS TO THE EXTREME; U.S. TITLE 18, SECTION 2332b!

Q) To address more evidence attesting that "Heidi J. Moreau" is an impostor, The Tropeanos will list the following additional facts attesting to her false identity for the purpose of deceiving The Tropeanos. They are as follows:

   1. The name Heidi J. Moreau does not exist in any registry of the United States of America in the state of Vermont or neighboring states of Vermont. There is a Heidi L. Moreau in Vermont, but not a Heidi J. Moreau.

   2. So-called "Heidi J. Moreau" has a cell phone number which is suppose to be her business

phone.

3. When one calls this cell phone number, Marcia Garlisi picks up her number at the so-called Attorney General's office. Garlisi voicemail introduces Garlisi, not so-called "Heidi J. Moreau."

4.   It is a known fact that the Attorney General's office does not have cell phone numbers, the Attorney General's office has official business phones. Offocial business phone are NOT cell phones.

5. So-called "Heidi J. Moreau" originally informed The Tropeanos that she was the Assistant Attorney General. When The Tropeanos questioned her about her credentials she took a deep gulp when meekly changed her title stating, "I AM DEPUTY TO THE ASSISTANT ATTORNEY GENERAL.

6. So-called staff at the Attorney General's office by the name of Peggy who maliciouslyrefusedto give her last name to The Tropeanos and Marcia Garlisi tried their corrupt best to cover-up for so-called "Heidi J. Moreau's" whereabouts. Peggy who supposedly works in the Attorney General's office, lunatically informed The Tropeanos that she has no idea of "Heidi J. Moreau's" whereabouts. She checked the entire staff list, however, she could not locate "Heidi J Moreau."

   7.  Peggy referred The Tropeanos to speak via telephone to Marcia Garlisi. When The Tropeanos spoke to her, she introduced herself stating she was the administrative assistant to the attorney general. Peggy stated that she was as well the administrative assistant to the attorney general. (Please note: The lunatic misuse of people and their titles is a customary tactic as previously stated in this document which began with the originator of this lethal corruption: Phyllis Leinwand)

   8.  To make a long, horiffic, torturous story short, Marcia Garlisi finally informed The Tropeanos that so-called "Heidi J. Moreau" is working at the IBM building in Essex Junction due to the flood that destroyed the DCF building in Waterbury, Vermont. She further informed The Tropeanos that they cannot meet with her because the DCF Department which is temporarily located at the IBM building is restricted to the public.

   9.  The Tropeanos informed Marcia Garlisi that she is not telling the truth. They informed Garlisi that they went to the IBM building in Essex Juncition. The Tropeanos were informed the public is allowed to visit the DCF office which is temporatily located in the IBM building. The Tropeanos further informed Garlisi that the office receptionist checked the list of all the DCF employees working at the DCF office and she informed them that so-called "Heidi J. Moreau" was not on the list. At that said, Garlisi became very rude, arrogant and had an air of superiority as she first outrageously, alarmingly, fraudulently and repeatedly stated, "No! You did not go there!" This was her malicious, vile tactic to railroad the entire conversation regarding the whereabouts of so-called "Heidi J. Moreau."

   10. The above noxious comments uttered by Garlisi is a customary lethal, lunatic R.I.C.O. pattern which is recklessly and deliberately intended to mock, humiliate, bully, torture and abuse The Tropeanos on a grand scale; U.S. Title 18, section 2332b. This evil

tactic is always employed when The Tropeanos expose the lethal corruption and the alarming, surreal deceitfulness which is incessantly taking place in their lives.

11. The same lunatic conversations regarding the whereabouts of so-called "Heidi J. Moreau" continued at the Health Access Building located in Williston, Vermont. The secretary/receptionist sitting in the lobby on the second floor of the building exclaimed, "Heidi J. Moreau works at the IBM building in Essex Junction, Vermont. When The Tropeanos informed the secretary that they went to the IBM building in Essex Junction, Vermont and that she could not be located in that building, the secretary as well railroaded the conversation, as it was self-evident governmental employees and some may be impostors; are all covering-up for the illicit activity of the false identity and title of so-called "Heidi J. Moreau" posing as the Assistant Attorney General."

12. When The Tropeanos met with Bill Clark at the Health Access Department, who is supposedly the Director of Member and Provider Relations, he admitted to The Tropeanos that he never heard of a "Heidi J. Moreau" who works at DCF as the Assistant Attorney General. If Heidi J. Moreau did exist, Bill Clark would definitely know her, as Bill Clark is supposedly an executive who oversees DCF.

13. An Assistant Attorney General does not attend a simple "fair hearing" concerning the legitimate calculations of 3 SquaresVt and eligible health benefits purusant to household incomes. THE PROPER AND LEGITIMATE AUTHORITY WHO ATTENDS A FAIR HEARING IS A LAWYER FROM AHS.

14. Due to the lethal cult who constantly commits cybercrimes on the internet, so-called "Heidi J. Moreau" was first viewed on the list of Vermont governmental employees working in Montpelier at DCF. When The Tropeanos were fraudulently informed that so-called "Heidi J. Moreau" works at the IBM building in Essex Junction, that address was recently placed on the Vermont list of governmental employees. However, as explained above, so-called "Heidi J. Moreau cannot be located at the IBM building in Essex Junction.

15. Furthermore, why would an Assistant Attorney General work at DCF??!! Assistant Attorney Generals work in the office with the Attorney General. When The Tropeanos asked so-called "Heidi J. Moreau" to deliver their documents to Sorrell; she sat motionless and speechless as "Jerman" came to the rescue exclaiming, "I WORK CLOSELY WITH THE ATTORNEY GENERAL. I WILL PERSONALLY SERVE HIM YOUR DOCUMENTS!" WHAT HAPPENED TO SO-CALLED "HEIDI J. MOREAU" WHO WORKS CLOSELY WITH THE ATTORNEY GENERAL??!! THE LUNATIC, TORTUROUS COMMENTS NEVER CEASES!

R) "Dan German" never personally served The Tropeanos' documents to the Attorney General. The two female employees working at the AHS office in Montpelier informed The Tropeanos that they mailed their documents. One of the employees stated, "I mailed a very thick packet of documents to William Sorrell. The Tropeanos did not give a thick packet to "Dan Jerman." The Tropeanos surmised foul play was taking place with their documents as their documents were not that many and "Dan Jerman" did not tell the truth that he was personally serving the document to William Sorrell.

S) Furthermore, "Dan Jerman" was informed by The Tropeanos not to deliver their documents to William Sorrell via mail as all important documents related to the lethal corruption they are entrapped never reaches the appropriate officials. The Tropeanos documents are confiscated via U.S. Mail. The police unlawfully confiscate The Tropeanos mail by usurping their authority by unlawfully using The Patriot Act; outrageously and alarmingly treating The Tropeanos as if they are the dangerous, mentally ill criminals who are under constant, extremely violating and unlawful, torturous surveillance. THIS IS INTENDED TO SMOKESCREEN ALL THE VILE, VENEMOUS, FULL BLOWN, OUT-OF-CONTROL R.I.C.O. ACTIVITIES COMMITTED AGAINST THE TROPEANOS!

T) The Tropeanos further informed "Dan Jerman" that if their mail does reach a governmental agency, LOWER MANAGEMENT OF THAT ENTITY CONFISCATES THE TROPEANOS' MAIL. "JERMAN" REASSURED THE TROPEANOS THAT THIS WILL NOT OCCUR AS HE WILL PERSONALLY SERVED IT TO WILLIAM SORRELL. HOWEVER, ALL THAT WAS STATED BY "JERMAN" WAS A LUNATIC HOAX; AS HE PROVED HIS TRUE COLORS BY HIS LUNATIC, TORTUROUS, FRAUDULENT STATEMENTS WRITTEN REGARDING THE FARCE OF A FAIR HEARING!

U) The female receptionist at the AHS office by the name of Marie informed The Tropeanos that Marcia Garlisi received their mail which was to be personally delivered by "Jerman." That said it all as Garlisi proved her true colors as previously addressed in this profound, lengthy document.

V) When The Tropeanos tried to call the Attorney General's office to inquire about their documents, so-called employees at the attorney general's office outrageously and alarmingly informed The Tropeanos that they can ONLY SPEAK TO MARCIA GARLISI! THEY RECKLESSLY AND DELIBERATELY BARRED THE TROPEANOS FROM SPEAKING TO THE OFFICE WHERE WILLIAM SORRELL PRESIDES. NOT ONLY DID THEY BAR THE TROPEANOS FROM SPEAKING TO SOMEONE IN SORRELL'S OFFICE, THESE S0-CALLED EMPLOYEES ARE LAUGHING HYSTERICALLY OVER THE PHONE. THIS ABUSE, MOCKERY, HUMILIATION AND BULLYING OF THE TROPEANOS IS EQUATED TO A MODERN DAY LYNCHING.

W) IT IS A CUSTOMARY, R.I.C.O. PATTERN FOR THE NAZI CULT TO RE-ROUTE MANY OF THE TROPEANOS' PHONE CALLS TO MEMBERS OF THE CULT; AND AT SUCH, THE TROPEANOS ARE TEASED, TORTURED AND MOCKED TO THE EXTREME. SOMETIMES GOVERMENTAL EMPLOYEES ARE PARTICIPATING IN THESE LETHAL TORTOROUS PRANKS AS WELL. THESE TORTUROUS, SADISTIC, DEMENTED NAZI TACTICS OF TRYING EVERY CONCEIVABLE MEASURE TO DESTROY THE TROPEANOS MENTAL AND PHYSICAL HEALTH WHICH CAN LEAD TO A FATAL CONSEQUENCE MUST CEASE AND DESIST IMMEDIATELY.

THESE LETHAL PRANKS CONTINUED IN THE PAST AT DCF AS WELL; AND JUST RECENTLY THE EMPLOYEES AT THE DEPT. OF HUMAN SERVICES AND THE ATTORNEY GENERAL'S OFFICE COMMITTED ADDITIONAL ALARMING, OUTRAGEOUS, VIOLATING ILLICIT

ACTIVITIES AGAINST THE TROPEANOS WHICH WILL NOT BE REVEALED UNTIL TH
PROPER AUTHORITIES TAKE OVER THIS HUGE, INTERSTATE R.I.C.O SCANDAL!

W) On or about July 2012, when The Tropeanos tried to have a caseworker assigned to
their case, they briefly met with Robert Foster who claimed to be the supervisor of DCF.
However, Robert Foster had no business cards, did not wear a governmental tag  or name
tag to identify himself.  When The Tropeanos questioned him about his true identity, he
exclaimed, "I AM GOING TO CALL SECURITY!"  THIS IS YET ANOTHER
INCESSANT R.I.C.O. COMMENT STATED WHEN THE TROPEANOS EXPOSE THE
LETHAL CORRUPTION.

W) ADDITIONAL OUTRAGEOUS, UNCONSCIONABLE, LUNATIC AND
ALARMING STATEMENTS MADE WHEN THE TROPEANOS EXPOSE THE LETHAL
CORRUPTION ARE:

* "I AM CALLING THE POLICE!"

* "I AM CALLING THE U.S. MARSHALLS!"

* "I AM CALLING HOMELAND SECURITY!"

X) THESE FRIGHTENING COMMENTS HAVE BECOME SO COMMONPLACE IN
THE TROPEANOS' LIVES!  WHEN THESE CORRUPT LAW ENFORCEMENT
ARRIVE AND IMPOSTORS PRETENDING TO BE LAW ENFORCEMENT; THE
SCENE BECOMES THREATENING AND VIOLENT AS THESE RAGING, BRUTAL
CHARACTERS COME RUNNING TO THE "RESCUE" WITH THEIR HANDS ON
THEIR HOLSTERS READY TO SHOOT THE TROPEANOS!  IN THE PAST, THE
TROPEANOS WERE BRUTALLY ATTACKED BY THE POLICE, THROWN IN DIRTY,
SMELLY JAILS FOR ABSOLUTELY NO REASON WHATSOEVER.  THE
TROPEANOS WERE TALKING TO SOME PEOPLE ON THE STREETS REGARDING
THE LETHAL CORRUPTION THEY ARE ENTRAPPED IN.  ACCORDING TO A NAZI
REGIME, THEIR VICTIMS CANNOT COMPLAIN; AND THEREFORE THEY MUST
BE BRUTALLY ATTACKED AND THROWN IN A DIRTY, SMELLY JAIL!

IN ESSENCE ALL CORRUPT LAW ENFORCEMENT ACT AS IF THEY ARE THE
GESTAPO PRACTICING THEIR NAZISM ON US AND DEAR FAMILY MEMBERS
WHO LOST THEIR LIVES AND ARE ABOUT TO LOSE THEIR LIVES IF THIS NAZI
STATE THE TROPEANOS ARE ENTRAPPED IN DOES NOT CEASE AND DESIST
IMMEDIATELY!  THIS IS AN AMERICAN ATROCITY!

Y) DCF, HUMAN SERVICES BOARD, THE DEPT. OF HEALTH ACCESS ET., AL.,
ARE EXTREMELY LIABLE FOR ACCEPTING BRIBES FROM THIS WEALTHY NAZI
CULT AND IN RETURN THEY SACRIFICE THE TROPEANOS' LIVES AND THAT
OF THEIR DEAR FAMILY MEMBERS!

Z) FURTHERMORE, HOWARD BERLIN, ANOTHER SO-CALLED "SUPERVISOR"
OF DCF HAD THE LUNATIC, COLOSSAL NERVE TO GIVE US HIS BUSINESS
CARD WHICH HE STATED WAS AN OLD CARD FROM TEN YEARS AGO!  The
alarming lunacy committed by so called governmental "employees" NEVER CEASES!

Please note: After the farce of a fair hearing, The Tropeanos met with "Dan Jerman" to give their documents to personally serve to the attorney general. AT THAT TIME "JERMAN" HAD A DIFFERENT EXCUSE WHY HE DID NOT HAVE BUSINESS CARDS AS HE EXCLAIMED, "THE STATE OF VERMONT IS IN A FINANCIAL HARDSHIP AND THEREFORE THEY HAVE NO MONEY TO FINANCE BUSINESS CARDS!" BILL CLARK FROM THE DEPT. OF HEALTH ACCESS ADAMENTLY REFUSED TO GIVE THE TROEPANOS A BUSINESS CARD. AT A LATER DATE BILL CLARK ADMITTED THAT HE HAD NO BUSINESS CARDS TO GIVE, AND AT SUCH, HE HAD CARDS MADE THE SAME DAY THE TROPEANOS ASKED FOR HIS BUSINESS CARD. ALL THESE ILLICIT ACTIVITIES WHERE BUSINESS CARDS, GOVERNMENTAL TAGS AND NAME PLATES ARE ABSENT FROM ALL SO-CALLED GOVERNMENTAL PARTIES WHO THE TROPEANOS MEET WITH STRONGLY SUGGESTS THAT MANY OF THEM ARE IMPOSTORS.

Z-1) THE TROPEANOS HAVE A LETTER FROM "HOWARD BERLIN" AT DCF STATING TWO CONTADICTORY TITLES. HOWARD BERLIN IDENTIFIES HIMSELF AS SUPERVISOR FOR DD AND THAT HE IS ALSO THE DISTRICT DIRECTOR.

Z-2) ADDITIONALLY, ON "HOWARD BERLIN'S" VOICEMAIL HE LUNACTICALLY STATES HIS NAME IS "HOWARD BERLIN. I AM ALSO KNOWN AS ROBERT."

Z-3) THE TROPEANOS WILL CEASE AND DESIST WRITING ANYMORE AS CHANCES ARE ALL THAT WAS DOCUMENTED IN THIS PROFOUND, GRAVE LETTER WILL NOT BE RECOGNIZED AND ACKNOWLEDGED UNTIL THE PROPER OFFICIAL PARTIES TAKE OVER THIS HUGE, INTERSTATE, FULL-BLOWN, OUT-OF-CONTROL, LUNATIC, VIOLENT R.I.C.O. ACTIVITIES.

ALL LETHAL THUGS AND CONSPIRING PARTIES BELIEVE THIS WILL NOT HAPPEN; HOWEVER IT WILL HAPPEN SOONER THAN THEY THINK; AS THE TROPEANOS WILL NOT DIE FOR BRIBES ACCEPTED BY GOVERNMENTAL PARTIES WHO WANT THEM DEAD SO THAT THEY WILL NEVER BE EXPOSED! THE TROPEANOS WILL NOT RELENT UNTIL JUSTICE PREVAILS!

DUE TO ALL THE TOPSY TURVY, ALICE IN WONDERLAND, TWILIGHT ZONE, LUNATIC, TORUTORUS STATEMENTS AND FULL-BLOWN, OUT-OF-CONTROL R.I.C.O. ACTIVITIES TAKING PLACE AT DCF. AHS, ATTORNEY GENERAL'S OFFICE AND THE DEPT OF HEALTH ACCESS; THE BOARD MEETING SCHEDULED FOR SEPTEMBER 5, 2012 IS VERY UNSAFE TO ATTEND. THE TROPEANOS EXPECT LETHAL CULT MEMBERS AND LAW ENFORCEMENT TO BE ON ALERT; READY TO ATTACK AND OR SHOOT WHEN THE TROPEANOS EXPOSE THE CORRUPTION AT THE BOARD MEETING! AS THE CUSTOMARY, LETHAL, R.I.C.O. PATTERN INCESSANTLY CONTINUES; SOMEONE WILL EXCLAIM, "CALL SECURITY! CALL THE POLICE!"

THESE FRIGHTENING, THREATENING, OUTRAGEOUS, UNCONSCIONABLE, BARBARIC EXCLAMATIONS MUST CEASE AND DESIST IMMEDIATELY! THE

TROPEANOS WILL NOT BE BLACKLISTED ANY LONGER!  THE LETHAL PRANKS AND SET-UP SITUATIONS ARE WAY TOO OLD AND NAUSEATING!  AGAIN ALL IMPOSTORS AND CORRUPT GOVERNMENTAL EMPLOYEES WILL SUFFER THE HARSHEST CONSEQUENCES UNDER THE LAW FOR SHAMEFULLY AND PATHETICALLY PARTICIPATING IN FULL BLOWN, OUT-OF-CONTROL, VIOLENT, PRE-MEDITATED R.I.C.O. ACTIVITIES!

LASTLY THE BOARD MEETING HELD ON SEPTEMBER 5, AND THE PREVIOUS BOARD MEETING THAT THE TROPEANOS CANCELED DUE TO CONSTANT R.I.C.O. VIOLATIONS HEAPED UPON CONTINUOUSLY; IS SCHEDULED TO BE HELD AT   THE COMMUNITY NATIONAL BANK IN BARRE, VERMONT.  RED FLAGS ARE RAISED DUE TO THE FOLLOWING REASONS.  THEY ARE AS FOLLOWS:

The state of Vermont Public Weekly schedules did not have The Tropeanos' August meeting with AHS listed nor does it have the September meeting listed with AHS.  Furthermore, it is common knowledge that meeting with governmental agencies are held at the appropriate governmental office.  Due to other meeting that The Tropeanos attended regarding this lethal corruption they are entrapped in; those meetings were held as well in inappropriate places and deserted offices where life-threatening foul play was committed.  The Tropeanos were lucky that they escaped these extremely, dangerous, violent set-ups situations which could had led to their death!  Therefore, The Tropeanos are warning The Human Services Board that all lethal, violent set-up situations will cease and desist immediately.  AGAIN THE TROPEANOS WILL STATE AND ADDRESS IN THIS PROFOUND, GRAVE DOCUMENT THAT WE THEY ARE VERY FRIGHTENED TO MEET IN A BANK WHEN AHS HAS CONFERENCE ROOMS TO MEET AT THEIR BUILDING LOCATED IN MONTPELIER, VERMONT.

***************PLEASE NOTE: ON THURSDAY, AUGUST 23, 2012, A MEETING WAS JUST HELD WITH THE HUMAN RIGHTS COMMISSION IN THE CONFERENCE ROOM WHICH IS AT THE SAME ADDRESS OF AHS WHICH IS 14-16 BALDWIN STREET, MONTPELIER,VERMONT.**********************

THERE IS ABSOLUTELY NO REASON TO MEET WITH AHS AT A BANK.  IT MAKES ABSOLUTELY NO SENSE.  INSTEAD IT CLEARLY ELUDES WITH EMINENT DANGER AS THIS NAZI CULT THE TROPEANOS ARE ENTRAPPED ARE INCESSANTLY SCHEMING TO MURDER THEM!

The Tropeanos have evidence to substantiate all true and accurate facts stated in this letter. All evidence will be shown at the proper, legitimate place and with the proper, legitimate authorities. Furthermore, we need gas expenses to travel to Barre, Vermont as per directives of "fair hearing" documents.

Mr. and Mrs. Joseph Tropeano

Hand-delivered nineteen (19) page document to Department of Human Services located at Montpelier Vermont on August 30, 2012.

**HP Officejet 4620 e-All-In-One**

Fax Log for
J*S*Tropeano
8027479179
Aug 31 2012 2:37AM

### Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
|      |      |      |           | Digital Fax |    |        |
| Aug 31 | 2:33AM | Fax Sent | 16318443613 | 3:26<br>N/A | 4 | OK |

Cover Page

Attention: Billing Dept. LIPA
& Customer Service

We canceled our electric service beginning of August 2012! Our electric service was unlawfully used by our electric wires connected to someone else's apartment

CANCEL

OUR SERVICE!

From: Mr. and Mrs. Joseph Tropeano
2 Clarkson Ave.
Rutland, Vt 05701

Via Fax - 2 page letter, LIPA bill

Mr. and Mrs Joseph Tropeano
2 Clarkson Lane
Rutland, Vermont 05701
Re: Acct # 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-2

LIPA
PO Box 9083
Melville, NJ
11747-9083

3/31/12

To Customer Service and Billing Dept.

We canceled our electrical
account in the beginning of August
2012 due to outrageous and alarming,
lethal R.I.C.O activities committed
by L.I.P.A., our management company
Akeland Management, the superintendent
of our coop building, Mario Tusco, et. al.
and the Nazi cult we are entrapped
in:

Shortly after we canceled our
electric, we were dangerously set-up
in one of your LIPA buildings by
violent, rigged security guards, impostors
pretending to be Global security and
three, rage hitmen who were about to
brutally attack us and or be murdered
due to us exposing all lethal, R.I.C.O

activities and lethal cybercrimes
committed by L.I.P.A, Richard
Mangement, Mario Tuszco, the
Nazi cult and other seedy, dangerous
individuals which will be mentioned
when the proper authorities investigate
this huge, interstate, murderous,
pre-meditated R.I.C.O. scandal we
be outrageously, alarmingly and
unconscionably entrapped in.
L.I P.A. , referred as that our
electrical service should be canceled
in the beginning of august 2012; however
they recklessly, negligently and intentionally
lied to us as if we have no rights
to cancel our electric service. Not
only has LIPA tried to greatly harm
and or kill us; they have abused,
mocked, disrespected, humiliated and
bullied us on a grand scale.
LIPA with all conspiring
RI.C.O. parties are facing huge
liability pursuant to many sections
of U.S. Title 18.

Mr. and Mrs. Joseph Propums
(are incorrect bill, cancelled 8/12)
Via Fax - 2 pages with bill which was cancelled
8/12.



Long Island Power Authority

| | |
|---|---|
| 0313-1003-35-6 | $ 214.00 |

Please make checks payable to LIPA

054356

Susan Tropeano
Mr Tropeano
2 Clarkson Ln
Rutland VT 05701-3619

HH

✓ Mail this part of bill with your payment.
✓ Be sure that the address on the other side appears in the return envelope window.
✓ Write your Customer ID on your check.

⌐ Tear here ⌐

**www.lipower.org**
*24 Hours/Week*

**PIN Number**
0EBD23

**Billing/General Inquiries**
*Monday - Friday, 8 AM - 8 PM*
1-800-490-0025*
outside toll free area
1-631-755-6000*
*Automated Services available
24 Hours/Day - 7 Days/Week*

**Electric Service Problems**
*24 Hours/Day - 7 Days/Week*
1-800-490-0075

**Para Espanol**
1-800-490-0085

**Hearing or Speech Impaired**
1-631-755-6660

**Report Theft of Service**
1-631-755-6871

SERVICE TO:
Susan Tropeano
30 Grace Av Apt 3E
Great Neck  NY 11021



A Non-Profit Municipal Electric Utility

| Bill Date | Customer ID | Next Meter Reading | Amount Due |
|---|---|---|---|
| 08/27/2012 | 0313-1003-35-6 | On or about 09/21/12 | $  214.00 |

**BILLING SUMMARY**

| | |
|---|---|
| Balance From Previous Bill | $ 148.00 |
| LIPA Current Charges | 66.00 |
| **Please Pay Upon Receipt** | **$ 214.00** |

A 1.5% late payment charge may be applied to outstanding charges if
payment is not received by SEP 19

** SEE BACK OF BILL FOR DETAILS OF CURRENT CHARGES **

## IMPORTANT MESSAGES

Due to declining fuel and purchased power costs, the Power Supply Charges have been reduced effective
July 1, 2012. This will reduce the average residential customer's bill by 0.8%.

**$1,000 rebates available** to the first 2,000 qualified customers who respond. Replacing your old central
air conditioner could qualify you for this limited offer. You'll lower your electric bill and be more
comfortable. Act now to receive the maximum rebate. Visit www.lipower.org/coolhomes or call
1-800-692-2626.

631-844-3613

HP Officejet 4620 e-All-in-One

**Fax Log for**
J*S*Tropeano
8027479179
Aug 16 2012 7:49AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
|      |      |      |            | Digital Fax | | |
| Aug 16 | 7:38AM | Fax Sent | 15165736622 | 11:14 N/A | 21 | OK |

20 page document faxed
with coverpage totaling 21 pages.

To: Manhasset Police
and Detective Unit in
Manhasset, New York
From: The Tropinos

Re: Infestate full-blown, out-of-control
R.I.C.O.
Activities Addressed
to The Rutland City
Police In Rutland, Vermont
Due to the complete
reckless and intentional
abandonment of all police
departments to serve and
protect us . . . Instead the
police are Outrageously, alarmingly
and unconscionably behaving like The
Gestapo practicing Nazism on
us!

**HP Officejet 4620 e-All-in-One**

**Fax Log for**
J*S*Tropeano
8027479179
Aug 15 2012 11:18PM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| | | | | Digital Fax | | |
| Aug 15 | 11:02PM | Fax Sent | 7479030 | 15:28 N/A | 21 | OK |

(9 pages total with cover Page)

# COVER PAGE

Re: 8 page profound letter documented by The Tropeanos to The Manhasset Police/Detective Unit at the 6th Precinct.

This letter was hand-delivered by Joseph Tropeano to the 6th Precinct on August 10, 2012. While hand-delivering this letter, Joseph Tropeano will try his best to relate all that was documented to The Manhasset Police. As the usual customary R.I.C.O. pattern incessantly continues with the police; the police do not recognize and acknowledge all serious, full-blown R.I.C.O. activities committed to us. There was just a very recent news articles documenting that the 6th precinct undermines all crimes committed. As such, our usual, customary pattern through-out the years was to write lengthy police reports to the police. In essence, everything in our lives is done in REVERSALS, for example we use the police reports instead of the police; making our lives a lethal, topsy turvy ALICE IN WONDERLAND EXISTENCE!

Attention: Manhasset Police Department
and Detective Unit; 6th Precinct

From: Mr. and Mrs. Joseph Tropeano

August 10, 2012

Many lethal, violent R.I.C.O.
activities occured to us in the
past weeks when returning to our
coop building located at 30 Grace
Avenue, Great Neck, New York. We
will list below very briefly the ourof
following illicit activities committed:

* A white male late 20's to 30's
who lives in the Windsor building
a half a block away from our
coop building, incessantly stalks us
late at night and early morning
hours. Not only does he stalk us,
he hides behind trees, cars, etc.
    When we see this white male, rotates
himself around these objects as if
he was a mechanical robot. When
he knows that we spotted him, he

- 1 -

immediately runs like a mechanical
rat cursing at us; putting up his
fingers and then runs into the
Windsor building.

\* During the late evening hours of
August 9th, 2012, our brake line to
our car was intentionally and recklessly
cut. Due to this little illicit
activity, we almost had a horrific
accident. The evening of August 1st,
2012; the above mentaly disturbed
individual who lives at the Windsor who
^ was stalking us seen by our car
which was parked in front of
our coop building at 30 Grace
Avenue, Great Neck, New York.
He Kept on walking back and
forth in front of our building where
our car was parked.

\# There are many other seedy,
dangerous characters who stalk
and commit alarming incidents
when we return to our building
late at night and the early

morning Louis.

* On August 9th, 2012, we returned
to our coop building at 2:30 - 3:00 am.
Two white females, late teens to 20's,
attacked us in our car. One of the
white females walked into our car
which then resulted in the other
female pounding on the drivers'
side window of our vehicle; while
the other female is stooping under
the front of our vehicle taking
pictures of our license. This female
refused to release Lersey from
the front of our vehicle as she
was literally attached to my vehicle,
while the other female not only
pounded on the glass of our car, she
had the colossal nerve to open
the passenger's car door screaming on
the top of her lungs. At this present time, we
white female who pounded her hand on the glass of
I, Joseph Ireland, had to our car.
make a quick get-away while
one of the females was still
attached to the front of my car.
It was self-evident this female

- 3 -

* False witnesses were produced at this lethal set-up as well
Again, REVERSALS were committed by
the 4th precinct in Seaford, N.Y. whereby the
police officers tried their corrupt best to arrest
and cite my wife as the criminal. We were very
astute to these lethal set-up situations and at such we
immediately left that precinct.
wanted to be run over by our
vehicle; however at the last minute
she released herself from our car.
It is self-evident these two lethal
females schemed to be hurt by us.
When this would occur; the
lethal R.I.C.O. pattern of
scheming to hurt us would be
REVERSED as there would be
FALSE WITNESSES attesting that
them. Furthermore, a couple of days previous to this
horrific incident/set-up situation, my wife was,
assaulted by another female cult member. 
We suffered a myriad of
pre-meditated, murderous R.I.C.O.
illicit activities in the past 8½
years barely surviving under this
NAZI REGIME/POLICE STATE.
Through-out the years we reported
all R.I.C.O. crimes to the police
who turn their backs on us by unlawfully
and serving the lethal thugs instead
of us.
    After the lethal R.I.C.O. crimes
were committed on August 9th, 2011
by the two white
females documented above; we
returned to our corp building parking
our vehicle in front of our home.

When we stood outside our car,
two Manhasset police cars zoomed
at a very dangerous, high speed
down our block while our car
was parked.
    The Manhasset police always
appear in their cars when LINE
AND WAIT MURDERS are
committed to us, or other very
serious, pre-meditated illicit
activities are committed.

* On or about August 6th, 2012
we went to "LIPA CUSTOMER SERVICE"
in Hicksville, New York. However when
we arrived there we encountered a
POLICE STATE! All LIPA representatives
were absent from this "CUSTOMER
SERVICE" office. All alarming, pre-meditated
illicit activities occuring at this office
will be documented at a Huge, R.I.C.O.
venue.

* At this point and time we must
document that when we left our
corp building on August 6th, 2012 at
approximately 10:00-11:00 am. While leaving

-5-

our building, a large group of (Indian/Arab women) - littated into Grace Avenue Park. Grace Avenue Park directly faces our corp apartment. These women came with shopping bags while arranging the parks chairs as if it was evident some type of gathering was taking place. While passing this scene, we then noticed four Manhasset Police cars parked on the shoulder of a car dealership located on Northern Boulevard, approximately 3/4 of a mile from our corp building.

* While these 4 police cars are parked on the shoulder, another police car went into the turning lane while we were driving and almost hit our car. Along side of this police car was a cult car. This cult car had a silver plaque a skull and bones on the front part of his license plate. The back of this car had a NEW YORK LICENSE PLATE. It is very customary for cult members driving their cars with one license plate when the state requires two license plates.

- 6 -

\* Once we reached "LIPA' CUSTOMER SERVICE" we encountered a murderous POLICE STATE where we almost lost our lives.

\* Upon escaping this devastating predicament; a swarm of police cars filtrated into the near-by areas of Hicksville, Long Island, New York.

\* In the afternoon of August 6th, 2012 A Pre-meditated, illicit activities yet filtrated into an AT&T store located in Jericho, Long Island, New York. Without elaborating on these alarming illicit activities these crimes were orchestrated by the store employees, manager and a DARK-SKINNED Black/Indian "SECURITY GUARD" of that store. Many other R.I.C.O activities filtrated into all stores where internet, services are provided. These are just a sample of some of the most recent, dangerous, Violent R.I.C.O. crimes committed and other states as well. when we return to New York. There are many other R.I.C.O. crimes occurring recently which all be exposed at a Huge R.I.C.O. Venue. ALL MURDEROUS, PRE-

-7-

* This letter is messy in nature due to all communication electronic devices BARRED from us as we are unlawfully prevented from buying all necessary electronics which all human beings need in order to survive.

MEDITATED SET-UP SITUATIONS ARE INTENDED TO DESTROY US UNTIL WE DIE DIE AND OR MURDERED. THIS MUST CEASE & DESIST IMMEDIATELY!

* IT IS SELF-EVIDENT THE POLICE ALARMINGLY AND WANTONLY DISOBEY ALL PENAL LAWS AS THEY ARE PROTECTING AND SERVING THE LETHAL THUGS AS A RESULT OF BRIBES AND KICKBACKS COMMITTED WHICH IS ORCHESTRATED BY THE ORIGINATOR OF THIS LETHAL CORRUPTION...

PHYLLIS LENNWAND!

This letter was hand-written due to all alarming, lethal, surrealistic cyber crimes committed due to the OUTRAGEOUS, INTENTIONAL NEGLECT OF HAVING POLICE TO SERVE & PROTECT US!

Mr. and Mrs. Joseph Ropiens

* (see very top above)

−8−

HP Officejet 4620 e-All-in-One

Fax Log for
J"S"Tropeano
8027479179
Dec 31 1999 1:52AM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Dec 31 | 1:41AM | Fax Sent | 7479030 | 10:41<br>N/A | 20 | OK |

Re-faxed again due to
fax receipt having wrong
date.

July 13, 2012

TO: Rutland City Police Dept.

From: The Tropeanos!

Sent Via Regular mail - 5 page letter
and original pink copy = Notice of Trespassing
We were tricked by Officer Order

Nguyen to accept these unlawful
trespassing orders. He stated to us
that we do not have to sign them
but maybe we want these papers
as evidence.

Upon taking these outrageous, traumatizing
never-ending trespassing orders; there is not
a place for us to sign. Instead an
impostor signed our signatures under
acknowledgment of receipt. The signature
is written lightly and thus the signature
of the imposter cannot be identified.
We were BARRED from using the
Rutland Free Clinic for numerous reasons.
They are as follows.

—1—