1) The clinic is free of charge as Joseph Tropeano is unlawfully without people receiving. This little corruption BARS us from receiving free services.

2) Heather from this clinic informed Joe to file for VHAP insurance as he is entitled to this insurance sponsored by the Vt. Dept. Children and Families. Heather informed Joe Tropeano of this fact before she was aware of the lethal corruption we are entrapped in. Heather took out application and personally submitted it to Sue.

3) Susan Tropeano is in desperate need contact person at DCF. for prescriptions for her insulin and all testing supplies. She has no prescriptions left due to the lethal corruption we are entrapped in.

At such, as the result of the above, the female employee at the front desk exclaimed," We came too late for our appointment and therefore you cannot be seen today! You also need to fill out a page legal day driver's information! You will need to return next week!"

We came five minutes after our appointment scheduled. Joseph Tropeano informed the female employee that he will lose his commercial license if he is not

-2-

seen them exclamed, "That's not my problem! Sorry!"

We left exclaming, "This office is corrupt! This was intentional so that I lose my livelihood and that my wife is unable to maintain her health due to having no prescriptions to fill for her insulin and diabetic supplies!"

As this lethal ~~cot~~ R.I.C.O. pattern continues, two huge, heavy set women from the "doctors office" run after my wife wanting to assault her. I had to go between them to prevent them from attacking my wife. They exclamed, "You frightened my child' or "I will BEAT THE CRAP OUT OF YOU!" This R.I.C.O. threatening, violent pattern comment is the customary comment when we expose this lethal corruption.

About a half an hour later, P.O. Nguyen serves us these unlawful trespassing orders by tricking us that we don't have to sign them as an IMPOSTOR already signed them.

~ 2 ~

At Dusk, we are returning the pink copies of these trespassing orders to The Rutland City Police.

All hand-written parts of these orders are not legible.

The Rutland City Police, The Rutland City Clinic and the 2 huge female cult members in the clinic are facing huge liability for BARRING us from receiving the medical documents to maintain my livelihood, from receiving medications and supplies to maintain my wife's health and without them she dies; from being almost assaulted by these two huge females, from terrorizing and traumatizing the Trapeanos on a grand scale pursuant to U.S. Title 18, Section 2332b.

The unlawful police files documented against us as if we are the criminals is shameful and guilty under many sections of U.S. Title 18!

-4-

Please Note:

The doctor of the Rutland Free Clinic was leisurely sitting in the back of the reception area enjoying and watching Joseph Tropeano being mocked and abused by the female receptionist.

The doctor had time to watch Joseph Tropeano being sadistically reprimanded by the female receptionist, but had no time to keep the appointment scheduled for Joseph Tropeano and Susan Tropeano.

Mr. and Mrs. Joseph Tropeano

-5-

Case Number: Case 112-cr-1000...

# RUTLAND CITY POLICE DEPARTMENT
**108 Wales Street**
**Rutland, Vermont 05701**



# NOTICE AGAINST TRESPASS

To: _Susan Kaplane_
Address: _2 Clair (D Av_
_Rutland V 5 K 1_

You are hereby notified, pursuant to Title 13, Vermont Statutes Annotated, Section 3705 (A)(a), to not enter upon or remain upon lands or any place that is lawfully possessed by:

Name: _Rutland Free Clair_
Address: _10 Coif St._
_Rutland, VT CC V_

Said property, which is located in the County of Rutland, State of Vermont, and consists of the following:
_Office_

_____

_____

Signature of Owner / Tenant          Date

## DATE OF SERVICE

On this _14_ day of _Jl_ 20__ at Rutland City, County of Rutland, State of Vermont, I made service of the above Notice Against Trespass upon _____ by hand delivering a copy to him/her in person. This person was also advised that a violation of this Notice Against Trespass may result in a criminal conviction with a punishment of a term of imprisonment of not more than three months or a fine of $500.00 or both.

_____
Signature of Officer          Date          Time

## ACKNOWLEDGMENT OF RECEIPT

On this _____ day of _____ 20__, I acknowledge receipt of a copy of this Notice Against Trespass and understand what the officer serving this order has explained to me.

_____
Signature of Person Receiving Notice Against Trespass

# THIS NOTICE AGAINST TRESPASS SHALL REMAIN IN EFFECT FOR TWO (2) YEARS FROM DATE OF SERVICE

RUTLAND CITY POLICE DEPARTMENT
108 Wales Street
Rutland, Vermont 05701



# NOTICE AGAINST TRESPASS

To:
Address _____    D.O.B. _____

You are hereby notified, pursuant to Title 13, Vermont Statutes Annotated, Section 3705 (A)(1), to not
enter upon or remain upon lands or any place that is lawfully possessed by

Name: _____
Address _____

Said property which is located in the County of Rutland, State of Vermont and consists of the following:

_____
_____
_____

_____    2/14/12
Signature of Owner/Tenant          Date

## DATE OF SERVICE

On this _____ day of _____ 20__ at Rutland City, County of Rutland, State of Vermont,
I made service of the above Notice Against Trespass upon _____ by hand,
delivering a copy to him/her in person. This person was also advised that a violation of this Notice
Against Trespass may result in a criminal conviction with a punishment of a term of imprisonment of
not more than three months or a fine of $500.00 or both.

_____    _____    _____
Signature of Officer          Date          Time

## ACKNOWLEDGMENT OF RECEIPT

On this _____ day of _____ 20__ I, _____
acknowledge receipt of a copy of this Notice Against Trespass and understand what the officer serving
this order has explained to me.

_____
Signature of Person Receiving Notice Against Trespass

# THIS NOTICE AGAINST TRESPASS SHALL REMAIN IN
# EFFECT FOR TWO (2) YEARS FROM DATE OF SERVICE.

Form 15 Rev. 1/02

Attention: Rutland City
                 Police

From: The Tropeanos!

Ten page revised letter
sent originally via regular
mail.

Ten page revised letter
w/ exhibits sent via fax on
8/14/12

* We are forced to hand-write tortorously iniquities
this profound letter due to the wanton neglect and
of the police committing cyber crimes
by usurping their powers of alarmingly employing
the laws of the Patriot Act as if we are
criminals under surveillance.

Attention!
From: The Tropeanos                                    August !
                                                        2012

1 page Addendum to Letter * Dated

July 13, 2012 and Revised (six) 6 page
letter accidentally dated July 13, 2012

The date to this 6 page letter is August
14th, 2012; not July 13, 2012. We
wrote this letter immediately after
being traumatized and terrorized by all
and out-of control, full blown, VIOlent R.I.C.O. activiti
lethal lunacy committed by the
staff at Rutland Free Clinic followed
by the two hillbilly, huge heavy-set
female cult members; followed by
the Rutland City Police issuing to us Outrageous,
never-ending, fraudulent NO Trespassing
Orders.

This conspiring lethal lunacy committed by
the medical staff, the female cult
members and the Rutland City Police is recklessly
and deliberately intended to bully us
to the extreme until we suffer a
Catastrophic consequence which will lead
to death; U.S. Title 18, Section 2332b.

During the past couple of months

—1—

numerous
Outrageously and alarmingly committed to us in the states of New york, Vermont, Massachussetts, Connecticut, New Hampshire and Maine. These RECENT attempted assaults occurred at the following places:

1) Holiday Inn in Rutland, Vermont
2) Rutland Free Clinic in Rutland, Vermont
* 3) Days Inn in Brunswick, Maine. At this establishment, Susan Tropeano was assaulted.
4) Social Security office in Portland, Maine
5) Social Security office in Rutland, Vermont
* 6) McDonald's in Massapequa, New York. In this establishment, Susan Tropeano was assaulted.
7) Great Neck Park in Great Neck, New York
* 8) Great Neck train station in Great Neck, New York. At this establishment, Joseph Tropeano, was assaulted.
9) F.B.I. office in Boston, Massachussetts.
10) LIPA electric office in Hicksville, New York
11) McDonald's in Danbury, Connecticut.
12) Electronic store in Nashua / Merrimack area of New Hampshire.
13) Staples Parking lot in Vernon, Connecticut
14) Mall in Manchester, Connecticut.
15) Walmart in Levittown, New York.
16) Police officer Hamel of Homeland Security in Portland, Maine
17) Best Buy in New Hampshire.

18) The 14th Rehabilitation
Seaford, New York.

19) Outpatient Rehabilitation
Center at Rutland Regional
Medical Center in Rutland,
Vermont.

The list goes on and on...

( see next page, page 3 → )

As the usual lethal R.I.C.O. pattern continues incessantly to date, all attempted assaults and assaults committed are LUNATICALLY REVERSED as if we are the dangerous culprits in crime who schemed these lethal R.I.C.O. activities.

All interstate police have internal, outrageous, unlawful police reports documenting us as if we are the dangerous, mentally ill criminals. We have profound serious evidence to prove these unconscionable, shameful R.I.C.O. activities committed by all interstate police.

As a result of all attempted assaults and assaults committed against us with the complete abandonment of interstate police to serve and protect us with these full-blown, out-of-control, violent, lethal crimes committed on a constant basis, it is self-evident we are on the hit-list to be greatly harmed and or murdered.

Thus far, we escaped these which are pre-meditated violent attacks without fighting back, committed by cult members, police, security and IMPOSTORS pretending to be police and or security (in reality they are lethal cult members). However, if these violent brutal attempted attacks and assaults continue, there will be a time that we

— 2 —

need to defend ourselves in order to save our lives. When and if this occurs, WE ARE WARNING ALL INTERSTATE POLICE THAT ALL SCHEMING LETHAL SET-UP SITUATIONS ORCHESTRATED BY THE CORRUPT POLICE; THE LETHAL CULT AND ALL CONSPIRING PARTIES WHO HAVE BEEN BRIBED OR FRAUDULENTY INFORMED by cult members and the corrupt police THAT WE ARE DANGEROUS, MENTALLY-ILL CRIMINALS WHO ARE UNDER SURVEILLANCE AND THEREFORE THE TROPEANOS CANNOT BE SERVICED LIKE OTHER U.S. CITIZENS; THIS MUST CEASE AND DESIST IMMEDIATELY!

WE WILL NOT BE CITED FOR THE VIOLENT, BRUTAL CRIMES SCHEMED BY ALL CORRUPT, DEMONIC PARTIES! As previously stated in other profound documents, the corrupt police and the lethal cult commit these violent crimes and employ REVERSALS as if we committed the crimes. When the time arrives that we must defend ourselves against these lethal thugs; the lethal Set-up situation is in full force, FALSE WITNESSES will be produced; as it was schemed in the past; and when we must fight back in order to save our lives, these FALSE WITNESSES will exclaim, "We ATTACKED THEM FOR NO REASON! THEY ARE DANGEROUS!" At that point, the police falsely, alarmingly, and outrageously arrest us; in order to

-12-

to smokescreen all lethal set-up situations and their direct connections with the lethal cult, as the corrupt police commit kickbacks with these demonic wealthy thugs; and at such, the corrupt police are very wealthy as well by committing huge, unlawful money deals with these criminals!

ALL LETHAL, MURDEROUS SET-UP SITUATIONS DOCUMENTED IN THIS PROFOUND LETTER AND PREVIOUS ONES AS WELL WILL CEASE AND DESIST IMMEDIATELY!

This lethal cult who the corrupt, brutal police are members of is known as the FOURTH REICHT. This Nazi cult originates in Richmond Hill, Queens, New York where PHYLLIS LEINWAND reigns as the CULT LEADER and HANDLER of our lives and our dear family members!

The interstate police whom Phyllis Leinwand has direct contacts and is connected with the "BIG SHOTS" of the police department must cease and desist immediately! Phyllis Leinwand

- 5 -

OF LETHAL, "POWERFUL" THUGS WHO
PROTECT AND SERVE HER!

HER DEMONIC REIGN MUST END AS
OUR LIVES DEPEND UPON IT! PHYLLIS
LEINWAND IS EXPOSED FOR ALL HER
DEMONIC, PSYCHOPATHIC SCHEMES
SHE SUCESSFULLY INIATED. THE
JUSTICE SYSTEM WILL PREVAIL...
PHYLLIS LEINWAND AND HER ARMY
OF THUGS WILL BE PLACED BEHIND
BARS FOR COMMITTING A HUGE,
INTERSTATE, OUT-OF-CONTROL, FULL-
BLOWN R.I.C.O. SCANDAL PURSUANT
TO MANY SECTIONS OF U.S. TITLE
18!

Mr. and Mrs. Joseph Propiano

The Tropeanos were about to fax the revised letter and addendum to The Rutland City Police Department et.al., however NEW, LETHAL, PRE-MEDITATED R.I.C.O. activities occured again on August 15, 2012.

We will list below as briefly as possible the new illicit activities which took place. They are as follows:

* Joseph Tropeano re-scheduled his physical exam on August 14, 2012 at Rutland Regional Medical Center: Outpatient Re-habilitation Center in Rutland, Vermont. His appointment was scheduled @ 12:35 p.m.

* Upon arriving at the Medical Center on August 15, 2012 a Black employee who works in the office parallel to the Outpatient Rehabilitation Center was intensely starring at The Tropeanos.

* When The Tropeanos entered the office of the Outpatient Rehabilitation Center at 12:30 p.m. they were greeted by one of the female receptionist.

-7-

The receptionist informed them that it was lunchtime and that the staff will return shortly. At such, the entire waiting room was empty. It was quite perplexing why Joseph Tropeano's appointment was scheduled for 12:35 when the staff was out to lunch.

* Approximately 15 minutes after arriving at the office a female employee approaches The Tropeanos stating," I am very sorry. We cannot keep your appointment as the PA fell off her horse and therefore she will not be in for the remainder of the week."

* The Tropeanos questioned this female employee further. They were very upset that once again the appointment was cancelled as Joseph Tropeano had limited time to complete his DOT physical.

* At the onset of The Tropeanos complaining about Joseph Tropeano's appointments being cancelled for the second time, The Director of the department appears. The Director stood silent until The Tropeanos asked him who he was. He stated to them that he was the director and that he is here to see a patient; however, the

-8-

were present as the entire staff was out to lunch.

* Immediately after the Director heard that The Tropeanos were upset about the appointment being cancelled, The Director informed (non-chalantly) the female employee "TO CALL SECURITY." This is the usual, customary (alarming) R.I.C.O. comment stated when The Tropeanos expose the corruption.

* As a result of the never-ending trauma and terror of all conspiring parties who CALL SECURITY; The Tropeanos once again feared for their safety. They immediately left the office.

* In less than five minutes, The Rutland Regional Security arrive in a white Van at the office. Two armed security ran out of their Van with one hand on their holster. It was a very alarming sight to see.

* We were lucky to escape this violent scene. This was once again a scheming, lethal set-up situation.

PRATICING NAZISM ON US!

The Tropenosy

— 11 —

Nia Fox 20 pages

Exhibit D

U.S. Marshall

Bring law + order

(Not the U.S marshalls to the lawless region!
The Tropeans met)

Matthew Dumss.
Deputy U.S. Marchal

John Lenny Deputy US Marshal

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS x

UNITED STATES OF AMERICA

V.

JOSEPH TROPEANO, SUSAN TROPEANO
_____X

Violation Numbers:
H5115114 and H5115113

Motion to change date
of "hearing"

Defendants' Joseph and Susan
Tropeano, proceeding pro se, hereby
states:

1. Joseph and Susan Tropeano must change the
date of their "hearing" from October 19, 2012
to a much later date, at the beginning
of the New Year, due to an insulin
scam.

2. Susan Tropeano is outrageously, alarmingly,
and unconscionably being denied her insulin
by the NAZI-TERRORIST CULT/POLICE STATE
REGIME, The Tropeanos are entrapped in.

3. Therefore, The Tropemos must seek immediate help to receive legitimate, ethical insulin so that Susan Tropeno does not die!

4. There is endless liability for all conspiring judicial parties who act deaf, dumb and blind to the insulin scam being perpetrated by the NAZI, demonic thugs!

5. Read motion to dismiss which explains the insulin scam in detail.

2 Clarkson Lane
Rutland, Vt. 05701
Tel #: (802) 747-9179

October 6, 2012

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS ——X

United States of America

V.

JOSEPH TROPEANO, SUSAN TROPEANO ——X

Violation Numbers:
H 5115114 and H 5115113

Recusal Motion

"Defendants" Joseph Tropeano and
Susan Tropeano, proceeding pro se
hereby request:

1. Magistrate Judge Marianne B. Bowler
to be recused immediately.

2. The Tropeanos are presently incurring
the following situations due to being
entrapped in a NAZI-Feminist cult/
Police State Lyme while Marianne
B. Bowler and her staff are remaining
SILENT, wantonly ignoring all;
including but not limited to that Susan
_____ outrageously, alarmingly, and
_____ insulin.

3. The profound, grave reasons for Judge Bowler's recusal is explained in detail in the "defendants'" 43 page Notice of Motion to Dismiss.

4. It is self-evident that Judge Bowler and her staff are committing extremely lethal unethical practice against the Tropeanos due to bribes accepted from the lethal thugs.

5. The Tropeanos must be quite frank in this recusal motion as their lives are in great jeopardy. They need the legitimate, ethical, democratic judge who will salvage their lives by immediately sponsoring them to The United States Attorney who is responsible to eradicate heinous, pre-meditated crimes pursuant to many sections of U.S. Title 18!

2 Clarkson Lane
Rutland, Vermont 05701
Tel # (802) 747-9179

October 6, 2012